**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 25-3066

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

SHANE BRIAN LAMOND,

*Defendant-Appellant*.

Appeal from the United States District Court for the District of Columbia,
No. 1:23-cr-00177-ABJ-1 (Hon. Amy Berman Jackson)

# APPENDIX FOR DEFENDANT-APPELLANT SHANE BRIAN LAMOND
## Volume V of V, pp. A1447-A1698

ANDREW E. GOLDSMITH
RENO G. VARGHESE
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
agoldsmith@kellogghansen.com
rvarghese@kellogghansen.com

*Appointed Counsel for Defendant-Appellant Shane Brian Lamond*

May 8, 2026

## TABLE OF CONTENTS

Page

### Volume I


Docket Sheet, *United States v. Lamond*, No. 1:23-cr-00177-ABJ-1 (D.D.C.) .......... A1

Indictment (May 18, 2023), Dkt. No. 1 .......... A23

Joint Pretrial Statement (Jan. 22, 2024), Dkt. No. 41 .......... A40

Exhibit 1: Government's Exhibit List, Dkt. No. 41-1 .......... A63

Exhibit 2: Government's Proposed Verdict Form, Dkt. No. 41-2 .......... A70

Exhibit 3: Defendant's Proposed Verdict Form, Dkt. No. 41-3 .......... A72

Notice of Filing (Nov. 5, 2024), Dkt. No. 80 .......... A74

Defendant's Waiver of Trial by Jury, Dkt. No. 80-1 .......... A75

Elements of the Offenses (Dec. 9, 2024), Dkt. No. 86 .......... A76

Judgment (June 10, 2025), Dkt. No. 110 .......... A79

Notice of Appeal (June 24, 2025), Dkt. No. 112 .......... A86


### Volume II

(Transcript Volumes II-IV)


Transcript of Status Conference Held On September 24, 2024 [Redacted] .......... A87

Transcript of Jury Trial Day 1 Held On December 2, 2024 .......... A133

Transcript of Jury Trial Day 2 Held On December 3, 2024 .......... A397


### Volume III


Transcript of Jury Trial Day 3 Held On December 4, 2024 .......... A632

Transcript of Jury Trial Day 4 Held On December 5, 2024 .......... A892

**Volume IV**


Transcript of Jury Trial Day 5 Held On December 6, 2024 ............................A1057

Transcript of Jury Trial Day 6 Held On December 9, 2024 ............................A1225

Transcript of Jury Trial Day 7 Held On December 10, 2024 ..........................A1242

Transcript of Verdict Held On December 23, 2024. Dkt. No. 99 ....................A1314

Transcript of Sentencing Held On June 6, 2025, Dkt. No. 122 .......................A1389


**Volume V**

(Admitted Trial Exhibits)


Exhibit 1004: Lamond Phone Forensic Report_Timeline ..............................A1447

Exhibit 1006: Forensic Examination Report (Manicini) 1B2 Part One Final, dated Feb. 2, 2023 ....................................................................A1484

Exhibit 1006A: Email from Shane Lamond to Commander Parsons FW: Subject in Photo, dated Dec. 20, 2020 ..........................................A1494

Exhibit 1006B: Email from Shane Lamond to Kelly O'Meara re: BLM signs, dated Dec. 13, 2020 ..........................................................A1496

Exhibit 1006C: Email from Shane Lamond to Commander Parsons re: Podcast, dated Dec. 20, 2020 ..........................................................A1498

Exhibit 1006D: Email from Shane Lamond to Franklyn Then re: Subject in Photo, dated Dec. 20, 2020..................................................A1500

Exhibit 1014: Email from Ahsan Mufti, re: Resubmission, dated Dec. 29, 2020 ..........................................................................A1503

Exhibit 3002: Metropolitan Police, District of Columbia, General Order 201.26 – Duties, Responsibilities and Conduct of Members in the Department ...............................................................A1542

Exhibit 3003: Metropolitan Police, District of Columbia, General Order 201.36 – Sworn Law Enforcement Officer Code of Ethics .....................................................................................A1554

Exhibit 3005: Metropolitan Police, District of Columbia, General Order 601.02 – Preservation of Potentially Discoverable Material ........A1557

Exhibit 4001: Article: *Proud Boys Leader Says He Burned Black Lives Matter Banner Stolen from Church During Demonstrations in D.C.*, Wash. Post (Dec. 18, 2020)........A1560

Exhibit 4004: Parler Post by @NobleLead, dated Dec. 18, 2020 ........A1563

Exhibit 4006: Timeline Final – Summary Chart of Communications 10.24.2019 - 1.27.2021 ........A1564

Exhibit 4018: Summary Chart 11.14.2020, 730PM – 12.20.2020 ........A1619

Exhibit 4026: Timeline – Summary Chart Shane Lamond's Contacts ........A1656

Exhibit 5006: Shane Lamond Interview Transcript Held On June 2, 2021 ........A1658

# 72-WF-3557164

EXAMINER: SDFE Jennifer Kathryn Cain

EVIDENCE ITEMS:
266Z-MM-3372461 Item 1B1: iPhone 11 Pro Max (iPhone12,5 D431AP) running iOS 14.2 with S/N: F2MZKPPGN70G; IMEI: 353891104722470; MSISDN: 17869616789; and UUID: 00008030-0015346C0130802E. Device utilized by Enrique Tarrio (enrique@tarrio2020.com).

72-WF-3557164 Item 1B7: iPhone XR [iPhone11,8 N841AP] running iOS 14.6 with S/N: DX3CJ7BMKXKN, IMEI: 356450107630375, MSISDN: 12024370434, and UUID: 00008020-000948AC3C0B002E. Device utilized by Shane Lamond (shane.lamond@dc.gov)

GOVERNMENT EXHIBIT 1004

[CAUTION] This media may contain executable code, viruses, contraband, obscene material and/or copyright protected data.

[WARNING] It is the responsibility of your agency to make any final determinations as to the content of any specific file.

## Communications Timeline Report

Evidence Item: 72-WF-3557164 Item 1B7: iPhone XR [iPhone11,8 N841AP] running iOS 14.6 with S/N: DX3CJ7BMKXKN, IMEI: 356450107630375, MSISDN: 12024370434, and UUID: 00008020-000948AC3C0B002E. Device utilized by Shane Lamond (shane.lamond@dc.gov).

| Timestamp (EST) | | Content |
|---|---|---|
| 10/24/2019 10:49:08 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Enrique, what's going on brother? I hope all is well with you. I have a question to ask you. You able to give me a call sometime? |
| 10/24/2019 10:49:24 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Now good? |
| 11/04/2019 11:39:52 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Hey Enrique, no changes from when we talked? You planning on heading in tomorrow? |
| 11/05/2019 07:52:29 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Judiciary square station. Like 7 of us. All cool. |
| 11/05/2019 07:54:26 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Copy, thanks. I've got my guys around if you need anything |
| 11/05/2019 07:59:22 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | You wearing your Fred Perry's? |
| 11/05/2019 07:59:44 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Negative. |
| 11/05/2019 08:00:01 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Copy |
| 11/05/2019 08:00:03 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | I think were going to steer clear of it through the trial |
| 11/05/2019 08:00:27 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | I see. That's probably a good idea |
| 11/05/2019 14:45:57 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | You planning on attending the Heritage Foundation event on Thurs? |
| 11/05/2019 14:49:04 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Dont even know what that is. |
| 11/05/2019 14:49:50 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Gotcha. Andy Ngo is giving a lecture there. Wasn't sure if you were going |
| 11/05/2019 15:05:28 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Stone got sick and left early. You planning on going there tomorrow? |
| 11/05/2019 15:06:16 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | We'll be there everyday |
| 11/05/2019 15:07:13 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Copy |
| 11/07/2019 20:26:20 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | My campaign manager just got punched in the face in front of Trump |
| 11/07/2019 20:27:35 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Ugh. What's his name? I was out there earlier with the protesters but I'm gone now. I will check with the officers on scene |
| 11/07/2019 20:28:13 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Ok cool. We have video of her face. |
| 11/07/2019 20:28:53 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Can you send to me? |

| | | |
|---|---|---|
| 11/07/2019 20:29:10 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Waiting to get it in |
| 11/07/2019 20:29:24 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Great. What's name of your manager? |
| 11/07/2019 20:29:39 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Jacob Engels |
| 11/07/2019 20:29:48 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Got it |
| 11/07/2019 20:49:24 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | I just spoke with our detective lieutenant. He is ensuring a detective talks to him immediately |
| 11/07/2019 20:53:03 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Did he report the assault to an officer? |
| 11/07/2019 20:53:40 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Yes. Initially they weren't doing the report. |
| 11/07/2019 20:54:26 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | The hell they aren't! Is he still there now? 1D detective is en route |
| 11/07/2019 21:06:09 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Is your campaign manager still there? |
| 11/07/2019 21:15:12 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Jacob Engels Z4<br>Zone 4<br>Home (231) 360-1411<br>Main (231) 360-1411<br>INTERNET engelsja@gmail.com<br>Web address http://centralfloridapost.com/<br>Birthday 1992-03-20<br>Birthday 1992-03-20 |
| 11/07/2019 21:17:04 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Hes at Trump. |
| 11/07/2019 21:21:28 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Thanks. Just spoke to him. He is heading in for the night so I will have a detective follow up on the morning |
| 11/07/2019 21:25:37 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Really appreciate that! |
| 11/07/2019 21:27:14 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Anytime |
| 01/16/2020 17:19:23 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Enrique, how are you? I hope you had a great New Year. Are you or your group coming to VA on Monday for Lobby Day? |
| 01/16/2020 17:49:45 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Yes sir. I'll be there and I believe we have a small group of my guys going. |
| 01/20/2020 10:07:52 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Hey brother, you down here? |
| 01/22/2020 19:30:22 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Special Agent Ben Tyler,<br>Virginia State Police<br>703-431-5078 |
| 02/10/2020 16:01:01 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Hey brother, any of your guys planning on attending the March for Life in Richmond on the 13th? |
| 02/10/2020 16:01:37 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | I'll find out but I haven't heard anything. |

| | | |
|---|---|---|
| 02/10/2020 16:01:44 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Thanks |
| 02/11/2020 10:38:08 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | They don't have any plans of attending as of now |
| 02/11/2020 10:47:39 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Copy, thanks brother |
| 02/20/2020 06:26:50 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Morning brother, what time are you heading over to courthouse this morning? Are you moving as a group or going over individually? |
| 02/20/2020 07:17:51 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | We're leaving the house in like 10 |
| 02/20/2020 07:18:17 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | We have a small group |
| 02/20/2020 07:18:51 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Going to hold some flags outside and then go into the courtroom for the sentencing |
| 02/20/2020 07:19:11 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Copy, thank you. About how many in group? I'm going to have a plain clothes detective in front of courthouse making sure no counter demonstrators show up. |
| 02/20/2020 07:25:46 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | About 6-9 of us. We're in regular clothes no markings. |
| 02/20/2020 07:29:35 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Got it. Thanks brother. If you need anything at all hit me up. |
| 02/20/2020 10:27:14 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | InfoWars just showed up outside |
| 02/20/2020 14:22:40 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Lol I was on their show for a bit. |
| 02/21/2020 09:51:31 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Hey brother, do you know when Roger has to report to jail? |
| 02/21/2020 09:53:43 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Right now it's pending a motion...that's TBA....after the decision on the motion he's supposed to report two weeks after |
| 02/21/2020 09:54:31 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | So my guess...no later than 60 days |
| 02/21/2020 09:55:16 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Gotcha. Thank you |
| 02/28/2020 10:38:28 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Hey brother, was your group at CPAC yesterday or did individuals go there on their own? Some DC Antifa shitheads tracked Gavin and posted it all over social media, but they also said PB were up there |
| 02/28/2020 11:36:00 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Only PBs here is myself and one more. |
| 02/28/2020 11:36:15 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Actually 3 of us total |
| 02/28/2020 11:36:38 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Besides my face...they wouldn't know the other two |
| 02/28/2020 11:37:12 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | I gotcha. Appreciate it. Let me know if you have any issues but they are pulling one Antifa guys pass |
| 02/28/2020 11:38:17 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Thanks bruv. Haven't had an issue since I've been here. I'll let you know if that changes but I doubt it. |

| | | |
|---|---|---|
| 02/28/2020 11:42:26 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | I think you will be good too. Enjoy your trip |
| 02/28/2020 11:48:52 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Enjoy catching bad guys! |
| 02/28/2020 11:59:14 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Lol! Thanks brother |
| 05/30/2020 17:56:24 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Prayers to you guys. Hope you're safe. |
| 05/30/2020 18:03:58 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Thanks brother. Busy but we are safe here. I appreciate you reaching out |
| 05/30/2020 21:01:55 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | They're using many channels on telegram not only to organize but to doxx police officers.<br>https://t.me/BLMProtests |
| 05/30/2020 21:07:57 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Thank you. We saw this earlier today. |
| 06/05/2020 14:42:59 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Hey Enrique, just wanted to check with you to see if any of your people are planning on going to DC or Richmond for the protests? |
| 06/05/2020 14:44:27 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | I'll check but I've issued a stay at home for the entire org with these events. |
| 06/05/2020 14:44:44 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | DC I can pretty much say are staying completely away. |
| 06/05/2020 14:47:55 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | I figured that would be the case. Probably a good move. Thanks brother. |
| 06/05/2020 14:48:55 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | It would just make a huge mess and probably put us on some stupid list. |
| 06/05/2020 14:49:47 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | No list with us but if anything happened would definitely be some bad press for your org |
| 06/05/2020 14:50:55 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Sincerely though, I really appreciate you communicating and working with me. Makes things go smoother and hassle free whenever you want to plan something in DC |
| 06/05/2020 14:51:31 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | I'm actually gonna cal you in sec and give you more deets. |
| 06/05/2020 14:51:34 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Cool? |
| 06/05/2020 14:51:45 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Sure. Send it |
| 06/22/2020 21:02:34 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | That statue... |
| 06/22/2020 21:03:11 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Yep. And they just tried getting the Jackson statue in Lafayette Square but we were able to save that one |
| 06/26/2020 11:34:21 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Hey brother, can you give me a call when you get a chance. Nothing urgent but want to talk to you about your plans next weekend. Thanks |
| 06/26/2020 14:28:27 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | One thing I forgot to ask you. Any other big names planning on coming? |
| 06/26/2020 14:29:19 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Not with us or that I know of. And as far as other groups go...haven't heard anything. |

| | | |
|---|---|---|
| 06/26/2020 14:29:31 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Awesome, thanks |
| 07/02/2020 10:08:08 | MMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Looks like word is getting out about you all coming to town. Got that from a contact at a security company here in DC<br><image/png> IMG_1928.PNG<br> |
| 07/02/2020 12:55:23 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Well Oak shouldn't have put the bar thing on there. He has a small audience so hopefully it doesn't turn into a big thing. |
| 07/02/2020 13:15:54 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Copy that. Just wanted to send for your awareness. |
| 07/02/2020 13:16:39 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Just landed. |
| 07/02/2020 13:19:55 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Welcome back to the area! |
| 07/02/2020 13:23:33 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Love this city. I need to get a condo here. |
| 07/03/2020 13:29:30 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Hey brother, any idea what time you all are meeting at Trump Hotel? |
| 07/03/2020 17:12:43 | SMS<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <3057668213> | Hey brother? You still planning on meeting up at Trump this evening? |
| 07/03/2020 17:29:47 | SMS<br>From: Enrique Tarrio <3057668213><br>To: Shane Lamond <2024370434> | Just saw these |
| 08/20/2020 18:11:51 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | |
| 08/20/2020 18:12:25 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | |
| 08/20/2020 18:12:45 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Adam kishel |
| 09/06/2020 00:20:42 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | WTF??? Your guy going to be OK? |
| 09/06/2020 00:21:21 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | He'll live... But we're waiting for the MRI |
| 09/06/2020 00:22:00 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Wow, that's terrible. Sorry to hear that happened to him |
| 09/06/2020 00:22:39 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | This is stupid. Things don't seem like they're going to get better. |
| 09/06/2020 00:23:20 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Not at all. In fact, they're getting worse and it is spreading |
| 09/06/2020 00:24:28 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yeah I'm watching DC too. They're organizing. |
| 09/06/2020 00:25:27 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Yep. And we had the fatal police shooting earlier this week. Fortunately all the out-of-town Antifa have left so that has calmed things down a bit |

| | | |
|---|---|---|
| 09/22/2020 21:42:55 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, you going to be in Portland on Saturday with your guys? |
| 09/22/2020 21:43:04 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yes sir |
| 09/22/2020 21:43:15 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | It's my event |
| 09/22/2020 21:44:27 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I gotcha. Be safe out there. I know the counters will definitely be out. |
| 09/22/2020 21:51:08 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Got time for a call? |
| 09/22/2020 21:52:15 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Give me about 10 min and I will be free |
| 09/22/2020 21:54:13 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Kk |
| 09/23/2020 16:47:17 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, I'm working on that request for you. Should have a contact in Portland for you later today |
| 09/23/2020 17:14:12 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Thanks |
| 09/23/2020 18:22:33 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Just heard back from the guy in Portland. His name is Jeremy Chedester. Desk # 503-460-8539, cell # 503-308-3984. He said call desk first as his cell doesn't work in the office |
| 09/23/2020 18:22:54 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Ok I'll ring em in the am |
| 09/23/2020 18:24:17 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Perfect |
| 09/27/2020 14:25:04 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, I was camping this weekend with no cell service. How did yesterday go? Any issues? |
| 09/28/2020 17:04:58 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | You available for a call? |
| 09/28/2020 17:05:25 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yep |
| 10/03/2020 11:25:20 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | <image/heic> IMG_2594.HEIC<br> |
| 10/03/2020 11:27:46 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Today? |
| 10/03/2020 11:28:45 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Yes sir, right now. Apparently some of your guys were here yesterday for their introductory event |
| 10/03/2020 11:34:18 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Hmmmph introductory? |
| 10/03/2020 11:34:55 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Yes they did a small event last night. Organizer sent a shout out to your group and asked any PB to stand up. A few stood up |
| 10/03/2020 11:35:18 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | The Walkway Movement did an into event. |

| | | |
|---|---|---|
| 10/03/2020 11:35:23 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Hah! It's amazing the outpouring of support we've gotten. |
| 10/03/2020 11:35:38 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I'm sure! You all are all over Twitter |
| 10/03/2020 11:37:16 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yeah I'm monitoring it. I've been laying low at home. |
| 10/03/2020 11:40:52 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy! |
| 10/04/2020 20:47:27 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | <image/jpg> IMG_2624.JPG<br> |
| 10/06/2020 14:11:02 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I'm in town brother. Last minute trip |
| 10/06/2020 14:34:57 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy. How long you in town for? |
| 10/06/2020 14:35:06 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Thursday am |
| 10/06/2020 14:35:37 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Staying in Harrington. Gonna be at Harry's tonight and I have some interviews tomorrow |
| 10/06/2020 14:36:38 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I gotcha. I've got plans tonight but if you are free tomorrow afternoon you interested in meeting up for drinks at Harry's? |
| 10/06/2020 14:37:06 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yes sir! I have to go to Maryland at 5. |
| 10/07/2020 14:11:42 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, I've got a meeting at 3. If it is over with in time I can meet you at Harry's for a drink. You still have to go to MD at 5? |
| 10/07/2020 21:12:46 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434><br>To: Shane Lamond <2024370434> | https://dcist.com/story/20/10/07/dc-investigating-harrys-bar-viral-police-pandemic-video/<br>BE27322D-1AEB-4599-9EEB-871C975F711E.pluginPayloadAttachment<br>06A471B8-3FBF-4AD4-915F-3ADB220116F1.pluginPayloadAttachment<br> |
| 10/08/2020 11:39:01 | WhatsApp Message<br>From: Daren DeMarco <6465846314><br>To: Shane Lamond <2024370434> | Now the Boogalaa boi' are trying to rally other Groups with them to Protest at the Michigan State Capitol and Governor residence. |
| 10/08/2020 11:39:31 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Daren DeMarco <6465846314> | I heard they executed a SW and arrested one person in Delaware who was their explosives guy. Also executed two SW in Baltimore on two suspected associates but they weren't part of indictment. They were not arrested |
| 10/08/2020 11:40:21 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Daren DeMarco <6465846314> | Interesting. I will check with my PB source but there's no way they will link up with Antifa and BLM |
| 10/08/2020 11:41:06 | WhatsApp Message<br>From: Daren DeMarco <6465846314><br>To: Shane Lamond <2024370434> | I was thinking the Same |

| | | |
|---|---|---|
| 10/08/2020 11:41:15 | iMessage<br>From: Shane Lamond <2024370434><br>To: A/C Jeffery Carroll <2024378198> | https://www.detroitnews.com/story/news/local/michigan/2020/10/08/feds-thwart-militia-plot-kidnap-michigan-gov-gretchen-whitmer/5922301002/<br>18A20BF5-2AAB-4C6F-A946-A697EE52B236.pluginPayloadAttachment<br>B6A99393-5EA1-4130-A343-53A459E11583.pluginPayloadAttachment<br> |
| 10/08/2020 11:41:23 | WhatsApp Message<br>From: Daren DeMarco <6465846314><br>To: Shane Lamond <2024370434> | Please advise on PB |
| 10/08/2020 11:41:31 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Carolyn (MPD) Montagna <2024897859> | This is interesting...<br><br>https://www.detroitnews.com/story/news/local/michigan/2020/10/08/feds-thwart-militia-plot-kidnap-michigan-gov-gretchen-whitmer/5922301002/ |
| 10/08/2020 11:41:39 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Daren DeMarco <6465846314> | Will do |
| 10/08/2020 11:41:58 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | https://www.detroitnews.com/story/news/local/michigan/2020/10/08/feds-thwart-militia-plot-kidnap-michigan-gov-gretchen-whitmer/5922301002/<br>49132D4A-916A-44E2-BF39-653ADAA54ED8.pluginPayloadAttachment<br>AC6A7A7C-6C99-4F60-A05F-8CA0C2E4DE78.pluginPayloadAttachment<br> |
| 10/08/2020 11:42:52 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | FROM A LE SOURCE:<br><br>Now the Boogaloo Bois are trying to rally other Groups with them to Protest at the Michigan State Capitol and Governor residence.<br><br>They are calling it a Unite Rally. |
| 10/08/2020 11:43:04 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Have you heard anything about this? |
| 10/08/2020 12:00:23 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Do you have a date? I'm on the phone with Michigan Prez...he says he knows nothing of this |
| 10/08/2020 12:01:13 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | No date for it but the operation went down last night. I will see if I can get the proposed date now |
| 10/08/2020 12:01:48 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Daren DeMarco <6465846314> | Talking to my PB source now. Any idea on the proposed date for that Unite Rally? |
| 10/08/2020 12:05:49 | WhatsApp Message<br>From: Daren DeMarco <6465846314><br>To: Shane Lamond <2024370434> | Not yet.<br>This is all unfolding as we speak...<br>Will advise |
| 10/08/2020 12:09:31 | WhatsApp Message<br>From: Daren DeMarco <6465846314><br>To: Shane Lamond <2024370434> | October 17.<br>FBI started picking up Chatter last night on this Rally. |
| 10/08/2020 12:17:26 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Just got the date: October 17th |
| 10/08/2020 12:28:29 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Confirmed they knew nothing of the event. And they don't plan on attending anything that has to do with Antifa or whatever this boogaloo thing is |
| 10/08/2020 12:31:38 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy, thanks brother |

| | | |
|---|---|---|
| 10/08/2020 12:32:53 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Daren DeMarco <6465846314> | From my source:<br><br>Confirmed they (Michigan PB President) knew nothing of the event. And they don't plan on attending anything that has to do with Antifa or whatever this boogaloo thing is |
| 10/08/2020 12:33:56 | WhatsApp Message<br>From: Daren DeMarco <6465846314><br>To: Shane Lamond <2024370434> | Will send Over.<br>Thank you very much |
| 10/08/2020 20:54:59 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | One of my guys sent the flyer lol.<br><image/heic> IMG_6614.heic<br> |
| 10/08/2020 20:55:44 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Haha! That's it! |
| 10/08/2020 20:56:04 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | look at his comment to me in the bottom |
| 10/08/2020 20:56:26 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I saw. Hilarious! |
| 10/08/2020 20:57:43 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | That flyer is one of the funniest things ever. But they are family |
| 10/08/2020 20:59:21 | WhatsApp Message<br>To: Daren DeMarco <6465846314><br><br>To: Daren DeMarco <6465846314> | Flyer for the rally you told me about<br><photo> 92503b74-96f5-491b-b725-1edd6bd44ad7.jpg<br> |
| 10/08/2020 21:00:26 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | They even included the NFAC... |
| 10/08/2020 21:03:26 | MMS<br>From: Shane Lamond <2024370434><br>To: Dave Engel (MCAC) <4438295741> | Look what Boogaloo Bois are promoting after last nights raids<br><image/jpg> IMG_2639.jpg<br> |
| 10/08/2020 21:07:18 | SMS<br>From: Dave Engel (MCAC) <4438295741><br>To: Shane Lamond <2024370434> | Interesting...i wonder if it is legit or a catfishing scheme to get people to show up.  I font see proud boys and ANTIFA hanging out as friends.. |
| 10/08/2020 21:08:26 | SMS<br>From: Shane Lamond <2024370434><br>To: Dave Engel (MCAC) <4438295741> | Definitely not. Boogaloo Bois are inviting everyone they can. I got that from Proud Boys. Source said they'd never hang out in same circles as Antifa |
| 10/08/2020 21:09:13 | iMessage<br>From: Shane Lamond <2024370434><br>To: A/C Jeffery Carroll <2024378198> | This is interesting. Boogaloo Bois promoting an event the day after FBI conducted that big raid on Wolverine Watchmen in Michigan<br><image/jpg> IMG_2639.jpg<br> |

| | | |
|---|---|---|
| 10/08/2020 21:10:02 | iMessage<br>From: A/C Jeffery Carroll <2024378198><br>To: Shane Lamond <2024370434> | Strange |
| 10/08/2020 21:40:13 | WhatsApp Message<br>From: Daren DeMarco <6465846314><br>To: Shane Lamond <2024370434> | Thank you very much |
| 10/08/2020 21:40:34 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Daren DeMarco <6465846314> | You’re welcome, brother |
| 10/08/2020 21:40:41 | WhatsApp Message<br>From: Daren DeMarco <6465846314><br>To: Shane Lamond <2024370434> | 👍U |
| 10/08/2020 21:40:59 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Daren DeMarco <6465846314> | Got that from my Proud Boys source. They are definitely NOT participating |
| 10/08/2020 21:41:20 | WhatsApp Message<br>From: Daren DeMarco <6465846314><br>To: Shane Lamond <2024370434> | Thank you very much my Brother |
| 10/08/2020 21:43:15 | WhatsApp Message<br>From: Daren DeMarco <6465846314><br>To: Shane Lamond <2024370434> | Definitely a Great Source my Man |
| 10/08/2020 21:45:11 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Daren DeMarco <6465846314> | That’s for sure. Between you and me because I trust you completely, it’s Enrique Tarrio, the current leader of the PB |
| 10/08/2020 21:46:29 | WhatsApp Message<br>From: Daren DeMarco <6465846314><br>To: Shane Lamond <2024370434> | Good for you 💪 |
| 10/13/2020 09:14:04 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | In town. At the Supreme Court |
| 10/13/2020 09:45:56 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy. How long you going to be in town? |
| 10/13/2020 09:49:46 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Tomorrow am |
| 10/19/2020 11:27:53 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | <image/jpg> imagejpeg_0.jpg<br> |
| 10/19/2020 11:28:28 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | <image/jpg> IMG_6843.jpeg<br> |
| 10/19/2020 11:29:22 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Lol! Nice response |
| 10/19/2020 11:29:47 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I was walking to get in a car with AC |
| 10/19/2020 11:30:09 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | They’re idiots |
| 10/20/2020 13:46:37 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | |

| | | |
|---|---|---|
| 10/20/2020 13:46:39 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | https://twitter.com/redrawnoxen/status/1318582958362689541?s=10<br>E8F6BD26-CEB5-4D1D-A532-D4E8CA22481F.pluginPayloadAttachment<br>7FA58EA5-5885-49CA-BE95-EE5455537F28.pluginPayloadAttachment<br>  |
| 10/20/2020 14:19:30 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Interesting. I've gotten a number of emails today talking about letters received by Dems but nothing attributed to PB. Have you contacted local PD or FBI to report fraudulent use of Prius Boys name in email? |
| 10/20/2020 16:13:35 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | https://mycbs4.com/news/local/fbi-investigating-online-voter-intimidation-threats-in-alachua-county<br>F90DC1ED-B235-45AE-94DD-71E455CEEDA4.pluginPayloadAttachment<br> |
| 10/20/2020 16:13:35 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Can you put me in contact with the FBI? |
| 10/20/2020 16:27:29 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I don't have any contacts with Miami Field Office but I will get you the link to the IC3 where you can file an online complaint with FBI and they will contact you. I'm driving now but will send to you as soon as I get home |
| 10/20/2020 16:29:15 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I contacted the supervisor of elections |
| 10/20/2020 16:29:24 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | She's putting me in contact |
| 10/20/2020 16:29:29 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Someone is spoofing our emails |
| 10/20/2020 16:48:00 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I gotcha. If that doesn't work let me know but I saw that from the Tweets you sent me |
| 10/20/2020 17:02:12 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | <image/heic> IMG_6873.heic<br>info@officialproudboys.com <u>via</u> saudi-re.com |
| 10/20/2020 18:45:20 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Just received a report that one of your spoofed emails was reported in Cecil County, MD. Confirming now |
| 10/20/2020 18:45:42 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Nab their ass! |
| 10/20/2020 20:12:45 | MMS<br>From: Dave Engel (MCAC) <4438295741><br>To: Shane Lamond <2024370434> | Cecil County Letter. Not the same thing as FLA. FBI BA aware.<br><image/jpg> 123_2.jpeg<br> |

| | | |
|---|---|---|
| 10/20/2020 20:13:36 | SMS<br>From: Shane Lamond <2024370434><br>To: Dave Engel (MCAC) <4438295741> | Interesting. Thank you |
| 10/21/2020 10:22:08 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Morning brother, did any of your MD guys report this letter to you? This is the letter that was recovered in Cecil County, MD, yesterday. However, I don't have a name on who received it.<br><image/jpg> image001.JPG<br> |
| 10/21/2020 11:06:36 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | FBI just informed me that the Jacksonville Field Office has opened up a case into the spoofed email address using using PB name |
| 10/21/2020 12:25:39 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | If they need anything I'm open to help |
| 10/21/2020 12:26:07 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy I appreciate it. I will let you know |
| 10/21/2020 12:26:24 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | <Reply To: Morning brother, did any of your MD guys report this letter to you? This is the letter that was recovered in Cecil County, MD, yesterday. However, I don't have a name on who received it><br>Let me check with them |
| 10/21/2020 12:36:44 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | According to Cecil County Sheriffs Office, the recipient of that letter claims he has no involvement with your group and doesn't know why he received it |
| 10/21/2020 17:25:05 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | My FBI guy here in DC is going to get the info for case agent in Jacksonville. I should have it to you by tomorrow morning |
| 10/21/2020 19:37:25 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Well this is interesting... |
| 10/21/2020 19:37:34 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | https://www.washingtonpost.com/technology/2020/10/20/proud-boys-emails-florida/ |
| 10/21/2020 19:38:03 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Well shit... |
| 10/21/2020 19:39:04 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Right??? Just sent it to my FBI contact to confirm |
| 10/21/2020 19:39:41 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | How did a group of drunken monkeys become a target? |
| 10/21/2020 19:42:10 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | No idea, but that may not be such a bad thing. You guys are definitely getting a lot of exposure |
| 10/21/2020 19:42:54 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Lol well yeah...but now we're used as pawns in a global cyber war... |
| 10/21/2020 19:43:18 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | That is true... ugh |
| 10/21/2020 20:13:10 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I don't feel like I'm going to be too safe. |
| 10/21/2020 20:15:10 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | If you receive any threats let me know and I will connect you with my Miami-Dade contacts |
| 10/22/2020 22:19:02 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Who are the Poor Boys??? |

| | | |
|---|---|---|
| 10/22/2020 22:19:23 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Me if I keep getting hammered this way in debates |
| 10/22/2020 22:19:50 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Lol! |
| 10/22/2020 22:21:14 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I didn't forget about you with that FBI contact. It is proving to be more challenging than it should be. Damn feds... |
| 10/26/2020 20:10:44 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | At the Supreme Court |
| 10/26/2020 20:23:57 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy. I'm working tonight. Near the White House |
| 10/26/2020 20:33:29 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I'm going that way in a little. I'm a bit incognito |
| 10/26/2020 20:37:23 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy let me know when you head over there |
| 10/26/2020 20:51:19 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Are they swearing her in at the White House |
| 10/26/2020 20:51:26 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Yes |
| 10/26/2020 22:20:07 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | You up at BLM Plaza? |
| 10/26/2020 22:20:25 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yes sir |
| 10/26/2020 22:21:16 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I gotcha. I was up there until about 15 min ago |
| 10/26/2020 22:21:40 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yeah Bev cleaned up the signs. |
| 10/26/2020 22:22:18 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | |
| 10/26/2020 22:22:20 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Yes that's what I heard on the radio |
| 10/29/2020 08:44:23 | iMessage<br>From: Carl Holmberg <2029071198><br>To: Shane Lamond <2024370434> | Are you guys getting any info on events for Saturday? Proud Boys in the area of Freedom Plaza and the Monument grounds? |
| 10/29/2020 09:14:16 | iMessage<br>From: Shane Lamond <2024370434><br>To: Carl Holmberg <2029071198> | No I haven't heard anything about that. Do you know where that info is coming from? I've got a good PB source I can check with |
| 10/29/2020 09:17:17 | iMessage<br>From: Carl Holmberg <2029071198><br>To: Shane Lamond <2024370434> | Comes from a source. Hopefully not the same one... Sent the info a week or so ago saying PB leader would be here with large numbers at Freedom in response to the assaults by skateboarders after the rally several weeks ago. |
| 10/29/2020 09:17:50 | iMessage<br>From: Carl Holmberg <2029071198><br>To: Shane Lamond <2024370434> | Source said they weren't advertising the event. No permit. |
| 10/29/2020 09:25:11 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, are you aware of any plans by your group to hold a rally at Freedom Plaza this Saturday? |
| 10/29/2020 09:26:13 | iMessage<br>From: Shane Lamond <2024370434><br>To: Carl Holmberg <2029071198> | I just asked my source. Will let you know once I get a response |
| 10/29/2020 09:26:25 | iMessage<br>From: Carl Holmberg <2029071198><br>To: Shane Lamond <2024370434> | Copy thanks. |

| | | |
|---|---|---|
| 10/29/2020 09:26:41 | iMessage<br>From: Shane Lamond <2024370434><br>To: Carl Holmberg <2029071198> | No, thank you! Let's hope it isn't true... |
| 10/29/2020 09:27:09 | iMessage<br>From: Carl Holmberg <2029071198><br>To: Shane Lamond <2024370434> | Yeah. I could use the day off to rest up for next week. |
| 10/29/2020 09:38:19 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Let me ask. I haven't heard anything |
| 10/29/2020 09:40:32 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Negative |
| 10/29/2020 09:40:50 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Thanks, I will forward the text I received |
| 10/29/2020 09:40:55 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Not holding or attending an event |
| 10/29/2020 09:41:27 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Comes from a source. Sent the info a week or so ago saying PB leader would be here with large numbers at Freedom in response to the assaults by skateboarders after the rally several weeks ago. |
| 10/29/2020 09:42:20 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Lol I was...I was on my own. But not to patrol a park haha |
| 10/29/2020 09:42:50 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I will be there Sunday thru Thursday |
| 10/29/2020 09:44:53 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Lol! Sounds like someone is leaking your info, although sounds like they have the numbers way off! |
| 10/29/2020 09:45:23 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | If they count my fingers and toes...there was 20 of us |
| 10/29/2020 09:45:36 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | |
| 10/29/2020 09:46:25 | iMessage<br>From: Shane Lamond <2024370434><br>To: Carl Holmberg <2029071198> | I'm hearing one PB will be in town but it will be Sunday thru Thursday. No large numbers and no rally at FP |
| 10/29/2020 09:48:03 | iMessage<br>From: Carl Holmberg <2029071198><br>To: Shane Lamond <2024370434> | Copy thanks. I'll pass to my command. |
| 10/29/2020 10:03:41 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I haven't been able to link up with you the last few times you were up here but let's catch up next week for beers before you go back |
| 10/29/2020 10:04:07 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I'm in |
| 10/31/2020 12:33:31 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, is this an actual flyer or a fake?<br><image/jpg> IMG_2875.jpg<br> |
| 10/31/2020 12:34:27 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I've seen that around. Website is ours. |
| 10/31/2020 12:35:38 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I gotcha. Just wondering. Chicago PD reporting them found in a neighborhood |
| 10/31/2020 12:43:25 | WhatsApp Message<br>From: Daren DeMarco <6465846314><br>To: Shane Lamond <2024370434> | One of my Partners is asking:<br><br>"Starting to see talk of Proud Boys going to polling sites. You hear anything |

| | | |
|---|---|---|
| 10/31/2020 12:50:14 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Daren DeMarco <6465846314> | Don't give out the source but according to ET, They don't have any official events but smaller groups may assemble on their own |
| 10/31/2020 12:54:18 | WhatsApp Message<br>From: Daren DeMarco <6465846314><br>To: Shane Lamond <2024370434> | I would Never Give Out Source-<br>Told them a CI in one of the Groups |
| 10/31/2020 12:56:59 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Daren DeMarco <6465846314> | Perfect |
| 11/02/2020 12:22:50 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, tied up on a conference call right now but will call you back when I'm free. You in town now? |
| 11/02/2020 12:25:11 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yes sir. We're doing a small pop up event in front of CNN. |
| 11/02/2020 12:25:26 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy. When is that taking place? |
| 11/02/2020 12:25:32 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | 2 pm. |
| 11/02/2020 12:25:50 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy, I appreciate the heads up. Any idea on size of your group? |
| 11/02/2020 12:26:24 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | With Black Republican club. Only me and another guy will be the only PBs. Not in our gear |
| 11/02/2020 12:26:35 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Ehhhh I'd say no more than 20 |
| 11/02/2020 12:27:31 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Perfect. I'm going to let SOD know for their awareness so they don't freak out. We will have a unit or two there to monitor. And we def have to catch up for drinks before you leave |
| 11/02/2020 12:27:56 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | 10-4 I'll be at Harry's every night |
| 11/02/2020 12:32:56 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Lol! That's what I figured |
| 11/02/2020 12:34:00 | SMS/MMS Group<br>From: Shane Lamond <2024370434><br>To: <SMS Group Chat 531502700691785333><br>Jason (MPD) Bagshaw <2023613819><br>Michelle Caron (MPD) <2023695386><br>Carolyn (MPD) Montagna <2024897859><br>Guillermo (MPD) Rivera <2022768534><br>Bob Glover <2024971162><br>A/C Jeffery Carroll <2024378198><br>Jeffrey (MPD) Parker <2024971524><br>Carlos Mejia <2025060742><br>Darnel (MPD) Robinson <2024463387> | Just got a heads up that PB and Black Repub Club will have a demo outside CNN (820 First St NE) today at 1400 hours. Group less than 20 ppl. |
| 11/03/2020 14:49:10 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | Hahah can check with your boy? I'm sure it's nit all the PBs |
| 11/03/2020 14:49:22 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | Hahaha nevvvvvvermind. You're all over it |
| 11/03/2020 18:35:11 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | You at Harry's now? |
| 11/03/2020 18:35:25 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yep! |
| 11/03/2020 18:35:43 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I will head down for a bit and grab a drink |
| 11/03/2020 19:49:42 | iMessage<br>From: Shane Lamond <2024370434><br>To: David Lamond (USPP) <2025005636> | Hey Dave, im meeting with a source right now but will call you back in a few minutes |

| | | |
|---|---|---|
| 11/03/2020 20:53:46 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I need more drinks for this... |
| 11/03/2020 20:53:58 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Lmao |
| 11/03/2020 22:17:10 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | You all are starting to attract attention... |
| 11/03/2020 22:23:25 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | How? |
| 11/03/2020 22:24:24 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | They coming this way? |
| 11/03/2020 22:26:23 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | People walking in the middle of road |
| 11/03/2020 22:26:47 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Just brought everyone in |
| 11/03/2020 22:26:52 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Just try and keep them out of road. |
| 11/03/2020 22:26:54 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Perfect |
| 11/04/2020 00:32:44 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | How's work? |
| 11/04/2020 00:40:37 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Nor bad. Have a group marching around but that's the only thing we are seeing |
| 11/04/2020 03:16:06 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I'm hearing rumors that a couple of your people were stabbed. Have you heard anything about that? |
| 11/04/2020 03:16:20 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yes I'm here now |
| 11/04/2020 03:17:00 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Bevelyn and two of my guys. |
| 11/04/2020 03:17:33 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Ugh. I'm heading down now |
| 11/04/2020 10:47:51 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, how you and your team doing today? Everyone OK? |
| 11/04/2020 11:04:03 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Bev is the only one left in the hospital I think |
| 11/04/2020 11:39:19 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I gotcha. That's good to hear. I'm not going to be as busy today so please give me a heads up if you all go anywhere so I can be around in case you need anything |
| 11/04/2020 11:41:41 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | We're staying put. |
| 11/04/2020 11:42:27 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Good deal. |
| 11/04/2020 12:58:46 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Any word on catching these people? |
| 11/04/2020 13:39:31 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I haven't heard anything yet. I know detectives are working on a BOLO for the suspects and are pulling the security camera videos from the block. I will keep you updated on the investigation. |
| 11/04/2020 14:58:55 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | You think they'll find em? |

| | | |
|---|---|---|
| 11/04/2020 15:06:03 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I don't know. Depends on how good the video is and whether we can identify the suspects. Hopefully we can. It was brought up during a press conference with our police chief and mayor today so we will be putting a lot of effort into identifying and arresting the suspects. |
| 11/04/2020 15:16:45 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | <image/heic> IMG_7209.heic<br><br> |
| 11/04/2020 15:21:47 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Wonderful. Is anyone staying at Phoenix? |
| 11/04/2020 15:32:37 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Lol me and Jen |
| 11/04/2020 15:48:04 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I gotcha. I thought you were staying at Harrington. |
| 11/04/2020 15:49:17 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I'm going to give my team a heads up for their awareness. Let me know if you have any issues at all. I will be staying in town through at least Friday so I'm close by |
| 11/04/2020 15:51:16 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I'm leaving in the am. Not leaving the hotel till then |
| 11/04/2020 15:53:52 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy. Let me know if you need anything |
| 11/04/2020 18:47:09 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, you don't have a group walking around 14th Street near the Willard, do you? US Park Police thought they spotted your group walking a little while ago? |
| 11/04/2020 18:50:28 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Negative |
| 11/04/2020 18:50:47 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy, didn't think so but just wanted to make sure. Thanks |
| 11/05/2020 20:02:56 | WhatsApp Message<br>From: Daren DeMarco <6465846314><br>To: Shane Lamond <2024370434> | Can you answer this:<br><br>"I'm starting to see Post about Proud Boys coming to Michigan for Friday. |
| 11/05/2020 20:13:58 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, I'm hearing chatter that you are heading to Michigan. Any truth to that? |
| 11/05/2020 20:16:23 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I was. But I'm canceling that trip. |
| 11/05/2020 20:17:23 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I gotcha. Everybody doing ok from the incident here in DC? |
| 11/05/2020 20:17:47 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Bev is still in the hospital. Any leads |
| 11/05/2020 20:18:05 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I checked with our detectives. They have some additional video but haven't identified suspects yet. They are working on it though |
| 11/05/2020 20:18:57 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | You want me to check in on her tomorrow? |
| 11/05/2020 20:19:11 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Please. It's hard to get info |
| 11/05/2020 20:20:04 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | You got it. I will swing by there tomorrow. GW Hospital, right? |

| | | |
|---|---|---|
| 11/05/2020 20:28:58 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yep! |
| 11/05/2020 20:29:26 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Got it. I will check in with her tomorrow and let you know |
| 11/07/2020 13:04:49 | WhatsApp Group Message<br>From: Kevin Riley (Arlington PD) <7032549971><br>To: Intel <9177090904-1569009875@g.us><br>Ben Tyler <17034315078><br>NYPD Sgt. Justin Scanlon <19177090904><br>Shane Lamond <2024370434> | Anyone have a Parler account? |
| 11/07/2020 13:05:03 | WhatsApp Group Message<br>From: Kevin Riley (Arlington PD) <7032549971><br>To: Intel <9177090904-1569009875@g.us><br>Ben Tyler <17034315078><br>NYPD Sgt. Justin Scanlon <19177090904><br>Shane Lamond <2024370434> | Hearing PB using it to mobilize |
| 11/07/2020 13:05:14 | WhatsApp Group Message<br>From: Shane Lamond <2024370434><br>To: Intel <9177090904-1569009875@g.us><br>Ben Tyler <17034315078><br>NYPD Sgt. Justin Scanlon <19177090904><br>Kevin Riley (Arlington PD) <17032549971> | I think I do |
| 11/07/2020 13:06:11 | WhatsApp Group Message<br>From: Shane Lamond <2024370434><br>To: Intel <9177090904-1569009875@g.us><br>Ben Tyler <17034315078><br>NYPD Sgt. Justin Scanlon <19177090904><br>Kevin Riley (Arlington PD) <17032549971> | Or I can go straight to the source lol |
| 11/07/2020 13:06:25 | WhatsApp Group Message<br>From: Ben Tyler <7034315078><br>To: Intel <9177090904-1569009875@g.us><br>NYPD Sgt. Justin Scanlon <19177090904><br>Kevin Riley (Arlington PD) <17032549971><br>Shane Lamond <2024370434> | I'd call him |
| 11/07/2020 13:07:00 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, sad, sad news today. You all planning anything? |
| 11/07/2020 13:07:01 | WhatsApp Group Message<br>From: Kevin Riley (Arlington PD) <7032549971><br>To: Intel <9177090904-1569009875@g.us><br>Ben Tyler <17034315078><br>NYPD Sgt. Justin Scanlon <19177090904><br>Shane Lamond <2024370434> | Lol that could be more efficient |
| 11/07/2020 13:07:11 | WhatsApp Group Message<br>From: Shane Lamond <2024370434><br>To: Intel <9177090904-1569009875@g.us><br>Ben Tyler <17034315078><br>NYPD Sgt. Justin Scanlon <19177090904><br>Kevin Riley (Arlington PD) <17032549971> | Just text him |
| 11/07/2020 13:08:41 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yep<br><video/quicktime> IMG_7263.mov<br> |
| 11/07/2020 13:09:28 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Nice! Wish I was there instead of here. Let me know if you do anything here? |
| 11/07/2020 13:09:58 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Where is that? |
| 11/07/2020 13:11:17 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Thanks brother |

| | | |
|---|---|---|
| 11/07/2020 13:12:22 | WhatsApp Group Message<br>From: Shane Lamond <2024370434><br>To: Intel <9177090904-1569009875@g.us><br>Ben Tyler <17034315078><br>NYPD Sgt. Justin Scanlon <19177090904><br>Kevin Riley (Arlington PD) <17032549971> | Some of them are in Michigan and Phoenix. Nothing in this area |
| 11/07/2020 13:12:49 | WhatsApp Group Message<br>From: Ben Tyler <7034315078><br>To: Intel <9177090904-1569009875@g.us><br>NYPD Sgt. Justin Scanlon <19177090904><br>Kevin Riley (Arlington PD) <17032549971><br>Shane Lamond <2024370434> | Do they have any plans to come to the area? |
| 11/07/2020 13:12:56 | WhatsApp Group Message<br>From: Shane Lamond <2024370434><br>To: Intel <9177090904-1569009875@g.us><br>Ben Tyler <17034315078><br>NYPD Sgt. Justin Scanlon <19177090904><br>Kevin Riley (Arlington PD) <17032549971> | Nope |
| 11/07/2020 13:13:01 | WhatsApp Group Message<br>From: Ben Tyler <7034315078><br>To: Intel <9177090904-1569009875@g.us><br>NYPD Sgt. Justin Scanlon <19177090904><br>Kevin Riley (Arlington PD) <17032549971><br>Shane Lamond <2024370434> | 👍 |
| 11/07/2020 13:13:05 | WhatsApp Group Message<br>From: Shane Lamond <2024370434><br>To: Intel <9177090904-1569009875@g.us><br>Ben Tyler <17034315078><br>NYPD Sgt. Justin Scanlon <19177090904><br>Kevin Riley (Arlington PD) <17032549971> | Not as of yet anyway |
| 11/07/2020 13:13:47 | WhatsApp Group Message<br>From: Kevin Riley (Arlington PD) <7032549971><br>To: Intel <9177090904-1569009875@g.us><br>Ben Tyler <17034315078><br>NYPD Sgt. Justin Scanlon <19177090904><br>Shane Lamond <2024370434> | Excellent thanks |
| 11/08/2020 07:59:22 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Morning brother. I’m sure you are tracking this. You attending? |
| 11/08/2020 07:59:32 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | <image/jpg> IMG_2999.JPG<br><br> |
| 11/08/2020 09:45:58 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I was invited. I don’t know if I can make it. I have a family thing that day. |
| 11/08/2020 09:48:50 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I gotcha. Hopefully there will be a big turnout |
| 11/08/2020 09:53:15 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I don’t know why the labeled it “million” |
| 11/08/2020 09:53:19 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | They |
| 11/08/2020 09:55:53 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Yeah, I think they are being a bit optimistic |
| 11/08/2020 09:56:59 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Would you give me a heads up if anyone else from your group decide to attend? |
| 11/08/2020 09:57:34 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I’m pretty sure my guys will be in attendance |

| | | |
|---|---|---|
| 11/08/2020 10:06:09 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy. You are welcome to pass my information to one of them if they need anything while they are up here |
| 11/08/2020 10:06:50 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I will bruv. |
| 11/08/2020 10:37:23 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Thank you |
| 11/08/2020 10:39:00 | iMessage<br>From: Shane Lamond <2024370434><br>To: <iMessage Group Chat 6376016548877529><br>Guillermo (MPD) Rivera <2022768534><br>Carolyn (MPD) Montagna <2024897859><br>Bob Glover <2024971162><br>A/C Jeffery Carrol <jeffery.carroll@dc.gov> | Just got a heads up that ET will not be here next weekend for the Million MAGA March but some of the PBs will very likely come |
| 11/08/2020 10:42:34 | WhatsApp Group Message<br>From: Kevin Riley (Arlington PD) <7032549971><br>To: Intel <9177090904-1569009875@g.us><br>Ben Tyler <17034315078><br>NYPD Sgt. Justin Scanlon <19177090904><br>Shane Lamond <2024370434> | Any arrests in dc last night? |
| 11/08/2020 10:44:57 | WhatsApp Group Message<br>From: Shane Lamond <2024370434><br>To: Intel <9177090904-1569009875@g.us><br>Ben Tyler <17034315078><br>NYPD Sgt. Justin Scanlon <19177090904><br>Kevin Riley (Arlington PD) <17032549971> | No, everything was peaceful (surprisingly) |
| 11/08/2020 10:45:21 | WhatsApp Group Message<br>From: Kevin Riley (Arlington PD) <7032549971><br>To: Intel <9177090904-1569009875@g.us><br>Ben Tyler <17034315078><br>NYPD Sgt. Justin Scanlon <19177090904><br>Shane Lamond <2024370434> | Wow that is - awesome |
| 11/08/2020 10:45:36 | WhatsApp Group Message<br>From: Justin Scanlon <9177090904><br>To: Intel <9177090904-1569009875@g.us><br>Ben Tyler <17034315078><br>Kevin Riley (Arlington PD) <17032549971><br>Shane Lamond <2024370434> | Everyone is in 'healing' mode |
| 11/08/2020 10:47:02 | WhatsApp Group Message<br>From: Shane Lamond <2024370434><br>To: Intel <9177090904-1569009875@g.us><br>Ben Tyler <17034315078><br>NYPD Sgt. Justin Scanlon <19177090904><br>Kevin Riley (Arlington PD) <17032549971> | Lol! Until next Saturday. ET is not coming but he said it is very likely other PBs will be there |
| 11/08/2020 16:54:54 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I might be going. |
| 11/08/2020 16:56:13 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I'll know for sure in the am |
| 11/08/2020 16:57:02 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy. Let me know. Do you feel like the event is getting some traction? |
| 11/08/2020 16:57:23 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I feel like it's getting a lot of traction. |
| 11/08/2020 16:58:53 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I'm trying to gauge it. I see a lot of social media chatter but hard to guess how many will show up. Let me know if you need anything as always. Haven't seen anything from Antifa yet but once they get word I'm sure they will call for backup |
| 11/08/2020 16:59:51 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I'll gauge it myself and let you know. I'll know more about me going by tomorrow afternoon |
| 11/08/2020 17:00:09 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Sounds good. Thanks, brother |

| | | |
|---|---|---|
| 11/08/2020 23:09:20 | SMS<br>From: Shane Lamond <2024370434><br>To: Dave Engel (MCAC) <4438295741> | Saturday MAGA event gaining traction. ET may attend after all. ANTIFA also knows about it and is planning on crashing it |
| 11/09/2020 12:53:30 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, do you know roughly how many of you will be here Saturday? |
| 11/09/2020 14:12:13 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | 150-200 |
| 11/09/2020 14:26:58 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Ben Tyler <7034315078> | Didn't want to put this in email but just spoke with ET. He is coming this weekend and he expects approx 150-200 PBs for Saturday's event |
| 11/09/2020 17:19:44 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Organizers of march are consolidating. Both groups are meeting at Washington Monument and then marching to SCOTUS. Also have women's march from Freedom Plaza to SCOTUS |
| 11/09/2020 17:25:23 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Lol same time? |
| 11/09/2020 17:28:10 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Yea. They are saying they will begin gathering at 7 am, march starts at noon |
| 11/09/2020 17:31:20 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | |
| 11/10/2020 11:11:56 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I'm sure you already have this but just in case you don't...<br><image/jpg> IMG_3033.JPG<br> |
| 11/10/2020 11:13:41 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yeah I got that. Retards are using him to drum up outrage |
| 11/10/2020 11:14:53 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Yup |
| 11/10/2020 11:15:33 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | You think we'll have good separation? |
| 11/10/2020 11:25:51 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Yes, that's why I keep hitting you up for your plans. I don't want you to think I/we are keeping tabs on you guys, but the more details we have about your plans the better we can plan to keep separation between the groups |
| 11/10/2020 11:38:04 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Forgot to ask you. You still thinking 150-200? |
| 11/10/2020 11:40:18 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I think so |
| 11/10/2020 16:03:35 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | In a meeting but I will call you in a few |
| 11/10/2020 16:28:09 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Tried calling you back. Give me a call when free |
| 11/11/2020 00:30:42 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, saw the InfoWars video from Tallahassee. Good stuff! Any idea how many vehicles involved at this point? |
| 11/11/2020 00:32:51 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Haven't gotten word back from my guys. I'll text Alex. |
| 11/11/2020 00:33:46 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Thanks. I have a feeling Saturday is going to be a BIG turnout! |

| | | |
|---|---|---|
| 11/11/2020 00:34:15 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Hopefully. Needs a showing. I've received non stop texts |
| 11/11/2020 00:34:45 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | No doubt. |
| 11/12/2020 11:06:17 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, any of your guys with the car caravan? |
| 11/12/2020 11:12:35 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | I believe so |
| 11/13/2020 08:36:55 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother,as we suspected the organizer for the MAGA March changed his info to reflect the other event. Now everyone meeting up at Freedom Plaza at noon |
| 11/13/2020 08:37:22 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Woof |
| 11/13/2020 08:37:30 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Perfect |
| 11/13/2020 08:39:13 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Yep, that's going to be a shit ton of people but it will work. Was down in Richmond last night for the car caravan. Decent turnout |
| 11/13/2020 08:39:49 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | You staying at Phoenix again? |
| 11/13/2020 08:40:59 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yep. I'm about to take off |
| 11/13/2020 08:42:01 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy. I'm staying in DC tonight. Let me know if you go out and I may stop by |
| 11/13/2020 13:25:17 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | In town |
| 11/13/2020 13:28:44 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy. I'm up near BLM Plaza babysitting the InfoWars truck... |
| 11/13/2020 13:34:52 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Lmao...well at least he's entertaining |
| 11/13/2020 15:02:19 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | At harrys |
| 11/13/2020 15:02:31 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy |
| 11/13/2020 15:02:57 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | About to check out BLM Plaza. Heard there was a skirmish up there |
| 11/13/2020 15:03:17 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Will let you know when I'm heading down |
| 11/13/2020 20:33:55 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | You still at Harry's? |
| 11/13/2020 20:34:47 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yes. Doing a show and I'll be back down |
| 11/13/2020 20:39:32 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Check telegram |
| 11/14/2020 21:51:37 | iMessage<br>From: A/C Jeffery Carroll <jeffery.carroll@dc.gov><br>To: Shane Lamond <2024370434> | Any idea when the proud boys are leaving the city from social media? |
| 11/14/2020 21:52:43 | iMessage<br>From: Shane Lamond <2024370434><br>To: A/C Jeffery Carroll <jeffery.carroll@dc.gov> | I will check again with my source but on Friday he said most on Sunday, a few leaving Monday. Not sure if they are participating in Straka demo tomorrow but I will find out |

| | | |
|---|---|---|
| 11/14/2020 21:52:59 | iMessage<br>From: A/C Jeffery Carroll <jeffery.carroll@dc.gov><br>To: Shane Lamond <2024370434> | Thx |
| 11/14/2020 22:22:09 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | You guys attending the Brandon Straka event tomorrow morning? |
| 11/14/2020 22:27:52 | iMessage<br>From: Shane Lamond <2024370434><br>To: A/C Jeffery Carroll <jeffery.carroll@dc.gov> | Just talked to him. They are all leaving tomorrow and NOT attending the Straka event |
| 11/16/2020 15:18:04 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | These boogaloo guys are pretty retarded |
| 11/16/2020 18:48:03 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | So are the Antifa and BLM asshats |
| 11/16/2020 18:48:22 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | You ain't wrong. |
| 11/16/2020 18:49:19 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I've been fielding threatening phone calls and social media posts from both sides all day |
| 11/16/2020 18:49:43 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Lol I imagine there's a lot more now. |
| 11/16/2020 18:51:50 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Definitely. My personal favorites are the ones that call you White Supremacists and say we protected you while you attacked peaceful protesters |
| 11/16/2020 18:53:22 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | The article from Carless that said after we got stabbed you guys gave us "preferential" treatment... I was like yeah...we were the victims! |
| 11/16/2020 19:03:41 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Exactly... |
| 11/16/2020 19:51:34 | WhatsApp Message<br>From: Ben Tyler <7034315078><br>To: Shane Lamond <2024370434> | Okay ... also, Mike dunn and Enrique have a battle going on Parler |
| 11/16/2020 19:52:14 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Ben Tyler <7034315078> | Hahaha! Enrique text me about boogs being retards a little earlier. He must've been referring to him |
| 11/17/2020 20:49:23 | WhatsApp Message<br>From: Ben Tyler <7034315078><br>To: Shane Lamond <2024370434> | Have you talked to Enrique, do they have any plans for this weekend? |
| 11/17/2020 20:50:53 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Ben Tyler <7034315078> | No they are laying low. No plans for this weekend. There's gonna be another Trump rally in DC on Dec. 12. They may come back for that. Won't be as big as last weekend though |
| 11/17/2020 20:51:57 | WhatsApp Message<br>From: Ben Tyler <7034315078><br>To: Shane Lamond <2024370434> | Okay. Dunn is planning something in central Virginia and I was curious to see if they were gonna show for it since they have been battling on Parler all week |
| 11/17/2020 20:52:20 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Ben Tyler <7034315078> | I gotcha |
| 11/18/2020 10:05:27 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Morning, brother. Are you all planning on coming to DC on December 12th for the Million MAGA March II? |
| 11/18/2020 10:19:24 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yes sir. |
| 11/18/2020 10:22:15 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy! See you then |
| 12/02/2020 19:49:59 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, did you part ways with Joe Golinske? I haven't heard from him in a long time. He ok? |
| 12/02/2020 19:55:46 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Don't know who that is? Got a picture? |

| | | |
|---|---|---|
| 12/02/2020 19:57:02 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I don’t know what name he goes by…<br><image/png> IMG_3229.PNG<br> |
| 12/02/2020 19:57:41 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I just have his government name lol |
| 12/02/2020 19:58:02 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | He had some family stuff. Hasn’t been back around since July 4th |
| 12/02/2020 19:58:37 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | He messages me every once in awhile on telegram |
| 12/02/2020 19:58:43 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I gotcha. He would text me from time to time but I’ve reached out to him and haven’t gotten a response. Just wanted to make sure he was ok |
| 12/02/2020 20:01:10 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | What are you expecting for 12/12? Same numbers as before or more? I’m hearing NYC and Miami Antifa are planning on coming |
| 12/02/2020 20:04:26 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | My guess is that you see those numbers lose to double |
| 12/02/2020 20:05:12 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy. That’s what i figured |
| 12/03/2020 10:42:22 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, do you know if Alex Jones is coming Dec. 12? |
| 12/03/2020 10:43:19 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | He will be. |
| 12/03/2020 10:44:08 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy. Sounds like this is going to be quite an event |
| 12/03/2020 10:44:57 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | This one look any bigger. |
| 12/03/2020 10:49:09 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hard to say. We weren’t expecting as many people the last time… |
| 12/07/2020 14:00:41 | WhatsApp Message<br>From: Ben Tyler <7034315078><br>To: Shane Lamond <2024370434> | What #’s do y’all anticipate for Saturday? |
| 12/07/2020 14:01:13 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Ben Tyler <7034315078> | We are estimating between 5-10k. Not as big as last time but still big |
| 12/07/2020 14:02:26 | WhatsApp Message<br>From: Ben Tyler <7034315078><br>To: Shane Lamond <2024370434> | Have you heard from ET? |
| 12/07/2020 14:02:36 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Ben Tyler <7034315078> | Not in a few days |
| 12/07/2020 14:03:02 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Ben Tyler <7034315078> | Texted last week. He said there should be more of them this time |
| 12/07/2020 14:20:08 | WhatsApp Message<br>From: Ben Tyler <7034315078><br>To: Shane Lamond <2024370434> | Oh boy!!! |
| 12/07/2020 14:29:09 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | You have any info on the event planned Saturday night after the March? |
| 12/07/2020 14:29:32 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | March at 6pm I don’t know the location yet |

| | | |
|---|---|---|
| 12/07/2020 14:30:24 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I gotcha. Going to be like November 14th? |
| 12/07/2020 14:31:10 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Somewhat. |
| 12/07/2020 14:31:26 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Thanks |
| 12/07/2020 14:34:07 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Harry's is getting bombarded with harassing calls. |
| 12/07/2020 14:35:07 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Yep I was about to send it to you. Shut Down DC is telling people to call Harry's and demand they close for Dec. 12 |
| 12/07/2020 14:35:35 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Then we turn into the bad guys somehow. |
| 12/07/2020 14:35:54 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | This is all not cool. |
| 12/07/2020 14:36:21 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Unfortunately nothing can be done about the calls. Not breaking the law |
| 12/07/2020 14:36:28 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | Yeah I know |
| 12/07/2020 14:36:35 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | <image/jpg> IMG_3259.JPG<br> |
| 12/09/2020 11:05:33 | WhatsApp Message<br>From: Ben Tyler <7034315078><br>To: Shane Lamond <2024370434> | Good morning! At some point, when you have a minute, can you see if ET plans to attend the VA lobby day in January. |
| 12/09/2020 11:06:42 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Ben Tyler <7034315078> | Hey Ben! Yep, I will reach out to him today |
| 12/09/2020 11:06:50 | WhatsApp Message<br>From: Ben Tyler <7034315078><br>To: Shane Lamond <2024370434> | Thanks |
| 12/11/2020 09:55:48 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Ben Tyler <7034315078> | Sorry for the delayed response but he just got back to me now. He says he hasn't decided yet. He's going to be in DC for inauguration but not sure when he's coming to the area. He said he's let me know once he decides |
| 12/11/2020 10:17:19 | WhatsApp Message<br>From: Ben Tyler <7034315078><br>To: Shane Lamond <2024370434> | Thanks for checking |
| 12/11/2020 16:33:47 | SMS/MMS Group<br>From: Shane Lamond <2024370434><br>To: <SMS Group Chat 142450766355613995><br>Jason (MPD) Bagshaw <2023613819><br>Michelle Caron (MPD) <2023695386><br>Carolyn (MPD) Montagna <2024897859><br>Guillermo (MPD) Rivera <2022768534><br>Bob Glover <2024971162><br>A/C Jeffery Carroll <2024378198> | Just got word that PB will be having a meeting on National Mall at 2230 hours tonight. They are planning on marching over from Harrington around 2200. Will send to USPP as well |
| 12/11/2020 16:34:53 | SMS/MMS Group<br>From: A/C Jeffery Carroll <2024378198><br>To: <SMS Group Chat 142450766355613995><br>Jason (MPD) Bagshaw <2023613819><br>Michelle Caron (MPD) <2023695386><br>Carolyn (MPD) Montagna <2024897859><br>Guillermo (MPD) Rivera <2022768534><br>Bob Glover <2024971162><br>Shane Lamond <2024370434> | Thx. Are they planning on going anywhere after that? |

| | | |
|---|---|---|
| 12/11/2020 16:36:29 | SMS/MMS Group<br>From: Shane Lamond <2024370434><br>To: <SMS Group Chat 142450766355613995><br>Jason (MPD) Bagshaw <2023613819><br>Michelle Caron (MPD) <2023695386><br>Carolyn (MPD) Montagna <2024897859><br>Guillermo (MPD) Rivera <2022768534><br>Bob Glover <2024971162><br>A/C Jeffery Carroll <2024378198> | No. The meeting is to discuss their game plan for tomorrow. They will all break up and head to hotels from there |
| 12/11/2020 16:57:30 | SMS/MMS Group<br>From: A/C Jeffery Carroll <2024378198><br>To: <SMS Group Chat 142450766355613995><br>Jason (MPD) Bagshaw <2023613819><br>Michelle Caron (MPD) <2023695386><br>Carolyn (MPD) Montagna <2024897859><br>Guillermo (MPD) Rivera <2022768534><br>Bob Glover <2024971162><br>Shane Lamond <2024370434> | Well at least we will get an idea of how many are actually here based on that meeting |
| 12/12/2020 15:43:27 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Hey brother, what's the plan for the rest of the day? |
| 12/12/2020 17:31:28 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | 6-7pm Harrington's. Then we're going to March. Don't know the route yet |
| 12/12/2020 17:32:06 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Copy. I'm up with your boys at McPherson Square now |
| 12/12/2020 17:32:19 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | Do you know where you are heading to? |
| 12/12/2020 17:33:13 | SMS/MMS Group<br>From: Shane Lamond <2024370434><br>To: <SMS Group Chat 570516334336022408><br>Jason (MPD) Bagshaw <2023613819><br>Guillermo (MPD) Rivera <2022768534><br>Andrew (MPD) Horos <2023067915><br>Bob Glover <2024971162><br>A/C Jeffery Carroll <2024378198><br>Jeffrey (MPD) Parker <2024971524><br>Ron Wilkins <2024391502><br>Carlos Mejia <2025060742><br>Darnel (MPD) Robinson <2024463387><br>Andy Margiotta <2022701209><br>Daren (MPD) Jones <2023598519><br><20243045[illegible]> | From PB source:<br><br>6-7pm Harrington's. Then we're going to March. Don't know the route yet |
| 12/12/2020 17:37:50 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Carolyn (MPD) Montagna <2024897859> | 6-7pm Harrington's. Then we're going to March. Don't know the route yet |
| 12/12/2020 17:39:06 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Carolyn (MPD) Montagna <2024897859> | From ET |
| 12/12/2020 17:39:36 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | Wow! |
| 12/12/2020 21:19:50 | iMessage<br>From: Enrique Tarrio <7869616789><br>To: Shane Lamond <2024370434> | 2 of my guys stabbed |
| 12/12/2020 21:20:18 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I'm hearing may be a total of four. |
| 12/12/2020 21:21:01 | iMessage<br>From: Shane Lamond <2024370434><br>To: Enrique Tarrio <7869616789> | I'm up at 11th and F now |

| | | |
|---|---|---|
| 12/13/2020 11:11:12 | Email<br>From: <shane.lamond@dc.gov><br>To: <kelly.omeara@dc.gov> | Re: BLM signs<br>117e609e-018b-4a72-b50f-55da570abaed.pdf<br>*(preview; does not reflect entire contents)*<br>**From:** shane.lamond@dc.gov<br>**Sent:** 12/13/20 16:11:12<br>**To:** \OMeara, Kelly MPD\ <kelly.omeara@dc.gov><br>**CC:** \Parsons, Leslie MPD\ <leslie.parsons@dc.gov>, \Bromeland, Matthew MPD\ <matthew.bromeland@dc.gov>, \Sternbeck, Dustin MPD\ <dustin.sternbeck@dc.gov>, \Metzger, Kristen MPD\ <Kristen.Metzger@dc.gov>, \Hong, David T. MPD\ <David.Hong@dc.gov><br>**Subject:** Re: BLM signs<br><br>That's a very tricky question and one that I was thinking about this morning. We have supported this offense in the past with the burning and destruction of gay pride flags and such. However, wouldn't that also mean that a lot of the criminal offenses (assaults, the stabbing on 11th Street) reported yesterday connected to the event would be possible hate crimes?<br><br>Shane B. Lamond<br>Lieutenant, Intelligence Branch<br>Homeland Security Bureau<br>D.C. Metropolitan Police Department<br>Cell: (202) 437-0434<br>Email: shane.lamond@dc.gov<br><br>Sent from my iPhone |
| 12/14/2020 12:05:35 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Carolyn (MPD) Montagna <2024897859> | I know what happened.. |
| 12/14/2020 12:05:57 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Carolyn (MPD) Montagna <2024897859> | Also - I'm having drinks with ET tomorrow afternoon to discuss some things with him |
| 12/14/2020 12:06:04 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | Eek |
| 12/14/2020 12:06:23 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | Is that smart? To do social? |
| 12/14/2020 12:06:47 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Carolyn (MPD) Montagna <2024897859> | It's fine. Only the two of us and at a low key place - NOT Harry's |
| 12/14/2020 12:06:54 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | Ok |
| 12/15/2020 14:39:33 | iMessage<br>From: A/C Jeffery Carroll <jeffery.carroll@dc.gov><br>To: Shane Lamond <2024370434> | Shane have you received any information that would lead you to believe the proud boys are going to be here for inauguration |
| 12/15/2020 14:40:50 | iMessage<br>From: Shane Lamond <2024370434><br>To: A/C Jeffery Carroll <jeffery.carroll@dc.gov> | My source told me months ago they would probably be here for inauguration but nothing lately. I'm meeting with him this afternoon so I will confirm |
| 12/15/2020 17:52:28 | iMessage<br>From: Shane Lamond <2024370434><br>To: A/C Jeffery Carroll <jeffery.carroll@dc.gov> | Just confirmed that proud boys are not planning on coming to DC for inauguration at this time |
| 12/15/2020 17:52:53 | iMessage<br>From: A/C Jeffery Carroll <jeffery.carroll@dc.gov><br>To: Shane Lamond <2024370434> | Hopefully it stays that way |
| 12/15/2020 17:54:20 | iMessage<br>From: Shane Lamond <2024370434><br>To: A/C Jeffery Carroll <jeffery.carroll@dc.gov> | He is not happy with what happened on Saturday and admitted that their crowd was way too big and unmanageable so he wants to rethink what they will do in the future |
| 12/15/2020 18:04:43 | iMessage<br>From: A/C Jeffery Carroll <jeffery.carroll@dc.gov><br>To: Shane Lamond <2024370434> | How about never come to dc again.<br><br>Can he ID those people in the flyers? |
| 12/15/2020 18:05:55 | iMessage<br>From: Shane Lamond <2024370434><br>To: A/C Jeffery Carroll <jeffery.carroll@dc.gov> | He's claiming that he doesn't recognize them and said that he had close to 1,000 members here and doesn't know all of them |
| 12/15/2020 18:06:08 | iMessage<br>From: A/C Jeffery Carroll <jeffery.carroll@dc.gov><br>To: Shane Lamond <2024370434> | I bet |
| 12/18/2020 07:25:54 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | Did you see the crime solvers tip? |
| 12/18/2020 07:26:00 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | On 12/18/2020 at 0145 hours stating that a male by the name of Henry Enrique Carrio who is a member of the Proud Boys is claiming responsibility for the destruction of property at the church located in the 400 block of 11th Street, NW. The caller stated that Mr. Carrio is living in Miami Florida at 5730 North West 2nd Street. |
| 12/18/2020 07:26:30 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Carolyn (MPD) Montagna <2024897859> | Oh fuck! |

| | | |
|---|---|---|
| 12/18/2020 07:26:43 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | What? |
| 12/18/2020 07:26:52 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | The tip? |
| 12/18/2020 07:27:24 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Carolyn (MPD) Montagna <2024897859> | Yes! Remember what he told me? |
| 12/18/2020 07:27:27 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | I mean - it's for Mr Carrio |
| 12/18/2020 07:27:44 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | Yes |
| 12/18/2020 07:27:58 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | But this tip is for Carrio |
| 12/18/2020 07:28:58 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Carolyn (MPD) Montagna <2024897859> | Orrrr the CIC screwed up and got his name wrong |
| 12/18/2020 07:29:15 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | It's not recorded so the world may never know |
| 12/18/2020 08:12:26 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Carolyn (MPD) Montagna <2024897859> | I think he called that tip in on himself because very few people know that Henry is his legal name |
| 12/18/2020 08:12:49 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | Hahaha maybe? I thought it's out there |
| 12/18/2020 08:12:55 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | I've seen it online before |
| 12/18/2020 08:13:11 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Carolyn (MPD) Montagna <2024897859> | You have? I've always seen Enrique |
| 12/18/2020 08:13:23 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | <photo> c5eb9899-3bbf-44a9-9eef-cf6e8bd0213c.jpg<br> |
| 12/18/2020 08:14:03 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | <photo> 9d54aa88-8470-4e68-bdd1-6e4152a6aa56.jpg<br> |
| 12/18/2020 08:14:10 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | It's definitely out there |
| 12/18/2020 08:52:31 | WhatsApp Message<br>From: Carolyn (MPD) Montagna <2024897859><br>To: Shane Lamond <2024370434> | Ahhhh |

12/18/2020 14:49:35

Email
From: <shane.lamond@dc.gov>
To: <carolyn.montagna@dc.gov>

Re: Phone Tip
2437285d-db47-4854-8c13-90fb5e8d316c.pdf
*(preview; does not reflect entire contents)*

**From:** shane.lamond@dc.gov
**Sent:** 12/18/20 19:49:35
**To:** \Montagna, Carolyn MPD\ <carolyn.montagna@dc.gov>
**CC:** \Copeland, Nicole G. MPD\ <nicoleg.copeland@dc.gov>, \Rooney, Shawn M. MPD\ <shawn.rooney@dc.gov>, \Godin, Daniel MPD\ <daniel.godin@dc.gov>, \Parsons, Leslie MPD\ <leslie.parsons@dc.gov>
**Subject:** Re: Phone Tip

Please let me know if you need anything related to this. I know him so I can probably fill in any blanks you may have. I have attached his picture for your awareness.




**Proud Boys Chairman Enrique Tarrio.** AP Photo/Noah

Shane B. Lamond
Lieutenant, Intelligence Branch
Homeland Security Bureau
D.C. Metropolitan Police Department
Cell: (202) 437-0434
Email: shane.lamond@dc.gov

12/18/2020 14:50:35

Email
From: <shane.lamond@dc.gov>
To: <David.Hong@dc.gov>

Re: BLM Banner
cd513d5f-d2a8-44f4-8c62-fe24d1ca8780.pdf
*(preview; does not reflect entire contents)*

**From:** shane.lamond@dc.gov
**Sent:** 12/18/20 19:50:35
**To:** \Hong, David T. MPD\ <David.Hong@dc.gov>
**CC:** \OMeara, Kelly MPD\ <kelly.omeara@dc.gov>, \Parsons, Leslie MPD\ <leslie.parsons@dc.gov>
**Subject:** Re: BLM Banner

Copy, this post may have been mistaken. I would be surprised if FBI took over this investigation.

Shane B. Lamond
Lieutenant, Intelligence Branch
Homeland Security Bureau
D.C. Metropolitan Police Department
Cell: (202) 437-0434
Email: shane.lamond@dc.gov

Sent from my iPhone

> On Dec 18, 2020, at 2:47 PM, Hong, David T. (MPD) wrote:
>
> Hmm I talked to my Contacts, Special agent Gano and linked him with ddu but he advised their office would unlikely take the case federal, I can find out more
>
> David Hong
> Lieutenant
> Metropolitan Police Department
> Special Liaison Branch
> (D) 202-671-3442
> (C) 202-437-6363

12/18/2020 15:04:07

Email
From: <shane.lamond@dc.gov>
To: <David.Hong@dc.gov>

Re: BLM Banner
d328d68d-38be-498a-a1c2-b5b1a095d67c.pdf
*(preview; does not reflect entire contents)*

**From:** shane.lamond@dc.gov
**Sent:** 12/18/20 20:04:07
**To:** \Hong, David T. MPD\ <David.Hong@dc.gov>
**CC:** \OMeara, Kelly MPD\ <kelly.omeara@dc.gov>, \Parsons, Leslie MPD\ <leslie.parsons@dc.gov>
**Subject:** Re: BLM Banner

Copy, thank you David.

Shane B. Lamond
Lieutenant, Intelligence Branch
Homeland Security Bureau
D.C. Metropolitan Police Department
Cell: (202) 437-0434
Email: shane.lamond@dc.gov

Sent from my iPhone

> On Dec 18, 2020, at 2:51 PM, Hong, David T. (MPD) wrote:
>
> I just tqlkd to Matt Gano, they are what they call "assessing it. " They have not indicated or advised publicly that they are attaching themselves so the post may be false, at this point they are just assisting DDu where they can
>
> David Hong
> Lieutenant
> Special Liaison Branch
> (C)202-437 6363
> (O)202-671-3442
> David.Hong@dc.gov
>
> Sent from iPhone

| | | |
|---|---|---|
| 12/19/2020 15:32:39 | iMessage<br>From: Shane Lamond <2024370434><br>To: <iMessage Group Chat 6376016548877529><br>Guillermo (MPD) Rivera <2022768534><br>Carolyn (MPD) Montagna <2024897859><br>Bob Glover <2024971162><br>A/C Jeffery Carrol <jeffery.carroll@dc.gov> | From my source about Jan. 6:<br><br>If we do it'll be extremely small and not in colors...no night March |
| 12/19/2020 20:14:00 | Email<br>From: <shane.lamond@dc.gov><br>To: <Franklyn.Then@dc.gov> | Re: Subject in photo<br>38a4cd46-e0b0-4698-a613-2eb992b825e0.pdf |
| 12/20/2020 19:19:56 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Carolyn (MPD) Montagna <2024897859> | Also - Parsons has called me multiple times this evening. They are really going after ET |
| 12/22/2020 12:54:06 | Email<br>From: <shane.lamond@dc.gov><br>To: <leslie.parsons@dc.gov> | Re: Podcast<br>722de8b2-5b85-4c91-a10a-0b8d94278377.pdf<br>*(preview; does not reflect entire contents)*<br>**From:** shane.lamond@dc.gov<br>**Sent:** 12/22/20 17:54:06<br>**To:** \Parsons, Leslie MPD\ <leslie.parsons@dc.gov><br>**Subject:** Re: Podcast<br><br>Good Afternoon Commander,<br><br>I have listened to the podcast and can confirm with 100% certainty that the individual speaking about white supremacy beginning at the 15:39 mark on the podcast is Henry "Enrique" Tarrio.<br><br>Shane B. Lamond<br>Lieutenant, Intelligence Branch<br>Homeland Security Bureau<br>D.C. Metropolitan Police Department<br>Cell: (202) 437-0434<br>Email: shane.lamond@dc.gov |
| 12/22/2020 13:19:46 | Email<br>From: <shane.lamond@dc.gov><br>To: <Franklyn.Then@dc.gov> | Updated list of Right Wing Members<br>a9357a9c-ab61-46b2-a3ec-fbcb036997ab.pdf<br>*(preview; does not reflect entire contents)*<br>**From:** shane.lamond@dc.gov<br>**Sent:** 12/22/20 18:19:46<br>**To:** \Then, Franklyn MPD\ <Franklyn.Then@dc.gov><br>**CC:** \Mufti, Ahsan A. MPD\ <Ahsan.Mufti@dc.gov>, \Babich, Yaroslav MPD\ <yaroslav.babich@dc.gov>, \Batko, Matthew MPD\ <matthew.batko@dc.gov>, \Nicole G. Copeland\ <nicoleg.copeland@dc.gov>, Leslie Parsons <leslie.parsons@dc.gov>, Daniel Godin <daniel.godin@dc.gov><br>**Subject:** Updated list of Right Wing Members<br><br>Good Afternoon All,<br><br>Please see below weblink containing an updated list of members associated with right wing extremists for your awareness.<br><br>https://airtable.com/shrHKu6MSMRVbNnEx/tblrMMoeL6GWb5e97<br><br>Shane B. Lamond<br>Lieutenant, Intelligence Branch<br>Homeland Security Bureau<br>D.C. Metropolitan Police Department<br>Cell: (202) 437-0434<br>Email: shane.lamond@dc.gov |
| 12/28/2020 13:21:52 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Carolyn (MPD) Montagna <2024897859> | Yep, although I have to wait another 30 minutes to eat but that's ok. USAO is calling me in 10 minutes for ID on Tarrio |
| 12/29/2020 07:53:41 | WhatsApp Message<br>From: Ben Tyler <7034315078><br>To: Shane Lamond <2024370434> | Have you heard from ET? Have they changed their mind and plan to come next week? |
| 12/29/2020 08:17:36 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Ben Tyler <7034315078> | Yep we've been in communication. They are still planning on coming next week but he says it will be a much smaller group |
| 12/29/2020 08:18:24 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Ben Tyler <7034315078> | There is also an arrest warrant for him pending with USAO for the destruction of the BLM banner... |
| 12/29/2020 08:18:48 | WhatsApp Message<br>From: Ben Tyler <7034315078><br>To: Shane Lamond <2024370434> | Okay. Video was located??? |
| 12/29/2020 08:19:59 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Ben Tyler <7034315078> | Yes, but he was only standing next to it. No evidence that he actually torched it. He also posted a picture on his Parler page when he took responsibility for it |
| 12/29/2020 08:20:52 | WhatsApp Message<br>From: Ben Tyler <7034315078><br>To: Shane Lamond <2024370434> | Okay ... 'so let's make a charge that really won't stick but we can say we did something' |
| 12/29/2020 08:21:28 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Ben Tyler <7034315078> | Yep, basically. Lots of pressure for an arrest on this one |
| 12/29/2020 15:56:51 | iMessage<br>From: Shane Lamond <2024370434><br>To: Andy Parsons <2024875277> | Any update on that warrant? Did USAO approve it? |

| | | |
|---|---|---|
| 12/29/2020 16:09:35 | iMessage<br>From: Andy Parsons <2024875277><br>To: Shane Lamond <2024370434> | Not yet |
| 12/29/2020 16:18:04 | iMessage<br>From: Shane Lamond <2024370434><br>To: Andy Parsons <2024875277> | Copy. Give me a call when approved and we can discuss how you want it served. |
| 12/30/2020 14:25:34 | iMessage<br>From: Andy Parsons <2024875277><br>To: Shane Lamond <2024370434> | Two minutes |
| 12/30/2020 14:25:44 | iMessage<br>From: Shane Lamond <2024370434><br>To: Andy Parsons <2024875277> | Copy |
| 12/31/2020 19:10:36 | iMessage<br>From: A/C Jeffery Carroll <2024378198><br>To: Shane Lamond <2024370434> | Shane, call John branch about the arrival info for Enrique. |
| 12/31/2020 19:12:48 | iMessage<br>From: Shane Lamond <2024370434><br>To: A/C Jeffery Carroll <2024378198> | Copy |
| 01/01/2021 13:06:27 | iMessage<br>From: Shane Lamond <2024370434><br>To: Jack Donohue <9174171702> | TIGHT HOLD on this but I may lose him as a source soon. Our CID got a warrant for him for burning the BLM banner. They are going to pick him up next week when he is in town so he may not speak to me anymore... |
| 01/01/2021 13:06:57 | iMessage<br>From: Jack Donohue <9174171702><br>To: Shane Lamond <2024370434> | That sucks. Not a word. |
| 01/01/2021 13:07:57 | iMessage<br>From: Jack Donohue <9174171702><br>To: Shane Lamond <2024370434> | And it's a nonsense summons, no? |
| 01/01/2021 13:08:15 | iMessage<br>From: Jack Donohue <9174171702><br>To: Shane Lamond <2024370434> | That's all we'd give in NYC for a flag fire. |
| 01/01/2021 13:09:00 | iMessage<br>From: Shane Lamond <2024370434><br>To: Jack Donohue <9174171702> | No, we don't have those in DC. It's a full fledged arrest warrant. He will get locked up, fingerprinted, photographed, and be sent in front of judge |
| 01/01/2021 13:09:18 | iMessage<br>From: Jack Donohue <9174171702><br>To: Shane Lamond <2024370434> | Well if it's an us. antifa walks away with an admonishment |
| 01/01/2021 13:10:00 | iMessage<br>From: Jack Donohue <9174171702><br>To: Shane Lamond <2024370434> | That's very weird. Especially in such a liberal town. |
| 01/01/2021 13:10:35 | iMessage<br>From: Shane Lamond <2024370434><br>To: Jack Donohue <9174171702> | Thats what I said. They were contemplating making this one a hate crime. I said if that's the case they would have to make all the us taken and burned by Antifa hate crimes. They backed off then |
| 01/01/2021 13:11:23 | iMessage<br>From: Shane Lamond <2024370434><br>To: Jack Donohue <9174171702> | In the end it's a misdemeanor charge so it won't go far but it was very political |
| 01/01/2021 13:11:51 | iMessage<br>From: Jack Donohue <9174171702><br>To: Shane Lamond <2024370434> | Lets discuss in person.... |
| 01/01/2021 20:25:44 | iMessage<br>From: John (MPD) Haines <john.haines@dc.gov><br><br>To: Shane Lamond <2024370434> | Shane do we have any flight info or travel info on when and where Enrique Tarrio will arrive in DC or which airport |
| 01/01/2021 20:31:38 | iMessage<br>From: Shane Lamond <2024370434><br>To: John (MPD) Haines <john.haines@dc.gov> | No specific flight info, but I know he is flying into DCA on 1/4. Don't have the time |
| 01/01/2021 20:32:38 | iMessage<br>From: John (MPD) Haines <john.haines@dc.gov><br><br>To: Shane Lamond <2024370434> | Ok. Thanks |
| 01/01/2021 20:37:54 | iMessage<br>From: Shane Lamond <2024370434><br>To: John (MPD) Haines <john.haines@dc.gov> | I just reached out to my TSA contact to see if they have access to booking information. Will let you know if I can confirm his flight info |
| 01/01/2021 20:38:34 | iMessage<br>From: John (MPD) Haines <john.haines@dc.gov><br><br>To: Shane Lamond <2024370434> | Thanks. We tried ours but with the holiday weekend no success on a response |
| 01/01/2021 20:39:06 | iMessage<br>From: Shane Lamond <2024370434><br>To: John (MPD) Haines <john.haines@dc.gov> | Copy. I just emailed mine so I will let you know when he responds |

| | | |
|---|---|---|
| 01/01/2021 20:39:17 | iMessage<br>From: John (MPD) Haines <john.haines@dc.gov><br><br>To: Shane Lamond <2024370434> | Thank you |
| 01/01/2021 21:57:11 | iMessage<br>From: Robert "James" Pond <7039678616><br>To: Shane Lamond <2024370434> | Hey Shane, sorry to bother you. It seems that we have a "credible source " that is indicating PB are going to the Hampton inn on king st in Alexandria. Can you verify? |
| 01/01/2021 21:58:15 | iMessage<br>From: Shane Lamond <2024370434><br>To: Robert "James" Pond <7039678616> | Yep I will check now but that seems a little far out |
| 01/01/2021 21:58:39 | iMessage<br>From: Robert "James" Pond <7039678616><br>To: Shane Lamond <2024370434> | Thanks! |
| 01/01/2021 22:11:11 | iMessage<br>From: Shane Lamond <2024370434><br>To: Robert "James" Pond <7039678616> | You're welcome. Message sent. Will let you know when I get a response |
| 01/01/2021 22:13:47 | iMessage<br>From: Shane Lamond <2024370434><br>To: Robert "James" Pond <7039678616> | Just heard back. Said he doesn't think any PB are staying in VA, and certainly not that far south |
| 01/01/2021 22:14:14 | iMessage<br>From: Shane Lamond <2024370434><br>To: Robert "James" Pond <7039678616> | I'm sure there is a very good chance Trump supporters will be staying there but not PB |
| 01/01/2021 22:14:47 | iMessage<br>From: Robert "James" Pond <7039678616><br>To: Shane Lamond <2024370434> | Thanks again! |
| 01/01/2021 22:14:58 | iMessage<br>From: Shane Lamond <2024370434><br>To: Robert "James" Pond <7039678616> | Anytime, brother |
| 01/01/2021 23:38:34 | iMessage<br>From: Shane Lamond <2024370434><br>To: John (MPD) Haines <john.haines@dc.gov> | Hey John, my TSA guy is going to come through for us. He can only check 72 hours out so he is going to hold off on checking until tomorrow. Will advise when he responds |
| 01/02/2021 20:33:15 | SMS/MMS Group<br>From: Shane Lamond <2024370434><br>To: <SMS Group Chat 130675843256064445><br>A/C Jeffery Carroll <2024378198><br>John (MPD) Haines <2025537511><br>Andy Parsons <2024875277> | Here's his flight info<br><image/jpg> IMG_3505.jpg<br> |
| 01/02/2021 20:33:57 | SMS/MMS Group<br>From: Andy Parsons <2024875277><br>To: <SMS Group Chat 130675843256064445><br>A/C Jeffery Carroll <2024378198><br>John (MPD) Haines <2025537511><br>Andy Parsons <2024875277> | Thanks. |
| 01/02/2021 20:34:06 | SMS/MMS Group<br>From: John (MPD) Haines <2025537511/ john.haines@dc.gov><br>To: <SMS Group Chat 130675843256064445><br>A/C Jeffery Carroll <2024378198><br>Andy Parsons <2024875277><br>Shane Lamond <2024370434> | Awesome. Thank you<br> |
| 01/03/2021 21:21:45 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | File Creation: secret-file-4902515399548993725-1_partial.meta |
| 01/04/2021 09:21:55 | iMessage<br>From: Jack Donohue <9174171702><br>To: Shane Lamond <2024370434> | FYI. Tarrio may be staying at Phoenix Park hotel. |
| 01/04/2021 09:24:00 | iMessage<br>From: Shane Lamond <2024370434><br>To: Jack Donohue <9174171702> | Yes that's confirmed. Supposed to be arriving later today |

| | | |
|---|---|---|
| 01/04/2021 09:24:20 | iMessage<br>From: Shane Lamond <2024370434><br>To: Jack Donohue <9174171702> | Will talk in person for additional info |
| 01/04/2021 09:38:56 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Ben Tyler <7034315078> | ET changed his flight info. Was supposed to arrive this morning, now not coming until this afternoon. Our Crim Apprehension Unit will be picking him up as soon as he enters the city |
| 01/04/2021 16:17:51 | iMessage<br>From: Shane Lamond <2024370434><br>To: Jack Donohue <9174171702> | ET locked up for warrant |
| 01/05/2021 16:51:49 | WhatsApp Message<br>From: Shane Lamond <2024370434><br>To: Ben Tyler <7034315078> | ET given a stay away from entire city except for court appearances |
| 01/05/2021 16:54:27 | WhatsApp Message<br>From: Ben Tyler <7034315078><br>To: Shane Lamond <2024370434> | I saw that and the video ford Fischer did. |
| 01/07/2021 03:25:01 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 1> I think I could have stopped this whole thing. |
| 01/07/2021 07:55:12 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 1> I don't know, bro. You know it's fucking bad when Alex Jones was the voice of reason and they wouldn't listen to him. He got on the bullhorn and urged everyone to stop attacking the police and march around the US Capitol and they ignored him |
| 01/07/2021 07:55:57 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 2> How you holding up? I checked on your charges and the Poss of High Capacity Mags is a felony |
| 01/07/2021 08:38:23 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 2> <Reply to: How you holding up? I checked on your charges and the Poss of High Capacity Mags is a felony> So gay |
| 01/07/2021 08:39:07 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 3> <Reply to: I don't know, bro. You know it's fucking bad when Alex Jones was the voice of reason and they wouldn't listen to him. He got on the bullhorn and urged everyone to stop attacking the police and march around the US Capitol and they ignored him><br>Yeah but I have guys I can line up...he doesn't |
| 01/07/2021 08:39:11 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 4> Lol |
| 01/07/2021 09:39:28 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 3> That is true |
| 01/07/2021 09:40:23 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 4> Yesterday was a total shitshow |
| 01/07/2021 10:36:45 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 5> I have someone you guys might be looking for.<br>Nicole Danielle Roberson.<br><br>She had Maryland police go to her house yesterday. |
| 01/07/2021 10:37:38 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 6> She thinks they came because of the Capitol stuff. |
| 01/07/2021 10:44:44 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 5> Copy. Not that I'm aware of offhand but i will check |
| 01/07/2021 10:45:13 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 6> I know we are working on identifying a number of people |
| 01/07/2021 11:00:56 | iMessage<br>From: Brian Carney <4438482927><br>To: Shane Lamond <2024370434> | <video/quicktime> MOV_8812.mov<br> |
| 01/07/2021 11:14:55 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 7> Let me know if she's on your list. I'll have her turn herself in |

| | | |
|---|---|---|
| 01/07/2021 11:15:36 | iMessage<br>From: Shane Lamond <2024370434><br>To: Brian Carney <4438482927> | Thanks, Brian. The one we were looking at is Nicole Danielle Roberson. |
| 01/07/2021 11:20:42 | iMessage<br>From: Brian Carney <4438482927><br>To: Shane Lamond <2024370434> | Ok I'll look into it |
| 01/07/2021 15:17:29 | SMS<br>From: Shane Lamond <2024370434><br>To: <2029638809> | Hey Julie can you send me the FBI list? |
| 01/07/2021 15:30:08 | SMS<br>From: <2029638809><br>To: Shane Lamond <2024370434> | Sent |
| 01/07/2021 15:37:40 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 7> Nope. Not on our list |
| 01/08/2021 19:51:49 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 8> Looks like the feds are locking people up for rioting at the Capitol. I hope none of your guys were among them. |
| 01/08/2021 19:53:07 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 8> So far from what I'm seeing and hearing we're good. |
| 01/08/2021 19:59:32 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 9> Great to hear. Of course I can't say it officially, but personally I support you all and don't want to see your group's name or reputation dragged through the mud |
| 01/08/2021 19:59:41 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 9> One of my guys did get arrested in Hawaii. But he was just in there behind people. Recorded the whole thing for his YouTube. No damage |
| 01/08/2021 20:00:11 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 10> <Reply to: Great to hear. Of course I can't say it officially, but personally I support you all and don't want to see your group's name or reputation dragged through the mud> Thanks but I think we're passed that...the brunt of this will come down on us. |
| 01/08/2021 20:00:31 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 11> Past* |
| 01/08/2021 20:00:53 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 10> It's not going to matter. Simply entering the building will be enough to get charged. Being up on the upper terrace past the police lines may even be enough |
| 01/08/2021 21:01:11 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 12> Yeah I know. Will those be felonies? |
| 01/08/2021 21:09:41 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 11> Yes. 100% |
| 01/08/2021 21:10:03 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 13> What felony is it? |
| 01/08/2021 21:17:12 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 12> 18 USC 1752 - Restricted Building or Ground |
| 01/09/2021 12:45:54 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 13> Lots of bad and misinformation circulating around regarding your group. I need you to be totally honest with me. Are there any plans for PB to be in DC anytime between January 16-20? You can call if you prefer. Thanks |
| 01/09/2021 12:56:32 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 14> At ALL |
| 01/09/2021 12:57:57 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 14> Copy. A private organization put an alert that specifically mentions PROUD BOYS will be conducting armed protests at every state Capitol and US Capitol on January 17th |
| 01/09/2021 12:58:21 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 15> I take it you mean NOT at all? |
| 01/09/2021 13:07:02 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 15> <audio/ogg> secret-file-5175186517936570551-1 |
| 01/09/2021 13:07:09 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 16> <audio/ogg> secret-file-5175012155149254839-1 |
| 01/09/2021 13:07:53 | Telegram Secret Chat<br>From: BikNBil <869476955> | <MessageID 16> Sounds good |

| | | |
|---|---|---|
| | To: Enrique Tarrio <581632416> | |
| 01/09/2021 13:23:17 | Telegram Call<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | Incoming Call 1522 seconds \| Call End Time: 01/09/2021 18:48:39 UTC (13:48:39 EST/EDT) |
| 01/09/2021 17:08:51 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 17> <image/jpg> ph-004BBD65-634F-4039-A961-83E018B3ED63_L0_001--4822025450748646744<br> |
| 01/09/2021 17:11:58 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 17> <Reply to: <image/jpg> ph-004BBD65-634F-4039-A961-83E018B3ED63_L0_001--4822025450748646744> That's a felony? |
| 01/09/2021 17:13:57 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 18> Yes |
| 01/09/2021 17:14:18 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 19> Same ones first 13 were charged with |
| 01/09/2021 23:25:42 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 20> What are we standing by for?? |
| 01/09/2021 23:32:06 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 18> <Reply to: What are we standing by for??> Huh? |
| 01/09/2021 23:32:48 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 21> Joe Biggs just posted "Stand by" on Parler |
| 01/09/2021 23:33:23 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 19> Dunno but we just banned rallies for awhile |
| 01/09/2021 23:33:30 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 20> A while |
| 01/09/2021 23:34:21 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 22> That's a good idea |
| 01/09/2021 23:34:29 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 21> It looks like his account is hacked or something. Look at the posts under that |
| 01/09/2021 23:34:52 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 22> <image/jpg> secret-file-5175018369966932151-1<br> |
| 01/09/2021 23:35:48 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 23> I gotcha. Lots of eyes are on you all right now. I got a First Alert on his post |
| 01/09/2021 23:56:10 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 23> But I'm sure that doesn't mean what people think it means lol. |

| | | |
|---|---|---|
| 01/12/2021 14:49:33 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 24> <image/jpg><br>ph-5BD0A733-B36C-49FA-AA42-0385802EE92C_L0_001--2421949073269359324<br> |
| 01/12/2021 14:49:35 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 25> Is this legit? |
| 01/12/2021 15:44:26 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 24> <Reply to: <image/jpg> ph-5BD0A733-B36C-49FA-AA42-0385802EE92C_L0_001--2421949073269359324> What is this? |
| 01/12/2021 16:03:56 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 26> Claiming to be a proud boys sticker |
| 01/12/2021 16:43:40 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 25> <audio/ogg> secret-file-5183797759861326305-1 |
| 01/12/2021 16:44:29 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 27> Do you know if any of your guys will be at VA Lobby Day on the 18th? |
| 01/12/2021 16:44:56 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 26> <audio/ogg> secret-file-5183686292575093143-1 |
| 01/12/2021 16:45:06 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 27> <audio/ogg> secret-file-5183901990127665427-1 |
| 01/13/2021 20:52:14 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | <MessageID 28> Enrique set the self-destruct timer to 30 seconds |
| 01/14/2021 14:39:21 | Telegram Secret Chat<br>From: Enrique Tarrio <581632416><br>To: BikNBil <869476955> | File Creation: secret-file-5156987684941463853-1_partial.meta |
| 01/16/2021 18:47:02 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 34> <Self-Destruct Timer: 30 seconds> Hey brother, are your guys planning to come to DC on March 4th? |
| 01/19/2021 11:06:21 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 35> <Self-Destruct Timer: 30 seconds> Bump |
| 01/27/2021 11:13:33 | Telegram Secret Chat<br>From: BikNBil <869476955><br>To: Enrique Tarrio <581632416> | <MessageID 36> <Self-Destruct Timer: 30 seconds><br>https://www.reuters.com/article/us-usa-proudboys-leader-idUSKBN29W1PE |

# FORENSIC EXAMINATION REPORT

## CASE NUMBER 72-WF-3557164-GJ

| | |
|---|---|
| Case generated | Tuesday, October 25, 2022 |
| Report generated | Thursday, February 2, 2023 |

GOVERNMENT EXHIBIT
1006

USAO-DC-424125

# CASE OVERVIEW

## CASE PROCESSING DETAILS

### SCAN 1

| | |
|---|---|
| Scan date | Tuesday, October 25, 2022 8:03:05 AM |

# EVIDENCE OVERVIEW

| | |
|---|---|
| Evidence items | 2 |
| Combined results | 2,443,586 |

1B2_2_BITLOCKERENCRYPTED.E01 - PARTITION 3 (475.8 GB)_DECRYPTED (2,443,569)

| | |
|---|---|
| Evidence number | 1B2_2_BitLockerEncrypted.E01 - Partition 3 (475.8 GB)_decrypted |
| Location | 1B2_2_BitLockerEncrypted.E01 - Partition 3 (475.8 GB)_decrypted.img |
| Platform | Computer |

1B2_2_BITLOCKERENCRYPTED.E01 (17)

| | |
|---|---|
| Evidence number | 1B2_2_BitLockerEncrypted.E01 |
| Location | 1B2_2_BitLockerEncrypted.E01 |
| Platform | Computer |

Record 255

| | |
|---|---|
| Tags | Bookmark, Of interest |
| Sender Name | Lamond, Shane (MPD) |
| Recipients | Parsons, Leslie (MPD) <leslie.parsons@dc.gov> |
| Subject | FW: Subject in photo |
| Sender Exchange Account | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=123443 503B8B4C3E8156D2CB4CC5F093-SHANE LAMON |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 12/20/2020 11:01:40 PM |
| Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 12/20/2020 11:01:42 PM |
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 12/20/2020 11:01:00 PM |
| Body | (see below) |

Good Evening Commander,

I have viewed the attached photograph and it is difficult for me to conclusively identify with 100% certainty that the individual depicted in this photograph is Mr. Henry "Enrique" Tarrio since I cannot see his whole face. However, I physically observed Mr. Tarrio on December 12th and have reviewed multiple videos that captured him on December 12th in Washington, DC. Based on a comparison of those videos with the attached photograph, I believe this is Mr. Henry "Enrique" Tarrio kneeling down next to the banner based on the clothing he is wearing, the placement of the patches and the drink on his tactical vest, and the limited view of his face.

Shane Lamond
Lieutenant, Intelligence Branch
Homeland Security Bureau
D.C. Metropolitan Police Department
Cell: (202) 437-0434
Email: shane.lamond@dc.gov

**From:** Then, Franklyn (MPD) <Franklyn.Then@dc.gov>
**Sent:** Saturday, December 19, 2020 6:03 PM
**To:** Lamond, Shane (MPD) <shane.lamond@dc.gov>
**Cc:** Mufti, Ahsan A. (MPD) <Ahsan.Mufti@dc.gov>; Babich, Yaroslav (MPD) <yaroslav.babich@dc.gov>; Batko, Matthew (MPD) <matthew.batko@dc.gov>
**Subject:** Subject in photo

Thank You kindly,
Franklyn Then
Detective Grade One , Fourth Detectives
Criminal Investigations Division
Badge D1-1285
Metropolitan Police Department
Fourth District
6001 Georgia Avenue NW
Washington DC 20011
202 715 7506 Office
202 839 1612 Cell
Franklyn.then@dc.gov
www.mpdc.dc.gov
Twitter @DCPoliceDept

We are here to help

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov.

| | |
|---|---|
| Folder Name | shane.lamond@dc.gov.ost -> Sent Items |
| Attachments | download (1).png |

GOVERNMENT EXHIBIT 1006A

A1488

Record 242

| | |
|---|---|
| Tags | Bookmark, Of interest |
| Sender Name | Lamond, Shane (MPD) |
| Recipients | O'Meara, Kelly (MPD) <kelly.omeara@dc.gov> |
| Subject | Re: BLM signs |
| Sender Exchange Account | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=123443 503B8B4C3E8156D2CB4CC5F093-SHANE LAMON |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 12/13/2020 4:11:13 PM |
| Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 12/13/2020 4:11:13 PM |
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 12/13/2020 4:11:13 PM |

GOVERNMENT EXHIBIT 1006B

Body

That's a very tricky question and one that I was thinking about this morning. We have supported this offense in the past with the burning and destruction of gay pride flags and such. However, wouldn't that also mean that a lot of the criminal offenses (assaults, the stabbing on 11th Street) reported yesterday connected to the event would be possible hate crimes?

Shane B. Lamond
Lieutenant, Intelligence Branch
Homeland Security Bureau
D.C. Metropolitan Police Department
Cell: (202) 437-0434
Email: shane.lamond@dc.gov

Sent from my iPhone

On Dec 13, 2020, at 10:58 AM, O'Meara, Kelly (MPD) <kelly.omeara@dc.gov> wrote:

Because John Falcicchio is asking – are we all on board with saying that the tearing down of the BLM signs would be investigated as a possible hate crime?

Kelly O'Meara
Executive Director, Strategic Change Division
Executive Office of the Chief of Police
Metropolitan Police Department
Office: 202.727.9680
Cell: 202.316.1561

We are here to help!

*Open Enrollment for 2021 employee benefits runs Monday, November 9, 2020 through Monday, December 14, 2020. This is your annual opportunity to review your current benefit elections and make any necessary changes.*

*Visit https://dchr.dc.gov/page/open-enrollment for details!*

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov.

Record 258

| | |
|---|---|
| Tags | Bookmark, Of interest |
| Sender Name | Lamond, Shane (MPD) |
| Recipients | Parsons, Leslie (MPD) <leslie.parsons@dc.gov> |
| Subject | Re: Podcast |

GOVERNMENT EXHIBIT 1006C

| | |
|---|---|
| Sender Exchange Account | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=123443 503B8B4C3E8156D2CB4CC5F093-SHANE LAMON |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 12/22/2020 5:54:07 PM |
| Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 12/22/2020 5:54:08 PM |
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 12/22/2020 5:54:08 PM |
| Body | (see below) |

Good Afternoon Commander,

I have listened to the podcast and can confirm with 100% certainty that the individual speaking about white supremacy beginning at the 15:39 mark on the podcast is Henry "Enrique" Tarrio.

Shane B. Lamond
Lieutenant, Intelligence Branch
Homeland Security Bureau
D.C. Metropolitan Police Department
Cell: (202) 437-0434
Email: shane.lamond@dc.gov

Sent from my iPhone

On Dec 22, 2020, at 12:32 PM, Parsons, Leslie (MPD) <leslie.parsons@dc.gov> wrote:

Shane,

See below. Can you assist us with this please? The sooner the better. Thanks

**From:** Copeland, Nicole G. (MPD)
**Sent:** Tuesday, December 22, 2020 12:31 PM
**To:** Parsons, Leslie (MPD) <leslie.parsons@dc.gov>
**Subject:** Podcast

Good Afternoon,

Please see the attached podcast. Is it possible to allow Lt. Lamond to listen and determine if he can identify the voice?

https://www.radio.com/podcasts/republic-keeper-with-brian-okelly-35557/133-interview-with-enrique-tarrio-chariman-of-the-proud-boys-346566968

Best Regards,
Nicole G. Copeland
Detective Sergeant, First District Detectives
Criminal Investigations Division
Badge S-757
Metropolitan Police Department
101 M Street, SW
Washington, DC 20024
(202) 299-2025 Office
(202) 299-3427 Desk
Nicoleg.copeland@dc.gov
www.mpdc.dc.gov
Twitter @DCPoliceDept

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov.

Record 249

| | |
|---|---|
| Tags | Bookmark, Of interest |
| Sender Name | Lamond, Shane (MPD) |
| Recipients | Then, Franklyn (MPD) <Franklyn.Then@dc.gov> |
| Subject | Re: Subject in photo |
| Sender Exchange Account | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=123443503B8B4C3E8156D2CB4CC5F093-SHANE LAMON |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 12/20/2020 1:14:01 AM |
| Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 12/20/2020 1:14:01 AM |
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 12/20/2020 1:14:02 AM |
| Body | Henry "Enrique" Tarrio<br>H/M DOB: 2/9/1984<br>LKA: 5730 NW 2nd Street, Miami, FL<br>Phone: 786-961-6789<br><br>Shane B. Lamond<br>Lieutenant, Intelligence Branch<br>Homeland Security Bureau<br>D.C. Metropolitan Police Department<br>Cell: (202) 437-0434<br>Email: shane.lamond@dc.gov<br><br>Sent from my iPhone<br><br>On Dec 19, 2020, at 7:53 PM, Then, Franklyn (MPD) <Franklyn.Then@dc.gov> wrote:<br><br>Send me his phone number and DOB , address if you have it?<br><br>Sent from my iPhone<br><br>On Dec 19, 2020, at 7:52 PM, Lamond, Shane (MPD) <shane.lamond@dc.gov> wrote:<br><br>Here is what he looked like and how he was dressed in December 12th.<br><br>[cid:DB772135-6334-41C4-B5A1-741E751A3ED9-L0-001][cid:56564DC8-C85D-4E68-87EE-CEDAE3A981EE-L0-001]<br><br>Shane B. Lamond<br><br>Lieutenant, Intelligence Branch<br><br>Homeland Security Bureau<br><br>D.C. Metropolitan Police Department<br><br>Cell: (202) 437-0434<tel:(202)%20437-0434><br><br>Email: shane.lamond@dc.gov<mailto:shane.lamond@dc.gov><br><br>Sent from my iPhone<br><br>On Dec 19, 2020, at 6:02 PM, Then, Franklyn (MPD) <Franklyn.Then@dc.gov> wrote: |

GOVERNMENT EXHIBIT 1006D

| | |
|---|---|
| Body | Thank You kindly,<br><br>Franklyn Then<br><br>Detective Grade One , Fourth Detectives<br><br>Criminal Investigations Division<br><br>Badge D1-1285<br><br>Metropolitan Police Department<br><br>Fourth District<br><br>6001 Georgia Avenue NW<br><br>Washington DC 20011<br><br>202 715 7506 Office<br><br>202 839 1612 Cell<br><br>Franklyn.then@dc.gov<br><br>www.mpdc.dc.gov<http://www.mpdc.dc.gov/><br><br>Twitter @DCPoliceDept<br><br>We are here to help<br><br>For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov<https://coronavirus.dc.gov/>.<br><br><download (1).png> |
| Folder Name | shane.lamond@dc.gov.ost -> Sent Items |
| Priority | Normal |
| Importance | Normal |
| Sensitivity | Normal |
| Source | • 1B2_2_BitLockerEncrypted.E01 - Partition 3 (475.8 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 475.8 GB)\Users\shane.lamond\AppData\Local\Microsoft\Outlook\shane.lamond@dc.gov.ost |
| Location | • n/a |
| Evidence number | • 1B2_2_BitLockerEncrypted.E01 - Partition 3 (475.8 GB)_decrypted |
| Recovery method | • Parsing |
| Item ID | 2062319 |

**From:** "Lamond, Shane (MPD)" <shane.lamond@dc.gov>
**To:** "Parsons, Leslie (MPD)" <leslie.parsons@dc.gov>
**Subject:** FW: Subject in photo
**Date:** Sun, 20 Dec 2020 23:01:42 +0000
**Attachments:** download_(1).png

---

Good Evening Commander,

I have viewed the attached photograph and it is difficult for me to conclusively identify with 100% certainty that the individual depicted in this photograph is Mr. Henry "Enrique" Tarrio since I cannot see his whole face. However, I physically observed Mr. Tarrio on December 12th and have reviewed multiple videos that captured him on December 12th in Washington, DC. Based on a comparison of those videos with the attached photograph, I believe this is Mr. Henry "Enrique" Tarrio kneeling down next to the banner based on the clothing he is wearing, the placement of the patches and the drink on his tactical vest, and the limited view of his face.

Shane Lamond
Lieutenant, Intelligence Branch
Homeland Security Bureau
D.C. Metropolitan Police Department
Cell: (202) 437-0434
Email: shane.lamond@dc.gov

---

**From:** Then, Franklyn (MPD) <Franklyn.Then@dc.gov>
**Sent:** Saturday, December 19, 2020 6:03 PM
**To:** Lamond, Shane (MPD) <shane.lamond@dc.gov>
**Cc:** Mufti, Ahsan A. (MPD) <Ahsan.Mufti@dc.gov>; Babich, Yaroslav (MPD) <yaroslav.babich@dc.gov>; Batko, Matthew (MPD) <matthew.batko@dc.gov>
**Subject:** Subject in photo

Thank You kindly,
Franklyn Then
Detective Grade One , Fourth Detectives
Criminal Investigations Division
Badge D1-1285
Metropolitan Police Department
Fourth District
6001 Georgia Avenue NW
Washington DC 20011
202 715 7506 Office
202 839 1612 Cell
Franklyn.then@dc.gov
www.mpdc.dc.gov
Twitter @DCPoliceDept

We are here to help

GOVERNMENT EXHIBIT 1006A

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov.

**From:** "O'Meara, Kelly (MPD)" <kelly.omeara@dc.gov>
**To:** "Lamond, Shane (MPD)" <shane.lamond@dc.gov>
**Cc:** "Parsons, Leslie (MPD)" <leslie.parsons@dc.gov>, "Bromeland, Matthew (MPD)" <matthew.bromeland@dc.gov>, "Sternbeck, Dustin (MPD)" <dustin.sternbeck@dc.gov>, "Metzger, Kristen (MPD)" <Kristen.Metzger@dc.gov>, "Hong, David T. (MPD)" <David.Hong@dc.gov>
**Subject:** RE: BLM signs
**Date:** Sun, 13 Dec 2020 16:15:38 +0000

---

I think that is correct that some of them may be. However, while we know that race is a protected category, I think we'll have to think about whether Proud Boys falls into one. It may not.

Kelly O'Meara
Executive Director, Strategic Change Division
Executive Office of the Chief of Police
Metropolitan Police Department
Office: 202.727.9680
Cell: 202.316.1561

We are here to help!

---

**From:** Lamond, Shane (MPD) <shane.lamond@dc.gov>
**Sent:** Sunday, December 13, 2020 11:11 AM
**To:** O'Meara, Kelly (MPD) <kelly.omeara@dc.gov>
**Cc:** Parsons, Leslie (MPD) <leslie.parsons@dc.gov>; Bromeland, Matthew (MPD) <matthew.bromeland@dc.gov>; Sternbeck, Dustin (MPD) <dustin.sternbeck@dc.gov>; Metzger, Kristen (MPD) <Kristen.Metzger@dc.gov>; Hong, David T. (MPD) <David.Hong@dc.gov>
**Subject:** Re: BLM signs

That's a very tricky question and one that I was thinking about this morning. We have supported this offense in the past with the burning and destruction of gay pride flags and such. However, wouldn't that also mean that a lot of the criminal offenses (assaults, the stabbing on 11th Street) reported yesterday connected to the event would be possible hate crimes?

Shane B. Lamond
Lieutenant, Intelligence Branch
Homeland Security Bureau
D.C. Metropolitan Police Department
Cell: (202) 437-0434
Email: shane.lamond@dc.gov

Sent from my iPhone

On Dec 13, 2020, at 10:58 AM, O'Meara, Kelly (MPD) <kelly.omeara@dc.gov> wrote:

Because John Falcicchio is asking – are we all on board with saying that the tearing down of the BLM signs would be investigated as a possible hate crime?

GOVERNMENT EXHIBIT 1006B

Kelly O'Meara
Executive Director, Strategic Change Division
Executive Office of the Chief of Police
Metropolitan Police Department
Office: 202.727.9680
Cell: 202.316.1561

We are here to help!

*Open Enrollment for 2021 employee benefits runs Monday, November 9, 2020 through Monday, December 14, 2020. This is your annual opportunity to review your current benefit elections and make any necessary changes.*

*Visit https://dchr.dc.gov/page/open-enrollment for details!*

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov.

**From:** "Lamond, Shane (MPD)" <shane.lamond@dc.gov>
**To:** "Parsons, Leslie (MPD)" <leslie.parsons@dc.gov>
**Subject:** Re: Podcast
**Date:** Tue, 22 Dec 2020 17:54:08 +0000

---

Good Afternoon Commander,

I have listened to the podcast and can confirm with 100% certainty that the individual speaking about white supremacy beginning at the 15:39 mark on the podcast is Henry “Enrique” Tarrio.

Shane B. Lamond
Lieutenant, Intelligence Branch
Homeland Security Bureau
D.C. Metropolitan Police Department
Cell: (202) 437-0434
Email: shane.lamond@dc.gov

Sent from my iPhone

On Dec 22, 2020, at 12:32 PM, Parsons, Leslie (MPD) <leslie.parsons@dc.gov> wrote:

Shane,

See below. Can you assist us with this please? The sooner the better. Thanks

---

**From:** Copeland, Nicole G. (MPD)
**Sent:** Tuesday, December 22, 2020 12:31 PM
**To:** Parsons, Leslie (MPD) <leslie.parsons@dc.gov>
**Subject:** Podcast

Good Afternoon,

Please see the attached podcast. Is it possible to allow Lt. Lamond to listen and determine if he can identify the voice?

https://www.radio.com/podcasts/republic-keeper-with-brian-okelly-35557/133-interview-with-enrique-tarrio-chariman-of-the-proud-boys-346566968

Best Regards,
Nicole G. Copeland
Detective Sergeant, First District Detectives
Criminal Investigations Division
Badge S-757
Metropolitan Police Department
101 M Street, SW
Washington, DC 20024
(202) 299-2025 Office
(202) 299-3427 Desk

GOVERNMENT EXHIBIT
1006C

Nicoleg.copeland@dc.gov
www.mpdc.dc.gov
Twitter @DCPoliceDept

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov.

**From:** "Lamond, Shane (MPD)" <shane.lamond@dc.gov>
**To:** "Then, Franklyn (MPD)" <Franklyn.Then@dc.gov>
**Subject:** Re: Subject in photo
**Date:** Sun, 20 Dec 2020 01:14:01 +0000

---

Henry "Enrique" Tarrio
H/M DOB: 2/9/1984
LKA: 5730 NW 2nd Street, Miami, FL
Phone: 786-961-6789

Shane B. Lamond
Lieutenant, Intelligence Branch
Homeland Security Bureau
D.C. Metropolitan Police Department
Cell: (202) 437-0434
Email: shane.lamond@dc.gov

Sent from my iPhone

On Dec 19, 2020, at 7:53 PM, Then, Franklyn (MPD) <Franklyn.Then@dc.gov> wrote:

Send me his phone number and DOB , address if you have it?

Sent from my iPhone

On Dec 19, 2020, at 7:52 PM, Lamond, Shane (MPD) <shane.lamond@dc.gov> wrote:

Here is what he looked like and how he was dressed in December 12th.

[cid:DB772135-6334-41C4-B5A1-741E751A3ED9-L0-001][cid:56564DC8-C85D-4E68-87EE-CEDAE3A981EE-L0-001]

Shane B. Lamond

Lieutenant, Intelligence Branch

Homeland Security Bureau

D.C. Metropolitan Police Department

Cell: (202) 437-0434<tel:(202)%20437-0434>

Email: shane.lamond@dc.gov<mailto:shane.lamond@dc.gov>

GOVERNMENT EXHIBIT 1006D

Sent from my iPhone

On Dec 19, 2020, at 6:02 PM, Then, Franklyn (MPD) <Franklyn.Then@dc.gov> wrote:

Thank You kindly,

Franklyn Then

Detective Grade One , Fourth Detectives

Criminal Investigations Division

Badge D1-1285

Metropolitan Police Department

Fourth District

6001 Georgia Avenue NW

Washington DC 20011

202 715 7506 Office

202 839 1612 Cell

Franklyn.then@dc.gov

www.mpdc.dc.gov<http://www.mpdc.dc.gov/>

Twitter @DCPoliceDept

We are here to help

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov<https://coronavirus.dc.gov/>.

<download (1).png>

**From:** Mufti, Ahsan A. (MPD)
**To:** USADC-ProtestAdjacentWarrants; Chesser, Barbara (USADC); Courtney, Paul (USADC); Constantinide, Alyse (USADC)
**Cc:** Parsons, Leslie (MPD); Godin, Daniel (MPD); Copeland, Nicole G. (MPD)
**Subject:** RE: Resubmission - Arrest Warrant - CCN 20176767 - Destruction of Property/Church - Hate Crime
**Date:** Tuesday, December 29, 2020 7:50:11 PM
**Attachments:** Warrant Submission Form.pdf
Giglio Form.pdf
Arrest_Warrant PDF AFFIDAVIT USAO [1].pdf
Arrest_Warrant PDF AFFIDAVIT USAO [2].pdf

---

Please see the attached resubmission in reference to Defendant Henry Tarrio's case.

Respectfully,

---

**From:** Mufti, Ahsan A. (MPD)
**Sent:** Monday, December 21, 2020 12:34 PM
**To:** USADC-ProtestAdjacentWarrants <USADC.ProtestAdjacentWarrants@usdoj.gov>; Chesser, Barbara (USADC) <Barbara.Chesser@usdoj.gov>; Courtney, Paul (USADC) <Paul.Courtney@usdoj.gov>; Alyse.Constantinide@usdoj.gov
**Cc:** Parsons, Leslie (MPD) <leslie.parsons@dc.gov>; Godin, Daniel (MPD) <daniel.godin@dc.gov>; Copeland, Nicole G. (MPD) <nicoleg.copeland@dc.gov>
**Subject:** FW: Review Warrant - CCN 20176767 - Destruction of Property/Church - Hate Crime

Good Evening all,

Please see the attached warrant for review.

Respectfully,

Ahsan Mufti
Detective Grade II
Third District Detectives Office
Criminal Investigations Division
Metropolitan Police Department
202-568-1986 (Cell)
Ahsan.mufti@dc.gov
www.mpdc.dc.gov
Twitter @DCPoliceDept

***"We are here to help."***

---

**From:** Copeland, Nicole G. (MPD)
**Sent:** Monday, December 21, 2020 11:57 AM
**To:** Mufti, Ahsan A. (MPD) <Ahsan.Mufti@dc.gov>
**Subject:** Re: Review Warrant

GOVERNMENT EXHIBIT 1014

Ahsan,

I shared your affidavit with Commander Parsons who states that it's approved to be sent to the AUSA. Please include him on your submission.

Many thanks.

Best Regards,
Nicole G. Copeland
Detective Sergeant, First District Detectives
Criminal Investigations Division
Badge S-757
Metropolitan Police Department
101 M Street, SW
Washington, DC 20024
(202) 299-2025 Office
(202) 299-3427 Desk
Nicoleg.copeland@dc.gov
www.mpdc.dc.gov
Twitter @DCPoliceDept

We are here to help

On Dec 21, 2020, at 11:52 AM, Copeland, Nicole G. (MPD) <nicoleg.copeland@dc.gov> wrote:

Best Regards,
Nicole G. Copeland
Detective Sergeant, First District Detectives
Criminal Investigations Division
Badge S-757
Metropolitan Police Department
101 M Street, SW
Washington, DC 20024
(202) 299-2025 Office
(202) 299-3427 Desk
Nicoleg.copeland@dc.gov
www.mpdc.dc.gov
Twitter @DCPoliceDept

We are here to help

Begin forwarded message:

**From:** "Mufti, Ahsan A. (MPD)" <Ahsan.Mufti@dc.gov>
**Date:** December 21, 2020 at 11:43:55 AM EST
**To:** "Copeland, Nicole G. (MPD)" <nicoleg.copeland@dc.gov>
**Subject: Review Warrant**

Ahsan Mufti
Detective Grade II
Third District Detectives Office
Criminal Investigations Division
Metropolitan Police Department
202-671-7003 (Desk)
202-568-1986 (Cell)
Ahsan.mufti@dc.gov
www.mpdc.dc.gov
Twitter @DCPoliceDept

***"We are here to help."***

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov.

<Arrest_Warrant PDF AFFIDAVIT.pdf>

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

**BRIEF DESCRIPTION OF WHAT HAPPENED:**

Report:

On December 13th, 2020, at approximately 11:04 a.m., Officer Tristan Engler (#2120) responded to Asbury United Methodist Church, located at 926 11th Street NW, Washington, DC, for a destruction of property assignment. Upon arrival, RP-1, the church's reverend, reported that unknown suspects tore a large "Black Lives Matter" tarp sign from the church lawn overnight and set fire to it in a street based on videos IT observed on Twitter.

RP-1 perceived this to be a hate crime, based on the group suspected of the destruction (i.e., the "Proud Boys") and the message on the destroyed sign (i.e., "Black Lives Matter"). According to RP-1, the church was unoccupied at the time of the offense. RP-1 came to the church and found that the sign had been removed from a metal post adjacent to the front door, which is located in the 1100 block of K Street NW.

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

**CHARGED WITH:** ______________________

__________ DAY OF ______________________

**ASSISTANT UNITED STATES ATTORNEY**

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424537

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

| USW NO.: |
|---|
| |

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

**BRIEF DESCRIPTION OF WHAT HAPPENED:**

Investigation:

Numerous videos started circulating on different social media accounts that captured individuals apparently affiliated with the Proud Boys destroying a number of Black Lives Matter signs in the area on the night of December 12, 2020.

Your Affiant reviewed a video on YouTube entitled "Proud Boys take, burn BLM banner from Asbury United Methodist Church in DC." The video was uploaded by YouTube user "News2Share" on December 15, 2020, and runs 06:09 in length.

The video depicts a group of unknown individuals apparently affiliated with the Proud Boys walking eastbound in the 1100 block of K Street NW in front of Asbury United Methodist Church after dark. The church appears to be closed and not to be holding worship services at the time. From the outside of the church, as depicted on the video, the racial and/or ethnic composition of the church's congregation is not apparent.

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

**CHARGED WITH:** ____________________

__________ DAY OF ____________________

**ASSISTANT UNITED STATES ATTORNEY**

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424538

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

The individuals walking in front of the church are carrying two banners. None of these individuals appears to be Defendant Henry "Enrique" TARRIO; nor does Defendant TARRIO appear in the frame or to have participated directly in the removal of the banners. One banner appears to be black in color with white writing, and the other appears to be white in color with red writing. At around 00:14, an unknown individual is heard saying the name "Enrique." At around 00:24, the individual carrying the white banner throws it into the air. At around 00:29, an unknown individual is heard asking, "Enrique, you want it?" At around 00:33, an individual with characteristics consistent with those of Defendant TARRIO is then seen on the video for the first time holding a part of the white banner and reading the words printed on the banner. The words "women's" and "gay" are read aloud by an unknown individual. At around 00:39, another unknown individual is heard saying, "Put that shit back up! Put that shit back up!" At the same time, another unknown individual is heard saying, "Yeah, put this back." At around 00:40, Defendant TARRIO drops the sign and pulls his hand away while shaking his head. At around 00:42, Defendant TARRIO gestures toward the church with his hand while saying, "Just put it on there." At 00:48, an unknown individual is seen laughing and saying, "They don't know how to read." Another unknown individual is heard saying, "We just ripped down the wrong fucking sign." At this point, the group, including Defendant TARRIO, is walking southbound in the 900 block of 11th Street NW.

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

AFFIANT'S SIGNATURE:
X

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ______________________________

**CHARGED WITH:** ______________________________

**ASSISTANT UNITED STATES ATTORNEY**

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424539

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

At around 00:51, the video cuts and appears to depict the group walking southbound in the 500 block of 11th Street NW toward the intersection of 11th and E Streets NW. At around 01:20, the video cuts again and depicts the group standing in the intersection of 11th and E Streets NW. At around 01:25, numerous unidentified individuals apparently affiliated with the Proud Boys are holding up what appears to be the same black banner from earlier in the video. The individuals appear to be holding up the banner to pose for photographs. The banner is black with white lettering that says "#BLACKLIVESMATTER." The logo for Asbury United Methodist Church and the church's website address are also printed on the banner in white lettering. The video does not appear to depict Defendant TARRIO as being among the individuals holding up the banner.

At around 01:41, an unknown individual is heard saying, "Burn that shit." Another unknown individual is then heard yelling, "Proud of your fucking boys!" At around 01:47, an unknown individual is heard asking, "Where's that lighter fluid?" Another unknown individual then asks, "Yeah, where's the lighter?" That individual then appears to say, "Hey, just fucking light it up, it'll burn." At around 01:53, an unknown voice begins attempting to lead the crowd in chants of "Fuck Antifa!" At around 01:58, an unknown individual approaches the individuals holding the banner and says, "I got lighter fluid."

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

**CHARGED WITH:** ______________________

__________ DAY OF ______________________

**ASSISTANT UNITED STATES ATTORNEY**

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.:

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| DEFENDANT'S BUSINESS ADDRESS: N/A | TELEPHONE NUMBER: N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

The conversation is not fully intelligible, but this individual then says, "It won't take. It won't take. It won't burn. Just hang on." At this point, this individual appears to have taken possession of the banner. At around 02:06, an unknown individual is heard saying, "Thank you! Thank you for standing up for our country!"

At around 02:13, the video cuts again. The banner now appears to have been placed on the pavement in the intersection of 11th and E Streets NW. An unknown individual is seen walking alongside the banner as he douses it in what appears to be lighter fluid. At around 02:25, an unknown individual is heard yelling, "Guys, no faces! No faces!"

At around 02:31, an individual begins to give a speech. He states: "I've told people since, since 2014. I told them Black lives matter. See what I'm saying? Hey! Hey! I wanna say this real quick! Hey! Proud Boys! Hey! Proud Boys! Hey, Proud Boys! I'm Black myself. I've been telling people since 2014, during the Ferguson riots, I knew George Soros and the Democratic Party was going to set Black America up!" At around 02:58, various unknown members of the group begin chanting, "Light it up!" Unknown individuals then start to ignite the banner with lighters, creating small flames at the edges of the banner.

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**CHARGED WITH:** ________________________________

________________________________
**ASSISTANT UNITED STATES ATTORNEY**

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ________________________________

________________________________
**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | | | NICKNAME: | | ALIASES: | | CCN: | FBI: |
|---|---|---|---|---|---|---|---|---|
| Henry Tarrio | | | N/A | | "Enrique" | | 20176767 | |
| SEX: M | RACE: H/W | DOB: 02/02/1984 | HGT: 5' 09" | WGT: 196 | EYES: BROWN | HAIR: N/A | COMPL: Light | SCARS, MARKS TATTOOS: |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| DEFENDANT'S BUSINESS ADDRESS: N/A | TELEPHONE NUMBER: N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

__ 00 = Armed and Dangerous
__ 05 = Violent Tendencies
__ 10 = Martial Arts Expert
__ 15 = Explosive Expertise
_ 20 = Known to abuse drugs
__ 25 = Escape Risk
__ 30 = Sexually Violent Predator
__ 50 = Heart Condition
__ 55 = Alcoholic
__ 60 = Allergies
__ 65 = Epilepsy
__ 70 = Suicidal
__ 80 = Medication Required
__ 85 = Hemophiliac
__ 90 = Diabetic
__ 01 = Other (Explain)

At around 03:13, an unknown individual is heard saying, "Burn the American flag? It's the least we can do!" At around 03:17, an unknown individual is seen pouring more lighter fluid onto the banner as the crowd cheers. At around 03:25, the group begins chanting, "Fuck Antifa!" At around 03:30, an unknown individual is heard saying it is "not easy to burn plastic." Another unknown individual then shouts, "Light the edges!" At around 03:33 and following, various unknown individuals crouch down and begin applying lighters to the edges of the banner. Defendant TARRIO appears to be crouched down at the bottom right corner of the banner and holding a white paper cup in his left hand. At around 03:34, an open flame is momentarily seen beneath Defendant TARRIO's cup, but the source of the flame is unclear due to the angle of the camera and the placement of a "NEWS2SHARE" watermark in the lower right hand corner of the frame. At 03:44, an unknown individual in close proximity to Defendant TARRIO, who is still crouched down, appears to be applying an ignited lighter to the upper right edge of the banner. Defendant TARRIO then stands up.

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**CHARGED WITH:** ______________________________

______________________________
**ASSISTANT UNITED STATES ATTORNEY**

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ______________________________

______________________________
**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424542

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

The video footage and its angle does not appear to capture Defendant TARRIO, who has his back to the camera, personally applying a flame to the banner; because of Defendant TARRIO's position relative to the camera and the "NEWS2SHARE" watermark, it is not possible to see what Defendant TARRIO is doing as he crouches to the ground near the banner. As Defendant TARRIO stands back up, other individuals continue to apply lighters to, and pour lighter fluid upon, the banner. At around 04:00, the banner becomes engulfed in flames and the crowd cheers. At around 04:30, as the banner burns, the group begins chanting, "Fuck Antifa!" These chants continue until about 05:14, when the crowd begins repeatedly chanting, "USA!" At around 05:21, various unknown members of the group extinguish the flames.

Your Affiant reviewed another YouTube video entitled "Proud Boys Set Fire to BLM Banner in DC." The video was uploaded by YouTube user "BG On The Scene" on December 12, 2020, and runs 01:32 in length. At around 00:14, Defendant TARRIO is depicted holding a white paper cup in his left hand along with an unknown object that appears consistent in appearance with a lighter. At around 00:48, the video depicts Defendant TARRIO moving the unknown object from his left hand to his right hand. At both points, the banner appears already to be engulfed in flames.

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**CHARGED WITH:** ______________________________

______________________________
**ASSISTANT UNITED STATES ATTORNEY**

AFFIANT'S SIGNATURE:
X

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ______________________________

______________________________
**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424543

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

| USW NO.: |
|---|
| |

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

Your Affiant reviewed a still from the "BG On The Scene" YouTube video that was digitally enhanced by Special Agent Johnathan Hoyt of the Federal Bureau of Investigation's Washington Field Office on December 28, 2020. After enhancing frame 410 of the video, Special Agent Hoyt determined that the unknown object Defendant TARRIO is holding in his left hand is a "[g]reen handled cylinder with silver top."

Your Affiant also reviewed a Twitter video posted by Twitter user "mattmiller757" on December 12, 2020, at 8:50 p.m. The video is 45 seconds in length. Between around 00:23 and 00:38, Defendant TARRIO is depicted holding in his left hand what appears to be the same white paper cup and the object depicted in the above-described YouTube video uploaded by "BG On The Scene." The Twitter video provides a clearer view of the object, which appears to be a green lighter.

In addition to the YouTube videos described above, Your Affiant reviewed a YouTube video entitled "Proud Boy Leader Admits To Burning BLM Sign." The video was uploaded by user "Jayden X" on December 18, 2020, and runs 06:13 in length. The video partially depicts the burning of the banner from around 00:46 to 01:09, although from different angles than the above-described videos.

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

**CHARGED WITH:** ______________________________

__________ DAY OF ______________________________

______________________________
**ASSISTANT UNITED STATES ATTORNEY**

______________________________
**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424544

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

**BRIEF DESCRIPTION OF WHAT HAPPENED:**

This segment appears to show individuals igniting and pouring lighter fluid on the banner and the banner becoming engulfed in flames. Defendant TARRIO is not seen actively lighting the banner on fire or otherwise destroying it in this segment. At around 01:00, Defendant TARRIO is seen standing and holding a white paper cup and an object in his left hand. Just as in the YouTube video uploaded by "BG On The Scene," the object appears to be the lighter Defendant TARRIO is seen holding in the above-described Twitter video.

On December 19, 2020, W-1 emailed Detective Matthew Batko, reporting that IT had found content on the social media platform "Parler" belonging to Defendant TARRIO, who has stated he is the current chairman of the Proud Boys. Like Twitter's "verified" users, Parler confirms the authenticity of profiles with a yellow badge labeling the account holder as an "influencer," to curb disinformation from fake profiles. According to Parler's website, this badge confirms the person's authenticity and proves their identity to the community. Defendant TARRIO uses the handle @NobleLead and, at the time of W-1's email to Det. Batko, used the display name "Royal Tarrio." On December 28, 2020, Defendant TARRIO's Parler display name read "Enrique Tarrio."

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**CHARGED WITH:** ____________________

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ____________________

**ASSISTANT UNITED STATES ATTORNEY**

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424545

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

| USW NO.: |
|---|
| |

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

In a December 18, 2020, post on Parler, Defendant TARRIO admits to burning the banner. Defendant TARRIO writes:

"The FBI is currently the [sic] investigating a supposed 'hate crime' perpetrated by the ProudBoys. They're even offering a reward. I'm here to tell you that there was no hate crime committed. The only hate there is in my heart is for communism and an authoritarian government. BLM is a Marxist movement. It isn't about the color of someone's skin. Against the wishes of my attorney I am here today to admit that I am the person responsible for the burning of this sign. And I am not ashamed of what I did because I didn't do it out of hate…I did it out of love. Love for a country that has given my family SO MUCH. The burning of this banner wasn't about race religion or political ideology it was about a racist movement that has terrorized the citizens of this country. I will not standby [sic] and watch them burn another city. So let me make this simple. I did it. Come get me if you feel like what I did was wrong. We'll let the public decide. Forever PROUD. -Enrique"

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**CHARGED WITH:** ____________________

**ASSISTANT UNITED STATES ATTORNEY**

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ____________________

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424546

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

(Although Defendant TARRIO writes that this statement is made "[a]gainst the wishes of [his] attorney," on December 22, 2020, Your Affiant sent a text message to Defendant TARRIO at a phone number that he had previously provided to the Metropolitan Police Department requesting permission to reach out to Defendant TARRIO's attorney. Defendant TARRIO responded in relevant part: "[A]t this point I haven't retained my attorney in this situation yet. But I won't need my attorney to inform you that I will be using my 5th.")

Defendant TARRIO also attached a photograph to the December 18, 2020, Parler post that appears to depict him crouching by the lower right hand corner of the banner with an unknown item in his hand, as was depicted from a different angle in the above-described YouTube video. The individual crouching by the lower right hand corner of the banner is dressed in the same clothing as the person in the above described YouTube video who appears in the frame shortly after a question is posed to "Enrique." In both the photo and the video, the individual is depicted wearing a long sleeve black shirt with white lettering on the left sleeve, a backwards black baseball cap, black glasses, and a khaki tactical vest with a canned beverage visible in a front pocket. The photograph depicts two other individuals attempting to set the sign on fire with what appear to be ignited lighters.

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**CHARGED WITH:** ______________________

______________________
**ASSISTANT UNITED STATES ATTORNEY**

AFFIANT'S SIGNATURE:
X

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ______________________

______________________
**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424547

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.:

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

Defendant TARRIO is crouched down in close physical proximity to these two individuals and appears to be holding an unknown object in his right hand inches from the ignited lighters in the other two individuals' hands. (As described more fully below, Defendant TARRIO appears to have told the Washington Post that the object depicted in his hand is an unlit lighter.) The numerous videos and images of the banner's burning viewed by Your Affiant do not capture Defendant TARRIO personally lighting the banner on fire or otherwise destroying it; however, it is apparent that the video does not fully capture Defendant TARRIO's conduct given the camera angle and the positioning of his body relative to the camera. The available video does not preclude that Defendant TARRIO had opportunity to apply an open flame to the banner.

Your Affiant reviewed other photographs posted to Defendant TARRIO's Parler page. On or about December 22, 2020, Defendant TARRIO posted a meme containing the following text: "FBI: 'NOOOO you can't burn a BLM banner! thas a hate crime!' Enrique Tarrio: I'LL FUCKING DO IT AGAIN." In the post containing this meme, Defendant TARRIO writes: "Ayo… Pass me the lighter."

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

**CHARGED WITH:** ______________________________

__________ DAY OF ______________________________

**ASSISTANT UNITED STATES ATTORNEY**

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| _ 20 = Known to abuse drugs | __ 60 = Allergies | __ 90 = Diabetic | |

On or about December 23, 2020, Defendant TARRIO posted an undated photograph to Parler that depicts Defendant TARRIO burning a face mask. In the photograph, Defendant TARRIO is holding an ignited lighter in his right hand. Defendant TARRIO appears to be applying the lighter's flame to a face mask, which he is holding in his left hand. He also is holding a lit cigarette between his left index and middle fingers. In the post containing this photograph, Defendant TARRIO writes: "Burn what oppresses."

Defendant TARRIO appears to identify as Afro-Cuban, as has been reported by various news outlets, including The Washington Post, New York Daily News, and USA Today.

Defendant TARRIO's confession to destroying the banner has also been reported by various news outlets. On December 18, 2020, "DCist" published an article entitled, "Proud Boys Leader Takes Credit For Burning D.C. Church's Black Lives Matter Banner." The author states that the Proud Boys "is a far-right organization identified by the Southern Poverty Law Center as a hate group and classified by the FBI as having white nationalist ties."

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ________________________________

**CHARGED WITH:** ________________________________

________________________________
**ASSISTANT UNITED STATES ATTORNEY**

________________________________
**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424549

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

According to the DCist article: "Enrique Tarrio, the chairman of the organization, told DCist/WAMU he was responsible for destroying the banner. His comments echo claims he made in a post on the social media site Parler, which is popular among fringe groups, and on an episode of War Boys, a podcast affiliated with the Proud Boys, that aired Thursday. 'In the burning of the BLM sign, I was the one that lit it on fire,' Tarrio claimed on the podcast. 'I was the person that went ahead and put the lighter to it and engulfed it in flames, and I am damn proud that I did.'"

Contrary to Defendant TARRIO's claim as described in the DCist article that he was the person who "put the lighter to it and engulfed it in flames," it appears from video reviewed by Your Affiant that other unknown individuals, not Defendant TARRIO, set the flame that ultimately engulfed the banner in flames.

The DCist article also states: "Tarrio says he was not sure the name of the church where he burned the sign, but believes its name started with an A. He says he didn't know it was a Black church. He also says he doesn't know who burned the second Black Lives Matter banner. In an interview with DCist/WAMU, Tarrio said he decided to come forward after seeing the burning characterized as a possible hate crime by law enforcement officials.

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**CHARGED WITH:** ______________________

______________________
**ASSISTANT UNITED STATES ATTORNEY**

AFFIANT'S SIGNATURE:
X

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ______________________

______________________
**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | | | NICKNAME: | | ALIASES: | | CCN: | FBI: |
|---|---|---|---|---|---|---|---|---|
| Henry Tarrio | | | N/A | | "Enrique" | | 20176767 | |
| SEX: M | RACE: H/W | DOB: 02/02/1984 | HGT: 5' 09" | WGT: 196 | EYES: BROWN | HAIR: N/A | COMPL: Light | SCARS, MARKS TATTOOS: |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| DEFENDANT'S BUSINESS ADDRESS: N/A | TELEPHONE NUMBER: N/A |

| COMPLAINANT'S NAME: | | TELEPHONE NUMBER: |
|---|---|---|
| ASBURY METHODIST CHURCH | | On File |
| LOCATION OF OFFENSE: 926 11TH STREET NW WASHINGTON, DC 20001 | DATE OF OFFENSE: Dec 12, 2020 - Dec 13, 2020 | TIME OF OFFENSE: 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

'That kind of made me angry, to be honest with you,' he said. That term, he said, implies the act was motivated by factors like race, cultural background, or religious affiliation, when it wasn't. 'The crime that was committed was, yeah, OK, it was destruction of property, fine,' Tarrio said. 'But I wanna see if this hate crime thing is a thing … I want to see what a jury of my peers would think.' He maintains the act was not a hate crime because Black Lives Matter 'isn't about race.' On the podcast, which includes video streaming, Tarrio shared an image he claimed showed him lighting the banner on fire. The image shows a group of heavily armored men crouching around the sign, with two lighter flames held to an edge."

As stated above, none of the numerous videos and images of the banner's burning viewed by Your Affiant appear to capture Defendant TARRIO personally lighting the banner on fire or holding an open flame to it, although none precludes him from having done so in a way that was not captured on available video.

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

AFFIANT'S SIGNATURE:
X

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ______________________

**CHARGED WITH:** ______________________

**ASSISTANT UNITED STATES ATTORNEY**

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424551

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

**BRIEF DESCRIPTION OF WHAT HAPPENED:**

Also on December 18, 2020, The Washington Post published an article, entitled "Proud Boys leader says he burned Black Lives Matter banner stolen from church during demonstrations in D.C.," in which Defendant TARRIO speaks about the offense. The article states in relevant part: "The leader of the Proud Boys, Enrique Tarrio, said he participated in the burning of a Black Lives Matter banner that had been ripped from the facade of a historic Black church during unrest in downtown Washington following a rally earlier this month for President Trump. Tarrio, the chairman of the male-chauvinist organization with ties to white nationalism, said in an interview with The Washington Post he would plead guilty to destruction of property, pay the church the cost of the banner and surrender to authorities if that criminal charge is filed. 'I'll fly there on my own dime,' said Tarrio, who was in Miami on Friday, and spoke in a telephone interview days after D.C. police and the FBI posted rewards in their search for people responsible in the case. 'I have nothing to hide.' Tarrio wrote he was speaking out against the advice of his attorney: 'So let me make this simple. I did it.'. . . Tarrio — who also posted comments related to the burning on two social media sites, Parler and Telegram — said he would not admit to committing a hate crime....

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ______________________________

**CHARGED WITH:** ______________________________

______________________________
**ASSISTANT UNITED STATES ATTORNEY**

______________________________
**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424522

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

__ 00 = Armed and Dangerous
__ 05 = Violent Tendencies
__ 10 = Martial Arts Expert
__ 15 = Explosive Expertise
20 = Known to abuse drugs
__ 25 = Escape Risk
__ 30 = Sexually Violent Predator
__ 50 = Heart Condition
__ 55 = Alcoholic
60 = Allergies
__ 65 = Epilepsy
__ 70 = Suicidal
__ 80 = Medication Required
__ 85 = Hemophiliac
90 = Diabetic
__ 01 = Other (Explain)

**BRIEF DESCRIPTION OF WHAT HAPPENED:**

He said he was not motivated by race, religion or political ideology, but because he believes the Black Lives Matter movement 'has terrorized the citizens of this country.' . . . In addition to his written account on social media, Tarrio posted a photo that he says shows him holding an unlit lighter near a Black Lives Matter banner that is on the ground. The photo shows two other men who appear to be in the process of setting fire to the banner. Tarrio declined to identify or comment on the others. . . . Tarrio said he does not know who tore down the banner, and that neither he nor his members knew the church is predominantly African American. 'We didn't Google the church and go, "Oh, it's a Black church, let's target it,"' Tarrio said. 'The sign was taken down because of what it represents.' He said: 'If they want to get me for destruction of property, I won't even give them a fight. I'll tell them guilty.'. . . Tarrio said that on previous demonstrations, his supporters had flags and hats stolen and burned in the streets, along with American flags, 'and we haven't seen any prosecution there.'"

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**CHARGED WITH:** ______________________________

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ______________________________

______________________________
**ASSISTANT UNITED STATES ATTORNEY**

______________________________
**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424523

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

| USW NO.: |
|---|
| |

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| DEFENDANT'S BUSINESS ADDRESS: N/A | TELEPHONE NUMBER: N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

Your Affiant also reviewed an interview of Defendant TARRIO on the podcast "Republic Keeper with Brian O'Kelly," which appears to have first aired on October 1, 2020. The episode is entitled "133 – Interview with Enrique Tarrio – Chairman of the Proud Boys." During the course of the interview, at around 15:32, the host asks "Now this accusation of white supremacy. Where does it come from? Is it BS? Um. You look browner than me. I'm like as, I'm not even white; I'm pink." Defendant TARRIO responds, "So this white Supremacy thing isn't bullshit, I'm just really bad at it. Uh. I'm kidding. Uh. That'll probably be like a soundbite somewhere. . . . [S]o the white supremacist thing is like the biggest bullshit. We weren't started as a white supremacist group, we didn't become a white supremacist group, and we're definitely not one now. The white supremacist label just comes as like the flavor of the month for Democrats." At around 43:30, the host discusses the Southern Poverty Law Center's designation of the Proud Boys as a "hate group." Defendant TARRIO responds, "Their designation of a hate group is, uh, is semi-correct, I'm going to say that, too. What do we hate, though, as a group?........

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

**CHARGED WITH:** ______________________________

__________ DAY OF ______________________________

**ASSISTANT UNITED STATES ATTORNEY**

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424524

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: Henry Tarrio | NICKNAME: N/A | ALIASES: "Enrique" | CCN: 20176767 | FBI: |
|---|---|---|---|---|

| SEX: M | RACE: H/W | DOB: 02/02/1984 | HGT: 5' 09" | WGT: 196 | EYES: BROWN | HAIR: N/A | COMPL: Light | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 5730 NW 2nd Street Miami, FL, 33126 | TELEPHONE NUMBER: (786) 961-6789 (Mobile) |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: N/A | TELEPHONE NUMBER: N/A |
| COMPLAINANT'S NAME: ASBURY METHODIST CHURCH | TELEPHONE NUMBER: On File |

| LOCATION OF OFFENSE: 926 11TH STREET NW WASHINGTON, DC 20001 | DATE OF OFFENSE: Dec 12, 2020 - Dec 13, 2020 | TIME OF OFFENSE: 1800-0500 |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

Well, we hate communism, fascism. Communism and fascism—we hate ideals, we don't hate people, and we definitely don't hate people because of their color or their ideologies or any of that. We genuinely just hate authority, uh, big, big government. Some people like to list us as anti-government, which we're not; we're just pro-small government. Doesn't mean we're anti-government at all, like, we know that we live in a republic and there needs to be law and order established."

Your affiant queried Law Enforcement Database and confirmed defendant's identity as Henry Tarrio, date of birth 02/02/1984 of 5730 NW 2nd Street Miami, FL, 33126.

Based upon the aforementioned facts and circumstances, Your Affiant believes probable cause exists for the offense of Destruction of Property and respectfully requests a District of Columbia Superior Court Judge issue an arrest warrant for Defendant Henry "Enrique" TARRIO.

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ________________________________

**CHARGED WITH:** ________________________________

**ASSISTANT UNITED STATES ATTORNEY**

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

__ 00 = Armed and Dangerous
__ 05 = Violent Tendencies
__ 10 = Martial Arts Expert
__ 15 = Explosive Expertise
20 = Known to abuse drugs
__ 25 = Escape Risk
__ 30 = Sexually Violent Predator
__ 50 = Heart Condition
__ 55 = Alcoholic
60 = Allergies
__ 65 = Epilepsy
__ 70 = Suicidal
__ 80 = Medication Required
__ 85 = Hemophiliac
90 = Diabetic
__ 01 = Other (Explain)

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

AFFIANT'S SIGNATURE:
X

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ______________________

**CHARGED WITH:** ______________________

______________________
**ASSISTANT UNITED STATES ATTORNEY**

______________________
**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424526

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

__ 00 = Armed and Dangerous
__ 05 = Violent Tendencies
__ 10 = Martial Arts Expert
__ 15 = Explosive Expertise
_ 20 = Known to abuse drugs
__ 25 = Escape Risk
__ 30 = Sexually Violent Predator
__ 50 = Heart Condition
__ 55 = Alcoholic
__ 60 = Allergies
__ 65 = Epilepsy
__ 70 = Suicidal
__ 80 = Medication Required
__ 85 = Hemophiliac
__ 90 = Diabetic
__ 01 = Other (Explain)

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**CHARGED WITH:** ____________________

____________________
**ASSISTANT UNITED STATES ATTORNEY**

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ____________________

____________________
**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424527

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.:

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

__ 00 = Armed and Dangerous
__ 05 = Violent Tendencies
__ 10 = Martial Arts Expert
__ 15 = Explosive Expertise
20 = Known to abuse drugs
__ 25 = Escape Risk
__ 30 = Sexually Violent Predator
__ 50 = Heart Condition
__ 55 = Alcoholic
60 = Allergies
__ 65 = Epilepsy
__ 70 = Suicidal
__ 80 = Medication Required
__ 85 = Hemophiliac
90 = Diabetic
__ 01 = Other (Explain)

The video footage and its angle does not appear to capture Defendant TARRIO, who has his back to the camera, personally applying a flame to the banner; because of Defendant TARRIO's position relative to the camera and the "NEWS2SHARE" watermark, it is not possible to see what Defendant TARRIO is doing as he crouches to the ground near the banner. As Defendant TARRIO stands back up, other individuals continue to apply lighters to, and pour lighter fluid upon, the banner. At around 04:00, the banner becomes engulfed in flames and the crowd cheers. At around 04:30, as the banner burns, the group begins chanting, "Fuck Antifa!" These chants continue until about 05:14, when the crowd begins repeatedly chanting, "USA!" At around 05:21, various unknown members of the group extinguish the flames.

Your Affiant reviewed another YouTube video entitled "Proud Boys Set Fire to BLM Banner in DC." The video was uploaded by YouTube user "BG On The Scene" on December 12, 2020, and runs 01:32 in length. At around 00:14, Defendant TARRIO is depicted holding a white paper cup in his left hand along with an unknown object that appears consistent in appearance with a lighter. At around 00:48, the video depicts Defendant TARRIO moving the unknown object from his left hand to his right hand. At both points, the banner appears already to be engulfed in flames.

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

**CHARGED WITH:** ____________________

__________ DAY OF ____________________

____________________
**ASSISTANT UNITED STATES ATTORNEY**

____________________
**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424528

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

AFFIANT'S SIGNATURE:
X

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ________________________________

**CHARGED WITH:** ____________________________________

____________________________________
**ASSISTANT UNITED STATES ATTORNEY**

____________________________________
**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424529

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

**BRIEF DESCRIPTION OF WHAT HAPPENED:**

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ______________________________

**CHARGED WITH:** ______________________________

**ASSISTANT UNITED STATES ATTORNEY**

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424530

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: Henry Tarrio | NICKNAME: N/A | ALIASES: "Enrique" | CCN: 20176767 | FBI: |
|---|---|---|---|---|

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| | |
|---|---|
| DEFENDANT'S HOME ADDRESS: 5730 NW 2nd Street Miami, FL, 33126 | TELEPHONE NUMBER: (786) 961-6789 (Mobile) |
| DEFENDANT'S BUSINESS ADDRESS: N/A | TELEPHONE NUMBER: N/A |
| COMPLAINANT'S NAME: ASBURY METHODIST CHURCH | TELEPHONE NUMBER: On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ____________________________________

**CHARGED WITH:** ______________________________________

**ASSISTANT UNITED STATES ATTORNEY**

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424531

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

__ 00 = Armed and Dangerous
__ 05 = Violent Tendencies
__ 10 = Martial Arts Expert
__ 15 = Explosive Expertise
20 = Known to abuse drugs

__ 25 = Escape Risk
__ 30 = Sexually Violent Predator
__ 50 = Heart Condition
__ 55 = Alcoholic
60 = Allergies

__ 65 = Epilepsy
__ 70 = Suicidal
__ 80 = Medication Required
__ 85 = Hemophiliac
90 = Diabetic

__ 01 = Other (Explain)

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**CHARGED WITH:** ____________________

**ASSISTANT UNITED STATES ATTORNEY**

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ____________________

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424532

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| 20 = Known to abuse drugs | 60 = Allergies | 90 = Diabetic | |

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

AFFIANT'S SIGNATURE:
X

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ________________________________

**CHARGED WITH:** ________________________________

**ASSISTANT UNITED STATES ATTORNEY**

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424533

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

__ 00 = Armed and Dangerous
__ 05 = Violent Tendencies
__ 10 = Martial Arts Expert
__ 15 = Explosive Expertise
_ 20 = Known to abuse drugs
__ 25 = Escape Risk
__ 30 = Sexually Violent Predator
__ 50 = Heart Condition
__ 55 = Alcoholic
__ 60 = Allergies
__ 65 = Epilepsy
__ 70 = Suicidal
__ 80 = Medication Required
__ 85 = Hemophiliac
__ 90 = Diabetic
__ 01 = Other (Explain)

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**CHARGED WITH:** ____________________

**ASSISTANT UNITED STATES ATTORNEY**

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ____________________

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424534

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

__ 00 = Armed and Dangerous
__ 05 = Violent Tendencies
__ 10 = Martial Arts Expert
__ 15 = Explosive Expertise
20 = Known to abuse drugs
__ 25 = Escape Risk
__ 30 = Sexually Violent Predator
__ 50 = Heart Condition
__ 55 = Alcoholic
60 = Allergies
__ 65 = Epilepsy
__ 70 = Suicidal
__ 80 = Medication Required
__ 85 = Hemophiliac
90 = Diabetic
__ 01 = Other (Explain)

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

**CHARGED WITH:** ____________________

__________ DAY OF ____________________

**ASSISTANT UNITED STATES ATTORNEY**

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

USAO-DC-00424535

*Superior Court of the District of Columbia*
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | FBI: |
|---|---|---|---|---|
| Henry Tarrio | N/A | "Enrique" | 20176767 | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | H/W | 02/02/1984 | 5' 09" | 196 | BROWN | N/A | Light | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 5730 NW 2nd Street Miami, FL, 33126 | (786) 961-6789 (Mobile) |
| **DEFENDANT'S BUSINESS ADDRESS:** | **TELEPHONE NUMBER:** |
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| ASBURY METHODIST CHURCH | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| 926 11TH STREET NW WASHINGTON, DC 20001 | Dec 12, 2020 - Dec 13, 2020 | 1800-0500 |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.**

__ 00 = Armed and Dangerous
__ 05 = Violent Tendencies
__ 10 = Martial Arts Expert
__ 15 = Explosive Expertise
20 = Known to abuse drugs

__ 25 = Escape Risk
__ 30 = Sexually Violent Predator
__ 50 = Heart Condition
__ 55 = Alcoholic
60 = Allergies

__ 65 = Epilepsy
__ 70 = Suicidal
__ 80 = Medication Required
__ 85 = Hemophiliac
90 = Diabetic

__ 01 = Other (Explain)

AFFIANT'S SIGNATURE:
X

**PLEASE ISSUE A WARRANT FOR:**

Henry Tarrio

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

__________ DAY OF ______________________________

**CHARGED WITH:** ______________________________

______________________________
**ASSISTANT UNITED STATES ATTORNEY**

______________________________
**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

U.S. Attorney's Office for the District of Columbia

# GENERAL CRIMES AND MAJOR CRIMES WARRANT REVIEW SUBMISSION FORM

*Complete this form for all Superior Court Search and Arrest Warrants* ***EXCEPT Sex Offense, Domestic Violence and Homicide.***

*Please be sure to fill out all relevant portions of this form, including any relevant supplements.*

*Feel free to complete one (1) form for several arrest and or search warrants, IF AND ONLY IF they result from the same case.*

| Today's Date | 12/29/20 | Resubmission? | Yes ◉ | No ○ | Co-Defendant Case? | Yes ○ | No ● |
|---|---|---|---|---|---|---|---|

*You must include a completed SUPPLEMENTAL FORM(s) for Co-Defendant cases and Resubmissions.*

## WARRANT INFORMATION

| | | | |
|---|---|---|---|
| Lead Charge | Destruction of Property / Hate Crime | Law Enforcement Case No(s). (CCN) | 20176767 |
| Offense Date(s) | 12/12/20 | Offense Location(s) | 926 11TH STREET NW WASHINGTON, DC 20001 |

Destination: Major Crimes ○ General Crimes Felony Sections ○ General Crimes Misdemeanor Section ◉

Warrant Type

☑ Arrest Warrant ☐ Search Warrant

Search Warrant Type *(Provide a detailed description on the blank below the warrant type.)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Residential (Gun/Drug) Search Warrant *(copy FTU Gun/Drug Supervisors) / Include offense date* | ☐ | Residential (Violent Crime) Search Warrant *(copy ECAS Supervisors)/ Include offense date* | ☐ | Cell Phone Data Extraction Search Warrant *(copy ECAS Supervisors) Include phone seizure date* | ☐ | Auto/Vehicle Search Warrant *(copy ECAS Supervisors)/Include vehicle seizure date* | ☐ | Social Media Search Warrant |

*If your Gun or Drug Residential Search Warrant is being submitted over 72 hours after the occurrence, please contact Felony Trial Unit supervisors before submitting your warrants.*

OTHER Search Warrant *(Describe)* ☐

*If your Cell Phone or Automobile warrant is being submitted more than four (4) days after the seizure, you must provide an explanation for the delay in the body of your warrant.* Vacation is relevant.

Previously Submitted Warrants *(List any other warrants that have been submitted to the USAO in this case.)*

| Warrant ID No. | Court Warrant No. | Warrant Type | Warrant Reviewer |
|---|---|---|---|
| | | | |

## AFFIANT INFORMATION

| | | | |
|---|---|---|---|
| Name: Ahsan Mufti | Agency/ District: CID/RTF | Badge: D2-1530 | CAD (MPD): 9736 |
| Contact Number(s): 2/468-6896 | Email: Ahsan.Mufti@dc.gov | | |

## SUSPECT 1 INFORMATION

| | | |
|---|---|---|
| Name: Henry Tarrio | DOB: 02/02/1984 | PDID: N/A |

| List any notable convictions | List any pending case(s) |
|---|---|
| 12/15/2020 | Yes reporting officer |

## VICTIM/WITNESS

| | |
|---|---|
| Has the affiant had contact with the complainant | Yes |
| Date of Last Contact with CW | 12/15/2020 |
| Has the affiant or other officers had contact with all known witnesses | Yes reporting officer |

## WARRANT CHECKLIST

This checklist serves as a guide for the affiant to ensure that the warrant packet is complete before submission. Check all that apply to this case.

| | | | |
|---|---|---|---|
| ✓ | Warrant Submission Form | ☐ | Shotspotter Report |
| ☐ | Warrant (Cover Sheet for Search Warrants) | ☐ | Defendant interviewed (MPD- Uploaded to Evidence.com) |
| ✓ | Warrant Affidavit | ☐ | Photos attached (MPD- Uploaded to Evidence.com??) |
| ☐ | Co-Defendant Supplement (if applicable) | ☐ | Body Worn Camera (MPD- Uploaded to Evidence.com) |
| ☐ | Resubmission Supplement (if applicable) | ☐ | Law Enforcement canvassed for surveillance video |
| ✓ | Completed Giglio Form | ☐ | Surveillance Video was obtained and in the possession of law enforcement (MPD- Uploaded to Evidence.com) |
| ✓ | Defendant Criminal History Attached (or recorded in this form)? | ✓ | Identification (ID) Procedure |
| ✓ | Officer Reports (COBALT) for all case nos. * | ☐ | Warrant contains a statement affirming that there is probable cause. |
| ✓ | Detective or Investigator Reports (ICR) | ✓ | Proof of ID included in body of warrant |
| ☐ | Crime Scene Reports | ☐ | BOLO |
| ☐ | All Notes for officers known to be involved. | ☐ | NIBIN Report |
| ☐ | Email to all known law enforcement officers advising them to provide you with their notes or, MPD only, to upload notes to Evidence.com included | ☐ | Other: |

*Please Note: We request that you complete this form as fully as possible, however, we understand that some items or information may not be complete. Please be aware that certain fields (highlighted) are mandatory in every single case. Please complete this form to the best of your ability, and include your complete investigation file. If your warrant evidence, namely the identification, is based on information for another case, please include that police report as well.*

**Submit Felony and 2D and Metro CMD Warrants**

**Submit Other CMDs**

# Supplemental Warrant Review Submission Form for Co-Defendants

Instructions:

- Please read all instructions thoroughly;
- You must complete this form if this case involves Co-Defendants.
- Please include all known suspects;
- If you are submitting a warrant for a co-defendant, please include all paperwork for that co-defendant along this their warrant.
- If possible, please include as many documents together in a single .pdf for each defendant including Giglio, the affidavit, and any other paperwork required for review.

## SUSPECT 2 INFORMATION

| Name | DOB | PDID |
|---|---|---|
| Warrant ID No. for previously submitted warrants? | List any notable convictions (or indicate whether the Criminal History is attached) | List any pending cases. |

☐ Does your submission include this suspect's arrest warrant?

## SUSPECT 3 INFORMATION

| Name | DOB | PDID |
|---|---|---|
| Warrant ID No. for previously submitted warrants? | List any notable convictions (or indicate whether the Criminal History is attached) | List any pending cases. |

☐ Does your submission include this suspect's arrest warrant?

## SUSPECT 4 INFORMATION

| Name | DOB | PDID |
|---|---|---|
| Warrant ID No. for previously submitted warrants? | List any notable convictions (or indicate whether the Criminal History is attached) | List any pending cases. |

☐ Does your submission include this suspect's arrest warrant?

## SUSPECT 5 INFORMATION

| Name | DOB | PDID |
|---|---|---|
| Warrant ID No. for previously submitted warrants? | List any notable convictions (or indicate whether the Criminal History is attached) | List any pending cases. |

☐ Does your submission include this suspect's arrest warrant?

**Submit Co-D Felony and 2D and Metro CMD Warrants**

**Submit Other CMDs**

# Supplemental Warrant Review Form for Resubmissions

Instructions:

- Please complete this supplement if you are resubmitting a warrant that was previously declined, rejected, returned, or denied by the USAO or Superior Court; and you have addressed any issues raised by the USAO or Superior Court;
- Please thoroughly complete this form;
- Please update your Warrant Submission Form with any new evidence or other information that you discovered since the original warrant was submitted;
- Please attach this form to your Warrant Submission Form for this case.

| | |
|---|---|
| Date of Resubmission | 12/29/2020 |
| Warrant I.D. No(s) | |
| What, if any, reason was given for the warrant(s) not being approved? N/A if unknown. | |
| In your opinion, have you thoroughly addressed the issues that caused the warrant(s) to be declined/denied? | YES (selected) NO |
| Original warrant reviewer(s) for each warrant. (Each warrant reviewer must be copied to this submission) | |
| Updates to criminal history for suspect(s) or N/A if none. | |
| New Pending cases? (Include lead charge for both pending and closed cases. If inapplicable, write N/A) | |

**RESUBMIT** **Submit All Other CMDs**

# GIGLIO/LEWIS QUESTIONNAIRE

WITNESS NAME Ahsan Mufti CAD/BADGE 9736 D2-1530

CASE NAME & NUMBER 20176767 DATE OF INQUIRY 12/21/2020

## INSTRUCTIONS FOR THE AUSA:

This form must be completed and signed by you before each and every occasion on which a law-enforcement officer/agent/employee may be called to testify or serve as an affiant. Please inquire of each officer/agent/employee individually and in private. If you receive any "YES" answers, please advise your immediate Supervisor.

For MPD officers, in addition to completing this form, you must perform a check of the computerized Lewis database. You must also request that your supervisor perform a check of the PPMS database. For AUSAs in District Court, PPMS checks must be done prior to sponsoring an officer/agent/employee in any capacity, including before the grand jury and as an affiant. For AUSAs in Superior Court, PPMS checks should be done where practicable, and always prior to sponsoring the testimony of an officer in a felony evidentiary hearing or trial.

If your witness is not with MPD, you must complete the Giglio macro at least 30 days prior to trial to ensure that a Giglio request is sent to the appropriate law enforcement agency. Do not directly contact the agency. If you complete the Giglio macro less than 30 days prior to trial, a request will not be sent to the appropriate law enforcement agency. If you obtain any responsive information, you must consult your Supervisor before taking any further action.

AUSA Signature ____________________ Date ____________

## QUESTIONS FOR THE OFFICER/AGENT/EMPLOYEE:

| | | Y | N |
|---|---|---|---|
| 1. | Are you aware of **any pending investigations** into your conduct by your agency, the USAO, the Office of Police Complaints (OPC), or any other agency? | ○ | ◉ |
| 2. | Are you currently appealing or otherwise challenging any findings made against you by any agency? | ○ | ◉ |
| 3. | Are you aware of **any pending civil lawsuits** against you? | ○ | ◉ |
| 4. | Have you ever been **arrested, charged with, or convicted** of a crime in any jurisdiction as an adult? | ○ | ◉ |

| | | Y | N |
|---|---|---|---|
| 5. | To your knowledge, has a judge ever found that you **testified untruthfully** or made a knowing false statement in writing? | ○ | ◉ |
| 6. | To your knowledge, has a judge ever found that you made an unlawful arrest, conducted an illegal search or seizure, illegally obtained a confession, or engaged in some other misconduct? | ○ | ◉ |
| 7. | To your knowledge, have any findings ever been made that you **obstructed justice**, for instance by altering or manufacturing evidence, or by coaching a witness to lie? | ○ | ◉ |
| 8. | To your knowledge, have findings ever been sustained against you by the **Office of Police Complaints**? | ○ | ◉ |
| 9. | To your knowledge, has a finding ever been made in a **criminal, civil, or administrative** matter that you: | | |
| | • Made a false statement, were otherwise found not credible, and/or knowingly omitted material facts; | ○ | ◉ |
| | • Failed to follow requirements for the collection and handling of evidence, obtaining statements, recording communications, obtaining consents to search, or handling of prisoners; | ○ | ◉ |
| | • Engaged in harassing or discriminatory conduct toward a particular person; | ○ | ◉ |
| | • Failed to comply with agency procedures for supervising the activities of a cooperating witness or informant (C.I., C.S., CHS, etc.); | ○ | ◉ |
| | • Failed to follow mandatory protocols in the forensic analysis of evidence; or | ○ | ◉ |
| | • Engaged in the use of excessive force. | ○ | ◉ |
| 10. | Is there anything now, or during the time of your involvement in this case, that would affect your ability to perceive or recall events? | ○ | ◉ |
| 11. | Do you currently have, or have you ever had, any significant personal relationship with anyone involved in this case (i.e. victims, witnesses other police officers, social workers, medical professionals, lawyers, judges, or defendant(s))? A significant personal relationship is a relationship beyond being mere acquaintances or work colleagues that could potentially influence your testimony or create a possible bias either in favor of or against any victim, witness, lawyer, judge, or defendant. | ○ | ◉ |
| 12. | Do you understand that you have a continuing duty to disclose, throughout this pendency of the case, any information that may change your responses to the questions above? | ◉ | ○ |

# GENERAL ORDER

METROPOLITAN POLICE

DISTRICT OF COLUMBIA

| Subject | | |
|---|---|---|
| **Duties, Responsibilities and Conduct of Members of the Department** | | |
| Topic | Series | Number |
| **PER** | **201** | **26** |
| Effective Date | | |
| **April 5, 2011** | | |

**Rescinds:**
General Order 201.26 (Duties, Responsibilities and Conduct of Members of the Department) Effective Date November 10, 1976
CIR-03-12 (Police Inquiries into the Citizenship, Immigration or Residency Status of Individuals) Effective Date July 25, 2003
Teletype 09-070-07 (Alcohol Consumption Policy) Effective Date September 21, 2007
**Related to:**
GO-PCA-501.02 (Handling Interactions with Transgender Individuals) Effective Date October 126, 2007
Special Order 10-04 (Patrol Sergeants General Duties and Responsibilities) Effective Date May 3, 2010


| | | | |
|---|---|---|---|
| I. | Background | Page | 1 |
| II. | Policy | Page | 1 |
| III. | Definitions | Page | 2 |
| IV. | Regulations | Page | 2 |
| V. | Roles and Responsibilities | Page | 2 |
| V.A | Members | Page | 2 |
| V.B | Sworn and Reserve Corp Members | Page | 5 |
| V.C | Conduct Towards the Public | Page | 8 |
| V.D | Conduct in Arrest Procedures | Page | 9 |
| V.E | Citizen Police Relationships | Page | 11 |
| VI. | Cross References | Page | 12 |


## I. BACKGROUND

The power of the Metropolitan Police Department (MPD) to fulfill its functions and duties is dependent on public approval of its existence, actions, and behavior and on its ability to secure and maintain public respect.

Members shall recognize their responsibility as public servants and shall be particularly attentive to citizens seeking assistance, information, and who desire to register complaints, or give evidence. Further, members must observe, uphold, and enforce all laws without bias or prejudice, and without regard to the individual or individuals involved.

## II. POLICY

It is the policy of the MPD to ensure its members preserve the peace, protect life and property, prevent crime, apprehend offenders, recover property and enforce all laws and ordinances of the District of Columbia and the United States of America.

GOVERNMENT EXHIBIT 3002

## III. DEFINITIONS

When used in this directive, the following terms shall have the meanings designated:

1. Immediate Family ─ Member’s spouse [including a person identified by a member as his/her “domestic partner,” as defined in D.C. Official Code § 32-701 (2001 Edition) and related laws], and parents thereof; children (including adopted and foster children and children of whom the member is the legal guardian and spouses thereof), parents, grandparents and grandchildren, brothers and sisters, and spouses thereof.

2. Member ─ Sworn or civilian MPD employee or MPD Reserve Corps Member.

## IV. REGULATIONS

In accordance with D.C. Official Code § 2-1401, et.seq. (District of Columbia Human Rights Act), members shall not discriminate, either in the enforcement of the law, or in the provision of police service, on the basis of race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, gender identity and expression, familial status, family responsibilities, matriculation, political affiliation, genetic information, disability, source of income, status as a victim of an intra-family offense and place of residence or business.

## V. ROLES AND RESPONSIBILITIES

A. Members shall:

1. Conduct their private and professional lives in such a manner as to avoid bringing discredit upon themselves, MPD, or the District of Columbia.

2. Check their MPD e-mail at least once during their tour of duty for CANS and other correspondence.

3. Not utilize their privately owned mode of transportation for official business unless approved by a superior in accordance with GO-PER-301.07 (Use of Privately Owned Vehicles for Official Metropolitan Police Department Business).

4. Avoid regular or continuous associations or dealings with persons or places whom/where they know, or should have known, are persons or places under criminal investigation or indictment, or who/that have a reputation in the community or the Department for present involvement in felonious or criminal behavior, except as necessary in the performance of official duties, or where unavoidable because of immediate familial relationships.

5. Not conduct themselves in an immoral, indecent, lewd, or disorderly manner or in manner which might be construed by an observer as immoral, indecent, lewd or disorderly.

6. Not accept a gift or a gratuity from organizations, businesses or individuals with whom he/she has or could reasonably be expected to have an official relationship or business with the District of Columbia Government.

   a. Members are prohibited from accepting personal or business favors (e.g., social courtesies, loans, discounts, services or other considerations of monetary value) which might influence or be reasonably suspected of influencing their decisions as representative of the District of Columbia Government.

   b. Members shall guard against any relationships which may be construed as evidence of favoritism, collusion or a conflict of interest.

7. Refrain from political or religious discussions while on duty or in uniform unless they are directly related to police business.

8. Whether on duty or off duty, **not**:

   a. Engage in political activity while wearing an official uniform.

   b. Display political buttons, bumper stickers, posters or other political material at work, including in a government office or common area of a government building, and on government vehicles.

   c. Engage in political activity while using any government vehicle.

   d. Engage in political activity in any government office.

   e. Solicit, accept, or receive political contributions unless both individuals are members of the same federal labor organization or employee organization and the member solicited is not a subordinate employee.

   f. Be a candidate for public office in partisan elections.

   g. Use official authority or influence to interfere with an election.

9. While on duty, members shall not:

   a. Engage in any political activity; and/or

   b. Place political material on personal equipment (for example, clipboards) used while on duty.

10. Not suggest, recommend, advise, or otherwise counsel citizens concerning the retention of an attorney, bondsman, tow crane operator or any other person coming to their attention as a result of police business.

    NOTE: This does not apply when a relative of the member seeks such advice.

11. Not question persons about residency or immigration status unless the member is investigating crimes involving the criminal smuggling and harboring of immigrants or other crimes in which immigration status is an element.

12. Not make inquiries into the immigration status for the purpose of determining whether an individual has violated the civil immigration laws and enforcing those laws.

13. Not make any inquiry through any database **solely** for the purpose of inquiring about an individual's immigration status.

    NOTE: A WALES inquiry initiated to reveal an individual's criminal status may divulge irregularities in his/her residency or immigration status. This type of inquiry, in and or itself, is not a violation of this order.

14. Not operate any MPD mode of transportation (e.g., automobiles, vans, buses, motor scooters, motorcycles, Segways™, bicycles, boats) either on-duty or off-duty, within eight (8) hours after consuming **any amount** of alcohol or restricted over-the-counter (OTC) medications and or prescription (Rx) drugs which may induce drowsiness, sleepiness or dizziness. This includes vehicles owned, leased or operated by MPD.

15. Not create, submit or sign an official report for another member unless authorized to do so by the member or a MPD official.

16. Not interview subject(s)/suspect(s), conduct any investigation or initiate any inquires into the case of another member without the consent of that member or authorization from the Commanding Officer.

17. Immediately report each instance of their use of force and/or a use of force committed by another member to a superior officer consistent with GO-RAR-901.08 (Use of Force Investigations).

18. Immediately report to their supervisor any violations of the rules and regulations of the MPD committed by any other member(s).

19. Respond truthfully when questioned by superior officers in matters relating to the official business of the MPD. Members, during the

course of an investigation, shall respond truthfully to questions asked by any agent or official of the Internal Affairs Division (IAD), even if the IAD agent is not of superior rank.

20. Forward through channels, via a memorandum, requests to personally meet with the Chief of Police or Bureau Head relating to MPD or other matters. This provision is not applicable to incidental contacts in the course of business.

    NOTE: All non-exigent internal matters or inquiries (e.g., leave requests) which require the review and/or approval of an official, **must** go through the chain of command to that official/rank.

21. Whether in uniform or civilian clothes, exercise sound judgment and tact when speaking to, conversing with or acknowledging other member(s) in civilian attire.

    NOTE: This provision **must be strictly observed** so as not to place any member working in a confidential or sensitive assignment in jeopardy.

22. Report to the appropriate government agency any incidentals such as street lights out, traffic signs down, broken fire hydrants or dangerous roadway or sidewalk conditions.

    a. Report any violations of plumbing, building or health codes to the appropriate agency.

    b. Should the member be unable to identify the correct agency, he/she shall request that a notification be made to the Mayor's Command Center through the Command Information Center (CIC) or the Office of United Communications (OUC).

23. When coming in contact with individuals and/or situations under the care, supervision, monitoring, or authority of another D.C. Agency (e.g., Department Mental Health, DYRS, Animal Control, ABRA) make appropriate notifications to the agencies and document on appropriate forms [e.g., PD Form 251 (Incident-Based Event Report)] and field notebooks.

24. Whether on or off-duty, address superior officers by the appropriate rank. Superior officers, on official business shall address subordinate members by the appropriate rank.

B. Sworn Members and Reserve Corp Members, **in addition to Part V.A of this order**, shall:

1. Familiarize themselves with the laws and regulations they are required to enforce.

2. Provide themselves with field notebooks and shall make note of matters coming to their attention within the scope of their duties.

   a. Field notebooks shall be carried at all times when on duty and are subject to inspection at any time by a MPD official.

   b. Field notebooks and the contents may be discoverable/Jenks material, and as such, shall be retained for a period of no less than three (3) years after the field note book is completed in accordance with GO-SPT-601.02 (Preservation of Potentially Discoverable Material).

3. Maintain a valid operator's license issued by the jurisdiction in which they reside. Members who are authorized to use MPD vehicles shall notify their Commanding Official, through the chain of command, **immediately, but no later then the next scheduled tour of duty of any change in the status of their driver's license, including suspension or revocation**.

4. Report to roll call on time, properly equipped and shall give full attention to the official in charge. Members shall record in their field notebooks items of importance from teletypes, clipboards, roll call training and other official communications.

5. When directed to take their assignment, do so by the most expedient route and method.

6. Make contact with the member(s) being relieved and ascertain any issues of police importance or community concerns. If the member being relieved is unavailable, the relieving member shall contact the check-off official for this information.

7. Respond to their assigned area in a timely manner and patrol their area. Members assigned to a footbeat shall patrol their beat on foot or on a Police Segway™.

8. Become thoroughly acquainted with every part of their element's area of responsibility, familiarize themselves with the residents, business owners, streets, alleys and general topography of the assigned area.

9. Familiarize themselves with individuals who have, are suspected of, or display a propensity to violate the law.

10. Give special attention to locations known or suspected to foster criminal activity and check abandoned buildings regularly.

11. Investigate all suspicious vehicles in their assigned area.

12. Constantly patrol their assigned area unless otherwise directed and shall not return to the station except on official business and approved by an official.

13. Be limited to one (1) meal break, not to exceed thirty (30) minutes in any one (1) tour of duty. Members may not request a meal break during the morning and evening rush hours (0630-0930 and 1530-1830 hours) or during the last hour of their tour of duty.

14. Monitor the police radio and:

    a. Keep the dispatcher advised of his/her location at all times.

    b. Advise the dispatcher of any assigned details, or when arriving on a scene or clearing a scene.

    c. Provide a disposition(s) and go out of service with the dispatcher at the end of the tour of duty.

15. When in full uniform, to include uniform hat, render a hand salute during:

    a. The presentation of the Nations Colors;

    b. The playing of the National Anthem; or

    c. The raising or lowering of the United States Flag.

16. When in uniform, to include the uniform hat, during any of the events described in Part V.B.15, stand at attention and render the right hand salute with the index finger of the right hand touching the brim of their hat, elbow at a forty-five (45) degree angle. The salute shall:

    a. Commence once the Colors are presented (visible to the member) and continue until the Nations Colors are secured in place, or in the event of a parade, the salute shall commence when the Colors are six (6) paces from the member and be held until the Colors are six (6) paces past the member.

    b. Commence at the first note of the National Anthem and continue until the final note is played.

    c. Commence once the flag begins its ascent/decent and continue until the flag is secured in place or secured by the bearer.

17. Members in uniform without the uniform hat, or members in civilian attire without a hat shall, during any of the events described in Part V.B.15, stand at attention and place their right hand over the their heart.

18. When in civilian attire with a hat during any of the events described in Part V.B.15 stand at attention, remove the hat and place their right hand over their heart.

19. Not leave their assigned District without the approval of a MPD official and not leave the District of Columbia without the approval of the Watch Commander except in exigent circumstances.

C. Conduct Toward the Public

**All** members shall:

1. Be courteous and orderly in their dealings with the public.

   a. Members shall perform their duties quietly, remaining calm regardless of provocation to do otherwise.

   b. Members shall be attentive to, and take suitable action on, reports and complaints by a citizen except when circumstances make it necessary for them to report the matter, or refer the complaint to a more suitable member, or other agency.

   c. Members shall fulfill proper requests for information or assistance, or they shall aid the person in otherwise obtaining the requested information or assistance.

   d. Members shall avoid giving the impression that they are evading the performance of their duty, or that they are not interested in the problems of persons who are referred elsewhere for service.

   e. When requested to do so, members shall give their first and last name and badge numbers in a respectful and polite manner.

2. Be courteous, civil and respectful to their superiors, associates, and others whether on or off-duty. They shall be quiet, orderly and attentive and shall exercise patience and discretion in the performance of their duties.

3. Refrain from harsh, violent, coarse, profane, sarcastic, or insolent language. Members shall not use terms or resort to name-calling, which might be interpreted as derogatory, disrespectful, or offensive to the dignity of any person.

4. Not question persons about their residency status in this country as enumerated in Part V.A.11 and 12 of this order.

5. Respond without delay to all calls for police assistance from citizens or other members.

a. Emergency calls shall take precedence; however, all calls shall be answered as soon as possible consistent with normal safety precautions and in observance of all vehicle laws.

b. Failure to promptly answer a call for police assistance, without justification, shall constitute neglect of duty.

6. When answering a MPD telephone members shall respond promptly by giving the command to which they are assigned, their rank, and their surname and shall offer assistance in accordance with SOP 05-01 (Customer Service Standards and Testing).

7. Not willfully depart from the truth either in giving testimony, or in connection with any legal official order received by them or in their official duties.

8. Avoid engaging in idle conversations on racial, religious, political, or other controversial subjects.

9. Refrain from public discussion of the merits of any law or ordinance, except:

a. In prepared testimony, authorized by the Chief of Police to City Council.

b. In prepared remarks, authorized by their Commanding Officer disseminated at PSA meetings or to other community groups.

D. Conduct in Arrest Procedures

1. **All** members shall:

a. Not use unnecessary force in making arrests or in dealing with prisoners or any other persons.

(1). Prisoners and suspects shall be treated in a fair and humane manner; they shall not be humiliated, ridiculed, taunted, or embarrassed.

(2). Members shall be guided by GO-RAR-901.07 (Use of Force) and GO-RAR-901.08 (Use of Force Investigations) when handling use of force incidents.

b. In the arrest, transportation, and detention of prisoners, members shall take precautions to prevent escape, injury to themselves or others, and damage to property. When making arrests, members shall search prisoners carefully and shall immediately take possession of all weapons and evidence.

c. Upon an arrest being recorded, prisoners may be permitted to make a phone call provided the call is made from a secure area

and the call does not incur a toll or a long distance charge. Members are cautioned that when arrestee's communication could jeopardize an ongoing investigation, they should consult a detective or official prior to allowing telephone calls.

d. When a prisoner is unconscious from any cause, members should immediately try to restore consciousness and call for an ambulance. An unconscious person shall not be placed in a cell but shall be immediately transported to a medical facility for examination by a doctor.

e. Each prisoner booked shall be immediately examined and, if he/she has any bruises, cuts, or other injuries requiring medical attention, a PD Form 313 (Arrestees Injury or Illness Report and Request for Examination and Treatment) shall be prepared and the prisoner shall be delivered to the appropriate hospital in accordance with GO 502.07 (Medical Treatment and Hospitalization of Prisoners).

f. Members shall not normally search persons of the opposite sex who are in custody or under the care of the MPD. Members searching transgender prisoners shall adhere to the requirements outlined in GO-PCA- 501.02 (Handling Interactions with Transgender Individuals).

2. Sworn Members and Reserve Corp Members in **addition to Part V.D.1 of this order** shall:

a. Except when impractical, unfeasible, or where their identity is obvious, members shall identify themselves by displaying their badge or identification folder before taking police action. At the time of an arrest, the person arrested shall be advised of the reason for the arrest, unless such a notification may jeopardize an investigation, endanger potential witnesses or compromise sources of information.

b. Members shall make diligent efforts to arrest or locate wanted persons and to recover stolen and lost property.

c. Members shall observe and investigate all persons, whether on foot or in vehicles, whose appearance, actions, or presence at a particular location seems suspicious.

d. When a member has probable cause to believe that a felony has been committed and that a person (s) is guilty of that felony, the person(s) shall be taken into custody, if appropriate.

e. Members engaged with suspects shall use tact and good judgment in speech and conduct and remain cautious and alert at all times to the possibility of attack or flight by the suspect.

f. In cases of minor violations of the law (e.g., violation of District of Columbia Municipal Regulations) and, in the judgment of the member, the circumstances surrounding the incident are such that a verbal warning would best serve the interest of the community, the member may issue such a warning as the proper enforcement action.

NOTE: In more serious or aggravated types of incidents, or those which indicate a serious disregard for the safety or welfare of others, or those in which the member has reasonable grounds to believe that the individual concerned will ignore the warning, the appropriate enforcement action would be an arrest.

g. In the event that the activities of a congregation of persons involved in the exercise of constitutionally protected rights such as freedom of speech, religion, or assembly, members shall endeavor to protect the participants and prevent any violence from occurring.

h. Prior to investigative questioning of an arrested person, the member conducting the interview shall warn the person of his/her rights using a PD Form 47 (Warning as to Your Rights) as required.

i. Members shall not conduct their interrogations of suspects in a manner that would tend to compel a confession. They shall not use physical violence on the suspect or the threat of such abuse, nor shall they make any promise of immunity or lesser degree of prosecution, or hold out any other inducement to a defendant for the purpose of obtaining a confession.

j. The arresting member shall be responsible for the security of the personal property in the possession of, or under the control of, the arrested person at the time of arrest and record all items on the prisoners' property book. The arresting member shall only relinquish these items to a station clerk or property officer.

E. Citizen-Police Officer Relationships

1. It is expected that every member of this Department is keenly aware of the fact that public support and cooperation is essential if members are to effectively fulfill their police responsibilities. The extent to which the public will cooperate with the MPD is dependent upon its respect for, and confidence in, the MPD and its members.

2. In any effort to strengthen the citizen-police officer relationship, the personal conduct and attitude of the police officer is of paramount importance. Members must understand that the basis of a professional attitude is a desire and a willingness to serve the public. However,

members must distinguish between service and servility and between courtesy and softness.

3. In the performance of their duty, members should develop a disposition that is pleasant and personable in nonrestrictive situations, and firm and impartial in situations calling for regulation and control. They must observe, uphold, and enforce all laws without bias or prejudice and without regard to individual or individuals involved.

4. Members should familiarize themselves with the members of the community, businesses, and neighborhoods in which they patrol. Members should develop relationships and foster open communication with community members.

5. Members of Congress, and all other elected or appointed federal, state, or local officials are subject to arrest for the commission of criminal offenses [except those parking privileges granted to members of the Congress as described in the D.C. Code and to elected city officials in accordance with GO-SPT-303.1 (Traffic Enforcement)] to the same extent and in the same manner as all other citizens.

## V. CROSS REFERENCES

A. General Order 301.07 (Use of Privately Owned Vehicles for Official Metropolitan Police Department Business.)

B. General Order 303.1 (Traffic Enforcement)

C. GO-PCA-501.02 (Handling Interactions with Transgender Individuals)

D. GO-PCA-502.07 (Medical Treatment and Hospitalization of Prisoners)

E. GO-RAR-901.07 (Use of Force)

F. G O-RAR-901.08 (Use of Force Investigations)

G. D.C. Official Code § 2-1401 (District of Columbia Human Rights Law)

H. D.C. Official Code § 32-701 (Health Care Benefits Expansion)

I. SOP 05-01 (Customer Service Standards and Testing)

Cathy L. Lanier
Chief of Police

CLL:PAB:MOC:CC

USAO-DC-00423929

# GENERAL ORDER

METROPOLITAN POLICE

DISTRICT OF COLUMBIA

| Title | | |
|---|---|---|
| **Metropolitan Police Department Sworn Law Enforcement Officer Code of Ethics** | | |
| **Topic** | **Series** | **Number** |
| **RAR** | **201** | **36** |
| **Effective Date** | | |
| **June 1, 2017** | | |
| **Replaces:**<br>GO-RAR-201.36 (Metropolitan Police Department Sworn Law Enforcement Officer Code of Ethics), Effective Date April 11, 2005<br>**Related to:**<br>GO-PER-201.09 (Equal Employment Opportunity)<br>GO-PER-201.26 (Duties, Responsibilities and Conduct of Members of the Department)<br>GO-OPS-304.15 (Unbiased Policing)<br>DC Personnel Regulations, Chapter 18, Part 1 (Employee Conduct)<br>D.C. Human Rights Act of 1977, as amended (March 14, 2007)<br>D.C. Official Code § 2-1402 *et seq.* | | |


| | | | |
|---|---|---|---|
| I. | Background | Page | 1 |
| II. | Policy | Page | 1 |
| III. | Regulations | Page | 2 |
| IV. | Procedures | Page | 3 |
| V. | Cross References | Page | 3 |


## I. BACKGROUND

Ethics is defined as a code, system, or body of moral principles or good conduct, particularly a system for a group of people or a profession, such as law or medicine. Ethics deals primarily with values: what is good, what is bad, what is right, and what is wrong. The responsibility to act ethically rests with every sworn law enforcement officer when he or she goes about his or her professional duties and in his or her personal life.

The Metropolitan Police Department (MPD) derives its authority from the D.C. Official Code § 5-127.04 (Police to have powers of constables; authorization to execute certain Superior Court orders). With this authority, sworn law enforcement officers investigate other people, abridge normal liberties, and use force when necessary. Therefore, it is imperative that sworn law enforcement officers of the MPD epitomize the highest degree of ethical behavior when serving people who live, work and visit Washington, D.C.

## II. POLICY

The policy of MPD is that our sworn law enforcement officers maintain the highest standard of conduct and perform their duties in a nondiscriminatory, efficient, courteous, respectful, and ethical manner at all times. Further, police powers shall

GOVERNMENT EXHIBIT 3003

not be used for personal profit or gain, and members shall not violate the Constitution or laws in performance of their work.

## III. REGULATIONS

Sworn members shall abide by the following MPD Law Enforcement Officer Code of Ethics, adapted from the International Association of Chiefs of Police (IACP) Law Enforcement Code of Ethics:

> As a law enforcement officer, my fundamental duty is to serve the community, to safeguard lives and property, to protect the innocent against deception, the weak against oppression or intimidation, and the peaceful against violence or disorder, and to respect the Constitutional rights of all to liberty, equality and justice.
>
> I will keep my private life unsullied as an example to all, and will behave in a manner that does not bring discredit to me or to my agency. I will maintain courageous calm in the face of danger, scorn, or ridicule; develop self-restraint; and be constantly mindful of the welfare of others. Honest in thought and deed in both my personal and official life, I will be exemplary in obeying the law and the regulations of my Department. Whatever I see or hear of a confidential nature, or that is confided to me in my official capacity, will be kept ever secret unless revelation is necessary in the performance of my duty.
>
> I will never act officiously or permit personal feelings, prejudices, political beliefs, aspirations, animosities, or friendships to influence my decisions. With no compromise for crime and with relentless prosecution of criminals, I will enforce the law courteously and appropriately without fear or favor, malice or ill will, never employing unnecessary force or violence and never accepting gratuities.
>
> I recognize the badge of my office as a symbol of public faith, and I accept it as a public trust to be held so long as I am true to the ethics of police service. I will never engage in acts of corruption or bribery, nor will I condone such acts by other police officers. I will cooperate with all legally authorized agencies and their representatives in the pursuit of justice.
>
> I know that I alone am responsible for my own standard of professional performance and will take every reasonable opportunity to enhance and improve my level of knowledge and competence.
>
> I will constantly strive to achieve these objectives and ideals, dedicating myself to my chosen profession, law enforcement.

## IV. PROCEDURES

A. Specific violations of Department policy or procedures shall be handled in accordance with GO-PER-120.21 (Disciplinary Procedures and Processes) and other applicable directives.

B. The Commanding Officer of the Metropolitan Police Academy (MPA) shall ensure that:

1. Recruits are familiar with the content of this directive prior to graduation from the MPA.

2. The annual in-service training program shall include the contents of this order in the core curriculum.

## V. CROSS REFERENCES

GO-PER-120.21 (Disciplinary Procedures and Processes)

Peter Newsham
Chief of Police

PN:KDO:MOC:CMD

# GENERAL ORDER

METROPOLITAN POLICE

DISTRICT OF COLUMBIA

| | |
|---|---|
| Title | Preservation of Potentially Discoverable Material |
| Topic/Number | GO-SPT-601.02 |
| Effective Date | February 3, 2004 |
| Distribution | B |
| Rescinds: | General Order 601.2 (Preservation of Potentially Discoverable Material) |


I. Background……….…………..Page 1
II. Policy……………………..….Page 1
III. Definitions………………...….Page 1
IV. Regulations…………………….Page 2
V. Procedural Guidelines………...Page 2
VI. Cross Reference……………..Page 3


## I. BACKGROUND

To ensure the integrity of any criminal investigation, all potentially discoverable material that comes into the possession of the Metropolitan Police Department (MPD) must be properly maintained and preserved, so that the prosecuting authority may disclose such material in a criminal judicial proceeding. D.C. Superior Court Criminal Rule 16 (SCR-Crim. Rule 16) states that the Government must disclose certain material to a defendant in a criminal judicial proceeding upon request.

## II. POLICY

The policy of the Metropolitan Police Department is to preserve all material, which may constitute evidence, or may otherwise be pertinent in a subsequent criminal judicial proceeding.

## III. DEFINITIONS

For the purpose of this directive, the following term shall have the designated meaning:

Potentially Discoverable Material – includes, but is not necessarily limited to, such items as tangible documents, reports, video/audio tapes, transcripts of video/audio tapes, and photographs. The following are examples: (CALEA 42.1.1-c)

a. Any written statement made by a witness, defendant, or co-defendant and signed or otherwise adopted or approved by him/her.

b. Any mechanical, electrical, or other recording, or transcription thereof, which is a substantially verbatim recital of an oral statement made by a prospective witness, defendant or co-defendant, which is recorded contemporaneously with such oral statement.

GOVERNMENT EXHIBIT 3005

c. Any notes taken by a member of the Department, which are a substantially verbatim recital of an oral statement made by a prospective witness, defendant or co-defendant, which is recorded contemporaneously with the making of the oral statement, which includes a member's rough notes of the description of the perpetrator of a crime given by the victim or witness prior to the arrest of a suspect.

d. Any results or reports of physical or mental examinations or scientific or medical tests made in connection with a particular case, or copies thereof, which are in the possession of or have been turned over to a member of the Department. Members of the Department who request outside agencies to conduct any such tests shall request that the results of such tests be turned over to the Department, and if they are, shall preserve such results in accordance with the terms of this directive.

## IV. REGULATIONS

A. Members of the Department shall preserve all potentially discoverable material, including any such material, which may prove favorable to an accused, in a manner prescribed in this directive. (CALEA 42.1.3)

B. Any discoverable material written in a member's field notebook shall not be removed from such notebook. The notebook shall be preserved with all original pages numbered and intact. The material shall either be photo copied or the entire notebook shall be turned over to the Office of the Superintendent of Detectives (OSD) or the Office of Professional Responsibility (OPR), whichever is applicable.

C. Members shall maintain their field notebook for a period of three years and shall have their name on it along with the start and end date of the notebook.

## V. PROCEDURAL GUIDELINES

A. Maintaining All Potentially Discoverable Material

1. All potentially discoverable material shall be maintained in an investigative jacket or case folder, when practicable.

2. Each investigative jacket or case folder shall be preserved in a secure file cabinet.

3. Any potentially discoverable material, which cannot practicably be maintained in an investigative jacket or case folder, or if no investigative jacket or case folder exists, shall be turned over to OSD or OPR, whichever is applicable, then placed in an envelope or other appropriate container. The envelope/container shall be logged in a control book kept for that purpose and the entry in the book shall be

given a control number. This number shall be placed on the envelope/container and shall be noted in the investigative jacket or case folder, if any, along with the location of the envelope/container. The envelope/container shall be maintained in a secure file cabinet kept for this purpose.

B. Preservation of All Potentially Discoverable Material

1. To ensure the integrity of investigative jackets and case folders, potentially discoverable material that becomes part of an investigative jacket or case folder shall be preserved until the entire investigative jacket or case folder is disposed of, as prescribed in GO-OMA-205.03 (Records Retention and Disposition). (CALEA 82.1.2)

2. If no criminal judicial proceeding has been initiated, the material shall be preserved for a period of three years from the date such material was first obtained.

3. Exception to the above shall be the Public Safety Communications Center magnetic radio recording tapes, and all tape recordings of 911 and administrative calls. This material shall be preserved for a period of two years from the date such tapes are recorded.

C. Commanding Officers shall ensure that all potentially discoverable material is preserved in the manner prescribed in this directive, so that such material may be readily located and produced if necessary.

## VI. CROSS REFERENCES

1. GO-OMA-205.03 (Records Retention and Disposition)

2. D.C. Superior Court Criminal Rule 16 (SCR-Crim. Rule 16)

// SIGNED //
Charles H. Ramsey
Chief of Police

CHR:NMJ:MAR:njg

This article was published more than **2 years ago**

The Washington Post
*Democracy Dies in Darkness*

**PUBLIC SAFETY**

# Proud Boys leader says he burned Black Lives Matter banner stolen from church during demonstrations in D.C.



By Peter Hermann

December 18, 2020 at 7:20 p.m. EST

The leader of the Proud Boys, Enrique Tarrio, said he participated in the burning of a Black Lives Matter banner that had been ripped from the facade of a historic Black church during unrest in downtown Washington following a rally earlier this month for President Trump.

Tarrio, the chairman of the male-chauvinist organization with ties to white nationalism, said in an interview with The Washington Post he would plead guilty to destruction of property, pay the church the cost of the banner and surrender to authorities if that criminal charge is filed.

“I’ll fly there on my own dime,” said Tarrio, who was in Miami on Friday, and spoke in a telephone interview days after D.C. police and the FBI posted rewards in their search for people responsible in the case. “I have nothing to hide.”

Tarrio wrote he was speaking out against the advice of his attorney: “So let me make this simple. I did it.”

A spokesman for D.C. police said the investigation is continuing and they consider the incident a potential hate crime.

Tarrio — who also posted comments related to the burning on two social media sites, Parler and Telegram — said he would not admit to committing a hate crime. He said he was not motivated by race, religion or political ideology, but because he believes the Black Lives Matter movement “has terrorized the citizens of this country.”

Some see obvious racial motivation in destruction of a sign bearing the Black Lives Matter slogan, used to advocate for racial justice and equality.

GOVERNMENT EXHIBIT
4001

Earlier this week, the FBI's Washington Field Office tweeted it had joined "in partnership" with D.C. police seeking help identifying potential suspects in the incident, and doubled the District's $1,000 reward. The poster shows pictures of people and a burning banner; Tarrio does not appear to be in those photos.

In addition to his written account on social media, Tarrio posted a photo that he says shows him holding an unlit lighter near a Black Lives Matter banner that is on the ground. The photo shows two other men who appear to be in the process of setting fire to the banner. Tarrio declined to identify or comment on the others.

Police said four churches were vandalized the night of Dec. 12 as the Proud Boys and other groups marched through downtown after a rally by people who want to overturn the presidential election that Trump lost. More than three dozen people were arrested. In one incident, four people were stabbed amid a crowd of Proud Boys and Trump supporters outside Harry's Bar, which has become a Proud Boys gathering spot.

Earlier this week, prosecutors did not pursue in court a charge of assault with a dangerous weapon that police had filed against 29-year-old Philip Johnson of the District in one of the stabbings. On Friday, prosecutors said they did not charge Corey Nielsen, 39, of Robbinsdale, Minn., who was arrested by police for simple assault in the incident. Authorities said the investigation is continuing.

After the stabbings, authorities said the Proud Boys and Trump supporters roamed through the city looking to fight people; Tarrio said his supporters reacted to being attacked. It was during this time that Black Lives Matters signs were taken from Asbury United Methodist Church and Metropolitan African Methodist Episcopal Church, both historically Black houses of worship.

At least one of the signs was burned in the street.

The banner that Tarrio said he participated in burning was taken from Asbury United Methodist, one of the oldest Black churches in the city, at 11th and K streets NW. On Friday, the stolen banner was replaced during a prayer service outside the church.

Robert Mallett, chairman of the church council, said he would not engage in a back-and-forth with the Proud Boys. "Obviously he knew that was wrong," Mallett said after being read Tarrio's social media posting.

"We survived slavery, the backlash to reconstruction, Jim Crow, segregation, we worked through the Civil Rights movement, stood for the anti-apartheid movement — in which two of our pastors were arrested — and we are proud to support a movement that is trying to make the world understand that Black bodies matter as much as White bodies," Mallet said. "That is back up and it's going to stay up."

He added, "I don't know what the person who perpetrated this crime is suggesting, but we are a church that believes in equality and justice, and while we will pray for him, our activism will remain."

D.C. police have classified the burning as a destruction of property, a misdemeanor when damage is under $1,000. It is punishable by up to 180 days in jail and a $1,000 fine. A hate crime can add to the severity of the punishment.

Pressure has mounted for authorities to make arrests. Black Lives Matter and other social activists have accused D.C. police of allowing the Proud Boys the run of the city, which police deny, and complained about the pace of the investigation.

“I’m trying to understand what else we need to do before the police indicate that it’s a hate crime and the information moves forward and we do something about it,” D.C. Council member Anita Bonds (D-At Large) said earlier this week. “Is this being taken seriously?”

On Friday, D.C. Attorney General Karl A. Racine (D) urged federal prosecutors, who have jurisdiction in destruction of property cases, to “prosecute these offenses as hate crimes” when suspects are identified.

Racine wrote acting U.S. attorney Michael R. Sherwin that such destruction “harmed people of color, and every person who lives and works in our city who believes in fairness, justice and racial equality.” He added the acts “were meant to send a message” to Black people and to District residents and should be “met with the full force of the law.”

A representative from Sherwin’s office declined to either confirm or deny an investigation into the incident.

Tarrio said he does not know who tore down the banner, and that neither he nor his members knew the church is predominantly African American.

“We didn’t Google the church and go, ‘Oh, it’s a Black church, let’s target it,’ ” Tarrio said. “The sign was taken down because of what it represents.”

He said: “If they want to get me for destruction of property, I won’t even give them a fight. I’ll tell them guilty.” But he called a hate-crime enhancement “an overreach” and “an attempt to silence us.”

Tarrio said that on previous demonstrations, his supporters had flags and hats stolen and burned in the streets, along with American flags, “and we haven’t seen any prosecution there.”

On his social media post, Tarrio seemed to bait police. “Come get me if you feel like what I did was wrong,” he wrote. “We’ll let the public decide.”

Julie Tate, Craig Timberg, Marissa J. Lang, Julie Zauzmer, Michelle Boorstein and Keith L. Alexander contributed to this report.

**Ōmen Tarrio** Dec 18, 2020 · 349k
@NobleLead

As I said on @warboystv

The FBI is currently the investigating a supposed "hate crime" perpetrated by the ProudBoys. They're even offering a reward.

I'm here to tell you that there was no hate crime committed. The only hate there is in my heart is for communism and an authoritarian government. BLM is a Marxist movement. It isn't about the color of someone's skin.

Against the wishes of my attorney I am here today to admit that I am the person responsible for the burning of this sign. And I am not ashamed of what I did because I didn't do it out of hate...I did it out of love. Love for a country that has given my family SO MUCH. The burning of this banner wasn't about race religion or political ideology it was about a racist movement that has terrorized the citizens of this country. I will not standby and watch them burn another city.

So let me make this simple. I did it.

Come get me if you feel like what I did was wrong. We'll let the public decide.

Forever PROUD.

A1563

GOVERNMENT EXHIBIT 4004

## Timeline

**Legend:**

| |
|---|
| Communications between Shane Lamond and Enrique Tarrio exchanged via Google Voice, iMessages, and telephone calls. |
| Communications between Shane Lamond and Enrique Tarrio exchanged via Telegram. |
| Communications between Shane Lamond and other contacts. |
| Communications between Enrique Tarrio and other contacts. |
| Information obtained from public sources, business records, and government records. |

**Notes:**

- Shane Lamond's contact numbers, including 869476955 (Telegram) and 202-437-0434 (mobile telephone) appear on Enrique Tarrio's device as "Shane FBI Police" and "Shane FBI DC Police", respectively.
- Shane Lamond's Telegram number 869476955 appears on Lamond's device as "BikNBil."
- Enrique Tarrio's contact numbers, including 581632416 (Telegram), 305-766-8213 (Google Voice), and 786-961-6789 (mobile telephone) appears on Shane Lamond's device as "Enrique Tarrio."
- Enrique Tarrio's Telegram number 581632416 appears on Tarrio's device as "Noble Lead."



GOVERNMENT EXHIBIT 4006

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| SMS/MMS | 10/24/2019 10:49 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Enrique, what's going on brother? I hope all is well with you. I have a question to ask you. You able to give me a call sometime? | | |
| SMS/MMS | 10/24/2019 10:49 AM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Now good? | | |
| SMS/MMS | 11/4/2019 11:39 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Hey Enrique, no changes from when we talked? You planning on heading in tomorrow? | | |
| SMS/MMS | 11/5/2019 7:52 AM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Judiciary square station. Like 7 of us. All cool. | | |
| SMS/MMS | 11/5/2019 7:54 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Copy, thanks. I've got my guys around if you need anything | | |
| SMS/MMS | 11/5/2019 7:59 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | You wearing your Fred Perry's? | | |
| SMS/MMS | 11/5/2019 7:59 AM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Negative. | | |
| SMS/MMS | 11/5/2019 8:00 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Copy | | |
| SMS/MMS | 11/5/2019 8:00 AM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | I think were going to steer clear of it through the trial | | |
| SMS/MMS | 11/5/2019 8:00 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | I see. That's probably a good idea | | |
| SMS/MMS | 11/5/2019 2:45 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | You planning on attending the Heritage Foundation event on Thurs? | | |
| SMS/MMS | 11/5/2019 2:49 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Dont even know what that is. | | |
| SMS/MMS | 11/5/2019 2:49 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Gotcha. Andy Ngo is giving a lecture there. Wasn't sure if you were going | | |
| SMS/MMS | 11/5/2019 3:05 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Stone got sick and left early. You planning on going there tomorrow? | | |
| SMS/MMS | 11/5/2019 3:06 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | We'll be there everyday | | |
| SMS/MMS | 11/5/2019 3:07 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Copy | | |
| SMS/MMS | 11/7/2019 8:26 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | My campaign manager just got punched in the face in front of Trump | | |
| SMS/MMS | 11/7/2019 8:27 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Ugh. What's his name? I was out there earlier with the protesters but I'm gone now. I will check with the officers on scene | | |
| SMS/MMS | 11/7/2019 8:28 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Ok cool. We have video of her face. | | |
| SMS/MMS | 11/7/2019 8:28 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Can you send to me? | | |
| SMS/MMS | 11/7/2019 8:29 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Waiting to get it in | | |
| SMS/MMS | 11/7/2019 8:29 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Great. What's name of your manager? | | |
| SMS/MMS | 11/7/2019 8:29 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Jacob Engels | | |
| SMS/MMS | 11/7/2019 8:29 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Got it | | |
| SMS/MMS | 11/7/2019 8:49 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | I just spoke with our detective lieutenant. He is ensuring a detective talks to him immediately | | |
| SMS/MMS | 11/7/2019 8:53 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Did he report the assault to an officer? | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| SMS/MMS | 11/7/2019 8:53 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Yes. Initially they weren't doing the report. | | |
| SMS/MMS | 11/7/2019 8:54 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | The hell they aren't! Is he still there now? 1D detective is en route | | |
| SMS/MMS | 11/7/2019 9:06 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Is your campaign manager still there? | | |
| SMS/MMS | 11/7/2019 9:15 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Jacob Engels Z4<br>Zone 4<br>Home (231) 360-1411<br>Main (231) 360-1411<br>INTERNET engelsja@gmail.com<br>Web address http://centralfloridapost.com/<br>Birthday 1992-03-20<br>Birthday 1992-03-20 | | |
| SMS/MMS | 11/7/2019 9:17 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Hes at Trump. | | |
| SMS/MMS | 11/7/2019 9:21 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Thanks. Just spoke to him. He is heading in for the night so I will have a detective follow up on the morning | | |
| SMS/MMS | 11/7/2019 9:25 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Really appreciate that! | | |
| SMS/MMS | 11/7/2019 9:27 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Anytime | | |
| SMS/MMS | 1/16/2020 5:19 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Enrique, how are you? I hope you had a great New Year. Are you or your group coming to VA on Monday for Lobby Day? | | |
| SMS/MMS | 1/16/2020 5:49 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Yes sir. I'll be there and I believe we have a small group of my guys going. | | |
| Phone Call | 1/16/2020 5:51 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Incoming Call from 3057668213 \| Answered \| Duration: 6:39 | | |
| Phone Call | 1/17/2020 12:20 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Incoming Call from 3057668213 \| Answered \| Duration: 5:32 | | |
| Phone Call | 1/20/2020 9:28 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Outgoing Call to 3057668213 \| Not Answered \| Duration: 0:00 | | |
| SMS/MMS | 1/20/2020 10:07 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Hey brother, you down here? | | |
| Phone Call | 1/22/2020 12:51 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Incoming Call from 3057668213 \| Answered \| Duration: 7:33 | | |
| Phone Call | 1/22/2020 6:27 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Incoming Call from 3057668213 \| Answered \| Duration: 4:41 | | |
| Phone Call | 1/22/2020 7:22 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Outgoing Call to 3057668213 \| Answered \| Duration: 0:08 | | |
| Phone Call | 1/22/2020 7:28 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Incoming Call from 3057668213 \| Answered \| Duration: 1:04 | | |
| SMS/MMS | 1/22/2020 7:30 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Special Agent Ben Tyler,<br>Virginia State Police<br>703-431-5078 | | |
| Phone Call | 2/9/2020 1:24 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Incoming Call from 7869616789 \| Answered \| Duration: 6:42 | | |
| Google Voice Message | 2/10/2020 4:01 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Hey brother, any of your guys planning on attending the March for Life in Richmond on the 13th? | | |
| Google Voice Message | 2/10/2020 4:01 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | I'll find out but I haven't heard anything. | | |
| Google Voice Message | 2/10/2020 4:01 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Thanks | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Google Voice Message | 2/11/2020 10:38 AM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | They don't have any plans of attending as of now | | |
| Google Voice Message | 2/11/2020 10:47 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Copy, thanks brother | | |
| Google Voice Message | 2/20/2020 6:26 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Morning brother, what time are you heading over to courthouse this morning? Are you moving as a group or going over individually? | | |
| Google Voice Message | 2/20/2020 7:17 AM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | We're leaving the house in like 10 | | |
| Google Voice Message | 2/20/2020 7:18 AM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | We have a small group | | |
| Google Voice Message | 2/20/2020 7:18 AM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Going to hold some flags outside and then go into the courtroom for the sentencing | | |
| Google Voice Message | 2/20/2020 7:19 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Copy, thank you. About how many in group? I'm going to have a plain clothes detective in front of courthouse making sure no counter demonstrators show up. | | |
| Google Voice Message | 2/20/2020 7:25 AM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | About 6-9 of us. We're in regular clothes no markings. | | |
| Google Voice Message | 2/20/2020 7:29 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Got it. Thanks brother. If you need anything at all hit me up. | | |
| Google Voice Message | 2/20/2020 10:27 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | InfoWars just showed up outside | | |
| Google Voice Message | 2/20/2020 2:22 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Lol I was on their show for a bit. | | |
| Google Voice Message | 2/21/2020 9:52 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Hey brother, do you know when Roger has to report to jail? | | |
| Google Voice Message | 2/21/2020 9:53 AM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Right now it's pending a motion...that's TBA....after the decision on the motion he's supposed to report two weeks after | | |
| Google Voice Message | 2/21/2020 9:54 AM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | So my guess...no later than 60 days | | |
| Google Voice Message | 2/21/2020 9:55 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Gotcha. Thank you | | |
| Google Voice Message | 2/28/2020 10:38 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Hey brother, was your group at CPAC yesterday or did individuals go there on their own? Some DC Antifa shitheads tracked Gavin and posted it all over social media, but they also said PB were up there | | |
| Google Voice Message | 2/28/2020 11:35 AM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Only PBs here is myself and one more. | | |
| Google Voice Message | 2/28/2020 11:36 AM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Actually 3 of us total | | |
| Google Voice Message | 2/28/2020 11:36 AM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Besides my face...they wouldn't know the other two | | |
| Google Voice Message | 2/28/2020 11:37 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | I gotcha. Appreciate it. Let me know if you have any issues but they are pulling one Antifa guys pass | | |
| Google Voice Message | 2/28/2020 11:38 AM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Thanks bruv. Haven't had an issue since I've been here. I'll let you know if that changes but I doubt it. | | |
| Google Voice Message | 2/28/2020 11:42 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | I think you will be good too. Enjoy your trip | | |
| Google Voice Message | 2/28/2020 11:48 AM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Enjoy catching bad guys! | | |
| Google Voice Message | 2/28/2020 11:59 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Lol! Thanks brother | | |
| Google Voice Message | 5/30/2020 5:56 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Prayers to you guys. Hope you're safe. | | |
| Google Voice Message | 5/30/2020 6:04 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Thanks brother. Busy but we are safe here. I appreciate you reaching out | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Google Voice Message | 5/30/2020 9:01 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | They're using many channels on telegram not only to organize but to doxx police officers. https://t.me/BLMProtests | | |
| Google Voice Message | 5/30/2020 9:07 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Thank you. We saw this earlier today. | | |
| Google Voice Message | 6/5/2020 2:43 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Hey Enrique, just wanted to check with you to see if any of your people are planning on going to DC or Richmond for the protests? | | |
| Google Voice Message | 6/5/2020 2:44 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | I'll check but I've issued a stay at home for the entire org with these events. | | |
| Google Voice Message | 6/5/2020 2:44 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | DC I can pretty much say are staying completely away. | | |
| Google Voice Message | 6/5/2020 2:47 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | I figured that would be the case. Probably a good move. Thanks brother. | | |
| Google Voice Message | 6/5/2020 2:48 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | It would just make a huge mess and probably put us on some stupid list. | | |
| Google Voice Message | 6/5/2020 2:49 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | No list with us but if anything happened would definitely be some bad press for your org | | |
| Google Voice Message | 6/5/2020 2:50 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Sincerely though, I really appreciate you communicating and working with me. Makes things go smoother and hassle free whenever you want to plan something in DC | | |
| Google Voice Message | 6/5/2020 2:51 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | I'm actually gonna cal you in sec and give you more deets. | | |
| Google Voice Message | 6/5/2020 2:51 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Cool? | | |
| Google Voice Message | 6/5/2020 2:51 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Sure. Send it | | |
| Google Voice Call | 6/5/2020 2:51 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Outgoing Call to 2024370434 \| Answered \| Duration: 730 seconds | | |
| Google Voice Message | 6/22/2020 9:02 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | That statue... | | |
| Google Voice Message | 6/22/2020 9:03 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Yep. And they just tried getting the Jackson statue in Lafayette Square but we were able to save that one | | |
| Google Voice Message | 6/26/2020 11:34 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Hey brother, can you give me a call when you get a chance. Nothing urgent but want to talk to you about your plans next weekend. Thanks | | |
| Google Voice Call | 6/26/2020 2:10 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Outgoing Call to 2024370434 \| Answered \| Duration: 781 seconds | | |
| Google Voice Message | 6/26/2020 2:28 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | One thing I forgot to ask you. Any other big names planning on coming? | | |
| Google Voice Message | 6/26/2020 2:29 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Not with us or that I know of. And as far as other groups go...haven't heard anything. | | |
| Google Voice Message | 6/26/2020 2:29 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Awesome, thanks | | |
| Telegram Private Chat | 6/26/2020 3:46 PM | Enrique Tarrio <581632416> | Tara MAGA <794947976> | While we're there we'll make posts...but I got off the phone with the FBI a bit ago...they're afraid we might get attacked | | |
| SMS/MMS | 7/1/2020 12:30 PM | Joe Oak PB <3134750356> | Enrique Tarrio <7869616789> <4073090067> <9105785450> | Enrique have you talked any more to local PD? | | |
| SMS/MMS | 7/1/2020 12:31 PM | Enrique Tarrio <7869616789> | <3134750356> <4073090067> <9105785450> | metro and FBI...no new news | | |

(Page 127 of Total)

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Google Voice Message | 7/2/2020 10:08 AM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Looks like word is getting out about you all coming to town. Got that from a contact at a security company here in DC | IMG_1928.PNG  | |
| Google Voice Message | 7/2/2020 12:55 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Well Oak shouldn't have put the bar thing on there. He has a small audience so hopefully it doesn't turn into a big thing. | | |
| Google Voice Message | 7/2/2020 1:15 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Copy that. Just wanted to send for your awareness. | | |
| Google Voice Message | 7/2/2020 1:16 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Just landed. | | |
| Google Voice Message | 7/2/2020 1:19 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Welcome back to the area! | | |
| Google Voice Message | 7/2/2020 1:23 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Love this city. I need to get a condo here. | | |
| Google Voice Message | 7/3/2020 1:29 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Hey brother, any idea what time you all are meeting at Trump Hotel? | | |
| Google Voice Message | 7/3/2020 5:12 PM | Shane Lamond <2024370434> | Enrique Tarrio <3057668213> | Hey brother? You still planning on meeting up at Trump this evening? | | |
| Google Voice Message | 7/3/2020 5:29 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Just saw these | | |
| Google Voice Call | 7/3/2020 5:29 PM | Enrique Tarrio <3057668213> | Shane Lamond <2024370434> | Outgoing Call to 2024370434 \| Answered \| Duration: 154 seconds | | |
| Phone Call | 7/3/2020 9:34 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Outgoing Call to 7869616789 \| Answered \| Duration: 1:10 | | |
| Telegram Private Chat | 7/3/2020 9:36 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <Sent Coordinates> N 38.8961867, W 77.0273906 | | |
| Telegram Private Chat | 7/4/2020 10:45 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Hey brother, you still planning on marching today around 11-12? | | |
| Phone Call | 7/4/2020 11:04 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Outgoing Call to 7869616789 \| Answered \| Duration: 2:03 | | |
| Phone Call | 7/4/2020 11:38 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Incoming Call from 7869616789 \| Answered \| Duration: 0:33 | | |
| Phone Call | 7/4/2020 11:57 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Outgoing Call to 7869616789 \| Answered \| Duration: 0:26 | | |
| Phone Call | 7/4/2020 12:18 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Outgoing Call to 7869616789 \| Answered \| Duration: 0:03 | | |
| Phone Call | 7/4/2020 2:48 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Outgoing Call to 7869616789 \| Answered \| Duration: 0:55 | | |
| Phone Call | 7/4/2020 11:16 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Outgoing Call to 7869616789 \| Answered \| Duration: 0:17 | | |
| Phone Call | 7/4/2020 11:19 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Incoming Call from 7869616789 \| Answered \| Duration: 3:20 | | |
| Telegram Private Chat | 7/8/2020 9:13 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Morning brother, an ABC violation report was filed for Harry's. I'm working on finding out what sanctions might be imposed. As soon as I find out I will let you know. | | |
| Telegram Private Chat | 7/8/2020 10:49 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <Reply to: Morning brother, an ABC violation report was filed for Harry's. I'm working on finding out what sanctions might be imposed. As soon as I find out I will let you know.> Ugh...thanks brother. | | |



USCA Case #25-3066 Document #2172392 Filed: 05/09/2026 Page 127 of 257
A1569

(Page 128 of Total)

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Phone Call | 8/20/2020 6:10 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Incoming Call from 7869616789 \| Answered \| Duration: 5:21 | | |
| iMessage | 8/20/2020 6:11 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | <image/jpeg> | IMG_5584.JPG   | |
| iMessage | 8/20/2020 6:12 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | <image/jpeg> | IMG_5585.JPG  | |
| iMessage | 8/20/2020 6:12 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Adam kishel | | |
| Telegram Private Chat | 9/5/2020 10:46 PM | Enrique Tarrio <581632416> | N------ Supreme 2019/2020 <4770702712> | Heads up. PNW PB just got ran over by Antifa. | | |
| Telegram Private Chat | 9/5/2020 11:04 PM | Enrique Tarrio <581632416> | N------ Supreme 2019/2020 <4770702712> | Just got word from the ER. Bleeding is from his brain, the left temperal lobe, he has a concussion and can't remember anything at this time. | | |
| iMessage | 9/6/2020 12:20 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | WTF??? Your guy going to be OK? | | |
| iMessage | 9/6/2020 12:21 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | He'll live... But we're waiting for the MRI | | |
| iMessage | 9/6/2020 12:22 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Wow, that's terrible. Sorry to hear that happened to him | | |
| iMessage | 9/6/2020 12:22 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | This is stupid. Things don't seem like they're going to get better. | | |
| iMessage | 9/6/2020 12:23 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Not at all. In fact, they're getting worse and it is spreading | | |
| iMessage | 9/6/2020 12:24 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yeah I'm watching DC too. They're organizing. | | |
| iMessage | 9/6/2020 12:25 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Yep. And we had the fatal police shooting earlier this week. Fortunately all the out-of-town Antifa have left so that has calmed things down a bit | | |
| iMessage | 9/22/2020 9:42 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, you going to be in Portland on Saturday with your guys? | | |
| iMessage | 9/22/2020 9:43 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yes sir | | |
| iMessage | 9/22/2020 9:43 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | It's my event | | |
| iMessage | 9/22/2020 9:44 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I gotcha. Be safe out there. I know the counters will definitely be out. | | |
| iMessage | 9/22/2020 9:51 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Got time for a call? | | |
| iMessage | 9/22/2020 9:52 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Give me about 10 min and I will be free | | |



USCA Case #25-3066 Document #2172[illegible]52 Filed: 05/09/2026 Page 128 of 257

A1570

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| iMessage | 9/22/2020 9:54 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Kk | | |
| Phone Call | 9/22/2020 10:00 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Outgoing Call to 7869616789 \| Answered \| Duration: 9:31 | | |
| iMessage | 9/23/2020 4:47 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, I'm working on that request for you. Should have a contact in Portland for you later today | | |
| iMessage | 9/23/2020 5:14 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Thanks | | |
| iMessage | 9/23/2020 6:22 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Just heard back from the guy in Portland. His name is Jeremy Chedester. Desk # 503-460-8539, cell # 503-308-3984. He said call desk first as his cell doesn't work in the office | | |
| iMessage | 9/23/2020 6:22 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Ok I'll ring em in the am | | |
| iMessage | 9/23/2020 6:24 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Perfect | | |
| iMessage | 9/27/2020 2:25 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, I was camping this weekend with no cell service. How did yesterday go? Any issues? | | |
| Phone Call | 9/27/2020 2:25 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Incoming Call from 7869616789 \| Voicemail \| Duration: 0:02 | | |
| iMessage | 9/28/2020 5:04 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | You available for a call? | | |
| iMessage | 9/28/2020 5:05 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yep | | |
| Phone Call | 9/28/2020 5:05 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Outgoing Call to 7869616789 \| Answered \| Duration: 7:06 | | |
| iMessage | 10/3/2020 11:25 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | <image/heic> | IMG_2594.HEIC  | |
| iMessage | 10/3/2020 11:27 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Today? | | |
| iMessage | 10/3/2020 11:28 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Yes sir, right now. Apparently some of your guys were here yesterday for their introductory event | | |
| iMessage | 10/3/2020 11:34 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Hmmmph introductory? | | |
| iMessage | 10/3/2020 11:34 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Yes they did a small event last night. Organizer sent a shout out to your group and asked any PB to stand up. A few stood up | | |
| iMessage | 10/3/2020 11:35 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | The Walkway Movement did an into event. | | |
| iMessage | 10/3/2020 11:35 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Hah! It's amazing the outpouring of support we've gotten. | | |
| iMessage | 10/3/2020 11:35 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I'm sure! You all are all over Twitter | | |
| iMessage | 10/3/2020 11:37 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yeah I'm monitoring it. I've been laying low at home. | | |
| iMessage | 10/3/2020 11:40 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy! | | |

**Timeline**

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| iMessage | 10/4/2020 8:47 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | <image/heic> | IMG_2624.heic   | |
| iMessage | 10/6/2020 2:11 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I'm in town brother. Last minute trip | | |
| iMessage | 10/6/2020 2:34 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy. How long you in town for? | | |
| iMessage | 10/6/2020 2:35 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Thursday am | | |
| iMessage | 10/6/2020 2:35 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Staying in Harrington. Gonna be at Harry's tonight and I have some interviews tomorrow | | |
| iMessage | 10/6/2020 2:36 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I gotcha. I've got plans tonight but if you are free tomorrow afternoon you interested in meeting up for drinks at Harry's? | | |
| iMessage | 10/6/2020 2:37 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yes sir! I have to go to Maryland at 5. | | |
| iMessage | 10/7/2020 2:11 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, I've got a meeting at 3. If it is over with in time I can meet you at Harry's for a drink. You still have to go to MD at 5? | | |
| Phone Call | 10/7/2020 9:10 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Incoming Call from 7869616789 \| Answered \| Duration: 6:24 | | |
| iMessage | 10/7/2020 9:12 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | https://dcist.com/story/20/10/07/dc-investigating-harrys-bar-viral-police-pandemic-video/ | 04F69631-A409-432E-B7D7-325BEFBFDCFA.pluginPayloadAttachment  |   |
| WhatsApp Message | 10/8/2020 11:39 AM | Daren DeMarco <6465846314> | Shane Lamond <2024370434> | Now the Boogalaa boi' are trying to rally other Groups with them to Protest at the Michigan State Capitol and Governor residence.<br><br>They are calling it a Unite Rally.<br><br>They are inviting the Proud Boys, Antifa and BLM. | | |
| WhatsApp Message | 10/8/2020 11:39 AM | Shane Lamond <2024370434> | Daren DeMarco <6465846314> | I heard they executed a SW and arrested one person in Delaware who was their explosives guy. Also executed two SW in Baltimore on two suspected associates but they weren't part of indictment. They were not arrested | | |
| WhatsApp Message | 10/8/2020 11:40 AM | Shane Lamond <2024370434> | Daren DeMarco <6465846314> | Interesting. I will check with my PB source but there's no way they will link up with Antifa and BLM. | | |
| WhatsApp Message | 10/8/2020 11:41 AM | Daren DeMarco <6465846314> | Shane Lamond <2024370434> | I was thinking the Same | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| iMessage | 10/8/2020 11:41 AM | Shane Lamond <br><2024370434> | Jeffery Carroll <br><2024378198> | https://www.detroitnews.com/story/news/local/michigan/2020/10/08/feds-thwart-militia-plot-kidnap-michigan-gov-gretchen-whitmer/5922301002/ |   | |
| WhatsApp Message | 10/8/2020 11:41 AM | Daren DeMarco <br><6465846314> | Shane Lamond <br><2024370434> | Please advise on PB | | |
| WhatsApp Message | 10/8/2020 11:41 AM | Shane Lamond <br><2024370434> | Carolyn Montagna <br><2024897859> | This is interesting...<br><br>https://www.detroitnews.com/story/news/local/michigan/2020/10/08/feds-thwart-militia-plot-kidnap-michigan-gov-gretchen-whitmer/5922301002/ |   | |
| WhatsApp Message | 10/8/2020 11:41 AM | Shane Lamond <br><2024370434> | Daren DeMarco <br><6465846314> | Will do | | |
| iMessage | 10/8/2020 11:41 AM | Shane Lamond <br><2024370434> | Enrique Tarrio <br><7869616789> | https://www.detroitnews.com/story/news/local/michigan/2020/10/08/feds-thwart-militia-plot-kidnap-michigan-gov-gretchen-whitmer/5922301002/ |   | |
| iMessage | 10/8/2020 11:42 AM | Shane Lamond <br><2024370434> | Enrique Tarrio <br><7869616789> | FROM A LE SOURCE: Now the Boogaloo Bois are trying to rally other Groups with them to Protest at the Michigan State Capitol and Governor residence. They are calling it a Unite Rally. They are inviting the Proud Boys, Antifa and BLM. | | |
| iMessage | 10/8/2020 11:43 AM | Shane Lamond <br><2024370434> | Enrique Tarrio <br><7869616789> | Have you heard anything about this? | | |
| iMessage | 10/8/2020 12:00 PM | Enrique Tarrio <br><7869616789> | Shane Lamond <br><2024370434> | Do you have a date? I'm on the phone with Michigan Prez...he says he knows nothing of this | | |
| iMessage | 10/8/2020 12:01 PM | Shane Lamond <br><2024370434> | Enrique Tarrio <br><7869616789> | No date for it but the operation went down last night. I will see if I can get the proposed date now | | |
| WhatsApp Message | 10/8/2020 12:01 PM | Shane Lamond <br><2024370434> | Daren DeMarco <br><6465846314> | Talking to my PB source now. Any idea on the proposed date for that Unite Rally? | | |
| Phone Call | 10/8/2020 12:02 PM | Enrique Tarrio <br><7869616789> | Shane Lamond <br><2024370434> | Incoming Call from 7869616789 \| Answered \| Duration: 14:41 | | |
| WhatsApp Message | 10/8/2020 12:05 PM | Daren DeMarco <br><6465846314> | Shane Lamond <br><2024370434> | Not yet.<br>This is all unfolding as we speak...<br>Will advise | | |
| WhatsApp Message | 10/8/2020 12:09 PM | Daren DeMarco <br><6465846314> | Shane Lamond <br><2024370434> | October 17.<br>FBI started picking up Chatter last night on this Rally. | | |
| iMessage | 10/8/2020 12:17 PM | Shane Lamond <br><2024370434> | Enrique Tarrio <br><7869616789> | Just got the date: October 17th | | |
| iMessage | 10/8/2020 12:28 PM | Enrique Tarrio <br><7869616789> | Shane Lamond <br><2024370434> | Confirmed they knew nothing of the event. And they don't plan on attending anything that has to do with Antifa or whatever this boogaloo thing is | | |
| iMessage | 10/8/2020 12:31 PM | Shane Lamond <br><2024370434> | Enrique Tarrio <br><7869616789> | Copy, thanks brother | | |

**Timeline**

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| WhatsApp Message | 10/8/2020 12:32 PM | Shane Lamond <2024370434> | Daren DeMarco <6465846314> | From my source:<br><br>Confirmed they (Michigan PB President) knew nothing of the event. And they don't plan on attending anything that has to do with Antifa or whatever this boogaloo thing is | | |
| WhatsApp Message | 10/8/2020 12:33 PM | Daren DeMarco <6465846314> | Shane Lamond <2024370434> | Will send Over.<br>Thank you very much | | |
| iMessage | 10/8/2020 8:54 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | One of my guys sent the flyer lol. | IMG_6614.jpg<br> | |
| iMessage | 10/8/2020 8:55 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Haha! That's it! | | |
| iMessage | 10/8/2020 8:56 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | look at his comment to me in the bottom | | |
| iMessage | 10/8/2020 8:56 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I saw. Hilarious! | | |
| iMessage | 10/8/2020 8:57 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | That flyer is one of the funniest things ever. But they are family 😂. | | |
| WhatsApp Message | 10/8/2020 8:59 PM | Shane Lamond <2024370434> | Daren DeMarco <6465846314> | Flyer for the rally you told me about <photo> | 92503b74-96f5-491b-b725-1edd6bd44ad7.jpg<br> | |
| iMessage | 10/8/2020 9:00 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | They even included the NFAC... | | |
| SMS/MMS | 10/8/2020 9:03 PM | Shane Lamond <2024370434> | Dave Engel <4438295741> | Look what Boogaloo Bois are promoting after last nights raids <image/jpg> | IMG_2639.jpg<br> | |
| SMS/MMS | 10/8/2020 9:07 PM | Dave Engel <4438295741> | Shane Lamond <2024370434> | Interesting...i wonder if it is legit or a catfishing scheme to get people to show up.  I font see proud boys and ANTIFA hanging out as friends.. | | |
| SMS/MMS | 10/8/2020 9:08 PM | Shane Lamond <2024370434> | Dave Engel <4438295741> | Definitely not. Boogaloo Bois are inviting everyone they can. I got that from Proud Boys. Source said they'd never hang out in same circles as Antifa | | |

(Page 133 of Total)

USCA Case #25-3066 Document #2172572 Filed: 05/09/2026 Page 133 of 257

A1575

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| iMessage | 10/8/2020 9:09 PM | Shane Lamond <2024370434> | Jeffery Carroll <2024378198> | This is interesting. Boogaloo Bois promoting an event the day after FBI conducted that big raid on Wolverine Watchmen in Michigan <image/jpg> | IMG_2639.jpg   | |
| iMessage | 10/8/2020 9:10 PM | Jeffery Carroll <2024378198> | Shane Lamond <2024370434> | Strange | | |
| WhatsApp Message | 10/8/2020 9:40 PM | Daren DeMarco <6465846314> | Shane Lamond <2024370434> | Thank you very much | | |
| WhatsApp Message | 10/8/2020 9:40 PM | Shane Lamond <2024370434> | Daren DeMarco <6465846314> | You're welcome, brother | | |
| WhatsApp Message | 10/8/2020 9:40 PM | Daren DeMarco <6465846314> | Shane Lamond <2024370434> | 👍us. | | |
| WhatsApp Message | 10/8/2020 9:40 PM | Shane Lamond <2024370434> | Daren DeMarco <6465846314> | Got that from my Proud Boys source. They are definitely NOT participating | | |
| WhatsApp Message | 10/8/2020 9:41 PM | Daren DeMarco <6465846314> | Shane Lamond <2024370434> | Thank you very much my Brother | | |
| WhatsApp Message | 10/8/2020 9:43 PM | Daren DeMarco <6465846314> | Shane Lamond <2024370434> | Definitely a Great Source my Man | | |
| WhatsApp Message | 10/8/2020 9:45 PM | Shane Lamond <2024370434> | Daren DeMarco <6465846314> | That's for sure. Between you and me because I trust you completely, it's Enrique Tarrio, the current leader of the PB | | |
| WhatsApp Message | 10/8/2020 9:46 PM | Daren DeMarco <6465846314> | Shane Lamond <2024370434> | Good for you 💪. | | |
| iMessage | 10/13/2020 9:14 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | In town. At the Supreme Court | | |
| iMessage | 10/13/2020 9:45 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy. How long you going to be in town? | | |
| iMessage | 10/13/2020 9:49 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Tomorrow am | | |
| iMessage | 10/19/2020 11:27 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | <image/heic> | imagejpeg_0.heic   | |
| iMessage | 10/19/2020 11:28 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | <image/png> | IMG_6843.PNG  | |
| iMessage | 10/19/2020 11:29 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Lol! Nice response | | |
| iMessage | 10/19/2020 11:29 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I was walking to get in a car with AC | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| iMessage | 10/19/2020 11:30 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | They're idiots | | |
| iMessage | 10/20/2020 1:46 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | 😐. | | |
| iMessage | 10/20/2020 1:46 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | https://twitter.com/redrawnoxen/status/1318582958362689541?s=10 | 5A1201A1-3727-4400-9D1C-5363E82E184A.pluginPayloadAttachment  |  |
| iMessage | 10/20/2020 2:19 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Interesting. I've gotten a number of emails today talking about letters received by Dems but nothing attributed to PB. Have you contacted local PD or FBI to report fraudulent use of Prius Boys name in email? | | |
| Telegram Private Chat | 10/20/2020 4:06 PM | Mexizzachet <968117524> | Enrique Tarrio <581632416> | https://mycbs4.com/amp/news/local/fbi-investigating-online-voter-intimidation-threats-in-alachua-county |  | |
| iMessage | 10/20/2020 4:06 PM | Joe Biggs <9105785450> | Enrique Tarrio <7869616789> | https://mycbs4.com/news/local/fbi-investigating-online-voter-intimidation-threats-in-alachua-county | BFEB17B8-8296-495F-BC06-EB464B581A51.pluginPayloadAttachment  | |
| iMessage | 10/20/2020 4:13 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | https://mycbs4.com/news/local/fbi-investigating-online-voter-intimidation-threats-in-alachua-county | 4DC74AAD-04AB-4AC7-B496-78CEE4E18C16.pluginPayloadAttachment  | |
| iMessage | 10/20/2020 4:13 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Can you put me in contact with the FBI? | | |
| iMessage | 10/20/2020 4:21 PM | Enrique Tarrio <7869616789> | Joe Biggs <9105785450> | Spoke to Kim Barton just now | | |
| iMessage | 10/20/2020 4:22 PM | Joe Biggs <9105785450> | Enrique Tarrio <7869616789> | Ok. What happened | | |
| iMessage | 10/20/2020 4:24 PM | Enrique Tarrio <7869616789> | Joe Biggs <9105785450> | FBI is going to contact me | | |
| iMessage | 10/20/2020 4:25 PM | Joe Biggs <9105785450> | Enrique Tarrio <7869616789> | Ok. What can we do | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| iMessage | 10/20/2020 4:25 PM | Enrique Tarrio <7869616789> | Joe Biggs <9105785450> | Find who's spoofing our fucking email | | |
| iMessage | 10/20/2020 4:27 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I don't have any contacts with Miami Field Office but I will get you the link to the IC3 where you can file an online complaint with FBI and they will contact you. I'm driving now but will send to you as soon as I get home | | |
| iMessage | 10/20/2020 4:29 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I contacted the supervisor of elections | | |
| iMessage | 10/20/2020 4:29 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | She's putting me in contact | | |
| iMessage | 10/20/2020 4:29 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Someone is spoofing our emails | | |
| iMessage | 10/20/2020 4:48 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I gotcha. If that doesn't work let me know but I saw that from the Tweets you sent me | | |
| Telegram Group Chat | 10/20/2020 4:51 PM | Enrique Tarrio <581632416> | Skull and Bones 2020/2021 <4755540701> | I contacted the supervisor of elections and the alphabet boys are gonna call me...if they catch these fuckers...we will be BULLETPROOF for the rest of our existence. | | |
| Telegram Group Chat | 10/20/2020 4:53 PM | Chris PB <619039572> | Skull and Bones 2020/2021 <4755540701> | Why's that? Because we helped catch election fraud, | | |
| Telegram Group Chat | 10/20/2020 4:55 PM | Enrique Tarrio <581632416> | Skull and Bones 2020/2021 <4755540701> | That and the FBI popping someone for pretending to be us can be used to counter any argument made against us. Except Oak lol | | |
| iMessage | 10/20/2020 5:02 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | <image/jpeg> | IMG_6873.JPG  | |
| Telegram Private Chat | 10/20/2020 5:10 PM | Mexizzachet <968117524> | Enrique Tarrio <581632416> | If you make contact with Leo lmk | | |
| Telegram Private Chat | 10/20/2020 5:11 PM | Mexizzachet <968117524> | Enrique Tarrio <581632416> | We're working on it the emails are coming from 'Saudi Arabia' | | |
| Telegram Private Chat | 10/20/2020 5:12 PM | Enrique Tarrio <581632416> | Mexizzachet <968117524> | I'm on the phone with em | | |
| Telegram Private Chat | 10/20/2020 5:12 PM | Enrique Tarrio <581632416> | Mexizzachet <968117524> | They know | | |
| Telegram Private Chat | 10/20/2020 5:13 PM | Mexizzachet <968117524> | Enrique Tarrio <581632416> | They know who it is? | | |
| Telegram Private Chat | 10/20/2020 5:13 PM | Mexizzachet <968117524> | Enrique Tarrio <581632416> | The site is registered to PA | | |
| iMessage | 10/20/2020 6:45 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Just received a report that one of your spoofed emails was reported in Cecil County, MD. Confirming now | | |
| iMessage | 10/20/2020 6:45 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Nab their ass! | | |
| Telegram Private Chat | 10/20/2020 6:46 PM | Enrique Tarrio <581632416> | Mexizzachet <968117524> | My FBI contact said someone in Maryland might get popped | | |
| Telegram Private Chat | 10/20/2020 6:48 PM | Mexizzachet <968117524> | Enrique Tarrio <581632416> | This is great | | |
| SMS/MMS | 10/20/2020 8:12 PM | Dave Engel <4438295741> | Shane Lamond <2024370434> | Cecil County Letter. Not the same thing as FLA. FBI BA aware. | 123_2.jpeg  | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| SMS/MMS | 10/20/2020 8:13 PM | Shane Lamond <2024370434> | Dave Engel <4438295741> | Interesting. Thank you | | |
| Telegram Group Chat | 10/20/2020 9:45 PM | Enrique Tarrio <581632416> | Skull and Bones 2020/2021 <4755540701> | FBI says they think Maryland | | |
| iMessage | 10/21/2020 10:22 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Morning brother, did any of your MD guys report this letter to you? This is the letter that was recovered in Cecil County, MD, yesterday. However, I don't have a name on who received it. <image/heic> | image001.heic  | |
| iMessage | 10/21/2020 11:06 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | FBI just informed me that the Jacksonville Field Office has opened up a case into the spoofed email address using using PB name | | |
| iMessage | 10/21/2020 12:25 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | If they need anything I'm open to help | | |
| iMessage | 10/21/2020 12:25 PM | <6072401124> | Enrique Tarrio <7869616789> | Hi Enrique, just checking in to see if you've learned anything more about the email thing. | | |
| iMessage | 10/21/2020 12:26 PM | Enrique Tarrio <7869616789> | <6072401124> | Not yet | | |
| iMessage | 10/21/2020 12:26 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy I appreciate it. I will let you know | | |
| iMessage | 10/21/2020 12:26 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | <Reply To: Morning brother, did any of your MD guys report this letter to you? This is the letter that was recovered in Cecil County, MD, yesterday. However, I don't have a name on who received it> Let me check with them | | |
| iMessage | 10/21/2020 12:36 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | According to Cecil County Sheriffs Office, the recipient of that letter claims he has no involvement with your group and doesn't know why he received it | | |
| Phone Call | 10/21/2020 4:52 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Incoming Call from 7869616789 \| Answered \| Duration: 3:09 | | |
| iMessage | 10/21/2020 5:25 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | My FBI guy here in DC is going to get the info for case agent in Jacksonville. I should have it to you by tomorrow morning | | |
| iMessage | 10/21/2020 7:37 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Well this is interesting... | | |
| iMessage | 10/21/2020 7:37 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | https://www.washingtonpost.com/technology/2020/10/20/proud-boys-emails-florida/ |   | |
| iMessage | 10/21/2020 7:38 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Well shit... | | |
| iMessage | 10/21/2020 7:39 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Right??? Just sent it to my FBI contact to confirm | | |
| iMessage | 10/21/2020 7:39 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | How did a group of drunken monkeys become a target? | | |
| Telegram Group Chat | 10/21/2020 7:40 PM | Enrique Tarrio <581632416> | Skull and Bones 2020/2021 <4755540701> | The plot thickens | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Group Chat | 10/21/2020 7:40 PM | Enrique Tarrio <581632416> | Skull and Bones 2020/2021 <4755540701> | https://www.washingtonpost.com/technology/2020/10/20/proud-boys-emails-florida/ |  | |
| iMessage | 10/21/2020 7:42 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | No idea, but that may not be such a bad thing. You guys are definitely getting a lot of exposure | | |
| iMessage | 10/21/2020 7:42 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Lol well yeah...but now we're used as pawns in a global cyber war... | | |
| iMessage | 10/21/2020 7:43 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | That is true... ugh | | |
| iMessage | 10/21/2020 8:13 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I don't feel like I'm going to be too safe. | | |
| iMessage | 10/21/2020 8:15 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | If you receive any threats let me know and I will connect you with my Miami-Dade contacts | | |
| iMessage | 10/22/2020 10:19 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Who are the Poor Boys??? 😂. | | |
| iMessage | 10/22/2020 10:19 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Me if I keep getting hammered this way in debates | | |
| iMessage | 10/22/2020 10:19 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Lol! | | |
| iMessage | 10/22/2020 10:21 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I didn't forget about you with that FBI contact. It is proving to be more challenging than it should be. Damn feds... | | |
| iMessage | 10/26/2020 8:10 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | At the Supreme Court | | |
| iMessage | 10/26/2020 8:23 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy. I'm working tonight. Near the White House | | |
| iMessage | 10/26/2020 8:33 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I'm going that way in a little. I'm a bit incognito | | |
| iMessage | 10/26/2020 8:37 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy let me know when you head over there | | |
| iMessage | 10/26/2020 8:51 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Are they swearing her in at the White House | | |
| iMessage | 10/26/2020 8:51 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Yes | | |
| iMessage | 10/26/2020 10:20 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | You up at BLM Plaza? | | |
| iMessage | 10/26/2020 10:20 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yes sir | | |
| iMessage | 10/26/2020 10:21 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I gotcha. I was up there until about 15 min ago | | |
| iMessage | 10/26/2020 10:21 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yeah Bev cleaned up the signs. | | |
| iMessage | 10/26/2020 10:22 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | 😀. | | |
| iMessage | 10/26/2020 10:22 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Yes that's what I heard on the radio | | |
| iMessage | 10/29/2020 8:44 AM | Carl Holmberg <2029071198> | Shane Lamond <2024370434> | Are you guys getting any info on events for Saturday? Proud Boys in the area of Freedom Plaza and the Monument grounds? | | |
| iMessage | 10/29/2020 9:14 AM | Shane Lamond <2024370434> | Carl Holmberg <2029071198> | No I haven't heard anything about that. Do you know where that info is coming from? I've got a good PB source I can check with | | |

**Timeline**

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| iMessage | 10/29/2020 9:17 AM | Carl Holmberg <2029071198> | Shane Lamond <2024370434> | Comes from a source. Hopefully not the same one... Sent the info a week or so ago saying PB leader would be here with large numbers at Freedom in response to the assaults by skateboarders after the rally several weeks ago. | | |
| iMessage | 10/29/2020 9:17 AM | Carl Holmberg <2029071198> | Shane Lamond <2024370434> | Source said they weren't advertising the event. No permit. | | |
| iMessage | 10/29/2020 9:25 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, are you aware of any plans by your group to hold a rally at Freedom Plaza this Saturday? | | |
| iMessage | 10/29/2020 9:26 AM | Shane Lamond <2024370434> | Carl Holmberg <2029071198> | I just asked my source. Will let you know once I get a response | | |
| iMessage | 10/29/2020 9:26 AM | Carl Holmberg <2029071198> | Shane Lamond <2024370434> | Copy thanks. | | |
| iMessage | 10/29/2020 9:26 AM | Shane Lamond <2024370434> | Carl Holmberg <2029071198> | No, thank you! Let's hope it isn't true... | | |
| iMessage | 10/29/2020 9:27 AM | Carl Holmberg <2029071198> | Shane Lamond <2024370434> | Yeah. I could use the day off to rest up for next week. | | |
| iMessage | 10/29/2020 9:38 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Let me ask. I haven't heard anything | | |
| iMessage | 10/29/2020 9:40 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Negative | | |
| iMessage | 10/29/2020 9:40 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Thanks, I will forward the text I received | | |
| iMessage | 10/29/2020 9:40 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Not holding or attending an event | | |
| iMessage | 10/29/2020 9:41 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Comes from a source. Sent the info a week or so ago saying PB leader would be here with large numbers at Freedom in response to the assaults by skateboarders after the rally several weeks ago. | | |
| iMessage | 10/29/2020 9:42 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Lol I was...I was on my own. But not to patrol a park haha | | |
| iMessage | 10/29/2020 9:42 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I will be there Sunday thru Thursday | | |
| iMessage | 10/29/2020 9:44 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Lol! Sounds like someone is leaking your info, although sounds like they have the numbers way off! | | |
| iMessage | 10/29/2020 9:45 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | If they count my fingers and toes...there was 20 of us | | |
| iMessage | 10/29/2020 9:45 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | 😂. | | |
| iMessage | 10/29/2020 9:46 AM | Shane Lamond <2024370434> | Carl Holmberg <2029071198> | I'm hearing one PB will be in town but it will be Sunday thru Thursday. No large numbers and no rally at FP | | |
| iMessage | 10/29/2020 9:48 AM | Carl Holmberg <2029071198> | Shane Lamond <2024370434> | Copy thanks. I'll pass to my command. | | |
| iMessage | 10/29/2020 10:03 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I haven't been able to link up with you the last few times you were up here but let's catch up next week for beers before you go back | | |
| iMessage | 10/29/2020 10:04 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I'm in | | |
| iMessage | 10/31/2020 12:33 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, is this an actual flyer or a fake? <image/jpeg> | IMG_2875.jpeg  | |
| iMessage | 10/31/2020 12:34 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I've seen that around. Website is ours. | | |

**Timeline**

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| iMessage | 10/31/2020 12:35 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I gotcha. Just wondering. Chicago PD reporting them found in a neighborhood | | |
| WhatsApp Message | 10/31/2020 12:43 PM | Daren DeMarco <6465846314> | Shane Lamond <2024370434> | One of my Partners is asking:<br><br>"Starting to see talk of Proud Boys going to polling sites. You hear anything from your guy about any call to mobilize on Election Day and go to polling sites."<br><br>Can you advise? | | |
| WhatsApp Message | 10/31/2020 12:50 PM | Shane Lamond <2024370434> | Daren DeMarco <6465846314> | Don't give out the source but according to ET, They don't have any official events but smaller groups may assemble on their own | | |
| WhatsApp Message | 10/31/2020 12:54 PM | Daren DeMarco <6465846314> | Shane Lamond <2024370434> | I would Never Give Out Source-<br>Told them a CI in one of the Groups | | |
| WhatsApp Message | 10/31/2020 12:56 PM | Shane Lamond <2024370434> | Daren DeMarco <6465846314> | Perfect | | |
| Phone Call | 11/2/2020 12:14 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Incoming Call from 7869616789 \| Voicemail \| Duration: 0:02 | | |
| iMessage | 11/2/2020 12:22 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, tied up on a conference call right now but will call you back when I'm free. You in town now? | | |
| iMessage | 11/2/2020 12:25 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yes sir. We're doing a small pop up event in front of CNN. | | |
| iMessage | 11/2/2020 12:25 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy. When is that taking place? | | |
| iMessage | 11/2/2020 12:25 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | 2 pm. | | |
| iMessage | 11/2/2020 12:25 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy, I appreciate the heads up. Any idea on size of your group? | | |
| iMessage | 11/2/2020 12:26 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | With Black Republican club. Only me and another guy will be the only PBs. Not in our gear | | |
| iMessage | 11/2/2020 12:26 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Ehhhh I'd say no more than 20 | | |
| iMessage | 11/2/2020 12:27 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Perfect. I'm going to let SOD know for their awareness so they don't freak out. We will have a unit or two there to monitor. And we def have to catch up for drinks before you leave | | |
| iMessage | 11/2/2020 12:27 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | 10-4 I'll be at Harry's every night | | |
| iMessage | 11/2/2020 12:32 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Lol! That's what I figured | | |
| SMS/MMS | 11/2/2020 12:34 PM | Shane Lamond <2024370434> | <SMS Group Chat 531502700691785333><br>Carolyn Montagna <2024897859><br>Jeffery Carroll <2024378198><br>et al. | Just got a heads up that PB and Black Repub Club will have a demo outside CNN (820 First St NE) today at 1400 hours. Group less than 20 ppl. | | |
| WhatsApp Message | 11/3/2020 2:49 PM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | Hahah can check with your boy? I'm sure it's nit [sic] all the PBs | | |
| WhatsApp Message | 11/3/2020 2:49 PM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | Hahaha nevvvvvvermind. You're all over it | | |
| Phone Call | 11/3/2020 2:49 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Outgoing Call to 7869616789 \| Answered \| Duration: 1:37 | | |
| iMessage | 11/3/2020 6:35 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | You at Harry's now? | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| iMessage | 11/3/2020 6:35 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yep! | | |
| iMessage | 11/3/2020 6:35 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I will head down for a bit and grab a drink | | |
| iMessage | 11/3/2020 7:49 PM | Shane Lamond <2024370434> | David Lamond <2025005636> | Hey Dave, im meeting with a source right now but will call you back in a few minutes | | |
| iMessage | 11/3/2020 8:53 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I need more drinks for this... | | |
| iMessage | 11/3/2020 8:53 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Lmao | | |
| iMessage | 11/3/2020 10:17 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | You all are starting to attract attention... | | |
| iMessage | 11/3/2020 10:23 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | How? | | |
| iMessage | 11/3/2020 10:24 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | They coming this way? | | |
| iMessage | 11/3/2020 10:26 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | People walking in the middle of road | | |
| iMessage | 11/3/2020 10:26 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Just brought everyone in | | |
| iMessage | 11/3/2020 10:26 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Just try and keep them out of road. | | |
| iMessage | 11/3/2020 10:26 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Perfect | | |
| iMessage | 11/4/2020 12:32 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | How's work? | | |
| iMessage | 11/4/2020 12:40 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Nor bad. Have a group marching around but that's the only thing we are seein | | |
| iMessage | 11/4/2020 3:16 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I'm hearing rumors that a couple of your people were stabbed. Have you heard anything about that? | | |
| iMessage | 11/4/2020 3:16 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yes I'm here now | | |
| iMessage | 11/4/2020 3:17 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Bevelyn and two of my guys. | | |
| iMessage | 11/4/2020 3:17 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Ugh. I'm heading down now | | |
| iMessage | 11/4/2020 10:47 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, how you and your team doing today? Everyone OK? | | |
| iMessage | 11/4/2020 11:04 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Bev is the only one left in the hospital I think | | |
| iMessage | 11/4/2020 11:39 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I gotcha. That's good to hear. I'm not going to be as busy today so please give me a heads up if you all go anywhere so I can be around in case you need anything | | |
| iMessage | 11/4/2020 11:41 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | We're staying put. | | |
| iMessage | 11/4/2020 11:42 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Good deal. | | |
| iMessage | 11/4/2020 12:58 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Any word on catching these people? | | |
| iMessage | 11/4/2020 1:39 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I haven't heard anything yet. I know detectives are working on a BOLO for the suspects and are pulling the security camera videos from the block. I will keep you updated on the investigation. | | |
| iMessage | 11/4/2020 2:58 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | You think they'll find em? | | |

**Timeline**

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| iMessage | 11/4/2020 3:06 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I don't know. Depends on how good the video is and whether we can identify the suspects. Hopefully we can. It was brought up during a press conference with our police chief and mayor today so we will be putting a lot of effort into identifying and arresting the suspects. | | |
| iMessage | 11/4/2020 3:16 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | <image/jpeg> | IMG_7209.jpg   | |
| iMessage | 11/4/2020 3:21 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Wonderful. Is anyone staying at Phoenix? | | |
| iMessage | 11/4/2020 3:32 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Lol me and Jen | | |
| iMessage | 11/4/2020 3:48 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I gotcha. I thought you were staying at Harrington. | | |
| iMessage | 11/4/2020 3:49 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I'm going to give my team a heads up for their awareness. Let me know if you have any issues at all. I will be staying in town through at least Friday so I'm close by | | |
| iMessage | 11/4/2020 3:51 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I'm leaving in the am. Not leaving the hotel till then | | |
| iMessage | 11/4/2020 3:53 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy. Let me know if you need anything | | |
| iMessage | 11/4/2020 6:47 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, you don't have a group walking around 14th Street near the Willard, do you? US Park Police thought they spotted your group walking a little while ago? | | |
| iMessage | 11/4/2020 6:50 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Negative | | |
| iMessage | 11/4/2020 6:50 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy, didn't think so but just wanted to make sure. Thanks | | |
| WhatsApp Message | 11/5/2020 8:02 PM | Daren DeMarco <6465846314> | Shane Lamond <2024370434> | Can you answer this:<br><br>"I'm starting to see Post about Proud Boys coming to Michigan for Friday. Enrique Tarrio posted a Video he's heading this way. Hate to bug you again can you ping your guy." | | |
| iMessage | 11/5/2020 8:13 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, I'm hearing chatter that you are heading to Michigan. Any truth to that? | | |
| iMessage | 11/5/2020 8:16 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I was. But I'm canceling that trip. | | |
| iMessage | 11/5/2020 8:17 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I gotcha. Everybody doing ok from the incident here in DC? | | |
| iMessage | 11/5/2020 8:17 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Bev is still in the hospital. Any leads | | |
| iMessage | 11/5/2020 8:18 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I checked with our detectives. They have some additional video but haven't identified suspects yet. They are working on it though | | |
| iMessage | 11/5/2020 8:18 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | You want me to check in on her tomorrow? | | |
| iMessage | 11/5/2020 8:19 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Please. It's hard to get info | | |
| iMessage | 11/5/2020 8:20 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | You got it. I will swing by there tomorrow. GW Hospital, right? | | |
| iMessage | 11/5/2020 8:28 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yep! | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| iMessage | 11/5/2020 8:29 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Got it. I will check in with her tomorrow and let you know | | |
| WhatsApp Group Message | 11/7/2020 1:04 PM | Kevin Riley <7032549971> | Intel <9177090904-1569009875@g.us> | Anyone have a Parler account? | | |
| WhatsApp Group Message | 11/7/2020 1:05 PM | Kevin Riley <7032549971> | Intel <9177090904-1569009875@g.us> | Hearing PB using it to mobilize | | |
| WhatsApp Group Message | 11/7/2020 1:05 PM | Shane Lamond <2024370434> | Intel <9177090904-1569009875@g.us> | I think I do | | |
| WhatsApp Group Message | 11/7/2020 1:06 PM | Shane Lamond <2024370434> | Intel <9177090904-1569009875@g.us> | Or I can go straight to the source lol | | |
| WhatsApp Group Message | 11/7/2020 1:06 PM | Ben Tyler <7034315078> | Intel <9177090904-1569009875@g.us> | I'd call him | | |
| iMessage | 11/7/2020 1:07 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, sad, sad news today. You all planning anything? | | |
| WhatsApp Group Message | 11/7/2020 1:07 PM | Kevin Riley <7032549971> | Intel <9177090904-1569009875@g.us> | Lol that could be more efficient | | |
| WhatsApp Group Message | 11/7/2020 1:07 PM | Shane Lamond <2024370434> | Intel <9177090904-1569009875@g.us> | Just text him | | |
| iMessage | 11/7/2020 1:08 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yep <video/quicktime> | IMG_7263.MOV  | |
| iMessage | 11/7/2020 1:09 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Nice! Wish I was there instead of here. Let me know if you do anything here? | | |
| iMessage | 11/7/2020 1:09 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Where is that? | | |
| iMessage | 11/7/2020 1:11 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Thanks brother | | |
| WhatsApp Group Message | 11/7/2020 1:12 PM | Shane Lamond <2024370434> | Intel <9177090904-1569009875@g.us> | Some of them are in Michigan and Phoenix. Nothing in this area | | |
| WhatsApp Group Message | 11/7/2020 1:12 PM | Ben Tyler <7034315078> | Intel <9177090904-1569009875@g.us> | Do they have any plans to come to the area? | | |
| WhatsApp Group Message | 11/7/2020 1:12 PM | Shane Lamond <2024370434> | Intel <9177090904-1569009875@g.us> | Nope | | |
| WhatsApp Group Message | 11/7/2020 1:13 PM | Ben Tyler <7034315078> | Intel <9177090904-1569009875@g.us> | 👍. | | |
| WhatsApp Group Message | 11/7/2020 1:13 PM | Shane Lamond <2024370434> | Intel <9177090904-1569009875@g.us> | Not as of yet anyway | | |
| WhatsApp Group Message | 11/7/2020 1:13 PM | Kevin Riley <7032549971> | Intel <9177090904-1569009875@g.us> | Excellent thanks | | |
| Telegram Private Chat | 11/7/2020 2:10 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Need to switch to encrypted. Alerts are being sent out to LE that Parler accounts belonging to your people are talking about mobilizing and "taking back the country". Getting people spun up. Just giving you a heads up | | |
| Telegram Private Chat | 11/7/2020 2:12 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <Reply to: Need to switch to encrypted. Alerts are being sent out to LE that Parler accounts belonging to your people are talking about mobilizing and "taking back the country". Getting people spun up. Just giving you a heads up> <audio/ogg> | *[Audio File Unrecovered]* | |
| Telegram Private Chat | 11/7/2020 2:13 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | These are some of the posts. Looks like the first one is a fake account claiming to be you <photo> | *[Image Unrecovered]* | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Private Chat | 11/7/2020 2:14 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <audio/ogg> | *[Audio File Unrecovered]* | |
| Telegram Private Chat | 11/7/2020 2:15 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <photo> | *[Image Unrecovered]* | |
| Telegram Private Chat | 11/7/2020 2:16 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Got your voice messages. Just giving you a heads up. Please keep this between you and me. | | |
| Telegram Private Chat | 11/7/2020 2:16 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <Reply to: Got your voice messages. Just giving you a heads up. Please keep this between you and me.> Always | | |
| iMessage | 11/8/2020 7:59 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Morning brother. I'm sure you are tracking this. You attending? | | |
| iMessage | 11/8/2020 7:59 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | <image/heic> | IMG_2999.heic   | |
| Phone Call | 11/8/2020 9:40 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Incoming Call from 7869616789 \| Voicemail \| Duration: 0:02 | | |
| iMessage | 11/8/2020 9:45 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I was invited. I don't know if I can make it. I have a family thing that day. | | |
| iMessage | 11/8/2020 9:48 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I gotcha. Hopefully there will be a big turnout | | |
| iMessage | 11/8/2020 9:53 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I don't know why the labeled it "million" | | |
| iMessage | 11/8/2020 9:53 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | They | | |
| iMessage | 11/8/2020 9:55 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Yeah, I think they are being a bit optimistic 😂. | | |
| iMessage | 11/8/2020 9:56 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Would you give me a heads up if anyone else from your group decide to attend? | | |
| iMessage | 11/8/2020 9:57 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I'm pretty sure my guys will be in attendance | | |
| iMessage | 11/8/2020 10:06 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy. You are welcome to pass my information to one of them if they need anything while they are up here | | |
| iMessage | 11/8/2020 10:06 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I will bruv. | | |
| iMessage | 11/8/2020 10:37 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Thank you | | |
| iMessage | 11/8/2020 10:39 AM | Shane Lamond <2024370434> | <iMessage Group Chat 6376016548877529> Carolyn Montagna <2024897859> Jeffery Carroll <2024378198> et al. | Just got a heads up that ET will not be here next weekend for the Million MAGA March but some of the PBs will very likely come | | |
| WhatsApp Group Message | 11/8/2020 10:42 AM | Kevin Riley <7032549971> | Intel <9177090904-1569009875@g.us> | Any arrests in dc last night? | | |
| WhatsApp Group Message | 11/8/2020 10:44 AM | Shane Lamond <2024370434> | Intel <9177090904-1569009875@g.us> | No, everything was peaceful (surprisingly) | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| WhatsApp Group Message | 11/8/2020 10:45 AM | Kevin Riley <7032549971> | Intel <9177090904-1569009875@g.us> | Wow that is - awesome | | |
| WhatsApp Group Message | 11/8/2020 10:45 AM | Justin Scanlon <9177090904> | Intel <9177090904-1569009875@g.us> | Everyone is in 'healing' mode | | |
| WhatsApp Group Message | 11/8/2020 10:47 AM | Shane Lamond <2024370434> | Intel <9177090904-1569009875@g.us> | Lol! Until next Saturday. ET is not coming but he said it is very likely other PBs will be there | | |
| iMessage | 11/8/2020 4:54 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I might be going. | | |
| iMessage | 11/8/2020 4:56 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I'll know for sure in the am | | |
| iMessage | 11/8/2020 4:57 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy. Let me know. Do you feel like the event is getting some traction? | | |
| iMessage | 11/8/2020 4:57 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I feel like it's getting a lot of traction. | | |
| iMessage | 11/8/2020 4:58 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I'm trying to gauge it. I see a lot of social media chatter but hard to guess how many will show up. Let me know if you need anything as always. Haven't seen anything from Antifa yet but once they get word I'm sure they will call for backup | | |
| iMessage | 11/8/2020 4:59 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I'll gauge it myself and let you know. I'll know more about me going by tomorrow afternoon | | |
| iMessage | 11/8/2020 5:00 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Sounds good. Thanks, brother | | |
| iMessage | 11/8/2020 9:21 PM | Enrique Tarrio <7869616789> | <3059059043> | I'm planning a big event in dc this weekend | | |
| iMessage | 11/8/2020 9:23 PM | Enrique Tarrio <7869616789> | <3059059043> | <image/jpeg> | IMG_7287.JPG   | |
| SMS/MMS | 11/8/2020 11:09 PM | Shane Lamond <2024370434> | Dave Engel <4438295741> | Saturday MAGA event gaining traction. ET may attend after all. ANTIFA also knows about it and is planning on crashing it | | |
| Telegram Group Chat | 11/9/2020 2:30 AM | Enrique Tarrio <581632416> | D.C's Finest Law Enforcement Agency <9844856915> | Normies will already be at Freedom Plaza | | |
| iMessage | 11/9/2020 12:53 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, do you know roughly how many of you will be here Saturday? | | |
| iMessage | 11/9/2020 2:12 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | 150-200 | | |
| Phone Call | 11/9/2020 2:12 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Incoming Call from 7869616789 \| Answered \| Duration: 7:34 | | |
| WhatsApp Message | 11/9/2020 2:26 PM | Shane Lamond <2024370434> | Ben Tyler <7034315078> | Didn't want to put this in email but just spoke with ET. He is coming this weekend and he expects approx 150-200 PBs for Saturday's event | | |
| Phone Call | 11/9/2020 4:34 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Incoming Call from 7869616789 \| Voicemail \| Duration: 0:02 | | |
| Phone Call | 11/9/2020 4:36 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Outgoing Call to 7869616789 \| Answered \| Duration: 2:14 | | |
| iMessage | 11/9/2020 5:19 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Organizers of march are consolidating. Both groups are meeting at Washington Monument and then marching to SCOTUS. Also have women's march from Freedom Plaza to SCOTUS | | |
| iMessage | 11/9/2020 5:25 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Lol same time? | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| iMessage | 11/9/2020 5:28 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Yea. They are saying they will begin gathering at 7 am, march starts at noon | | |
| iMessage | 11/9/2020 5:31 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | 😬. | | |
| Telegram Group Chat | 11/9/2020 9:44 PM | Shane Lamond <869476955> | PROUD GOYS (Public) <9928549958> | Shane FBI Police joined chat | | |
| iMessage | 11/10/2020 11:11 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I'm sure you already have this but just in case you don't… <image/heic> | IMG_3033.heic  | |
| iMessage | 11/10/2020 11:13 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yeah I got that. Retards are using him to drum up outrage | | |
| iMessage | 11/10/2020 11:14 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Yup | | |
| iMessage | 11/10/2020 11:15 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | You think we'll have good separation? | | |
| iMessage | 11/10/2020 11:25 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Yes, that's why I keep hitting you up for your plans. I don't want you to think I/we are keeping tabs on you guys, but the more details we have about your plans the better we can plan to keep separation between the groups | | |
| Phone Call | 11/10/2020 11:26 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Incoming Call from 7869616789 \| Answered \| Duration: 10:56 | | |
| iMessage | 11/10/2020 11:38 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Forgot to ask you. You still thinking 150-200? | | |
| iMessage | 11/10/2020 11:40 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I think so | | |
| Telegram Private Chat | 11/10/2020 1:01 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <photo> | *[Image Unrecovered]* | |
| Telegram Private Chat | 11/10/2020 1:01 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | You have any idea who this guy is? He is making it sound like he was there for the incident at 14th and NY but I can't tell bc he's talking in circles. | | |
| Telegram Private Chat | 11/10/2020 1:09 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | Standby...I know who will be able to tell you | | |
| Telegram Private Chat | 11/10/2020 1:11 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | Hmmmph...he doesn't know | | |
| Telegram Private Chat | 11/10/2020 1:12 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | I gotcha. He is all over Parler trashing you all | | |
| Telegram Private Chat | 11/10/2020 1:14 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | When he says "we got jumped" I don't know if he's referring to all of us or him. But this wasn't a person that was there when we got stabbed | | |
| Telegram Private Chat | 11/10/2020 1:14 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | But my Mass guy says he has no idea who that is | | |
| Phone Call | 11/10/2020 3:29 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Incoming Call from 7869616789 \| Voicemail \| Duration: 0:02 | | |
| iMessage | 11/10/2020 4:03 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | In a meeting but I will call you in a few | | |
| Phone Call | 11/10/2020 4:27 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Outgoing Call to 7869616789 \| Voicemail \| Duration: 0:11 | | |
| iMessage | 11/10/2020 4:28 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Tried calling you back. Give me a call when free | | |
| Phone Call | 11/10/2020 4:28 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Incoming Call from 7869616789 \| Answered \| Duration: 3:24 | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| iMessage | 11/11/2020 12:30 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, saw the InfoWars video from Tallahassee. Good stuff! Any idea how many vehicles involved at this point? | | |
| iMessage | 11/11/2020 12:32 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Haven't gotten word back from my guys. I'll text Alex. | | |
| iMessage | 11/11/2020 12:33 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Thanks. I have a feeling Saturday is going to be a BIG turnout! | | |
| iMessage | 11/11/2020 12:34 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Hopefully. Needs a showing. I've received non stop texts | | |
| iMessage | 11/11/2020 12:34 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | No doubt. | | |
| iMessage | 11/12/2020 11:06 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, any of your guys with the car caravan? | | |
| iMessage | 11/12/2020 11:12 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | I believe so | | |
| iMessage | 11/13/2020 8:36 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, as we suspected the organizer for the MAGA March changed his info to reflect the other event. Now everyone meeting up at Freedom Plaza at noon | | |
| iMessage | 11/13/2020 8:37 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Woof | | |
| iMessage | 11/13/2020 8:37 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Perfect | | |
| iMessage | 11/13/2020 8:39 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Yep, that's going to be a shit ton of people but it will work. Was down in Richmond last night for the car caravan. Decent turnout | | |
| iMessage | 11/13/2020 8:39 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | You staying at Phoenix again? | | |
| iMessage | 11/13/2020 8:40 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yep. I'm about to take off | | |
| iMessage | 11/13/2020 8:42 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy. I'm staying in DC tonight. Let me know if you go out and I may stop by | | |
| iMessage | 11/13/2020 1:25 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | In town | | |
| iMessage | 11/13/2020 1:28 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy. I'm up near BLM Plaza babysitting the InfoWars truck... | | |
| iMessage | 11/13/2020 1:34 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Lmao...well at least he's entertaining | | |
| iMessage | 11/13/2020 3:02 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | At harrys | | |
| iMessage | 11/13/2020 3:02 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy | | |
| iMessage | 11/13/2020 3:02 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | About to check out BLM Plaza. Heard there was a skirmish up there | | |
| iMessage | 11/13/2020 3:03 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Will let you know when I'm heading down | | |
| iMessage | 11/13/2020 8:33 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | You still at Harry's? | | |
| iMessage | 11/13/2020 8:34 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yes. Doing a show and I'll be back down | | |
| Telegram Private Chat | 11/13/2020 8:37 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Just giving you a heads up there's a lot of attention at Harry's right now. If it doesn't calm down they are going to shut Harry's dow | | |
| iMessage | 11/13/2020 8:39 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Check telegram | | |
| Telegram Private Chat | 11/13/2020 8:41 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <audio/ogg> | *[Audio File Unrecovered]* | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Private Chat | 11/13/2020 8:42 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Sounds good. Just wanted to let you know. I heard ABRA already on scene | | |
| Phone Call | 11/14/2020 6:01 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Incoming Call from 7869616789 \| Answered \| Duration: 1:54 | | |
| Phone Call | 11/14/2020 6:35 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Outgoing Call to 7869616789 \| Answered \| Duration: 0:45 | | |
| Phone Call | 11/14/2020 6:37 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Outgoing Call to 7869616789 \| Not Answered \| Duration: 0:00 | | |
| Telegram Group Chat | 11/14/2020 6:40 PM | Enrique Tarrio <581632416> | D.C's Finest Law Enforcement Agency <9844856915> | Freedom plaza 10pm...bring your gear | | |
| Telegram Private Chat | 11/14/2020 6:45 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Antifa and your guys at 10th and E. We have both groups separated | | |
| Telegram Private Chat | 11/14/2020 9:23 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | We cut your guy loose. Victim could not be located | | |
| iMessage | 11/14/2020 9:51 PM | Jeffery Carroll <jeffery.carroll@dc.gov> | Shane Lamond <2024370434> | Any idea when the proud boys are leaving the city from social media? | | |
| iMessage | 11/14/2020 9:52 PM | Shane Lamond <2024370434> | Jeffery Carroll <jeffery.carroll@dc.gov> | I will check again with my source but on Friday he said most on Sunday, a few leaving Monday. Not sure if they are participating in Straka demo tomorrow but I will find out | | |
| iMessage | 11/14/2020 9:52 PM | Jeffery Carroll <jeffery.carroll@dc.gov> | Shane Lamond <2024370434> | Thx | | |
| iMessage | 11/14/2020 10:22 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | You guys attending the Brandon Straka event tomorrow morning? | | |
| iMessage | 11/14/2020 10:27 PM | Shane Lamond <2024370434> | Jeffery Carroll <jeffery.carroll@dc.gov> | Just talked to him. They are all leaving tomorrow and NOT attending the Straka event | | |
| iMessage | 11/16/2020 3:18 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | These boogaloo guys are pretty retarded | | |
| iMessage | 11/16/2020 6:48 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | So are the Antifa and BLM asshats | | |
| iMessage | 11/16/2020 6:48 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | You ain't wrong. | | |
| iMessage | 11/16/2020 6:49 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I've been fielding threatening phone calls and social media posts from both sides all day | | |
| iMessage | 11/16/2020 6:49 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Lol I imagine there's a lot more now. | | |
| iMessage | 11/16/2020 6:51 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Definitely. My personal favorites are the ones that call you White Supremacists and say we protected you while you attacked peaceful protesters | | |
| iMessage | 11/16/2020 6:53 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | The article from Carless that said after we got stabbed you guys gave us "preferential" treatment… I was like yeah...we were the victims! | | |
| iMessage | 11/16/2020 7:03 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Exactly... | | |
| WhatsApp Message | 11/16/2020 7:51 PM | Ben Tyler <7034315078> | Shane Lamond <2024370434> | Okay ... also, Mike dunn and Enrique have a battle going on Parler | | |
| WhatsApp Message | 11/16/2020 7:52 PM | Shane Lamond <2024370434> | Ben Tyler <7034315078> | Hahaha! Enrique text me about boogs being retards a little earlier. He must've been referring to him | | |
| SMS/MMS | 11/16/2020 9:40 PM | Enrique Tarrio <7869616789> | Sheriff Clarke MAGA <2029698555> | Sometimes I wish we can be everywhere… DC metro wanted to act but weren't allowed to. | | |
| WhatsApp Message | 11/17/2020 8:49 PM | Ben Tyler <7034315078> | Shane Lamond <2024370434> | Have you talked to Enrique, do they have any plans for this weekend? | | |
| WhatsApp Message | 11/17/2020 8:50 PM | Shane Lamond <2024370434> | Ben Tyler <7034315078> | No they are laying low. No plans for this weekend. There's gonna be another Trump rally in DC on Dec. 12. They may come back for that. Won't be as big as last weekend though | | |
| WhatsApp Message | 11/17/2020 8:51 PM | Ben Tyler <7034315078> | Shane Lamond <2024370434> | Okay. Dunn is planning something in central Virginia and I was curious to see if they were gonna show for it since they have been battling on Parler all week | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| WhatsApp Message | 11/17/2020 8:52 PM | Shane Lamond <2024370434> | Ben Tyler <7034315078> | I gotcha | | |
| iMessage | 11/18/2020 10:05 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Morning, brother. Are you all planning on coming to DC on December 12th for the Million MAGA March II? | | |
| iMessage | 11/18/2020 10:19 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yes sir. | | |
| iMessage | 11/18/2020 10:22 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy! See you then | | |
| iMessage | 12/2/2020 7:49 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, did you part ways with Joe Golinske? I haven't heard from him in a long time. He ok? | | |
| iMessage | 12/2/2020 7:55 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Don't know who that is? Got a picture? | | |
| iMessage | 12/2/2020 7:57 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I don't know what name he goes by... <image/jpeg> | IMG_3229.jpeg  | |
| iMessage | 12/2/2020 7:57 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I just have his government name lol | | |
| iMessage | 12/2/2020 7:58 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | He had some family stuff. Hasn't been back around since July 4th | | |
| iMessage | 12/2/2020 7:58 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | He messages me every once in awhile on telegram | | |
| iMessage | 12/2/2020 7:58 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I gotcha. He would text me from time to time but I've reached out to him and haven't gotten a response. Just wanted to make sure he was ok | | |
| iMessage | 12/2/2020 8:01 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | What are you expecting for 12/12? Same numbers as before or more? I'm hearing NYC and Miami Antifa are planning on coming | | |
| iMessage | 12/2/2020 8:04 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | My guess is that you see those numbers lose to double | | |
| iMessage | 12/2/2020 8:05 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy. That's what i figured | | |
| iMessage | 12/3/2020 10:42 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hey brother, do you know if Alex Jones is coming Dec. 12? | | |
| iMessage | 12/3/2020 10:43 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | He will be. | | |
| iMessage | 12/3/2020 10:44 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Copy. Sounds like this is going to be quite an event | | |
| iMessage | 12/3/2020 10:44 AM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | This one look any bigger. | | |
| iMessage | 12/3/2020 10:49 AM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Hard to say. We weren't expecting as many people the last time... | | |
| Telegram Group Chat | 12/4/2020 6:32 PM | Enrique Tarrio <581632416> | Skull and Bones 2020/2021 <4755540701> | Hey just wanted to let you know, my XO Animal got detained by the FBI this morning to ask him about his affiliation with Proud Boys. He didn't say much but the agents were very interested in one specific member that Animal had in his truck. Someone by the name of Inky. They were trying to find out what Animal knew about Inky, how long he's known him, etc. Animal told them he only met him the one time when he got in the back of his truck. Nothing major and he was released but I wanted to give you a heads up that the feds are looking hard at Inky for some reason. | | |
| Telegram Private Chat | 12/5/2020 3:32 AM | Enrique Tarrio <581632416> | mamafe <1431764167> | I feel like DC metro is going to really crack down | | |

**Timeline**

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| WhatsApp Message | 12/7/2020 2:00 PM | Ben Tyler <7034315078> | Shane Lamond <2024370434> | What #'s do y'all anticipate for Saturday? | | |
| WhatsApp Message | 12/7/2020 2:01 PM | Shane Lamond <2024370434> | Ben Tyler <7034315078> | We are estimating between 5-10k. Not as big as last time but still big | | |
| WhatsApp Message | 12/7/2020 2:02 PM | Ben Tyler <7034315078> | Shane Lamond <2024370434> | Have you heard from ET? | | |
| WhatsApp Message | 12/7/2020 2:02 PM | Shane Lamond <2024370434> | Ben Tyler <7034315078> | Not in a few days | | |
| WhatsApp Message | 12/7/2020 2:03 PM | Shane Lamond <2024370434> | Ben Tyler <7034315078> | Texted last week. He said there should be more of them this time | | |
| WhatsApp Message | 12/7/2020 2:20 PM | Ben Tyler <7034315078> | Shane Lamond <2024370434> | Oh boy!!! | | |
| iMessage | 12/7/2020 2:29 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | You have any info on the event planned Saturday night after the March? | | |
| iMessage | 12/7/2020 2:29 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | March at 6pm I don't know the location yet | | |
| iMessage | 12/7/2020 2:30 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | I gotcha. Going to be like November 14th? | | |
| iMessage | 12/7/2020 2:31 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Somewhat. | | |
| iMessage | 12/7/2020 2:31 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Thanks | | |
| iMessage | 12/7/2020 2:34 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Harry's is getting bombarded with harassing calls. | | |
| iMessage | 12/7/2020 2:35 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Yep I was about to send it to you. Shut Down DC is telling people to call Harry's and demand they close for Dec. 12 | | |
| iMessage | 12/7/2020 2:35 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Then we turn into the bad guys somehow. | | |
| iMessage | 12/7/2020 2:35 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | This is all not cool. | | |
| iMessage | 12/7/2020 2:36 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | Unfortunately nothing can be done about the calls. Not breaking the law | | |
| iMessage | 12/7/2020 2:36 PM | Enrique Tarrio <7869616789> | Shane Lamond <2024370434> | Yeah I know | | |
| iMessage | 12/7/2020 2:36 PM | Shane Lamond <2024370434> | Enrique Tarrio <7869616789> | <image/jpeg> | IMG_3259.JPG  | |
| WhatsApp Message | 12/9/2020 11:05 AM | Ben Tyler <7034315078> | Shane Lamond <2024370434> | Good morning! At some point, when you have a minute, can you see if ET plans to attend the VA lobby day in January. | | |
| WhatsApp Message | 12/9/2020 11:06 AM | Shane Lamond <2024370434> | Ben Tyler <7034315078> | Hey Ben! Yep, I will reach out to him today | | |
| WhatsApp Message | 12/9/2020 11:06 AM | Ben Tyler <7034315078> | Shane Lamond <2024370434> | Thanks | | |
| Telegram Private Chat | 12/9/2020 12:05 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Hey brother, I'm sure you've heard Antifa is calling the hotels urging them to cancel reservations for trump supporters this weekend. Will you have guys staying at Harrington again? That's one of them on the list | | |
| Telegram Private Chat | 12/10/2020 10:12 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | I'm hearing Harry's is going to be closed Saturday | | |

(Page 150 of Total)

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Private Chat | 12/10/2020 10:26 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | Yeah I figured. I told my guys to not go to Harry's | | |
| Telegram Private Chat | 12/10/2020 10:27 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <Reply to: Hey brother, I'm sure you've heard Antifa is calling the hotels urging them to cancel reservations for trump supporters this weekend. Will you have guys staying at Harrington again? That's one of them on the list> <audio/ogg> | *[Audio File Unrecovered]* | |
| Telegram Private Chat | 12/10/2020 1:20 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Do you know where Alex Jones is speaking? We are hearing conflicting locations - SCOTUS, Freedom Plaza, and National Mall. Any way you can find out where he is going? | | |
| Telegram Private Chat | 12/10/2020 1:22 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Will you all be at Freedom Plaza or National Mall? | | |
| Telegram Group Chat | 12/10/2020 5:36 PM | Enrique Tarrio <581632416> | East Coast Rally Command <4705500185> | The only way we control the safety of our guys is to lead them into situations we control | | |
| Telegram Group Chat | 12/10/2020 6:06 PM | Enrique Tarrio <581632416> | East Coast Rally Command <4705500185> | I've had little communication with DC metro which is odd | | |
| Telegram Group Chat | 12/10/2020 6:06 PM | Enrique Tarrio <581632416> | East Coast Rally Command <4705500185> | They've been really short | | |
| WhatsApp Message | 12/11/2020 9:55 AM | Shane Lamond <2024370434> | Ben Tyler <7034315078> | Sorry for the delayed response but he just got back to me now. He says he hasn't decided yet. He's going to be in DC for inauguration but not sure when he's coming to the area. He said he's let me know once he decides | | |
| WhatsApp Message | 12/11/2020 10:17 AM | Ben Tyler <7034315078> | Shane Lamond <2024370434> | Thanks for checking | | |
| Telegram Private Chat | 12/11/2020 3:57 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <Reply to: Will you all be at Freedom Plaza or National Mall?> <audio/ogg> | *[Audio File Unrecovered]* | |
| Telegram Private Chat | 12/11/2020 3:58 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Yep I know. Cuban Embassy called police on you lol | | |
| Telegram Private Chat | 12/11/2020 4:02 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <audio/ogg> | *[Audio File Unrecovered]* | |
| Telegram Private Chat | 12/11/2020 4:03 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Midget tossing??? I think that certainly qualifies as civil disobedience 😂. | | |
| Telegram Private Chat | 12/11/2020 4:21 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | We're clearing out | | |
| Telegram Private Chat | 12/11/2020 4:21 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Copy. Thanks brother | | |
| Telegram Private Chat | 12/11/2020 4:21 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | I'll update you on movements from now on | | |
| Telegram Private Chat | 12/11/2020 4:23 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | I appreciate it. Any other plans for this evening? I hear Harry's is shutting down at 7 | | |
| Telegram Private Chat | 12/11/2020 4:24 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | We're going to have a briefing tonight at 1030 at the national mall. We're marching from Harrington's | | |
| Telegram Private Chat | 12/11/2020 4:26 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Copy. Antifa should be staying up at BLM Plaza. Do you want me to let our uniformed officers know that or keep it to myself? I will be around all night in case anything kicks off | | |
| Telegram Private Chat | 12/11/2020 4:27 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <audio/ogg> | *[Audio File Unrecovered]* | |
| SMS/MMS | 12/11/2020 4:33 PM | Shane Lamond <2024370434> | <SMS Group Chat 142450766355613995> Carolyn Montagna <2024897859> Jeffery Carroll <2024378198> et al. | Just got word that PB will be having a meeting on National Mall at 2230 hours tonight. They are planning on marching over from Harrington around 2200. Will send to USPP as well | | |



USCA Case #25-3066 Document #2172... Filed: 05/09/2026 Page 150 of 257
A1592

**Timeline**

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| SMS/MMS | 12/11/2020 4:34 PM | Jeffery Carroll<br><2024378198> | <SMS Group Chat<br>142450766355613995><br>Shane Lamond<br><2024370434><br>Carolyn Montagna<br><2024897859><br>et al. | Thx.  Are they planning on going anywhere after that? | | |
| SMS/MMS | 12/11/2020 4:36 PM | Shane Lamond<br><2024370434> | <SMS Group Chat<br>142450766355613995><br>Carolyn Montagna<br><2024897859><br>Jeffery Carroll<br><2024378198><br>et al. | No. The meeting is to discuss their game plan for tomorrow. They will all break up and head to hotels from there | | |
| SMS/MMS | 12/11/2020 4:57 PM | Jeffery Carroll<br><2024378198> | <SMS Group Chat<br>142450766355613995><br>Shane Lamond<br><2024370434><br>Carolyn Montagna<br><2024897859><br>et al. | Well at least we will get an idea of how many are actually here based on that meeting | | |
| Telegram Private Chat | 12/11/2020 9:36 PM | Shane Lamond<br><869476955> | Enrique Tarrio <581632416> | Where you all headed? | | |
| Telegram Private Chat | 12/12/2020 9:49 AM | Shane Lamond<br><869476955> | Enrique Tarrio <581632416> | Is your group at 11th and E heading to FP or the Mall? | | |
| Telegram Private Chat | 12/12/2020 9:49 AM | Shane Lamond<br><869476955> | Enrique Tarrio <581632416> | And invite to the White House? 👍. | | |
| iMessage | 12/12/2020 3:43 PM | Shane Lamond<br><2024370434> | Enrique Tarrio<br><7869616789> | Hey brother, what’s the plan for the rest of the day? | | |
| iMessage | 12/12/2020 5:31 PM | Enrique Tarrio<br><7869616789> | Shane Lamond<br><2024370434> | 6-7pm Harrington’s. Then we’re going to March. Don’t know the route yet | | |
| iMessage | 12/12/2020 5:32 PM | Shane Lamond<br><2024370434> | Enrique Tarrio<br><7869616789> | Copy. I’m up with your boys at McPherson Square now | | |
| iMessage | 12/12/2020 5:32 PM | Shane Lamond<br><2024370434> | Enrique Tarrio<br><7869616789> | Do you know where you are heading to? | | |
| SMS/MMS | 12/12/2020 5:33 PM | Shane Lamond<br><2024370434> | <SMS Group Chat<br>570516334336022408><br>Carolyn Montagna<br><2024897859><br>Jeffery Carroll<br><2024378198><br>et al. | From PB source:<br><br>6-7pm Harrington’s. Then we’re going to March. Don’t know the route yet | | |
| WhatsApp Message | 12/12/2020 5:37 PM | Shane Lamond<br><2024370434> | Carolyn Montagna<br><2024897859> | 6-7pm Harrington's. Then we're going to March. Don't know the route yet | | |
| WhatsApp Message | 12/12/2020 5:37 PM | Shane Lamond<br><2024370434> | Carolyn Montagna<br><2024897859> | From ET | | |
| WhatsApp Message | 12/12/2020 5:39 PM | Carolyn Montagna<br><2024897859> | Shane Lamond<br><2024370434> | Wow! | | |
| Telegram Private Chat | 12/12/2020 7:30 PM | Shane Lamond<br><869476955> | Enrique Tarrio <581632416> | We just locked up one of your guys at 14th and K | | |
| iMessage | 12/12/2020 9:19 PM | Enrique Tarrio<br><7869616789> | Shane Lamond<br><2024370434> | 2 of my guys stabbed | | |

(Page 152 of Total)

USCA Case #25-3066 Document #2172592 Filed: 05/09/2026 Page 152 of 257

A1594

**Timeline**

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| iMessage | 12/12/2020 9:20 PM | Shane Lamond<br><2024370434> | Enrique Tarrio<br><7869616789> | I'm hearing may be a total of four. | | |
| iMessage | 12/12/2020 9:21 PM | Shane Lamond<br><2024370434> | Enrique Tarrio<br><7869616789> | I'm up at 11th and F now | | |
| MPD Case File | 12/12/2020 (Evening) | N/A | N/A | Destruction of Property - BLM banner is burned by group, including Tarrio, at church near intersection of 11th Street and E Street, NW, Washington, DC | | |
| Email | 12/13/2020 10:58 AM | Kelly O'Meara<br><kelly.omeara@dc.gov> | Shane Lamond<br><shane.lamond@dc.gov><br>Leslie Parsons<br><leslie.parsons@dc.gov><br>David Hong<br><david.hong@dc.gov><br>Kristen Metzger<br><kristen.metzger@dc.gov><br>et al. | BLM signs<br>"Because John Falcicchio is asking - are we all on board with saying that the tearing down of the BLM signs would be investigated as a possible hate crime?" | | |
| Email | 12/13/2020 11:11 AM | Shane Lamond<br><shane.lamond@dc.gov> | Leslie Parsons<br><leslie.parsons@dc.gov><br>David Hong<br><david.hong@dc.gov><br>Kelly O'Meara<br><kelly.omeara@dc.gov><br>Kristen Metzger<br><kristen.metzger@dc.gov><br>et al. | Re: BLM signs<br>"That's a very tricky question and one that I was thinking about this morning. We have supported this offense in the past with the burning and destruction of gay pride flags and such. However, wouldn't that also mean that a lot of the criminal offenses (assaults, the stabbing on 11th Street) reported yesterday connected to the event would be possible hate crimes?" | | |
| Email | 12/13/2020 11:14 AM | David Hong<br><david.hong@dc.gov> | Shane Lamond<br><shane.lamond@dc.gov><br>Leslie Parsons<br><leslie.parsons@dc.gov><br>Kelly O'Meara<br><kelly.omeara@dc.gov><br>Kristen Metzger<br><kristen.metzger@dc.gov><br>et al. | Re: BLM signs<br>"I think it really just depends on each circumstance and what was said or heard and who was involved, I'll check all the reports today and tomm as they come in and see if we need clarification from the report takers if possible" | | |
| Email | 12/13/2020 11:15 AM | Kristen Metzger<br><kristen.metzger@dc.gov> | Shane Lamond<br><shane.lamond@dc.gov><br>Leslie Parsons<br><leslie.parsons@dc.gov><br>David Hong<br><david.hong@dc.gov><br>Kelly O'Meara<br><kelly.omeara@dc.gov><br>et al. | Re: BLM signs<br>"We've had a few media inquiries about this (see attached).<br><br>Is it accurate for us to say:<br><br>Yes, MPD is aware of these incidents. We take these offenses seriously and we are currently investigating them as a possible hate crimes. If anyone has any information we ask that they call 202-727-9099 or text 50411."<br>*[Attachment - Arrests_in_burning_BLM_sign?.msg]*<br>*[Attachment - Action_on_church_signs_burning_destruction?.msg]* | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Email | 12/13/2020 11:15 AM | Kelly O'Meara <kelly.omeara@dc.gov> | Shane Lamond <shane.lamond@dc.gov> Leslie Parsons <leslie.parsons@dc.gov> David Hong <david.hong@dc.gov> Kristen Metzger <kristen.metzger@dc.gov> et al. | Re: BLM signs "I think that is correct that some of them may be. However, while we know that race is a protected category, I think we'll have to think about whether the Proud Boys falls into one. It may not." | | |
| Telegram Private Chat | 12/13/2020 5:07 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Shut Down DC is going after Harry's again. Urging people to report them to ABRA. | | |
| Telegram Private Chat | 12/13/2020 5:13 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | We didn't even go into Harry's | | |
| Telegram Private Chat | 12/13/2020 5:13 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | What's ABRA | | |
| Telegram Private Chat | 12/13/2020 5:13 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Alcoholic Beverage Regulatory Agency | | |
| Telegram Private Chat | 12/13/2020 5:14 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | What codes would they have broken? | | |
| Telegram Private Chat | 12/13/2020 5:15 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | We're your guys there on Friday? | | |
| Telegram Private Chat | 12/13/2020 5:15 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <audio/ogg> | *[Audio File Unrecovered]* | |
| Telegram Private Chat | 12/13/2020 5:17 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | There may be no evidence to support it but they have sent emails to their followers urging them to call ABRA and report violations and also to call both Harry's and Hotel Harrington and tell them not to let PB back. Just giving you a heads up | | |
| Telegram Private Chat | 12/13/2020 5:18 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | On a brighter note, guy who stabbed your guys got locked up | | |
| Telegram Private Chat | 12/13/2020 5:26 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <audio/ogg> | *[Audio File Unrecovered]* | |
| Telegram Private Chat | 12/13/2020 5:27 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | I haven't pulled the report yet but from what I learned on the scene last night it was only one person | | |
| Telegram Private Chat | 12/13/2020 5:32 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | What's the general consensus with DC metro and my guys? | | |
| Telegram Private Chat | 12/13/2020 5:43 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | That's too complicated for a text answer. That's an in person convo over a beer | | |
| Telegram Private Chat | 12/13/2020 5:45 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | That NomadPatriot86 guy I asked you about before pisses me off though. He was posting shit on Parler about behind here this weekend. It took everything I had not to call him out on his BS | | |
| Telegram Private Chat | 12/13/2020 5:50 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | I'll be in town till Thursday | | |
| Telegram Private Chat | 12/13/2020 5:50 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | We can go to the Dubliner | | |
| Telegram Private Chat | 12/13/2020 5:54 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Perfect. I won't be working tomorrow but how about Tuesday afternoon? | | |
| Telegram Private Chat | 12/13/2020 5:55 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | Let's do it | | |
| Telegram Group Chat | 12/14/2020 1:09 AM | Chris PB <619039572> | Skull and Bones 2020/2021 <4755540701> | Lmfao Enriqueta is in trouble | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Group Chat | 12/14/2020 1:30 AM | Enrique Tarrio <581632416> | Skull and Bones 2020/2021 <4755540701> | I'm going to prison for a hate crime | | |
| Telegram Private Chat | 12/14/2020 10:52 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <audio/ogg> | *[Audio File Unrecovered]* | |
| Telegram Group Chat | 12/14/2020 10:52 AM | Enrique Tarrio <581632416> | Cuffs and gashes <9751355053> | Just contacted my DC metro guy | | |
| WhatsApp Message | 12/14/2020 12:05 PM | Shane Lamond <2024370434> | Carolyn Montagna <2024897859> | I know what happened | | |
| WhatsApp Message | 12/14/2020 12:05 PM | Shane Lamond <2024370434> | Carolyn Montagna <2024897859> | Also - I'm having drinks with ET tomorrow afternoon to discuss some things with him | | |
| WhatsApp Message | 12/14/2020 12:05 PM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | Eek | | |
| WhatsApp Message | 12/14/2020 12:05 PM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | Is that smart? To do social? | | |
| WhatsApp Message | 12/14/2020 12:05 PM | Shane Lamond <2024370434> | Carolyn Montagna <2024897859> | It's fine. Only the two of us and at a low key place - NOT Harry's | | |
| WhatsApp Message | 12/14/2020 12:05 PM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | OK | | |
| Telegram Private Chat | 12/14/2020 12:46 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Just heard your message. He will be released at the ramp at 3rd and C Streets NW this afternoon. The ramp is at the underpass between MPD headquarters and Dept. Of Labor on 3rd Street | | |
| Telegram Private Chat | 12/14/2020 12:47 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Is your guy Corey Nielsen? | | |
| Telegram Private Chat | 12/14/2020 3:26 PM | Jon 2A <669336167> | Enrique Tarrio <581632416> | https://twitter.com/DCPoliceDept/status/1338529064353673219?s=09 |  | |
| Telegram Private Chat | 12/14/2020 6:31 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | How about 4:30 tomorrow at Dubliner? | | |
| Telegram Private Chat | 12/14/2020 6:51 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <Reply to: How about 4:30 tomorrow at Dubliner?><br>Deal | | |
| Telegram Private Chat | 12/14/2020 9:09 PM | Enrique Tarrio <581632416> | Jon 2A <669336167> | Yeah I'm following this...meeting with my DC metro contact | | |
| Telegram Private Chat | 12/14/2020 9:35 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <Reply to: Is your guy Corey Nielsen?><br>Yes. | | |
| Telegram Group Chat | 12/15/2020 7:54 AM | Colors&Creed <832743213> | Cuffs and gashes <9751355053> | Corey is still in hospital or in custody we haven't found out where but we do know he was arrested they charged him with misdemeanor petty assault so we're hoping it's all over soon when he is out of the hospital or jail some boys back East are going to pick him up and bring him to the airport we should know more when the lawyer we got for Corey gets back in touch with us this morning keep you posted boys | | |
| Telegram Private Chat | 12/15/2020 2:03 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <audio/ogg> | *[Audio File Unrecovered]* | |
| Telegram Group Chat | 12/15/2020 2:07 PM | Enrique Tarrio <581632416> | Cuffs and gashes <9751355053> | DC metro asking about Corey | | |
| Telegram Private Chat | 12/15/2020 2:09 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Yes. I'm doing this training now but should be done by 4 so I will be there at 4:30 | | |
| iMessage | 12/15/2020 2:39 PM | Jeffery Carroll <jeffery.carroll@dc.gov> | Shane Lamond <2024370434> | Shane have you received any information that would lead you to believe the proud boys are going to be here for inauguration | | |
| iMessage | 12/15/2020 2:40 PM | Shane Lamond <2024370434> | Jeffery Carroll <jeffery.carroll@dc.gov> | My source told me months ago they would probably be here for inauguration but nothing lately. I'm meeting with him this afternoon so I will confirm | | |

**Timeline**

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Private Chat | 12/15/2020 4:14 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | On my way now | | |
| Telegram Private Chat | 12/15/2020 4:21 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Have a table in the room to the right when you walk in | | |
| Telegram Private Chat | 12/15/2020 4:31 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | Going down | | |
| iMessage | 12/15/2020 5:52 PM | Shane Lamond <2024370434> | Jeffery Carroll <jeffery.carroll@dc.gov> | Just confirmed that proud boys are not planning on coming to DC for inauguration at this time | | |
| iMessage | 12/15/2020 5:52 PM | Jeffery Carroll <jeffery.carroll@dc.gov> | Shane Lamond <2024370434> | Hopefully it stays that way | | |
| iMessage | 12/15/2020 5:54 PM | Shane Lamond <2024370434> | Jeffery Carroll <jeffery.carroll@dc.gov> | He is not happy with what happened on Saturday and admitted that their crowd was way too big and unmanageable so he wants to rethink what they will do in the future | | |
| iMessage | 12/15/2020 6:04 PM | Jeffery Carroll <jeffery.carroll@dc.gov> | Shane Lamond <2024370434> | How about never come to dc again.<br><br>Can he ID those people in the flyers? | | |
| iMessage | 12/15/2020 6:05 PM | Shane Lamond <2024370434> | Jeffery Carroll <jeffery.carroll@dc.gov> | He's claiming that he doesn't recognize them and said that he had close to 1,000 members here and doesn't know all of them | | |
| iMessage | 12/15/2020 6:06 PM | Jeffery Carroll <jeffery.carroll@dc.gov> | Shane Lamond <2024370434> | I bet | | |
| Telegram Group Chat | 12/15/2020 7:10 PM | Noble Big Bollocks 4° Elder, Britannia VP <631389029> | Skull and Bones 2020/2021 <4755540701> | Are you going to Jail Enrique? | | |
| Telegram Group Chat | 12/15/2020 7:11 PM | Enrique Tarrio <581632416> | Skull and Bones 2020/2021 <4755540701> | This might not be good | | |
| Telegram Group Chat | 12/15/2020 7:12 PM | Enrique Tarrio <581632416> | Skull and Bones 2020/2021 <4755540701> | I admitted to burning the sign to an MDC officer | | |
| Telegram Group Chat | 12/15/2020 7:12 PM | Enrique Tarrio <581632416> | Skull and Bones 2020/2021 <4755540701> | I told them to take me in. | | |
| Telegram Private Chat | 12/17/2020 11:26 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <photo> | *[Image Unrecovered]* | |
| Telegram Private Chat | 12/17/2020 11:26 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | You didn't tell me we are going to be neighbors 😂. | | |
| Telegram Private Chat | 12/17/2020 11:48 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <audio/ogg> | *[Audio File Unrecovered]* | |
| Telegram Private Chat | 12/17/2020 12:00 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | If that's the case sounds like you have a leak... | | |
| Telegram Private Chat | 12/17/2020 12:03 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <audio/ogg> | *[Audio File Unrecovered]* | |
| Telegram Private Chat | 12/17/2020 12:04 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | It's an Antifa IG handle | | |

(Page 156 of Total)

USCA Case #25-3066 Document #2172... Filed: 05/09/2026 Page 156 of 257

A1598

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Open Source | 12/18/2020 | Enrique Tarrio | Parler | Tarrio Parler Post:<br>"The FBI is currently the [sic] investigating a supposed 'hate crime' perpetrated by the ProudBoys. They're even offering a reward. I'm here to tell you that there was no hate crime committed. The only hate there is in my heart is for communism and an authoritarian government. BLM is a Marxist movement. It isn't about the color of someone's skin. Against the wishes of my attorney I am here today to admit that I am the person responsible for the burning of this sign. And I am not ashamed of what I did because I didn't do it out of hate...I did it out of love. Love for a country that has given my family SO MUCH. The burning of this banner wasn't about race religion or political ideology it was about a racist movement that has terrorized the citizens of this country. I will not standby [sic] and watch them burn another city. So let me make this simple. I did it. Come get me if you feel like what I did was wrong. We'll let the public decide. Forever PROUD. -Enrique " |  | |
| Open Source | 12/18/2020 | Enrique Tarrio | Washington Post | Tarrio tells Washington Post in telephone interivew that he burned the BLM banner. (https://www.washingtonpost.com/local/public-safety/enrique-tarrio-proud-boys-black-lives-matter-sign/2020/12/18/c056c05e-415a-11eb-8db8-395dedaaa036_story.html) |  Proud Boys leader says he burned Black Lives Matter banner stolen from church during demonstrations in D.C. | |
| WhatsApp Message | 12/18/2020 7:25 AM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | Did you see the crime solvers tip? | | |
| WhatsApp Message | 12/18/2020 7:26 AM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | On 12/18/2020 at 0145 hours stating that a male by the name of Henry Enrique Carrio who is a member of the Proud Boys is claiming responsibility for the destruction of property at the church located in the 400 block of 11th Street NW. The caller stated that Mr. Carrio is living in Miami Florida at 5730 North West 2nd Street | | |
| WhatsApp Message | 12/18/2020 7:26 AM | Shane Lamond <2024370434> | Carolyn Montagna <2024897859> | Oh fuck! | | |
| WhatsApp Message | 12/18/2020 7:26 AM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | What? | | |
| WhatsApp Message | 12/18/2020 7:26 AM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | The tip? | | |
| WhatsApp Message | 12/18/2020 7:27 AM | Shane Lamond <2024370434> | Carolyn Montagna <2024897859> | Yes! Remember what he told me? | | |
| WhatsApp Message | 12/18/2020 7:27 AM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | I mean - it's for Mr. Carrio | | |
| WhatsApp Message | 12/18/2020 7:27 AM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | Yes | | |
| WhatsApp Message | 12/18/2020 7:27 AM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | But this tip is for Carrio 🤣. | | |
| WhatsApp Message | 12/18/2020 7:28 AM | Shane Lamond <2024370434> | Carolyn Montagna <2024897859> | Orrrr the CIC screwed up and got his name wrong 😜. | | |
| WhatsApp Message | 12/18/2020 7:29 AM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | It's not recorded so the world may never know | | |
| Telegram Secret Chat | 12/18/2020 7:34 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 1> Hey brother, did you call in an anonymous tip to MPD claiming responsibility for the banner burning? | | |
| WhatsApp Message | 12/18/2020 8:12 AM | Shane Lamond <2024370434> | Carolyn Montagna <2024897859> | I think he called that tip in on himself because very few people know that Henry is his legal name | | |
| WhatsApp Message | 12/18/2020 8:12 AM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | Hahaha maybe? I thought it's out there | | |
| WhatsApp Message | 12/18/2020 8:12 AM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | I've seen it online before | | |
| WhatsApp Message | 12/18/2020 8:13 AM | Shane Lamond <2024370434> | Carolyn Montagna <2024897859> | You have? I've always seen Enrique | | |

**Timeline**

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| WhatsApp Message | 12/18/2020 8:13 AM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | <photo> |  | |
| WhatsApp Message | 12/18/2020 8:14 AM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | <photo> |  | |
| WhatsApp Message | 12/18/2020 8:14 AM | Carolyn Montagna <2024897859> | Shane Lamond <2024370434> | It's definitely out there | | |
| WhatsApp Message | 12/18/2020 8:52 AM | Shane Lamond <2024370434> | Carolyn Montagna <2024897859> | Ahhhh | | |
| Telegram Secret Chat | 12/18/2020 9:30 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 1> I did more than that. It's on my social media | | |
| Telegram Secret Chat | 12/18/2020 9:50 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 2> I gotcha. Someone called in an anonymous tip saying that you claimed responsibility for it. | | |
| Telegram Secret Chat | 12/18/2020 10:05 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 2> This wasn't a hate crime. And I want to see it play out. | | |
| Telegram Secret Chat | 12/18/2020 10:06 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 3> I'm curious to see what happens too. I will check with our CID people to see if they have you on video. | | |
| Telegram Secret Chat | 12/18/2020 10:08 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 4> Also - you've got the FBI and USSS all spun up over what was said on InfoWars the other night about PB dressing up as Biden supporters on Inauguration Day. Got an email first thing this morning 😳. | | |
| Telegram Secret Chat | 12/18/2020 10:11 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 3> <audio/ogg> | *[Audio File Unrecovered]* | |
| Telegram Secret Chat | 12/18/2020 10:12 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 4> <audio/ogg> | *[Audio File Unrecovered]* | |
| Telegram Secret Chat | 12/18/2020 10:21 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 5> <audio/ogg> | *[Audio File Unrecovered]* | |
| Telegram Secret Chat | 12/18/2020 10:22 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 6> Lol...just searched. I never said this haha <photo> | *[Image Unrecovered]* | |
| Telegram Secret Chat | 12/18/2020 10:30 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 7> <audio/ogg> | *[Audio File Unrecovered]* | |
| Telegram Secret Chat | 12/18/2020 10:42 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 9> Lol yep that's exactly what o [sic] got from FBI and USSS | | |
| Telegram Secret Chat | 12/18/2020 10:42 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 8> The video is out there | | |
| Telegram Secret Chat | 12/18/2020 10:52 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 10> I think it was included. I'm just going to let them get all freaked out. They're idiots | | |
| Telegram Secret Chat | 12/18/2020 10:52 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 9> Lol | | |
| Telegram Secret Chat | 12/18/2020 10:52 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 10> <audio/ogg> | *[Audio File Unrecovered]* | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Email | 12/18/2020 2:46 PM | Shane Lamond <shane.lamond@dc.gov> | David Hong <david.hong@dc.gov> Leslie Parsons <leslie.parsons@dc.gov> et al. | Re: BLM Banner "Good Afternoon All, Is anyone aware of whether the burning of the BLM banner is being investigated by the FBI as a possible hate crime? I know we talked about it on Sunday but I didn't hear anything about the FBI taking over the investigation. As you may be aware, the current chairman of the Proud Boys, Enrique Tarrio, just publicly admitted that he was responsible for its destruction." |  | |
| Email | 12/18/2020 2:47 PM | David Hong <david.hong@dc.gov> | Shane Lamond <shane.lamond@dc.gov> Leslie Parsons <leslie.parsons@dc.gov> et al. | Re: BLM Banner "Hmm I talked to my Contacts, Special agent Gano and linked him with ddu but he advised their office would unlikely take the case federal, I can find out more" | | |
| Email | 12/18/2020 2:50 PM | Shane Lamond <shane.lamond@dc.gov> | Carolyn Montagna <carolyn.montagna@dc.gov> Leslie Parsons <leslie.parsons@dc.gov> Nicole Copeland <nicoleg.copleand@dc.gov> et al. | Re: Phone Tip "Please let me know if you need anything related to this. I know him so I can probably fill in any blanks you may have. I have attached his picture for your awareness." |  Proud Boys Chairman Enrique Tarrio. AP Photo/Noah | |
| Email | 12/18/2020 2:50 PM | Shane Lamond <shane.lamond@dc.gov> | David Hong <david.hong@dc.gov> Leslie Parsons <leslie.parsons@dc.gov> et al. | Re: BLM Banner "Copy, this post may have been mistaken. I would be surprised if FBI took over this investigation." | | |
| Email | 12/18/2020 2:51 PM | David Hong <david.hong@dc.gov> | Shane Lamond <shane.lamond@dc.gov> Leslie Parsons <leslie.parsons@dc.gov> et al. | Re: BLM Banner "I just tqlked [sic] to Matt Gano, they are what they call "assessing it. " They have not indicated or advised publicly that they are attaching themselves so the post may be false, at this point they are just assisting DDu where they can" | | |
| Email | 12/18/2020 3:04 PM | Shane Lamond <shane.lamond@dc.gov> | David Hong <david.hong@dc.gov> Leslie Parsons <leslie.parsons@dc.gov> et al. | Re: BLM Banner "Copy, thank you David." | | |
| Telegram Group Chat | 12/18/2020 3:33 PM | Enrique Tarrio <581632416> | Skull and Bones 2020/2021 <4755540701> | We got the jump on the narrative for the banner burning. This should make it next to impossible for them to use the "hate crime" enhancement. As per my contact at DC metro | | |
| Telegram Group Chat | 12/18/2020 3:33 PM | Enrique Tarrio <581632416> | Skull and Bones 2020/2021 <4755540701> | This stays in here | | |
| Telegram Secret Chat | 12/18/2020 4:09 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 11> So what do you think? | | |
| Telegram Secret Chat | 12/18/2020 4:13 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 12> About which part? You clearing the air about the Biden gear or the BLM banner? | | |
| Telegram Secret Chat | 12/18/2020 4:52 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 12> BLM banner | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Secret Chat | 12/18/2020 4:52 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 13> You think they'll make a stink of it? | | |
| Telegram Secret Chat | 12/18/2020 4:53 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 14> <Reply to: About which part? You clearing the air about the Biden gear or the BLM banner?> The Biden gear is a non issue. | | |
| Telegram Secret Chat | 12/18/2020 4:53 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 15> That's just media retards | | |
| Telegram Secret Chat | 12/18/2020 4:55 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 13> No, a bit of the opposite. I've been talking to CID about it. They wanted to know what I know about your group and if I think you all are racist. I told them you are made up of a lot of Latinos and blacks so not a racist thing. If anything I said it's political but then I drew attention to the Trump and American flags that were taken by Antifa and set on fire. I said all those would have to be classified as hate crimes too. It's not being investigated by FBI though. Just us (MPD) | | |
| Telegram Secret Chat | 12/18/2020 4:55 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 16> Ahhhh ok! | | |
| Telegram Secret Chat | 12/18/2020 4:56 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 17> Awesome. | | |
| Telegram Group Chat | 12/18/2020 4:56 PM | Enrique Tarrio <581632416> | Skull and Bones 2020/2021 <4755540701> | For our eyes only. | | |
| Telegram Group Chat | 12/18/2020 4:56 PM | Enrique Tarrio <581632416> | Skull and Bones 2020/2021 <4755540701> | No, a bit of the opposite. I've been talking to CID about it. They wanted to know what I know about your group and if I think you all are racist. I told them you are made up of a lot of Latinos and blacks so not a racist thing. If anything I said it's political but then I drew attention to the Trump and American flags that were taken by Antifa and set on fire. I said all those would have to be classified as hate crimes too. It's not being investigated by FBI though. Just us (MPD) | | |
| iMessage | 12/18/2020 4:57 PM | Enrique Tarrio <7869616789> | Amy Harris Photo <9312614575> | Ok so off the record... You won't be having any fun watching me get put away | | |
| Telegram Secret Chat | 12/18/2020 4:58 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 14> I don't think they have any pictures of you though | | |
| Telegram Private Chat | 12/18/2020 4:58 PM | Enrique Tarrio <581632416> | Mexizzachet <968117524> | So I just got word | | |
| Telegram Private Chat | 12/18/2020 4:59 PM | Enrique Tarrio <581632416> | Mexizzachet <968117524> | We're clear on the banner | | |
| Telegram Secret Chat | 12/18/2020 4:59 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 18> Strange | | |
| Telegram Secret Chat | 12/18/2020 5:16 PM | Enrique Tarrio <581632416> | Amy Harris Photo <14121086837> | DC metro just told me they won't be pursuing it | | |
| Telegram Private Chat | 12/18/2020 5:16 PM | Amy Harris Photo <1472679606> | Enrique Tarrio <581632416> | What about the FBI | | |
| Telegram Secret Chat | 12/18/2020 5:16 PM | Enrique Tarrio <581632416> | Amy Harris Photo <14121086837> | FBI isn't investigating | | |
| Telegram Private Chat | 12/18/2020 5:16 PM | Amy Harris Photo <1472679606> | Enrique Tarrio <581632416> | Are they going to still look for your guys | | |
| Telegram Secret Chat | 12/18/2020 5:16 PM | Enrique Tarrio <581632416> | Amy Harris Photo <14121086837> | They signal boosted DC metro | | |
| Telegram Secret Chat | 12/18/2020 5:17 PM | Enrique Tarrio <581632416> | Amy Harris Photo <14121086837> | They can't because they're not investigating | | |
| Email | 12/18/2020 11:58 PM | Nicole Copeland <nicoleg.copleand@dc.gov> | Ashan Mufti <ashan.mufti@dc.gov> et al. | FW: Phone Tip "If anyone has questions on him Lt. Lamond states that he knows him." | | |
| Telegram Secret Chat | 12/19/2020 12:53 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 19> <photo> | *[Image Unrecovered]* | |
| Telegram Secret Chat | 12/19/2020 3:11 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 15> Got it. We will see if we can ID the person | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Secret Chat | 12/19/2020 8:06 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 16> <photo> | *[Image Unrecovered]* | |
| Telegram Secret Chat | 12/19/2020 8:06 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 17> Have you heard anything about this? Is this legit? | | |
| Email | 12/19/2020 9:22 AM | Shane Lamond <shane.lamond@dc.gov> | John K. Donohue <john.donohue@uscp.gov> Julie Farnam <julie.farnam@uscp.gov> William Nasworthy <william.nasworthy@usss.dhs.gov> Mark Varanelli <mark_varanelli@nps.gov> et al. | Possible January Demo<br>"Good Morning All,<br>I hate to be the Christmas Grinch but please see below post regarding a possible big demo on January 6th. So far there have not been any permit applications for this that I am aware of. We are hoping this is a hoax but will keep digging to vet this information. If anyone locates anything to corroborate or refute this info please share with the group."<br><br>https://twitter.com/milionmagamarch/status/1340217633715720194?s=21 |  | |
| Telegram Secret Chat | 12/19/2020 10:26 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 20> <audio/ogg> | *[Audio File Unrecovered]* | |
| Email | 12/19/2020 10:33 AM | Shane Lamond <shane.lamond@dc.gov> | John K. Donohue <john.donohue@uscp.gov> Julie Farnam <julie.farnam@uscp.gov> William Nasworthy <william.nasworthy@usss.dhs.gov> Mark Varanelli <mark_varanelli@nps.gov> et al. | Re: Possible January Demo<br>"Looks like this maybe a legitimate event. I know the author of this article. I have reached out to her to see if this thing is growing legs."<br><br>https://www.thegatewaypundit.com/2020/12/president-donald-trump-calls-protest-dc-jan-6-says-will-wild/ |  | |
| Telegram Secret Chat | 12/19/2020 10:49 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 19> No, we really can't catch a break. I just found the article written by Cassandra. I just asked her if she thinks this is going to grow legs. Would you let me know if your group decides to participate? | | |
| Telegram Secret Chat | 12/19/2020 10:59 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 21> If we do it'll be extremely small and not in colors...no night March | | |
| Telegram Secret Chat | 12/19/2020 11:00 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 20> Copy that. I appreciate it. | | |
| Telegram Secret Chat | 12/19/2020 11:02 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 22> <application/pdf> The 2020 Election Disruption Guide by Antifa.pdf | *[Attachment Unrecovered]* | |
| Telegram Secret Chat | 12/19/2020 11:05 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 21> Thanks, brother. We've had that for a few months now. They posted that on a website a while ago. | | |
| Telegram Secret Chat | 12/19/2020 11:10 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 23> I don't know if it's legit | | |
| Telegram Secret Chat | 12/19/2020 11:12 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 22> We think it was more of a poison pen document. The person who posted it wanted to stir shit up but we didn't see any of this actually materialize | | |

(Page 161 of Total)

USCA Case #25-3066 Document #2172[illegible] Filed: 05/09/2026 Page 161 of 257

A1603

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Secret Chat | 12/19/2020 11:31 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 23> <photo> | secret-file-5112063087234515229-1   | |
| Telegram Secret Chat | 12/19/2020 11:31 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 24> <Reply to: MessageID 23> 😀. | | |
| Telegram Secret Chat | 12/19/2020 11:41 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 24> It's growing legs alright… https://fox5dc.com/news/trump-promises-wild-protest-in-dc-on-jan-6-the-day-congress-to-count-electoral-votes |   | |
| iMessage | 12/19/2020 12:04 PM | Enrique Tarrio <7869616789> | Amy Harris Photo <9312614575> | FBI said they'll "look into it" | | |
| iMessage | 12/19/2020 3:32 PM | Shane Lamond <2024370434> | <iMessage Group Chat 6376016548877529> Carolyn Montagna <2024897859> Jeffery Carroll <2024378198> et al. | From my source about Jan. 6:<br><br>If we do it'll be extremely small and not in colors...no night March | | |
| Phone Call | 12/19/2020 5:58 PM | Franklyn Then <2404187386> | Shane Lamond <2024370434> | Incoming Call from 2404187386 \| Answered \| Duration: 5:19 | | |
| Email | 12/19/2020 6:02 PM | Franklyn Then <Franklyn.Then@dc.gov> | Shane Lamond <shane.lamond@dc.gov> Ashan Mufti <ashan.mufti@dc.gov> et al. | Subject in photo |  | |
| Phone Call | 12/19/2020 6:06 PM | Shane Lamond <2024370434> | Franklyn Then <2404187386> | Outgoing Call to 2404187386 \| Answered \| Duration: 1:17 | | |
| Phone Call | 12/19/2020 6:30 PM | Shane Lamond <2024370434> | Franklyn Then <2404187386> | Outgoing Call to 2404187386 \| Answered \| Duration: 1:33 | | |
| Phone Call | 12/19/2020 6:56 PM | Leslie Parsons <2024875277> | Shane Lamond <2024370434> | Incoming Call from 2024875277 \| Answered \| Duration: 8:05 | | |
| Phone Call | 12/19/2020 7:08 PM | Franklyn Then <2404187386> | Shane Lamond <2024370434> | Incoming Call from 2404187386 \| Voicemail \| Duration: 0:02 | | |
| Phone Call | 12/19/2020 7:34 PM | Franklyn Then <2404187386> | Shane Lamond <2024370434> | Incoming Call from 2404187386 \| Voicemail \| Duration: 0:02 | | |
| Phone Call | 12/19/2020 7:43 PM | Shane Lamond <2024370434> | Franklyn Then <2404187386> | Outgoing Call to 2404187386 \| Answered \| Duration: 1:43 | | |
| Telegram Secret Chat | 12/19/2020 7:48 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 25> Police want to talk to you about the banner. You have a certain phone number you want me to give them? | | |

(Page 162 of Total)

USCA Case #25-3066 Document #217[illegible]2 Filed: 05/09/2026 Page 162 of 257

A1604

**Timeline**

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Email | 12/19/2020 7:52 PM | Shane Lamond<br><shane.lamond@dc.gov> | Franklyn Then<br><Franklyn.Then@dc.gov><br>Ashan Mufti<br><ashan.mufti@dc.gov><br>et al. | Re: Subject in photo<br>"Here is what he looked like and how he was dressed in December 12th." |  |  |
| Email | 12/19/2020 7:53 PM | Franklyn Then<br><2404187386> | Shane Lamond<br><shane.lamond@dc.gov> | Re: Subject in photo<br>"Send me his phone number and DOB , address if you have it?" | | |
| Email | 12/19/2020 8:14 PM | Shane Lamond<br><shane.lamond@dc.gov> | Franklyn Then<br><Franklyn.Then@dc.gov> | Re: Subject in photo<br>Henry "Enrique" Tarrio<br>H/M DOB 2/9/1984<br>LKA: 5730 NW 2nd Street, Miami, FL<br>Phone: 786-961-6789 | | |
| Telegram Group Chat | 12/20/2020 12:50 PM | Briam AG <559462827> | State Head Leadership Chat<br><9893590771> | Your admitted relationship with law enforcement, combined with your support of Biggs when he threatened to have brothers arrested, and your willingness to turn yourself in... leads alot of us to believe that you may have some reason to be confident the law is not a threat to you. The rest of us dont have this level of faith and trust in the pigs. | | |
| Telegram Group Chat | 12/20/2020 12:55 PM | Enrique Tarrio <581632416> | State Head Leadership Chat<br><9893590771> | I admitted to talking to them about our movements in DC. And not on this last trip...that's not a secret. Never was. Anyone who has ever planned something with me knows I contact local LEO to keep a level of separation between the groups. | | |
| Telegram Group Chat | 12/20/2020 12:58 PM | Enrique Tarrio <581632416> | State Head Leadership Chat<br><9893590771> | Stay on topic...we're talking about contacting LEO here | | |
| Telegram Group Chat | 12/20/2020 1:04 PM | Enrique Tarrio <581632416> | State Head Leadership Chat<br><9893590771> | I literally just contact them when we're in town... | | |
| Telegram Secret Chat | 12/20/2020 4:40 PM | Enrique Tarrio <581632416> | Shane Lamond<br><869476955> | <MessageID 25> <Reply to: Police want to talk to you about the banner. You have a certain phone number you want me to give them?> Miami Dade PD reached out. I'm going to use my 5th. I'll be in DC on the 6th if MDC wants to talk to me they can see me there. Are they pushing the hate crime thing? | | |
| Telegram Secret Chat | 12/20/2020 4:51 PM | Shane Lamond<br><869476955> | Enrique Tarrio <581632416> | <MessageID 26> Give me a call when you can | | |
| Telegram Secret Chat | 12/20/2020 4:51 PM | Enrique Tarrio <581632416> | Shane Lamond<br><869476955> | <MessageID 26> Through here? | | |
| Telegram Call | 12/20/2020 4:52 PM | Enrique Tarrio <581632416> | Shane Lamond<br><869476955> | Outgoing Call to Shane FBI Police \| Duration: 411 seconds | | |
| Phone Call | 12/20/2020 5:40 PM | Leslie Parsons<br><2024875277> | Shane Lamond<br><2024370434> | Incoming Call from 2024875277 \| Answered \| Duration: 3:04 | | |
| Phone Call | 12/20/2020 5:47 PM | Leslie Parsons<br><2024875277> | Shane Lamond<br><2024370434> | Incoming Call from 2024875277 \| Answered \| Duration: 0:59 | | |
| Email | 12/20/2020 6:02 PM | Shane Lamond<br><shane.lamond@dc.gov> | Leslie Parsons<br><leslie.parsons@dc.gov> | FW: Subject in photo<br>"Good Evening Commander, I have viewed the attached photograph and it is difficult for me to conclusively identify with 100% certainty that the individual depicted in this photograph is Mr. Henry "Enrique" Tarrio since I cannot see his whole face. However, I physically observed Mr. Tarrio on December 12th and have reviewed multiple videos that captured him on December 12th in Washington, DC. Based on a comparison of those videos with the attached photograph, I believe this is Mr. Henry "Enrique" Tarrio kneeling down next to the banner based on the clothing he is wearing, the placement of the patches and the drink on his tactical vest, and the limited view of his face." |  | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Email | 12/20/2020 7:16 PM | Shane Lamond <shane.lamond@dc.gov> | Leslie Parsons <leslie.parsons@dc.gov> Nicole Copeland <nicoleg.copeland@dc.gov> | Re: Tarrio?<br>"The first picture from the article is one of the pictures I reviewed. That is 100% him and accurately depicts how he looked when I physically observed him on December 12th. The second and third pictures appear to be the same guy who was kneeling down next to the banner in the original photograph I was asked to identify. Again, I believe that is Mr. Tarrio based on the clothing he is wearing, the placement of the patches and the drink on his tactical vest, and the limited view of his face.<br><br>I forgot to provide the background on my familiarity with Mr. Tarrio in my previous email. I have known him for almost 1.5 years, since meeting him while working the Demand Free Speech First Amendment event in July 6, 2019. I have seen him in person and spoken with him approx. 5-6 times since first meeting him in July 2019." |    |  |
| WhatsApp Message | 12/20/2020 7:19 PM | Shane Lamond <2024370434> | Carolyn Montagna <2024897859> | Also - Parsons has called me multiple times this evening. They are really going after ET | | |
| Email | 12/20/2020 7:22 PM | Leslie Parsons <leslie.parsons@dc.gov> | Shane Lamond <shane.lamond@dc.gov> Nicole Copeland <nicoleg.copeland@dc.gov> | Re: Tarrio?<br>"Thanks" | | |
| Telegram Private Chat | 12/20/2020 7:31 PM | Enrique Tarrio <581632416> | Oly <850106533> | They don't have anything. Just confirmed...they're searching | | |
| Telegram Private Chat | 12/20/2020 7:31 PM | Enrique Tarrio <581632416> | Oly <850106533> | That's why they want to talk | | |
| Telegram Private Chat | 12/20/2020 7:31 PM | Enrique Tarrio <581632416> | Oly <850106533> | <Blank> | *[Message Unrecovered]* | |
| Telegram Private Chat | 12/20/2020 7:32 PM | Oly <850106533> | Enrique Tarrio <581632416> | Do what Martin said. If you do that they can't talk to you | | |
| Telegram Private Chat | 12/20/2020 7:34 PM | Oly <850106533> | Enrique Tarrio <581632416> | <Photo> | *[Message Unrecovered]* | |
| Telegram Private Chat | 12/20/2020 7:42 PM | Oly <850106533> | Enrique Tarrio <581632416> | Once you do this they can't talk to you | | |
| Telegram Private Chat | 12/20/2020 7:43 PM | Enrique Tarrio <581632416> | Oly <850106533> | I don't think they can force me to talk to them regardless of legal representation. I'm going to get my lawyer to do it anyway | | |
| Telegram Private Chat | 12/20/2020 7:43 PM | Oly <850106533> | Enrique Tarrio <581632416> | They will try if you are not lawyered up | | |
| Telegram Private Chat | 12/20/2020 7:44 PM | Oly <850106533> | Enrique Tarrio <581632416> | Will explain on a case that I have when I see you. They haven't been able to arrest him because of this. They have nothing on him so they were hoping to talk to him but he lawyered up. | | |
| Email | 12/20/2020 9:03 PM | Nicole Copeland <nicoleg.copeland@dc.gov> | Ashan Mufti <ashan.mufti@dc.gov> | Fwd: Tarrio? | | |
| Telegram Private Chat | 12/20/2020 9:56 PM | Oly <850106533> | Enrique Tarrio <581632416> | Your pain in the ass baby sister wants to know if you contacted the attorney | | |
| SMS/MMS | 12/21/2020 7:33 AM | Ashan Mufti <2025681986> | Enrique Tarrio <7869616789> | Good Morning Mr. Henry Tarrio. This is Detective Mufti from Metropolitan Police Department, Washington, D.C. Do we have permission to reach out to your counsel? | | |
| SMS/MMS | 12/21/2020 8:01 AM | Enrique Tarrio <7869616789> | Ashan Mufti <2025681986> | Detective Mufti, Thanks for reaching out. Out [sic] this point, I haven't retained my attorney in this situation yet. But I won't need my attorney to inform you that I will be using my 5th. Thanks. | | |
| SMS/MMS | 12/21/2020 8:04 AM | Enrique Tarrio <7869616789> | Ashan Mufti <2025681986> | *At | | |
| SMS/MMS | 12/21/2020 8:04 AM | Ashan Mufti <2025681986> | Enrique Tarrio <7869616789> | Received. Thanks! | | |
| Telegram Private Chat | 12/21/2020 11:34 AM | Enrique Tarrio <581632416> | Oly <850106533> | <Voice or Instant Video> | *[Message Unrecovered]* | |

**Timeline**

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Private Chat | 12/21/2020 11:34 AM | Enrique Tarrio <581632416> | Oly <850106533> | <Voice or Instant Video> | *[Message Unrecovered]* | |
| Telegram Private Chat | 12/21/2020 11:35 AM | Enrique Tarrio <581632416> | Oly <850106533> | Cancelled Call to Oly \| Duration: 0 seconds | | |
| Telegram Private Chat | 12/21/2020 11:35 AM | Oly <850106533> | Enrique Tarrio <581632416> | Call Again | | |
| Telegram Private Chat | 12/21/2020 11:38 AM | Oly <850106533> | Enrique Tarrio <581632416> | Incoming Call from Oly \| Duration: 139 seconds | | |
| Email | 12/21/2020 12:34 PM | Ashan Mufti <ashan.mufti@dc.gov> | Paul Courtney <pcourtney@usa.doj.gov> Leslie Parsons <leslie.parsons@dc.gov> Nicole Copeland <nicoleg.copleand@dc.gov> et al. | FW: Review Warrant - CCN 20176767 - Destruction of Property/Church - Hate Crime<br>"Good Evening all, Please see the attached warrant for review."<br>*[Multiple Attachments]* | | |
| Telegram Secret Chat | 12/22/2020 8:08 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 27> <photo> | ph-127D6A1D-09D8-4ABD-910B-9D51D32C55FB_L0_001--7713624048125853473  | |
| Telegram Secret Chat | 12/22/2020 8:10 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 27> Shane FBI Police set the self-destruct timer to 5 seconds | | |
| Telegram Secret Chat | 12/22/2020 8:11 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 30> NOBLE LEAD set the self-destruct timer to 30 seconds | | |
| Email | 12/22/2020 12:54 PM | Shane Lamond <shane.lamond@dc.gov> | Leslie Parsons <leslie.parsons@dc.gov> | Re: Podcast<br>"Good Afternoon Commander, I have listened to the podcast and can confirm with 100% certainty that the individual speaking about white supremacy beginning at the 15:39 mark on the podcast is Henry "Enrique" Tarrio." | | |
| Email | 12/22/2020 1:19 PM | Shane Lamond <shane.lamond@dc.gov> | Franklyn Then <Franklyn.Then@dc.gov> Ashan Mufti <ashan.mufti@dc.gov> Leslie Parsons <leslie.parsons@dc.gov> Nicole Copeland <nicoleg.copleand@dc.gov> et al. | Updated list of Right Wing Members<br>"Good Afternoon All, Please see below weblink containing an updated list of members associated with right wing extremists for your awareness."<br>https://airtable.com/shrHKu6MSMRVbNnEx/tblrMMoeL6GWb5e97 | | |
| Email | 12/22/2020 2:03 PM | Ashan Mufti <ashan.mufti@dc.gov> | Paul Courtney <pcourtney@usa.doj.gov> Leslie Parsons <leslie.parsons@dc.gov> Nicole Copeland <nicoleg.copleand@dc.gov> et al. | Resumbission [sic] # 1 - Review Warrant - CCN 20176767 - Destruction of Property/Church - Hate Crime<br>"Warrant attached."<br>*[Attachment - Arrest Warrant PDF AFFIDAVIT 2.pdf]* | | |

(Page 165 of Total)

USCA Case #25-3066 Document #217[illegible] Filed: 05/09/2026 Page 165 of 257



## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Secret Chat | 12/25/2020 12:14 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 37> <Self-Destruct Timer: 30 seconds> Just a heads up, CID had me ID you from a photo you posted on Parler kneeling down next to the BLM banner so they may be submitting an arrest warrant to US Attorney's Office | | |
| Email | 12/28/2020 10:25 AM | Paul Courtney <pcourtney@usa.doj.gov> | Julianne Johnston <jjohnston1@usa.doj.gov> et al. | FW: Reveiw Warrant - CCN 20176767 - Destruction of Property/Church - Hate Crime<br>"FYI—I will call Lamond now for additional info but the ID procedure appears to be captured in these emails. I will give you a ring once I've spoken to Lamond."<br>*[Multiple Attachments]* | | |
| Email | 12/28/2020 11:29 AM | Nicole Copeland <nicoleg.copeland@dc.gov> | Paul Courtney <pcourtney@usa.doj.gov><br>Julianne Johnston <jjohnston1@usa.doj.gov><br>Ashan Mufti <ashan.mufti@dc.gov><br>et al. | Fwd: Phone Tip<br>"Good Morning Again,<br><br>I just went back through my emails on this. This email was initially sent on Friday Dec 18, in which Lt Lamond advised that he knew the subject. Hence Then reached out to him the following day, when an affidavit was requested." | | |
| WhatsApp Message | 12/28/2020 1:31 PM | Shane Lamond <2024370434> | Carolyn Montagna <2024897859> | Yep, although I have to wait another 30 minutes to eat but that's ok. USAO is calling me in 10 minutes for ID on Tarrio | | |
| American Airlines | 12/28/2020 5:41 PM | | | Tarrio's 1/4/2021 American Airlines flight 4782 from MIA to DCA booked | | |
| iMessage | 12/28/2020 10:12 PM | Enrique Tarrio <7869616789> | Linda C <3057337071> | I'm getting in on the 4th. I have a feeling DC metro is going to pick me up at the airport | | |
| iMessage | 12/28/2020 10:13 PM | Linda C <3057337071> | Enrique Tarrio <7869616789> | I don't know why he would call us there to lose | | |
| iMessage | 12/28/2020 10:13 PM | Linda C <3057337071> | Enrique Tarrio <7869616789> | I think he has something up his sleeve | | |
| iMessage | 12/28/2020 10:13 PM | Enrique Tarrio <7869616789> | Linda C <3057337071> | I hope so. | | |
| iMessage | 12/28/2020 10:14 PM | Enrique Tarrio <7869616789> | Linda C <3057337071> | <image/jpeg> | RenderedImage.jpg  | |
| iMessage | 12/28/2020 10:15 PM | Linda C <3057337071> | Enrique Tarrio <7869616789> | You have to be fucking kidding me | | |
| iMessage | 12/28/2020 10:15 PM | Enrique Tarrio <7869616789> | Linda C <3057337071> | That's why I'm getting there a day early | | |
| WhatsApp Message | 12/29/2020 7:53 AM | Ben Tyler <7034315078> | Shane Lamond <2024370434> | Have you heard from ET? Have they changed their mind and plan to come next week? | | |
| WhatsApp Message | 12/29/2020 8:17 AM | Shane Lamond <2024370434> | Ben Tyler <7034315078> | Yep we've been in communication. They are still planning on coming next week but he says it will be a much smaller group | | |
| WhatsApp Message | 12/29/2020 8:18 AM | Shane Lamond <2024370434> | Ben Tyler <7034315078> | There is also an arrest warrant for him pending with USAO for the destruction of the BLM banner... | | |
| WhatsApp Message | 12/29/2020 8:18 AM | Ben Tyler <7034315078> | Shane Lamond <2024370434> | Okay. Video was located??? | | |
| WhatsApp Message | 12/29/2020 8:19 AM | Shane Lamond <2024370434> | Ben Tyler <7034315078> | Yes, but he was only standing next to it. No evidence that he actually torched it. He also posted a picture on his Parler page when he took responsbility for it. | | |
| WhatsApp Message | 12/29/2020 8:20 AM | Ben Tyler <7034315078> | Shane Lamond <2024370434> | Okay... 'so let's make a charge that really won't stick but then we can say we did something' | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| WhatsApp Message | 12/29/2020 8:21 AM | Shane Lamond <2024370434> | Ben Tyler <7034315078> | Yep, basically. Lots of pressure for an arrest on this one | | |
| iMessage | 12/29/2020 3:56 PM | Shane Lamond <2024370434> | Leslie Parsons <2024875277> | Any update on the warrant? Did the USAO approve it? | | |
| iMessage | 12/29/2020 4:09 PM | Leslie Parsons <2024875277> | Shane Lamond <2024370434> | Not yet | | |
| iMessage | 12/29/2020 4:18 PM | Shane Lamond <2024370434> | Leslie Parsons <2024875277> | Copy. Give me a call when approved and we can discuss how you want it served | | |
| Email | 12/30/2020 7:14 AM | Shane Lamond <shane.lamond@dc.gov> | William Nasworthy <william.nasworthy@usss.dhs.gov> et al. | Counters<br>"Good Morning All,<br><br>You probably already have this but wanted to make sure you all saw this post from the counter groups for January 6th and 20th. Of note – it looks like they've changed their tactics and are not posting their plans on social media in advance this time. That may be because we implemented the exclusionary zone around BLM Plaza a day prior to when they were planning to assemble there the last go around. Looks like they may have secured their comms this time around." | | |
| Email | 12/29/2020 7:47 PM | Ashan Mufti <ashan.mufti@dc.gov> | Paul Courtney <pcourtney@usa.doj.gov><br>Leslie Parsons <leslie.parsons@dc.gov><br>Nicole Copeland <nicoleg.copeland@dc.gov><br>et al. | RE: Resubmission - Arrest Warrant - CCN 20176767 - Destruction of Property/Church - Hate Crime<br>"Please see the attached resubmission in reference to Defendant Henry Tarrio's case."<br>*[Multiple Attachments]* | | |
| Email | 12/30/2020 7:58 AM | William Nasworthy <william.nasworthy@usss.dhs.gov> | Shane Lamond <shane.lamond@dc.gov> | Re: Counters<br>"I saw Enrique from the Proud Boys said on Parler that they were ditching their standard attire, staying at numerous different hotels , splitting up into smaller groups to cover more ground and were possibly going to dress in all black like ANTIFA.<br>My guilty pleasure of perusing social media feeds..." | | |
| Email | 12/30/2020 8:05 AM | Shane Lamond <shane.lamond@dc.gov> | William Nasworthy <william.nasworthy@usss.dhs.gov> | Re: Counters<br>"Lol! While I believe that the splitting up part is true, I think the dressing in all black was partly him playing with the media and counter groups. I know they are trying to keep a much lower profile this time around." |  | |
| Phone Call | 12/30/2020 11:18 AM | Leslie Parsons <2024875277> | Shane Lamond <2024370434> | Incoming Call from 2024875277 \| Voicemail \| Duration: 0:03 | | |
| Phone Call | 12/30/2020 11:22 AM | Shane Lamond <2024370434> | Leslie Parsons <2024875277> | Outgoing Call to 2024875277 \| Answered \| Duration: 4:57 | | |
| Phone Call | 12/30/2020 2:25 PM | Shane Lamond <2024370434> | Leslie Parsons <2024875277> | Outgoing Call to 2024875277 \| Voicemail\| Duration: 0:03 | | |
| iMessage | 12/30/2020 2:25 PM | Leslie Parsons <2024875277> | Shane Lamond <2024370434> | Two minutes | | |
| iMessage | 12/30/2020 2:25 PM | Shane Lamond <2024370434> | Leslie Parsons <2024875277> | Copy | | |
| Phone Call | 12/30/2020 2:39 PM | Leslie Parsons <2024875277> | Shane Lamond <2024370434> | Incoming Call from 2024875277 \| Answered \| Duration: 6:00 | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Email | 12/30/2020 5:56 PM | N/A | Ashan Mufti <ashan.mufti@dc.gov> | RE: 2020 CRWSLD 005553 Henry Tarrio<br>"I have attached the signed warrant."<br>*[Attachment - 2020 CRWSLD 5553 Henry Tarrio AW-SIGNED.pdf]* | | |
| Telegram Call | 12/30/2020 6:20 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | Incoming Call from Shane FBI Police \| Duration: 849 seconds | | |
| Telegram Private Chat | 12/30/2020 6:35 PM | Enrique Tarrio <581632416> | mamafe <1431764167> | <Voice or Instant Video> | *[Message Unrecovered]* | |
| Telegram Group Chat | 12/30/2020 6:38 PM | Enrique Tarrio <581632416> | Ministry Of Self Defense <4778170400> | Emergency voice chat. | | |
| Telegram Group Chat | 12/30/2020 6:38 PM | Enrique Tarrio <581632416> | Ministry Of Self Defense <4778170400> | Hit join | | |
| Phone Call | 12/30/2020 6:52 PM | Robert Glover <2024971162> | Shane Lamond <2024370434> | Incoming Call from 20249711562 \| Answered \| Duration: 9:56 | | |
| Telegram Private Chat | 12/30/2020 6:55 PM | Enrique Tarrio <581632416> | mamafe <1431764167> | My contact just called me | | |
| Telegram Private Chat | 12/30/2020 6:55 PM | Enrique Tarrio <581632416> | mamafe <1431764167> | DA hasn't signed it yet | | |
| Telegram Private Chat | 12/30/2020 6:56 PM | Enrique Tarrio <581632416> | mamafe <1431764167> | He says they wanna take me on stage...this is gonna be fun | | |
| Telegram Private Chat | 12/30/2020 6:58 PM | Enrique Tarrio <581632416> | mamafe <1431764167> | They want a show...I'll give them one | | |
| Email | 12/30/2020 7:01 PM | Ashan Mufti <ashan.mufti@dc.gov> | Paul Courtney <pcourtney@usa.doj.gov><br>Leslie Parsons <leslie.parsons@dc.gov><br>Nicole Copeland <nicoleg.copleand@dc.gov><br>et al. | FW: 2020 CRWSLD 005553 Henry Tarrio<br>"Please see the attached arrest warrant signed by Honorable Judge Pittman."<br>*[Attachment - 2020 CRWSLD 5553 Henry Tarrio AW-SIGNED.pdf]* | | |
| Telegram Private Chat | 12/30/2020 7:12 PM | Johnny Blackbeard <759787552> | Ministry Of Self Defense <4778170400> | What's up, was in the shower | | |
| Telegram Private Chat | 12/30/2020 7:12 PM | NobleBeard <1261651524> | Ministry Of Self Defense <4778170400> | The n----- is going to jail | | |
| Telegram Group Chat | 12/30/2020 7:12 PM | Enrique Tarrio <581632416> | Ministry Of Self Defense <4778170400> | Info stays here | | |
| Telegram Group Chat | 12/30/2020 7:12 PM | Johnny Blackbeard <759787552> | Ministry Of Self Defense <4778170400> | Why now | | |
| Telegram Group Chat | 12/30/2020 7:12 PM | Enrique Tarrio <581632416> | Ministry Of Self Defense <4778170400> | No one else knows | | |
| Telegram Group Chat | 12/30/2020 7:12 PM | NobleBeard <1261651524> | Ministry Of Self Defense <4778170400> | Burning honored black fellows banners | | |
| Telegram Group Chat | 12/30/2020 7:13 PM | Johnny Blackbeard <759787552> | Ministry Of Self Defense <4778170400> | I thought you were assured it was nothing | | |
| Telegram Group Chat | 12/30/2020 7:13 PM | Enrique Tarrio <581632416> | Ministry Of Self Defense <4778170400> | It's just the misdemeanor. Not hate crime | | |
| Telegram Group Chat | 12/30/2020 7:13 PM | Enrique Tarrio <581632416> | Ministry Of Self Defense <4778170400> | And it hasn't been solid yet | | |
| Telegram Group Chat | 12/30/2020 7:13 PM | Johnny Blackbeard <759787552> | Ministry Of Self Defense <4778170400> | Then why jail? I knocked a cop out and never went in | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Group Chat | 12/30/2020 7:13 PM | NobleBeard <1261651524> | Ministry Of Self Defense <4778170400> | It's always a HATE crime | | |
| Telegram Group Chat | 12/30/2020 7:14 PM | Enrique Tarrio <581632416> | Ministry Of Self Defense <4778170400> | They'll probably drop the charges or something | | |
| Telegram Group Chat | 12/30/2020 7:14 PM | Enrique Tarrio <581632416> | Ministry Of Self Defense <4778170400> | They want the arrest | | |
| Telegram Group Chat | 12/30/2020 7:14 PM | Johnny Blackbeard <759787552> | Ministry Of Self Defense <4778170400> | Is this coming on the 6th? | | |
| Telegram Group Chat | 12/30/2020 7:14 PM | Enrique Tarrio <581632416> | Ministry Of Self Defense <4778170400> | The DA might or might not give it to them | | |
| Telegram Group Chat | 12/30/2020 7:15 PM | Enrique Tarrio <581632416> | Ministry Of Self Defense <4778170400> | I'm pushing for that | | |
| iMessage | 12/31/2020 7:10 PM | Jeffery Carroll <2024378198> | Shane Lamond <2024370434> | Shane, call John branch about the arrival info for Enrique | | |
| iMessage | 12/31/2020 7:12 PM | Shane Lamond <2024370434> | Jeffery Carroll <2024378198> | Copy | | |
| iMessage | 1/1/2021 1:06 PM | Shane Lamond <2024370434> | John Donohue <9174171702> | TIGHT HOLD on this but I may lose him as a source soon. Our CID got a warrant for him for burning them BLM banner. They are going to pick him up next week when he is in town so he may not speak to me anymore... | | |
| iMessage | 1/1/2021 1:06 PM | John Donohue <9174171702> | Shane Lamond <2024370434> | That sucks. Not a word. | | |
| iMessage | 1/1/2021 1:07 PM | John Donohue <9174171702> | Shane Lamond <2024370434> | And it's a nonsense summons, no? | | |
| iMessage | 1/1/2021 1:08 PM | John Donohue <9174171702> | Shane Lamond <2024370434> | That's all we'd give in NYC for a flag fire. | | |
| iMessage | 1/1/2021 1:09 PM | Shane Lamond <2024370434> | John Donohue <9174171702> | No, we don't have those in DC. It's a full fledged arrest warrant. He will get locked up, fingerprinted, photographed, and be sent in front of a judge | | |
| iMessage | 1/1/2021 1:09 PM | John Donohue <9174171702> | Shane Lamond <2024370434> | Well if it's an US. Antifa walks away with an admonishment | | |
| iMessage | 1/1/2021 1:10 PM | John Donohue <9174171702> | Shane Lamond <2024370434> | That's very weird. Especially in such a liberal town | | |
| iMessage | 1/1/2021 1:10 PM | Shane Lamond <2024370434> | John Donohue <9174171702> | That's what I said. They were contemplating making this one a hate crime. I said if that's the case they would have to make all of the us taken and burned by Antifa hate crimes. They backed off then | | |
| iMessage | 1/1/2021 1:11 PM | Shane Lamond <2024370434> | John Donohue <9174171702> | In the end it's a misdemeanor charge so it won't go far but it was very political | | |
| iMessage | 1/1/2021 1:11 PM | John Donohue <9174171702> | Shane Lamond <2024370434> | Let's discuss in person... | | |
| Telegram Private Chat | 1/1/2021 1:33 PM | Enrique Tarrio <581632416> | Oly <850106533> | So they did all of this for a misdemeanor. The DA hasn't signed the warrant...I don't know if they're going to. But there's not "hate crime" enhancements | | |
| Telegram Private Chat | 1/1/2021 1:38 PM | Oly <850106533> | Enrique Tarrio <581632416> | Did what. What's going on | | |
| Telegram Private Chat | 1/1/2021 1:38 PM | Enrique Tarrio <581632416> | Oly <850106533> | DC metro submitted an arrest warrant to the Attorneys office | | |
| Telegram Private Chat | 1/1/2021 1:39 PM | Oly <850106533> | Enrique Tarrio <581632416> | Incredible | | |
| Telegram Private Chat | 1/1/2021 1:39 PM | Enrique Tarrio <581632416> | Oly <850106533> | Destruction of property. No hate crime enhancement | | |
| Telegram Private Chat | 1/1/2021 1:39 PM | Oly <850106533> | Enrique Tarrio <581632416> | 🤦‍♀️. | | |
| Telegram Private Chat | 1/1/2021 1:40 PM | Enrique Tarrio <581632416> | Oly <850106533> | But he says that he's doesn't think they're going to sign off on it | | |
| Telegram Private Chat | 1/1/2021 1:41 PM | Enrique Tarrio <581632416> | Oly <850106533> | Because they're afraid I'll take it to trial and their argument is very weak | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Private Chat | 1/1/2021 1:41 PM | Oly <850106533> | Enrique Tarrio <581632416> | They will do it to make a point | | |
| Telegram Private Chat | 1/1/2021 1:42 PM | Enrique Tarrio <581632416> | Oly <850106533> | So will I | | |
| Telegram Private Chat | 1/1/2021 1:42 PM | Oly <850106533> | Enrique Tarrio <581632416> | Yeah ok. DC is all democrats and the jury will convict you because you are the leader of the Proud Boys | | |
| Telegram Private Chat | 1/1/2021 1:43 PM | Oly <850106533> | Enrique Tarrio <581632416> | What a waste of tax dollars on that shit | | |
| Telegram Private Chat | 1/1/2021 1:43 PM | Enrique Tarrio <581632416> | Oly <850106533> | Lol to contact another dept 4 states away | | |
| Telegram Private Chat | 1/1/2021 1:43 PM | Oly <850106533> | Enrique Tarrio <581632416> | There murder rate is high and they are focusing on this shit | | |
| Telegram Private Chat | 1/1/2021 1:45 PM | Oly <850106533> | Enrique Tarrio <581632416> | Or maybe they don't want you to go on the 6th | | |
| Telegram Private Chat | 1/1/2021 1:45 PM | Oly <850106533> | Enrique Tarrio <581632416> | So that you don't help the President | | |
| Telegram Private Chat | 1/1/2021 1:46 PM | Enrique Tarrio <581632416> | Oly <850106533> | If I walk into the station on the 4th they'll have no choice but to pick me up | | |
| Telegram Private Chat | 1/1/2021 1:46 PM | Oly <850106533> | Enrique Tarrio <581632416> | Don't do it | | |
| Telegram Private Chat | 1/1/2021 1:47 PM | Enrique Tarrio <581632416> | Oly <850106533> | Can't miss my flight on Friday | | |
| Telegram Private Chat | 1/1/2021 1:47 PM | Enrique Tarrio <581632416> | Oly <850106533> | I rather let that bandage tear | | |
| Telegram Private Chat | 1/1/2021 1:47 PM | Oly <850106533> | Enrique Tarrio <581632416> | 😭😭😭. | | |
| Telegram Private Chat | 1/1/2021 1:48 PM | Oly <850106533> | Enrique Tarrio <581632416> | You are so stubborn | | |
| Telegram Private Chat | 1/1/2021 1:48 PM | Oly <850106533> | Enrique Tarrio <581632416> | Coñjo | | |
| Telegram Private Chat | 1/1/2021 1:48 PM | Enrique Tarrio <581632416> | Oly <850106533> | That's if they sign the warrant | | |
| Telegram Secret Chat | 1/1/2021 1:48 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 50> NOBLE LEAD set the self-destruct timer to 1 hour | | |
| Telegram Private Chat | 1/1/2021 1:49 PM | Oly <850106533> | Enrique Tarrio <581632416> | Martin said that it's a misdemeanor and it didn't happen in the presence of an officer | | |
| Telegram Private Chat | 1/1/2021 1:49 PM | Oly <850106533> | Enrique Tarrio <581632416> | Fucking a joke | | |
| Telegram Secret Chat | 1/1/2021 1:49 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 52> NOBLE LEAD set the self-destruct timer to 30 seconds | | |
| Telegram Private Chat | 1/1/2021 1:50 PM | Oly <850106533> | Enrique Tarrio <581632416> | But it's ok for them to destroy and vandalize Republicans property or assault them | | |
| Telegram Private Chat | 1/1/2021 1:50 PM | Enrique Tarrio <581632416> | Oly <850106533> | Yes it is | | |
| Telegram Private Chat | 1/1/2021 1:50 PM | Enrique Tarrio <581632416> | Oly <850106533> | They're immune | | |
| Telegram Private Chat | 1/1/2021 1:51 PM | Oly <850106533> | Enrique Tarrio <581632416> | 😫😫😫😫😫. | | |
| Telegram Private Chat | 1/1/2021 1:51 PM | Oly <850106533> | Enrique Tarrio <581632416> | Is your attorney going with you | | |
| Telegram Private Chat | 1/1/2021 1:52 PM | Oly <850106533> | Enrique Tarrio <581632416> | Do you need me to go | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Private Chat | 1/1/2021 2:00 PM | Enrique Tarrio <581632416> | Oly <850106533> | It'll be fine | | |
| Telegram Private Chat | 1/1/2021 2:01 PM | Enrique Tarrio <581632416> | Oly <850106533> | I'll wait till it happens. I'm not going to talk to anyone | | |
| Telegram Private Chat | 1/1/2021 2:01 PM | Oly <850106533> | Enrique Tarrio <581632416> | First of all they don't have you pulling down the sign. Second it was on the street making it trash on public sidewalk | | |
| Telegram Private Chat | 1/1/2021 2:01 PM | Oly <850106533> | Enrique Tarrio <581632416> | WTF | | |
| Telegram Private Chat | 1/1/2021 2:02 PM | Enrique Tarrio <581632416> | Oly <850106533> | Exactly. I was getting rid of some garbage | | |
| Telegram Private Chat | 1/1/2021 2:03 PM | Oly <850106533> | Enrique Tarrio <581632416> | Now I have a headache | | |
| Telegram Private Chat | 1/1/2021 2:03 PM | Oly <850106533> | Enrique Tarrio <581632416> | Great | | |
| Telegram Private Chat | 1/1/2021 2:04 PM | Enrique Tarrio <581632416> | Oly <850106533> | They throw out misdemeanors all the time. Specially when it's during protests | | |
| Telegram Private Chat | 1/1/2021 2:04 PM | Enrique Tarrio <581632416> | Oly <850106533> | Including my guys | | |
| Telegram Private Chat | 1/1/2021 7:11 PM | mamafe <1431764167> | Enrique Tarrio <581632416> | Have you heard anything about that warrant | | |
| Telegram Private Chat | 1/1/2021 7:12 PM | Enrique Tarrio <581632416> | mamafe <1431764167> | They can't sign it till Monday | | |
| iMessage | 1/1/2021 8:25 PM | John Haines <john.haines@dc.gov> | Shane Lamond <2024370434> | Shane do we have any flight info or travel info on when and whre Enrique Tarrio will arrive in DC or which airport | | |
| iMessage | 1/1/2021 8:31 PM | Shane Lamond <2024370434> | John Haines <john.haines@dc.gov> | No specific flight info, but I know he is fying into DCA on 1/4. Don't have the time | | |
| iMessage | 1/1/2021 8:32 PM | John Haines <john.haines@dc.gov> | Shane Lamond <2024370434> | Ok. Thanks | | |
| Email | 1/1/2021 8:37 PM | Shane Lamond <shane.lamond@dc.gov> | Charlie Cox <charlie.cox@tsa.dhs.gov> | Passenger Check<br>"Good Evening Charlie, I hope you had a great Christmas and New Year! I am hoping that you can help me with something. MPD has obtained an arrest warrant for someone in connection with the December 12th protest in Washington, DC. We have information to believe the person will be flying into DCA on January 4th. Is it possible to check to see if the person has booked travel into DCA?" | | |
| iMessage | 1/1/2021 8:37 PM | Shane Lamond <2024370434> | John Haines <john.haines@dc.gov> | I just reached out to my TSA contact to see if they have access to booking information. Will let you know if I can confirm his flight info | | |
| iMessage | 1/1/2021 8:38 PM | John Haines <john.haines@dc.gov> | Shane Lamond <2024370434> | Thanks. We tried ours but with the holiday weekend no success on a response | | |
| iMessage | 1/1/2021 8:39 PM | Shane Lamond <2024370434> | John Haines <john.haines@dc.gov> | Copy. I just emailed mine so I will let you know when he responds | | |
| iMessage | 1/1/2021 8:39 PM | John Haines <john.haines@dc.gov> | Shane Lamond <2024370434> | Thank you | | |
| iMessage | 1/1/2021 9:57 PM | Robert Pond <7039678616> | Shane Lamond <2024370434> | Hey Shane, sorry to bother you. It seems that we have a "credible source " that is indicating PB are going to the Hampton inn on king st in Alexandria. Can you verify? | | |
| iMessage | 1/1/2021 9:58 PM | Shane Lamond <2024370434> | Robert Pond <7039678616> | Yep I will check now but that seems a little far out | | |
| iMessage | 1/1/2021 9:58 PM | Robert Pond <7039678616> | Shane Lamond <2024370434> | Thanks! | | |
| iMessage | 1/1/2021 10:11 PM | Shane Lamond <2024370434> | Robert Pond <7039678616> | You're welcome. Message sent. Will let you know when I get a response | | |
| iMessage | 1/1/2021 10:13 PM | Shane Lamond <2024370434> | Robert Pond <7039678616> | Just heard back. Said he doesn't think any PB are staying in VA, and certainly not that far south | | |
| iMessage | 1/1/2021 10:14 PM | Shane Lamond <2024370434> | Robert Pond <7039678616> | I'm sure there is a very good chance Trump supporters will be staying there but not PB | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| iMessage | 1/1/2021 10:14 PM | Robert Pond <7039678616> | Shane Lamond <2024370434> | Thanks again! | | |
| iMessage | 1/1/2021 10:14 PM | Shane Lamond <2024370434> | Robert Pond <7039678616> | Anytime, brother | | |
| Email | 1/1/2021 11:24 PM | Shane Lamond <shane.lamond@dc.gov> | Charlie Cox <charlie.cox@tsa.dhs.gov> | Subject Info<br>"Please see attached document. Password to follow."<br>*[Attachment - Subject Info.docx]* | | |
| Email | 1/1/2021 11:32 PM | Charlie Cox <charlie.cox@tsa.dhs.gov> | Shane Lamond <shane.lamond@dc.gov> | Re: Subject Info<br>"Shane, watching Ohio State put a beating on Clemson. I'll check and get back to you soonest. I can only look 72 hours out." | | |
| Email | 1/1/2021 11:37 PM | Shane Lamond <shane.lamond@dc.gov> | Charlie Cox <charlie.cox@tsa.dhs.gov> | Re: Subject Info<br>"Lol! Sounds good. No hurry as he isn't supposed to be traveling until 1/4.<br>Thanks again. I appreciate you responding so quickly and on a holiday no less!" | | |
| iMessage | 1/1/2021 11:38 PM | Shane Lamond <2024370434> | John Haines <john.haines@dc.gov> | Hey John, my TSA guy is going to come through for us. He can only check 72 hours out so he is going to hold off on checking until tomorrow. Will advise when he responds | | |
| Telegram Private Chat | 1/2/2021 2:26 PM | Oly <850106533> | Enrique Tarrio <581632416> | Any update on the Warrant? | | |
| Telegram Private Chat | 1/2/2021 2:31 PM | Enrique Tarrio <581632416> | Oly <850106533> | Won't know until I land | | |
| Telegram Private Chat | 1/2/2021 2:31 PM | Oly <850106533> | Enrique Tarrio <581632416> | O [sic] my god. | | |
| Telegram Private Chat | 1/2/2021 2:31 PM | Oly <850106533> | Enrique Tarrio <581632416> | Did you go to Rubio's | | |
| Telegram Private Chat | 1/2/2021 2:32 PM | Enrique Tarrio <581632416> | Oly <850106533> | telegram-cloud-photo-size-1-5154871576485800141-m.jpg |  | |
| Telegram Private Chat | 1/2/2021 2:32 PM | Oly <850106533> | Enrique Tarrio <581632416> | I love it | | |
| Telegram Private Chat | 1/2/2021 2:32 PM | Oly <850106533> | Enrique Tarrio <581632416> | But not a lot of people | | |
| Email | 1/2/2021 7:09 PM | Charlie Cox <charlie.cox@tsa.dhs.gov> | Shane Lamond <shane.lamond@dc.gov> | RE:<br>"Shane, Also I show LKA via CLEAR, source Experian as of 10/17/2020: 5730 SW 142 Ct, Miami, FL, 33184 Miami-Dade County"<br><br>"Gate 40?" |  | |
| SMS/MMS | 1/2/2021 8:33 PM | Shane Lamond <2024370434> | Leslie Parsons <2024875277><br>Jeffery Carroll <2024378198><br>John Haines <2025537511> | Here's his flight info |  | |

(Page 172 of Total)





## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| SMS/MMS | 1/2/2021 8:33 PM | Leslie Parsons <2024875277> | Shane Lamond <2024370434> Jeffery Carroll <2024378198> John Haines <2025537511> | Thanks. | | |
| iMessage | 1/2/2021 8:34 PM | John Haines <john.haines@dc.gov> | Shane Lamond <2024370434> Jeffery Carroll <2024378198> Leslie Parsons <2024875277> | Awesome. Thank you | | |
| American Airlines | 1/4/2021 6:44 AM | | | Tarrio checks in for American Airlines flight 4782 from MIA to DCA | | |
| American Airlines | 1/4/2021 7:27 AM | | | Tarrio checks in baggage for American Airlines flight 4782 from MIA to DCA | | |
| American Airlines | 1/4/2021 8:33 AM | | | Tarrio's originally scheduled AA flight 4782 from MIA to DCA: "PAX WAS LATE AT THE GATE 11 MIN PRIOR DEPARTURE, I WAS PROCESING STANBYE LIST ALREADY, I EXPLAIN THAT SINCE 15 MIN PRIOR WE SUPOST TO START PROCESING STANBYE AND I WAIT UNTIL 12 MIN WAITING FOR HIM, BUT HE ITS SUPOST TO BE AT THE DEP GATE 30 MIN PRIOR DEPARTURE. PAX WAS VERY UPSET AND CURSING SAYING BULL SHIT TO ME AND TO THE LEAD AGENT" | | |
| iMessage | 1/4/2021 9:23 AM | John Donohue <9174171702> | Shane Lamond <2024370434> | FYI. Tarrio may be staying at Phoenix Park hotel. | | |
| iMessage | 1/4/2021 9:24 AM | Shane Lamond <2024370434> | John Donohue <9174171702> | Yes that's confirmed. Supposed to be arriving later today | | |
| iMessage | 1/4/2021 9:24 AM | Shane Lamond <2024370434> | John Donohue <9174171702> | Will talk in person for additional info | | |
| WhatsApp Message | 1/4/2021 9:38 AM | Shane Lamond <2024370434> | Ben Tyler <7034315078> | ET changed his flight info. Was supposed to arrive this morning, now not coming until this afternoon. Our Crim Apprehension Unit will be picking him up as soon as he enters the city | | |
| American Airlines | 1/4/2021 11:55 AM | | | Tarrio boards American Airlines flight 925 from MIA to DCA | | |
| American Airlines | 1/4/2021 12:32 PM | | | Tarrio's American Airlines flight 925 departs gate from MIA to DCA | | |
| Federal Aviation Admin | 1/4/2021 12:55 PM | | | Tarrio's American Airlines flight 925 takes off from MIA to DCA | | |
| Telegram Secret Chat | 1/4/2021 1:02 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 93> Shane FBI Police set the self-destruct timer to 10 seconds | | |
| Telegram Private Chat | 1/4/2021 1:30 PM | Enrique Tarrio <581632416> | mamafe <1431764167> | Warrant was signed | | |
| Telegram Private Chat | 1/4/2021 1:30 PM | Enrique Tarrio <581632416> | Avva <1443484443> | Warrant for my arrest was just signed | | |
| Telegram Group Chat | 1/4/2021 1:31 PM | Enrique Tarrio <581632416> | Ministry Of Self Defense <4778170400> | The warrant was just signed | | |
| Telegram Private Chat | 1/4/2021 1:32 PM | Avva <1443484443> | Enrique Tarrio <581632416> | Omg | | |
| Telegram Private Chat | 1/4/2021 1:32 PM | Avva <1443484443> | Enrique Tarrio <581632416> | Babe :/ | | |
| Telegram Private Chat | 1/4/2021 1:32 PM | Enrique Tarrio <581632416> | Avva <1443484443> | It's cool. They'll have to have me in and out | | |
| Telegram Private Chat | 1/4/2021 1:33 PM | Avva <1443484443> | Enrique Tarrio <581632416> | When you land? Are they taking you on stage | | |
| Telegram Private Chat | 1/4/2021 1:33 PM | Avva <1443484443> | Enrique Tarrio <581632416> | This is so fucked | | |
| Telegram Private Chat | 1/4/2021 1:33 PM | Enrique Tarrio <581632416> | Avva <1443484443> | Don't know if my contact will tell me that | | |
| Telegram Private Chat | 1/4/2021 1:36 PM | mamafe <1431764167> | Enrique Tarrio <581632416> | Fuck | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Private Chat | 1/4/2021 1:37 PM | mamafe <1431764167> | Enrique Tarrio <581632416> | Try to keep me in the loop | | |
| Telegram Private Chat | 1/4/2021 1:37 PM | mamafe <1431764167> | Enrique Tarrio <581632416> | Although I'll understand if you can't | | |
| Telegram Private Chat | 1/4/2021 2:04 PM | Enrique Tarrio <581632416> | Bianca TuVoz <469344339> | The warrant has been signed | | |
| Telegram Group Chat | 1/4/2021 2:47 PM | Enrique Tarrio <581632416> | Skull and Bones 2020/2021 <4755540701> | Warrant has been signed. | | |
| Federal Aviation Admin | 1/4/2021 2:52 PM | | | Tarrio's American Airlines flight 925 lands at DCA | | |
| Telegram Private Chat | 1/4/2021 3:16 PM | Enrique Tarrio <581632416> | Jacob Engels Z4 <666419820> | Warrant for my arrest is out | | |
| iMessage | 1/4/2021 4:17 PM | Shane Lamond <2024370434> | John Donohue <9174171702> | ET locked up for warrant | | |
| MPD Case File | 1/4/2021 4:18 PM | N/A | N/A | Arrest of Enrique Tarrio | | |
| WhatsApp Message | 1/5/2021 4:51 PM | Shane Lamond <2024370434> | Ben Tyler <7034315078> | ET given a stay away from entire city except for court appearances | | |
| WhatsApp Message | 1/5/2021 4:54 PM | Ben Tyler <7034315078> | Shane Lamond <2024370434> | I saw that and the video ford Fischer did. | | |
| Telegram Secret Chat | 1/7/2021 3:25 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 1> I think I could have stopped this whole thing. | | |
| Telegram Secret Chat | 1/7/2021 7:55 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 1> I don't know, bro. You know it's fucking bad when Alex Jones was the voice of reason and they wouldn't listen to him. He got on the bullhorn and urged everyone to stop attacking the police and march around the US Capitol and they ignored him | | |
| Telegram Secret Chat | 1/7/2021 7:55 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 2> How you holding up? I checked on your charges and the Poss of High Capacity Mags is a felony | | |
| Telegram Secret Chat | 1/7/2021 8:38 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 2> <Reply to: How you holding up? I checked on your charges and the Poss of High Capacity Mags is a felony> So gay | | |
| Telegram Secret Chat | 1/7/2021 8:39 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 3> <Reply to: I don't know, bro. You know it's fucking bad when Alex Jones was the voice of reason and they wouldn't listen to him. He got on the bullhorn and urged everyone to stop attacking the police and march around the US Capitol and they ignored him><br>Yeah but I have guys I can line up...he doesn't | | |
| Telegram Secret Chat | 1/7/2021 8:39 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 4> Lol | | |
| Telegram Secret Chat | 1/7/2021 9:39 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 3> That is true | | |
| Telegram Secret Chat | 1/7/2021 9:40 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 4> Yesterday was a total shitshow | | |
| Telegram Secret Chat | 1/7/2021 10:36 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 5> I have someone you guys might be looking for.<br>Nicole Danielle Roberson.<br>She had Maryland police go to her house yesterday. | | |
| Telegram Secret Chat | 1/7/2021 10:37 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 6> She thinks they came because of the Capitol stuff. | | |
| Telegram Secret Chat | 1/7/2021 10:44 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 5> Copy. Not that I'm aware of offhand but i will check | | |
| Telegram Secret Chat | 1/7/2021 10:45 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 6> I know we are working on identifying a number of people | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| iMessage | 1/7/2021 11:03 AM | Brian Carney <4438482927> | Shane Lamond <2024370434> | [Video File] MOV_8812.mov |  | |
| Telegram Secret Chat | 1/7/2021 11:14 AM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 7> Let me know if she's on your list. I'll have her turn herself in | | |
| iMessage | 1/7/2021 11:15 AM | Shane Lamond <2024370434> | Brian Carney <4438482927> | Thanks, Brian. The one we were looking at is Nicole Danielle Roberson. | | |
| iMessage | 1/7/2021 11:20 AM | Brian Carney <4438482927> | Shane Lamond <2024370434> | Ok I'll look into it | | |
| SMS/MMS | 1/7/2021 3:17 PM | Shane Lamond <2024370434> | Julie Farnam <6176534771> | Hey Julie can you send me the FBI list? | | |
| Email | 1/7/2021 3:30 PM | Julie Farnam <julie.farnam@uscp.gov> | Shane Lamond <shane.lamond@dc.gov> | FBI's List | | |
| SMS/MMS | 1/7/2021 3:33 PM | Julie Farnam <6176534771> | Shane Lamond <2024370434> | Sent | | |
| Telegram Secret Chat | 1/7/2021 3:37 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 7> Nope. Not on our list | | |
| Telegram Secret Chat | 1/8/2021 7:51 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 8> Looks like the feds are locking people up for rioting at the Capitol. I hope none of your guys were among them. | | |
| Telegram Secret Chat | 1/8/2021 7:53 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 8> So far from what I'm seeing and hearing we're good. | | |
| Telegram Secret Chat | 1/8/2021 7:59 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 9> Great to hear. Of course I can't say it officially, but personally I support you all and don't want to see your group's name or reputation dragged through the mud | | |
| Telegram Secret Chat | 1/8/2021 7:59 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 9> One of my guys did get arrested in Hawaii. But he was just in there behind people. Recorded the whole thing for his YouTube. No damage | | |
| Telegram Secret Chat | 1/8/2021 8:00 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 10> <Reply to: Great to hear. Of course I can't say it officially, but personally I support you all and don't want to see your group's name or reputation dragged through the mud> Thanks but I think we're passed that...the brunt of this will come down on us. | | |
| Telegram Secret Chat | 1/8/2021 8:00 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 11> Past* | | |
| Telegram Secret Chat | 1/8/2021 8:00 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 10> It's not going to matter. Simply entering the building will be enough to get charged. Being up on the upper terrace past the police lines may even be enough | | |
| Telegram Secret Chat | 1/8/2021 9:01 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 12> Yeah I know. Will those be felonies? | | |
| Telegram Secret Chat | 1/8/2021 9:09 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 11> Yes. 100% | | |
| Telegram Secret Chat | 1/8/2021 9:10 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 13> What felony is it? | | |
| Telegram Secret Chat | 1/8/2021 9:17 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 12> 18 USC 1752 - Restricted Building or Ground | | |
| Telegram Secret Chat | 1/9/2021 12:45 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 13> Lots of bad and misinformation circulating around regarding your group. I need you to be totally honest with me. Are there any plans for PB to be in DC anytime between January 16-20? You can call if you prefer. Thanks | | |
| Telegram Secret Chat | 1/9/2021 12:56 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 14> At ALL | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Secret Chat | 1/9/2021 12:57 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 14> Copy. A private organization put an alert that specifically mentions PROUD BOYS will be conducting armed protests at every state Capitol and US Capitol on January 17th | | |
| Telegram Secret Chat | 1/9/2021 12:58 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 15> I take it you mean NOT at all? | | |
| Telegram Secret Chat | 1/9/2021 1:07 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 15> <audio/ogg> secret-file-5175186517936570551-1 | *Transcript: "Uh... Yeah. Not at all. We're uh... Definitely not going anywhere."* | |
| Telegram Secret Chat | 1/9/2021 1:07 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 16> <audio/ogg> secret-file-5175012155149254839-1 | *Transcript: "Give me a few and I'll give you a call."* | |
| Telegram Secret Chat | 1/9/2021 1:07 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 16> Sounds good | | |
| Telegram Call | 1/9/2021 1:48 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | Outgoing Call to Shane FBI Police \| Duration: 1522 seconds | | |
| Telegram Secret Chat | 1/9/2021 5:08 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 17> <image/jpg> ph-004BBD65-634F-4039-A961-83E018B3ED63_L0_001--4822025450748646744 |  | |
| Telegram Secret Chat | 1/9/2021 5:11 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 17> <Reply to: <image/jpg> ph-004BBD65-634F-4039-A961-83E018B3ED63_L0_001--4822025450748646744> That's a felony? | | |
| Telegram Secret Chat | 1/9/2021 5:13 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 18> Yes | | |
| Telegram Secret Chat | 1/9/2021 5:14 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 19> Same ones first 13 were charged with | | |
| Telegram Secret Chat | 1/9/2021 11:25 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 20> What are we standing by for?? | | |
| Telegram Secret Chat | 1/9/2021 11:32 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 18> <Reply to: What are we standing by for??> Huh? | | |
| Telegram Secret Chat | 1/9/2021 11:32 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 21> Joe Biggs just posted "Stand by" on Parler | | |
| Telegram Secret Chat | 1/9/2021 11:33 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 19> Dunno but we just banned rallies for awhile | | |
| Telegram Secret Chat | 1/9/2021 11:33 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 20> A while | | |
| Telegram Secret Chat | 1/9/2021 11:34 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 22> That's a good idea | | |
| Telegram Secret Chat | 1/9/2021 11:34 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 21> It looks like his account is hacked or something. Look at the posts under that | | |
| Telegram Secret Chat | 1/9/2021 11:34 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 22> <image/jpg> secret-file-5175018369966932151-1 |  | |
| Telegram Secret Chat | 1/9/2021 11:35 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 23> I gotcha. Lots of eyes are on you all right now. I got a First Alert on his post 😂. | | |

## Timeline

| Type | Date & Time | From | To | Content | Attachment #1 Preview | Attachment #2 Preview |
|---|---|---|---|---|---|---|
| Telegram Secret Chat | 1/9/2021 11:56 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 23> But I'm sure that doesn't mean what people think it means lol. | | |
| Telegram Secret Chat | 1/12/2021 2:49 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 24> <image/jpg> ph-5BD0A733-B36C-49FA-AA42-0385802EE92C_L0_001--2421949073269359324 |   | |
| Telegram Secret Chat | 1/12/2021 2:49 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 25> Is this legit? | | |
| Telegram Secret Chat | 1/12/2021 3:44 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 24> <Reply to: <image/jpg> ph-5BD0A733-B36C-49FA-AA42-0385802EE92C_L0_001--2421949073269359324> What is this? | | |
| Telegram Secret Chat | 1/12/2021 4:03 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 26> Claiming to be a proud boys sticker | | |
| Telegram Secret Chat | 1/12/2021 4:43 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 25> <audio/ogg> secret-file-5183797759861326305-1 | *Transcript: "I don't know. Let me check, but..."* | |
| Telegram Secret Chat | 1/12/2021 4:44 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 27> Do you know if any of your guys will be at VA Lobby Day on the 18th? | | |
| Telegram Secret Chat | 1/12/2021 4:44 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 26> <audio/ogg> secret-file-5183686292575093143-1 | *Transcript: "Doubt. Big doubt. Uh... I might go, uh, but I don't think I'll make it. There's like a, probably, uh, 20% chance of me going."* | |
| Telegram Secret Chat | 1/12/2021 4:45 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 27> <audio/ogg> secret-file-5183901990127665427-1 | *Transcript: "My guys don't even know that uh... If I do go my guys won't even know that I'm going."* | |
| Telegram Secret Chat | 1/13/2021 8:52 PM | Enrique Tarrio <581632416> | Shane Lamond <869476955> | <MessageID 28> Enrique set the self-destruct timer to 30 seconds | | |
| Telegram Secret Chat | 1/16/2021 6:47 PM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 34> <Self-Destruct Timer: 30 seconds> Hey brother, are your guys planning to come to DC on March 4th? | | |
| Telegram Secret Chat | 1/19/2021 11:06 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 35> <Self-Destruct Timer: 30 seconds> Bump | | |
| Telegram Secret Chat | 1/27/2021 11:13 AM | Shane Lamond <869476955> | Enrique Tarrio <581632416> | <MessageID 36> <Self-Destruct Timer: 30 seconds> https://www.reuters.com/article/us-usa-proudboys-leader-idUSKBN29W1PE |  REUTERS World Business Markets Breakingviews Video More. **Exclusive: Proud Boys leader was 'prolific' informer for law enforcement** By Aram Roston. WASHINGTON (Reuters) - Enrique Tarrio, the leader of the Proud Boys extremist group, has a past as an informer for federal and local law enforcement, repeatedly working undercover for investigators after he was arrested in 2012, according to a former prosecutor and a transcript of a 2014 federal court proceeding obtained by Reuters. | |

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

We just locked up one of your guys at 14th and K

12/12/2020 7:30 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <7869616789>**
**To: Shane Lamond <2024370434>**

2 of my guys stabbed

12/12/2020 9:19 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I'm hearing may be a total of four.

12/12/2020 9:20 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Enrique Tarrio <7869616789>**

I'm up at 11th and F now

12/12/2020 9:21 PM
[*iMessage*]

**Destruction of Property - BLM banner is burned by group, including Tarrio, at church near intersection of 11th Street and E Street, NW, Washington, DC**

12/12/2020 (Evening)
[*MPD Case File*]

**From: Kelly O'Meara <kelly.omeara@dc.gov>**
**To: Shane Lamond <shane.lamond@dc.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**David Hong <david.hong@dc.gov>**
**Kristen Metzger <kristen.metzger@dc.gov>**
**et al.**

BLM signs

"Because John Falcicchio is asking - are we all on board with saying that the tearing down of the BLM signs would be investigated as a possible hate crime?"

12/13/2020 10:58 AM
[*Email*]

GOVERNMENT EXHIBIT 4018

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Leslie Parsons <leslie.parsons@dc.gov>**
**David Hong <david.hong@dc.gov>**
**Kelly O'Meara <kelly.omeara@dc.gov>**
**Kristen Metzger <kristen.metzger@dc.gov>**
**et al.**

Re: BLM signs

"That's a very tricky question and one that I was thinking about this morning. We have supported this offense in the past with the burning and destruction of gay pride flags and such. However, wouldn't that also mean that a lot of the criminal offenses (assaults, the stabbing on 11th Street) reported yesterday connected to the event would be possible hate crimes?"

12/13/2020 11:11 AM
[*Email*]

**From: David Hong <david.hong@dc.gov>**
**To: Shane Lamond <shane.lamond@dc.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**Kelly O'Meara <kelly.omeara@dc.gov>**
**Kristen Metzger <kristen.metzger@dc.gov>**
**et al.**

Re: BLM signs
"I think it really just depends on each circumstance and what was said or heard and who was involved, I'll check all the reports today and tomm as they come in and see if we need clarification from the report takers if possible"

12/13/2020 11:14 AM
[*Email*]

**From: Kristen Metzger <kristen.metzger@dc.gov>**
**To: Shane Lamond <shane.lamond@dc.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**David Hong <david.hong@dc.gov>**
**Kelly O'Meara <kelly.omeara@dc.gov>**
**et al.**

Re: BLM signs

"We've had a few media inquiries about this (see attached).

Is it accurate for us to say:

Yes, MPD is aware of these incidents. We take these offenses seriously and we are currently investigating them as a possible hate crimes. If anyone has any information we ask that they call 202-727-9099 or text 50411."

*[Attachment - Arrests_in_burning_BLM_sign?.msg]*

*[Attachment - Action_on_church_signs_burning_destruction?.msg]*

12/13/2020 11:15 AM
[*Email*]

December 12, 2020, 7:30 PM – December 20, 2020

**From: Kelly O'Meara <kelly.omeara@dc.gov>**
**To: Shane Lamond <shane.lamond@dc.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**David Hong <david.hong@dc.gov>**
**Kristen Metzger <kristen.metzger@dc.gov>**
**et al.**

Re: BLM signs
"I think that is correct that some of them may be. However, while we know that race is a protected category, I think we'll have to think about whether the Proud Boys falls into one. It may not."

12/13/2020 11:15 AM
[*Email*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Shut Down DC is going after Harry's again. Urging people to report them to ABRA.

12/13/2020 5:07 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

We didn't even go into Harry's

12/13/2020 5:13 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

What's ABRA

12/13/2020 5:13 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Alcoholic Beverage Regulatory Agency

12/13/2020 5:13 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

What codes would they have broken?

12/13/2020 5:14 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

We're your guys there on Friday?

12/13/2020 5:15 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

12/13/2020 5:15 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

There may be no evidence to support it but they have sent emails to their followers urging them to call ABRA and report violations and also to call both Harry's and Hotel Harrington and tell them not to let PB back. Just giving you a heads up

12/13/2020 5:17 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

On a brighter note, guy who stabbed your guys got locked up

12/13/2020 5:18 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

12/13/2020 5:26 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

I haven't pulled the report yet but from what I learned on the scene last night it was only one person

12/13/2020 5:27 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

What's the general consensus with DC metro and my guys?

12/13/2020 5:32 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

That's too complicated for a text answer. That's an in person convo over a beer

12/13/2020 5:43 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

That NomadPatriot86 guy I asked you about before pisses me off though. He was posting shit on Parler about behind here this weekend. It took everything I had not to call him out on his BS

12/13/2020 5:45 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

I'll be in town till Thursday

12/13/2020 5:50 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

We can go to the Dubliner

12/13/2020 5:50 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Perfect. I won't be working tomorrow but how about Tuesday afternoon?

12/13/2020 5:54 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

Let's do it

12/13/2020 5:55 PM
[*Telegram Private Chat*]

**From: Chris PB <619039572>**
**To: Skull and Bones 2020/2021 <4755540701>**

Lmfao Enriqueta is in trouble

12/14/2020 1:09 AM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021 <4755540701>**

I'm going to prison for a hate crime

12/14/2020 1:30 AM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

12/14/2020 10:52 AM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Cuffs and gashes <9751355053>**

Just contacted my DC metro guy

12/14/2020 10:52 AM
[*Telegram Group Chat*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

I know what happened

12/14/2020 12:05 PM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Also - I'm having drinks with ET tomorrow afternoon to discuss some things with him

12/14/2020 12:05 PM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Eek

12/14/2020 12:05 PM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Is that smart? To do social?

12/14/2020 12:05 PM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

It's fine. Only the two of us and at a low key place - NOT Harry's

12/14/2020 12:05 PM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

OK

12/14/2020 12:05 PM
[*WhatsApp Message*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Just heard your message. He will be released at the ramp at 3rd and C Streets NW this afternoon. The ramp is at the underpass between MPD headquarters and Dept. Of Labor on 3rd Street

12/14/2020 12:46 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Is your guy Corey Nielsen?

12/14/2020 12:47 PM
[*Telegram Private Chat*]

**From: Jon 2A <669336167>**
**To: Enrique Tarrio <581632416>**

https://twitter.com/DCPoliceDept/status/1338529064353673219?s=09




12/14/2020 3:26 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

How about 4:30 tomorrow at Dubliner?

12/14/2020 6:31 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<Reply to: How about 4:30 tomorrow at Dubliner?>

Deal

12/14/2020 6:51 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Jon 2A <669336167>**

Yeah I’m following this...meeting with my DC metro contact

12/14/2020 9:09 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<Reply to: Is your guy Corey Nielsen?>

Yes.

12/14/2020 9:35 PM
[*Telegram Private Chat*]

**From: Colors&Creed <832743213>**
**To: Cuffs and gashes <9751355053>**

Corey is still in hospital or in custody we haven't found out where but we do know he was arrested they charged him with misdemeanor petty assault so we're hoping it's all over soon when he is out of the hospital or jail some boys back East are going to pick him up and bring him to the airport we should know more when the lawyer we got for Corey gets back in touch with us this morning keep you posted boys

12/15/2020 7:54 AM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

12/15/2020 2:03 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Cuffs and gashes <9751355053>**

DC metro asking about Corey

12/15/2020 2:07 PM
[*Telegram Group Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Yes. I'm doing this training now but should be done by 4 so I will be there at 4:30

12/15/2020 2:09 PM
[*Telegram Private Chat*]

**From: Jeffery Carroll <jeffery.carroll@dc.gov>**
**To: Shane Lamond <2024370434>**

Shane have you received any information that would lead you to believe the proud boys are going to be here for inauguration

12/15/2020 2:39 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <jeffery.carroll@dc.gov>**

My source told me months ago they would probably be here for inauguration but nothing lately. I'm meeting with him this afternoon so I will confirm

12/15/2020 2:40 PM
[*iMessage*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

On my way now

12/15/2020 4:14 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

Have a table in the room to the right when you walk in

12/15/2020 4:21 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

Going down

12/15/2020 4:31 PM
[*Telegram Private Chat*]

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <jeffery.carroll@dc.gov>**

Just confirmed that proud boys are not planning on coming to DC for inauguration at this time

12/15/2020 5:52 PM
[*iMessage*]

**From: Jeffery Carroll <jeffery.carroll@dc.gov>**
**To: Shane Lamond <2024370434>**

Hopefully it stays that way

12/15/2020 5:52 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <jeffery.carroll@dc.gov>**

He is not happy with what happened on Saturday and admitted that their crowd was way too big and unmanageable so he wants to rethink what they will do in the future

12/15/2020 5:54 PM
[*iMessage*]

**From: Jeffery Carroll <jeffery.carroll@dc.gov>**
**To: Shane Lamond <2024370434>**

How about never come to dc again.

Can he ID those people in the flyers?

12/15/2020 6:04 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: Jeffery Carroll <jeffery.carroll@dc.gov>**

He's claiming that he doesn't recognize them and said that he had close to 1,000 members here and doesn't know all of them

12/15/2020 6:05 PM
[*iMessage*]

**From: Jeffery Carroll <jeffery.carroll@dc.gov>**
**To: Shane Lamond <2024370434>**

I bet

12/15/2020 6:06 PM
[*iMessage*]

**From: Noble Big Bollocks 4° Elder, Britannia VP <631389029>**
**To: Skull and Bones 2020/2021 <4755540701>**

Are you going to Jail Enrique?

12/15/2020 7:10 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021 <4755540701>**

This might not be good

12/15/2020 7:11 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021 <4755540701>**

I admitted to burning the sign to an MDC officer

12/15/2020 7:12 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021 <4755540701>**

I told them to take me in.

12/15/2020 7:12 PM
[*Telegram Group Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<photo>

*[Image Unrecovered]*

12/17/2020 11:26 AM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

You didn't tell me we are going to be neighbors 😂.

12/17/2020 11:26 AM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

12/17/2020 11:48 AM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

If that's the case sounds like you have a leak...

12/17/2020 12:00 PM
[*Telegram Private Chat*]

~

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<audio/ogg>

*[Audio File Unrecovered]*

12/17/2020 12:03 PM
[*Telegram Private Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

It's an Antifa IG handle

12/17/2020 12:04 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio**
**To: Parler**

Tarrio Parler Post:

"The FBI is currently the [sic] investigating a supposed 'hate crime' perpetrated by the ProudBoys. They're even offering a reward. I'm here to tell you that there was no hate crime committed. The only hate there is in my heart is for communism and an authoritarian government. BLM is a Marxist movement. It isn't about the color of someone's skin. Against the wishes of my attorney I am here today to admit that I am the person responsible for the burning of this sign. And I am not ashamed of what I did because I didn't do it out of hate…I did it out of love. Love for a country that has given my family SO MUCH. The burning of this banner wasn't about race religion or political ideology it was about a racist movement that has terrorized the citizens of this country. I will not standby [sic] and watch them burn another city. So let me make this simple. I did it. Come get me if you feel like what I did was wrong. We'll let the public decide. Forever PROUD. -Enrique "



12/18/2020
[*Open Source*]

**From: Enrique Tarrio**
**To: Washington Post**

Tarrio tells Washington Post in telephone interivew that he burned the BLM banner.

(https://www.washingtonpost.com/local/public-safety/enrique-tarrio-proud-boys-black-lives-matter-sign/2020/12/18/c056c05e-415a-11eb-8db8-395dedaaa036_story.html)



PUBLIC SAFETY

Proud Boys leader says he burned Black Lives Matter banner stolen from church during demonstrations in D.C.

12/18/2020
[*Open Source*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Did you see the crime solvers tip?

12/18/2020 7:25 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

On 12/18/2020 at 0145 hours stating that a male by the name of Henry Enrique Carrio who is a member of the Proud Boys is claiming responsibility for the destruction of property at the church located in the 400 block of 11th Street NW. The caller stated that Mr. Carrio is living in Miami Florida at 5730 North West 2nd Street

12/18/2020 7:26 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Oh fuck!

12/18/2020 7:26 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

What?

12/18/2020 7:26 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

The tip?

12/18/2020 7:26 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Yes! Remember what he told me?

12/18/2020 7:27 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

I mean - it's for Mr. Carrio

12/18/2020 7:27 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Yes

12/18/2020 7:27 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

But this tip is for Carrio 🤣.

12/18/2020 7:27 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Orrrr the CIC screwed up and got his name wrong 😜.

12/18/2020 7:28 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

It's not recorded so the world may never know

12/18/2020 7:29 AM
[*WhatsApp Message*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 1> Hey brother, did you call in an anonymous tip to MPD claiming responsibility for the banner burning?

12/18/2020 7:34 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

I think he called that tip in on himself because very few people know that Henry is his legal name

12/18/2020 8:12 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

Hahaha maybe? I thought it's out there

12/18/2020 8:12 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

I've seen it online before

12/18/2020 8:12 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

You have? I've always seen Enrique

12/18/2020 8:13 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

<photo>



12/18/2020 8:13 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

<photo>



12/18/2020 8:14 AM
[*WhatsApp Message*]

**From: Carolyn Montagna <2024897859>**
**To: Shane Lamond <2024370434>**

It's definitely out there

12/18/2020 8:14 AM
[*WhatsApp Message*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Ahhhh

12/18/2020 8:52 AM
[*WhatsApp Message*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 1> I did more than that. It's on my social media

12/18/2020 9:30 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 2> I gotcha. Someone called in an anonymous tip saying that you claimed responsibility for it.

12/18/2020 9:50 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 2> This wasn't a hate crime. And I want to see it play out.

12/18/2020 10:05 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 3> I'm curious to see what happens too. I will check with our CID people to see if they have you on video.

12/18/2020 10:06 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 4> Also - you've got the FBI and USSS all spun up over what was said on InfoWars the other night about PB dressing up as Biden supporters on Inauguration Day. Got an email first thing this morning 😳.

12/18/2020 10:08 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 3> <audio/ogg>

*[Audio File Unrecovered]*

12/18/2020 10:11 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 4> <audio/ogg>

*[Audio File Unrecovered]*

12/18/2020 10:12 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 5> <audio/ogg>

*[Audio File Unrecovered]*

12/18/2020 10:21 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 6> Lol...just searched. I never said this haha <photo>

*[Image Unrecovered]*

12/18/2020 10:22 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 7> <audio/ogg>

*[Audio File Unrecovered]*

12/18/2020 10:30 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 9> Lol yep that’s exactly what o [sic] got from FBI and USSS

12/18/2020 10:42 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 8> The video is out there

12/18/2020 10:42 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 10> I think it was included. I'm just going to let them get all freaked out. They're idiots

12/18/2020 10:52 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 9> Lol

12/18/2020 10:52 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 10> <audio/ogg>

*[Audio File Unrecovered]*

12/18/2020 10:52 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: David Hong <david.hong@dc.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**et al.**

Re: BLM Banner

"Good Afternoon All,

Is anyone aware of whether the burning of the BLM banner is being investigated by the FBI as a possible hate crime? I know we talked about it on Sunday but I didn't hear anything about the FBI taking over the investigation. As you may be aware, the current chairman of the Proud Boys, Enrique Tarrio, just publicly admitted that he was responsible for its destruction."



As I said on @warboystv

The FBI is currently the investigating a supposed "hate crime" perpetrated by the ProudBoys. They're even offering a reward.

I'm here to tell you that there was no hate crime committed. The only hate there is in my heart is for communism and an authoritarian government. BLM is a Marxist movement. It isn't about the color of someone's skin.

Against the wishes of my attorney I am here today to admit that I am the person responsible for the burning of this sign. And I am not ashamed of what I did because I didn't do it out of hate...I did it out of love. Love for a country that has given my family SO MUCH. The burning of this banner wasn't about race religion or political ideology it was about a racist movement that has terrorized the citizens of this country. I will not standby and watch them burn another city.

So let me make this simple. I did it.

Come get me if you feel like what I did was wrong. We'll let the public decide.

Forever PROUD.

-Enrique

12/18/2020 2:46 PM
[*Email*]

**From: David Hong <david.hong@dc.gov>**
**To: Shane Lamond <shane.lamond@dc.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**et al.**

Re: BLM Banner

"Hmm I talked to my Contacts, Special agent Gano and linked him with ddu but he advised their office would unlikely take the case federal, I can find out more"

12/18/2020 2:47 PM
[*Email*]

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Carolyn Montagna <carolyn.montagna@dc.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**Nicole Copeland <nicoleg.copleand@dc.gov>**
**et al.**

Re: Phone Tip

"Please let me know if you need anything related to this. I know him so I can probably fill in any blanks you may have. I have attached his picture for your awareness."



Proud Boys Chairman Enrique Tarrio. AP Photo/Noah

12/18/2020 2:50 PM
[*Email*]

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: David Hong <david.hong@dc.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**et al.**

Re: BLM Banner

"Copy, this post may have been mistaken. I would be surprised if FBI took over this investigation."

12/18/2020 2:50 PM
[*Email*]

**From: David Hong <david.hong@dc.gov>**
**To: Shane Lamond <shane.lamond@dc.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**et al.**

Re: BLM Banner

"I just tqlked [sic] to Matt Gano, they are what they call "assessing it. " They have not indicated or advised publicly that they are attaching themselves so the post may be false, at this point they are just assisting DDu where they can"

12/18/2020 2:51 PM
[*Email*]

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: David Hong <david.hong@dc.gov>**
**Leslie Parsons <leslie.parsons@dc.gov>**
**et al.**

Re: BLM Banner

"Copy, thank you David."

12/18/2020 3:04 PM
[*Email*]

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021**
**<4755540701>**

We got the jump on the narrative for the banner burning. This should make it next to impossible for them to use the "hate crime" enhancement.

As per my contact at DC metro

12/18/2020 3:33 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021**
**<4755540701>**

This stays in here

12/18/2020 3:33 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 11> So what do you think?

12/18/2020 4:09 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 12> About which part? You clearing the air about the Biden gear or the BLM banner?

12/18/2020 4:13 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 12> BLM banner

12/18/2020 4:52 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 13> You think they'll make a stink of it?

12/18/2020 4:52 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 14> <Reply to: About which part? You clearing the air about the Biden gear or the BLM banner?>

The Biden gear is a non issue.

12/18/2020 4:53 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 15> That's just media retards

12/18/2020 4:53 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 13> No, a bit of the opposite. I've been talking to CID about it. They wanted to know what I know about your group and if I think you all are racist. I told them you are made up of a lot of Latinos and blacks so not a racist thing. If anything I said it's political but then I drew attention to the Trump and American flags that were taken by Antifa and set on fire. I said all those would have to be classified as hate crimes too. It's not being investigated by FBI though. Just us (MPD)

12/18/2020 4:55 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 16> Ahhhh ok!

12/18/2020 4:55 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 17> Awesome.

12/18/2020 4:56 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021 <4755540701>**

For our eyes only.

12/18/2020 4:56 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Skull and Bones 2020/2021 <4755540701>**

No, a bit of the opposite. I've been talking to CID about it. They wanted to know what I know about your group and if I think you all are racist. I told them you are made up of a lot of Latinos and blacks so not a racist thing. If anything I said it's political but then I drew attention to the Trump and American flags that were taken by Antifa and set on fire. I said all those would have to be classified as hate crimes too. It's not being investigated by FBI though. Just us (MPD)

12/18/2020 4:56 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <7869616789>**
**To: Amy Harris Photo <9312614575>**

Ok so off the record… You won't be having any fun watching me get put away

12/18/2020 4:57 PM
[*iMessage*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 14> I don't think they have any pictures of you though

12/18/2020 4:58 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Mexizzachet <968117524>**

So I just got word

12/18/2020 4:58 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Mexizzachet <968117524>**

We're clear on the banner

12/18/2020 4:59 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 18> Strange

12/18/2020 4:59 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Amy Harris Photo <14121086837>**

DC metro just told me they won't be pursuing it

12/18/2020 5:16 PM
[*Telegram Secret Chat*]

**From: Amy Harris Photo <1472679606>**
**To: Enrique Tarrio <581632416>**

What about the FBI

12/18/2020 5:16 PM
[*Telegram Private Chat*]

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Amy Harris Photo <14121086837>**

FBI isn't investigating

12/18/2020 5:16 PM
[*Telegram Secret Chat*]

**From: Amy Harris Photo <1472679606>**
**To: Enrique Tarrio <581632416>**

Are they going to still look for your guys

12/18/2020 5:16 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Amy Harris Photo <14121086837>**

They signal boosted DC metro

12/18/2020 5:16 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Amy Harris Photo <14121086837>**

They can't because they're not investigating

12/18/2020 5:17 PM
[*Telegram Secret Chat*]

**From: Nicole Copeland <nicoleg.copleand@dc.gov>**
**To: Ashan Mufti <ashan.mufti@dc.gov>**
**et al.**

FW: Phone Tip

"If anyone has questions on him Lt. Lamond states that he knows him."

12/18/2020 11:58 PM
[*Email*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 19> <photo>

*[Image Unrecovered]*

12/19/2020 12:53 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 15> Got it. We will see if we can ID the person

12/19/2020 3:11 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 16> <photo>

*[Image Unrecovered]*

12/19/2020 8:06 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 17> Have you heard anything about this? Is this legit?

12/19/2020 8:06 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: John K. Donohue <john.donohue@uscp.gov>**
**Julie Farnam <julie.farnam@uscp.gov>**
**William Nasworthy <william.nasworthy@usss.dhs.gov>**
**Mark Varanelli <mark_varanelli@nps.gov>**
**et al.**

Possible January Demo

"Good Morning All,

I hate to be the Christmas Grinch but please see below post regarding a possible big demo on January 6th. So far there have not been any permit applications for this that I am aware of. We are hoping this is a hoax but will keep digging to vet this information. If anyone locates anything to corroborate or refute this info please share with the group."

https://twitter.com/milionmagamarch/status/1340217633715720194?s=21




12/19/2020 9:22 AM
[*Email*]

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 20> <audio/ogg>

*[Audio File Unrecovered]*

12/19/2020 10:26 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: John K. Donohue <john.donohue@uscp.gov>**
**Julie Farnam <julie.farnam@uscp.gov>**
**William Nasworthy <william.nasworthy@usss.dhs.gov>**
**Mark Varanelli <mark_varanelli@nps.gov>**
**et al.**

Re: Possible January Demo

"Looks like this maybe a legitimate event. I know the author of this article. I have reached out to her to see if this thing is growing legs."

https://www.thegatewaypundit.com/2020/12/president-donald-trump-calls-protest-dc-jan-6-says-will-wild/


President Donald Trump Calls For Protest in DC on Jan 6., Says 'Be There, Will Be Wild'

In a 1:42 AM tweet on Saturday, President Donald Trump promoted a "big protest" in DC against the election fraud that appears to have taken place in November.

President Trump included a link to a Washington Examiner story about Peter Navarro's 36-page report alleging election fraud that was "more than sufficient" to swing the victory.

Navarro is the Director of the Office of Trade and Manufacturing Policy.

"A great report by Peter. Statistically impossible to have lost the 2020 Election. Big protest in D.C. on January 6th. Be there, will be wild!" President Trump wrote.

12/19/2020 10:33 AM
[*Email*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 19> No, we really can't catch a break. I just found the article written by Cassandra. I just asked her if she thinks this is going to grow legs. Would you let me know if your group decides to participate?

12/19/2020 10:49 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 21> If we do it'll be extremely small and not in colors...no night March

12/19/2020 10:59 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 20> Copy that. I appreciate it.

12/19/2020 11:00 AM
[*Telegram Secret Chat*]

December 12, 2020, 7:30 PM – December 20, 2020

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 22> <application/pdf> The 2020 Election Disruption Guide by Antifa.pdf

*[Attachment Unrecovered]*

12/19/2020 11:02 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 21> Thanks, brother. We've had that for a few months now. They posted that on a website a while ago.

12/19/2020 11:05 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 23> I don't know if it's legit

12/19/2020 11:10 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 22> We think it was more of a poison pen document. The person who posted it wanted to stir shit up but we didn't see any of this actually materialize

12/19/2020 11:12 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 23> <photo>




12/19/2020 11:31 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 24> <Reply to: MessageID 23>

😬.

12/19/2020 11:31 AM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 24> It's growing legs alright… https://fox5dc.com/news/trump-promises-wild-protest-in-dc-on-jan-6-the-day-congress-to-count-electoral-votes




12/19/2020 11:41 AM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <7869616789>**
**To: Amy Harris Photo <9312614575>**

FBI said they'll "look into it"

12/19/2020 12:04 PM
[*iMessage*]

**From: Shane Lamond <2024370434>**
**To: <iMessage Group Chat 6376016548877529>**
**Carolyn Montagna <2024897859>**
**Jeffery Carroll <2024378198>**
**et al.**

From my source about Jan. 6:

If we do it'll be extremely small and not in colors...no night March

12/19/2020 3:32 PM
[*iMessage*]

**From: Franklyn Then <2404187386>**
**To: Shane Lamond <2024370434>**

Incoming Call from 2404187386 | Answered | Duration: 5:19

12/19/2020 5:58 PM
[*Phone Call*]

December 12, 2020, 7:30 PM – December 20, 2020

**From: Franklyn Then <Franklyn.Then@dc.gov>**
**To: Shane Lamond <shane.lamond@dc.gov>**
**Ashan Mufti <ashan.mufti@dc.gov>**
**et al.**

Subject in photo




12/19/2020 6:02 PM
[*Email*]

**From: Shane Lamond <2024370434>**
**To: Franklyn Then <2404187386>**

Outgoing Call to 2404187386 | Answered |

Duration: 1:17

12/19/2020 6:06 PM
[*Phone Call*]

**From: Shane Lamond <2024370434>**
**To: Franklyn Then <2404187386>**

Outgoing Call to 2404187386 | Answered |

Duration: 1:33

12/19/2020 6:30 PM
[*Phone Call*]

**From: Leslie Parsons <2024875277>**
**To: Shane Lamond <2024370434>**

Incoming Call from 2024875277 | Answered |
Duration: 8:05

12/19/2020 6:56 PM
[*Phone Call*]

**From: Franklyn Then <2404187386>**
**To: Shane Lamond <2024370434>**

Incoming Call from 2404187386 | Voicemail |
Duration: 0:02

12/19/2020 7:08 PM
[*Phone Call*]

**From: Franklyn Then <2404187386>**
**To: Shane Lamond <2024370434>**

Incoming Call from 2404187386 | Voicemail |
Duration: 0:02

12/19/2020 7:34 PM
[*Phone Call*]

**From: Shane Lamond <2024370434>**
**To: Franklyn Then <2404187386>**

Outgoing Call to 2404187386 | Answered |

Duration: 1:43

12/19/2020 7:43 PM
[*Phone Call*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 25> Police want to talk to you about the banner. You have a certain phone number you want me to give them?

12/19/2020 7:48 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Franklyn Then <Franklyn.Then@dc.gov>**
**Ashan Mufti <ashan.mufti@dc.gov>**
**et al.**

Re: Subject in photo

"Here is what he looked like and how he was dressed in December 12th."





12/19/2020 7:52 PM
[*Email*]

**From: Franklyn Then <2404187386>**
**To: Shane Lamond <shane.lamond@dc.gov>**

Re: Subject in photo

"Send me his phone number and DOB , address if you have it?"

12/19/2020 7:53 PM
[*Email*]

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Franklyn Then <Franklyn.Then@dc.gov>**

Re: Subject in photo

Henry "Enrique" Tarrio

H/M DOB 2/9/1984

LKA: 5730 NW 2nd Street, Miami, FL

Phone: 786-961-6789

12/19/2020 8:14 PM
[*Email*]

**From: Briam AG <559462827>**
**To: State Head Leadership Chat <9893590771>**

Your admitted relationship with law enforcement, combined with your support of Biggs when he threatened to have brothers arrested, and your willingness to turn yourself in... leads alot of us to believe that you may have some reason to be confident the law is not a threat to you. The rest of us dont have this level of faith and trust in the pigs.

12/20/2020 12:50 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: State Head Leadership Chat <9893590771>**

I admitted to talking to them about our movements in DC. And not on this last trip...that's not a secret. Never was. Anyone who has ever planned something with me knows I contact local LEO to keep a level of separation between the groups.

12/20/2020 12:55 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: State Head Leadership Chat <9893590771>**

Stay on topic...we're talking about contacting LEO here

12/20/2020 12:58 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: State Head Leadership Chat <9893590771>**

I literally just contact them when we're in town...

12/20/2020 1:04 PM
[*Telegram Group Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 25> <Reply to: Police want to talk to you about the banner. You have a certain phone number you want me to give them?> Miami Dade PD reached out. I'm going to use my 5th. I'll be in DC on the 6th if MDC wants to talk to me they can see me there. Are they pushing the hate crime thing?

12/20/2020 4:40 PM
[*Telegram Secret Chat*]

**From: Shane Lamond <869476955>**
**To: Enrique Tarrio <581632416>**

<MessageID 26> Give me a call when you can

12/20/2020 4:51 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

<MessageID 26> Through here?

12/20/2020 4:51 PM
[*Telegram Secret Chat*]

**From: Enrique Tarrio <581632416>**
**To: Shane Lamond <869476955>**

Outgoing Call to Shane FBI Police |

Duration: 411 seconds

12/20/2020 4:52 PM
[*Telegram Call*]

**From: Leslie Parsons <2024875277>**
**To: Shane Lamond <2024370434>**

Incoming Call from 2024875277 | Answered | Duration: 3:04

12/20/2020 5:40 PM
[*Phone Call*]

**From: Leslie Parsons <2024875277>**
**To: Shane Lamond <2024370434>**

Incoming Call from 2024875277 | Answered | Duration: 0:59

12/20/2020 5:47 PM
[*Phone Call*]

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Leslie Parsons <leslie.parsons@dc.gov>**

FW: Subject in photo

"Good Evening Commander, I have viewed the attached photograph and it is difficult for me to conclusively identify with 100% certainty that the individual depicted in this photograph is Mr. Henry "Enrique" Tarrio since I cannot see his whole face. However, I physically observed Mr. Tarrio on December 12th and have reviewed multiple videos that captured him on December 12th in Washington, DC.  Based on a comparison of those videos with the attached photograph, I believe this is Mr. Henry "Enrique" Tarrio kneeling down next to the banner based on the clothing he is wearing, the placement of the patches and the drink on his tactical vest, and the limited view of his face."




12/20/2020 6:02 PM
[*Email*]

**From: Shane Lamond <shane.lamond@dc.gov>**
**To: Leslie Parsons <leslie.parsons@dc.gov>**
**Nicole Copeland <nicoleg.copleand@dc.gov>**

Re: Tarrio?

"The first picture from the article is one of the pictures I reviewed. That is 100% him and accurately depicts how he looked when I physically observed him on December 12th. The second and third pictures appear to be the same guy who was kneeling down next to the banner in the original photograph I was asked to identify. Again, I believe that is Mr. Tarrio based on the clothing he is wearing, the placement of the patches and the drink on his tactical vest, and the limited view of his face.

I forgot to provide the background on my familiarity with Mr. Tarrio in my previous email. I have known him for almost 1.5 years, since meeting him while working the Demand Free Speech First Amendment event in July 6, 2019. I have seen him in person and spoken with him approx. 5-6 times since first meeting him in July 2019."









12/20/2020 7:16 PM
[*Email*]

**From: Shane Lamond <2024370434>**
**To: Carolyn Montagna <2024897859>**

Also - Parsons has called me multiple times this evening. They are really going after ET

12/20/2020 7:19 PM
[*WhatsApp Message*]

**From: Leslie Parsons <leslie.parsons@dc.gov>**
**To: Shane Lamond <shane.lamond@dc.gov>**
**Nicole Copeland <nicoleg.copleand@dc.gov>**

Re: Tarrio?

"Thanks"

12/20/2020 7:22 PM
[*Email*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

They don’t have anything. Just confirmed...they’re searching

12/20/2020 7:31 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

That’s why they want to talk

12/20/2020 7:31 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

*[Message Unrecovered]*

12/20/2020 7:31 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Do what Martin said. If you do that they can't talk to you

12/20/2020 7:32 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

<Photo>

*[Message Unrecovered]*

12/20/2020 7:34 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Once you do this they can't talk to you

12/20/2020 7:42 PM
[*Telegram Private Chat*]

**From: Enrique Tarrio <581632416>**
**To: Oly <850106533>**

I don't think they can force me to talk to them regardless of legal representation. I'm going to get my lawyer to do it anyway

12/20/2020 7:43 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

They will try if you are not lawyered up

12/20/2020 7:43 PM
[*Telegram Private Chat*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Will explain on a case that I have when I see you. They haven't been able to arrest him because of this. They have nothing on him so they were hoping to talk to him but he lawyered up.

12/20/2020 7:44 PM
[*Telegram Private Chat*]

**From: Nicole Copeland <nicoleg.copleand@dc.gov>**
**To: Ashan Mufti <ashan.mufti@dc.gov>**

Fwd: Tarrio?

12/20/2020 9:03 PM
[*Email*]

**From: Oly <850106533>**
**To: Enrique Tarrio <581632416>**

Your pain in the ass baby sister wants to know if you contacted the attorney

12/20/2020 9:56 PM
[*Telegram Private Chat*]

**Timeline**
**Shane Lamond's Contacts**
**(Employment information as of date of communication)**

| Individual | Position | Division | Agency |
|---|---|---|---|
| John Branch | Captain | Narcotics & Special Investigations Division | DC Metropolitan Police Department |
| Jeffery Carroll | Assistant Chief | Homeland Security Bureau | DC Metropolitan Police Department |
| Nicole Copeland | Detective Sergeant | Riot Task Force (within Criminal Investigations Division) | DC Metropolitan Police Department |
| Robert Glover | Captain | Special Operations Division (within Homeland Security Bureau) | DC Metropolitan Police Department |
| John Haines | Commander | Narcotics & Special Investigations Division | DC Metropolitan Police Department |
| David Hong | Captain | Special Liaison Branch | DC Metropolitan Police Department |
| Carolyn Montagna | Director | Joint Strategic and Tactical Analysis Command Center (within Homeland Security Bureau) | DC Metropolitan Police Department |
| Ahsan Mufti | Detective | Riot Task Force (within Criminal Investigations Division) | DC Metropolitan Police Department |
| Leslie "Andy" Parsons | Commander | Criminal Investigations Division | DC Metropolitan Police Department |
| Franklyn Then | Detective | Riot Task Force (within Criminal Investigations Division) | DC Metropolitan Police Department |
| Robert Pond | | | Alexandria Police Department |
| Brian Carney | | | Anne Arundel County Police Department |
| Kevin Riley | | | Arlington County Police Department |
| Paul Courtney | Assistant United States Attorney | Superior Court Division | DC United States Attorney's Office |

GOVERNMENT EXHIBIT 4026

USAO-DC-424394

**Timeline**
**Shane Lamond's Contacts**
**(Employment information as of date of communication)**

| Individual | Position | Division | Agency |
|---|---|---|---|
| Julianne Johnston | Deputy Chief | Superior Court Division | DC United States Attorney's Office |
| Charlie Cox | Field Intelligence Officer | Transportation Security Administration | Department of Homeland Security |
| Dave Engel | | | Maryland State Police |
| Daren Demarco | | | New York Police Department |
| Justin Scanlon | | | Private Sector<br>(former New York Police Department) |
| John Donohue | Director | Intelligence and Interagency Coordination Division | United States Capitol Police |
| Julie Farnam | Assistant Director | Intelligence and Interagency Coordination Division | United States Capitol Police |
| Carl Holmberg | | | United States Park Police |
| David Lamond | | | United States Park Police |
| Ben Tyler | | | Virginia State Police |

A1657

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - )

UNITED STATES OF AMERICA *

vs. * CASE NO. 23-cr-177

SHANE LAMOND *

- - - - - - - - - - - - - - - - - - - - - )

File: Grand Jury Exhibit 7 Lamond Interview.WMA

Interview of:

SHANE LAMOND

June 2, 2021

APPEARANCES:

SPECIAL AGENT SEAN RICARDI
SPECIAL AGENT in Charge BRYAN MOLNAR

GOVERNMENT EXHIBIT 5006

P R O C E E D I N G S

EXAMINATION

AGENT MOLNAR: Hey.

MR. LAMOND: Hey, how are you?

AGENT MOLNAR: Good. How are you?

MR. LAMOND: Good.

AGENT MOLNAR: Sorry this all took so long.

MR. LAMOND: No worries whatsoever. I apologize too. I know my schedule's been crazy lately.

AGENT MOLNAR: Man, this -- I think everyone's has been. So, I don't know, maybe, like, January 6th or something?

MR. LAMOND: What happened then?

AGENT MOLNAR: Apparently there was some sort of issue at the Capitol, or something. I don't know. I took, like, a week off at that point, figured yeah, nothing's going on.

MR. LAMOND: I wish I had.

AGENT MOLNAR: Yeah, I'm sure everyone in a badge with this area has as well. So have a seat. This is Sean Ricardi, out of my office.

MR. LAMOND: Nice to meet you.

MR. RICARDI: (Indiscernible).

AGENT MOLNAR: So basically, what this is about, as I was saying, is we're hoping you'll be able to point us

in the right direction. So we were brought in because it appears -- there's some information that's been developed that appears that Enrique Tarrio, and some of the others -- yeah. Big surprise, huh?

MR. LAMOND: I figured, yeah.

AGENT MOLNAR: May have been getting information that they shouldn't have had. So we're talking to everyone across multiple agencies to try to figure out where it may have come from. What I'm assuming has happened is they were social engineering and we're getting things like that, but kind of trying to figure out who talked to who, who may have talked to who, and who may have said things. And with your running intel, you know, some of the other agencies said you should probably talk to Shane in regards to the MPD (indiscernible) things like that. So that's kind of what we're trying to figure out.

MR. LAMOND: Gotcha.

AGENT MOLNAR: So, you know, kind of the way I -- you know, we've been doing this is just asking various questions kind of about the agency, like who potentially would, what the agency policies are, and things like that. And then some exclusionary questions and then we're done, we're out of here, and it's coffee time.

MR. LAMOND: Gotcha.

AGENT MOLNAR: So you know (indiscernible) at any

point, you got any questions, stop me, because you know your agency and how things are done better than I do. So if I'm getting something wrong or if there's, you know, something you may point me at that might be more beneficial, stop me and let me know.

MR. LAMOND: Okay.

AGENT MOLNAR: So I know you were involved in the execution of the warrant, and the drafting of the warrant, but you weren't the case agent?

MR. LAMOND: Right.

AGENT MOLNAR: So who, if you had to guess or kind of figure out, who would have had contact with Tarrio outside of the enforcement part?

MR. LAMOND: Well me, definitely. So he was a source --

AGENT MOLNAR: He was a source?

MR. LAMOND: He was a source of mine.

AGENT MOLNAR: Okay.

MR. LAMOND: And then shortly after his arrest, I think we had one or two conversations after his arrest. What was it? January 4th, 5th?

AGENT MOLNAR: Yeah, 4th.

MR. LAMOND: (Indiscernible). We had one or two conversations, and then when the article broke about him, you know, being a possible informant, I mean he just went

dark.

AGENT MOLNAR: Gee, I wonder why.

MR. LAMOND: Exactly.

AGENT MOLNAR: Yeah. So prior to the 4th --

MR. LAMOND: Mm-hmm.

AGENT MOLNAR: -- were anyone that worked for you or with you in intel?

MR. LAMOND: No. Strictly, strictly me.

AGENT MOLNAR: Just you?

MR. LAMOND: Mm-hmm.

AGENT MOLNAR: Okay. Were the, the detectives -- I think it was Mufty (ph.) wasn't it? Who did the --

MR. LAMOND: Probably so -- yes. Mm-hmm.

AGENT MOLNAR: Would, would he have been talking to him?

MR. LAMOND: I know he had asked for his contact information. I don't know if he was able to, to get ahold of Tarrio. He was really guarded about, you know, who it went to, meaning Tarrio.

AGENT MOLNAR: Mm-hmm.

MR. LAMOND: The last time I had talked to Mufty --

AGENT MOLNAR: (Indiscernible).

AGENT MOLNAR: -- yeah, he said he hadn't gotten in touch with him, but I don't know, you know, subsequent to

that, if he was able to.

AGENT MOLNAR: Okay. So when -- all right. When, when do you think you started talking to Tarrio?

MR. LAMOND: I could tell you exactly. It was July of 2019. They organized that 'Demand Free Speech' rally, which was July 6th, down at Freedom Plaza. And --

AGENT MOLNAR: Is that the one where they were looking for protection?

MR. LAMOND: Yes, yes.

AGENT MOLNAR: Okay.

MR. LAMOND: Yeah. And that's exactly how, how I got involved with him. So it wasn't a direct connect with him, but one of the other 'Demand Free Speech' organizers, and I can't remember who it was, but it was a female, she was coordinating with Tarrio because she was gonna have him speak --

AGENT MOLNAR: Okay.

MR. LAMOND: -- at their rally. And I guess he had received some, some threats from Antifa. So she put me in touch with him, and he sent me, via the screenshots. And then after that, he would let me know, like, if they were planning on coming to town, just to kind of -- I don't want to say deconflict, but he was letting me -- he'd give me a heads up if they were coming to town. So, you know, we could be on the lookout for any, like, counter-

demonstrations --

AGENT MOLNAR: Okay.

MR. LAMOND: -- that may affect them.

AGENT MOLNAR: So obviously they were here quite a bit then, over the last year.

MR. LAMOND: Given -- right. Yeah. There were a few times, like July 4th I remember, you know, coming into town. Of course, all the -- the Million MAGA (indiscernible) rallies in November, December, January. Yeah.

AGENT MOLNAR: So how did -- I mean -- oh, no, that makes sense because yeah, that's December -- December is when he did the, the -- the burning thing.

MR. LAMOND: Right, with the banner?

AGENT MOLNAR: Yeah, yeah, yeah. Okay. That makes -- god, it all blends together doesn't it --

MR. LAMOND: Oh, I know.

AGENT MOLNAR: -- over the last few years? Okay. So he would basically give you a heads up they were coming in. Would you guys ever meet?

MR. LAMOND: Yeah. We met, I think, maybe -- well, we met, like, during the rally (indiscernible) but we did, I'd say, I don't know, five, six times, you know, for that span in 2019 until January of '21.

AGENT MOLNAR: Anything outside of that?

MR. LAMOND: No.

AGENT MOLNAR: Now, if he was a source, did you register him?

MR. LAMOND: No, I did not.

AGENT MOLNAR: You didn't register him?

MR. LAMOND: No.

AGENT MOLNAR: Did you ever document the -- any --

MR. LAMOND: No (indiscernible).

AGENT MOLNAR: Okay. Do you know if anyone else registered him as a source?

MR. LAMOND: I do not know, no. I don't think so, but if somebody did, they didn't tell me about it.

AGENT MOLNAR: And if someone would have been using him as a source, like, would there be anything on document -- or on paper anywhere?

MR. LAMOND: It depends. I mean, I know nobody within MPD was using him as a source. Outside agencies, you know, again, I couldn't tell. And that'd be governed by their policies.

AGENT MOLNAR: And that's what I'm getting at by MPD. Like, any --

MR. LAMOND: Oh, no. There's nobody else within MPD --

AGENT MOLNAR: Okay.

MR. LAMOND: -- who would use him as a source.

AGENT MOLNAR: And if someone were to have, like, tried to register him, would you have been made aware of that?

MR. LAMOND: Most likely, yes.

AGENT MOLNAR: Okay.

MR. LAMOND: Because the only other reason somebody would use him as a source would be fore, you know, drugs and guns and (indiscernible) he wasn't a drug or gun runner that we know of at least.

AGENT MOLNAR: Yeah.

MR. LAMOND: It was more on the First Amendment side.

AGENT MOLNAR: Okay. Okay. So obviously he went dark after January when that article came out. I would imagine someone in his position does not want people thinking he's friendlier with law enforcement.

MR. LAMOND: Right.

AGENT MOLNAR: So that's understandable. But did -- so did you talk to him before the 4th?

MR. LAMOND: Before the 4th --

AGENT MOLNAR: Or let's say between his arrest and January 4th. Let me rephrase that, between the banner burning thing --

MR. LAMOND: Yes.

AGENT MOLNAR: -- like, when they were there in December and then January 4th.

MR. LAMOND: Yes, sorry.

AGENT MOLNAR: What were those conversations like? Were he prepping you for what was coming (verbatim)?

MR. LAMOND: That was part of it, and the other part was I was trying to find out without tipping him off to the MPD investigation. So we had some still photos of him being as part of the rally, but we didn't have any, like, confirmation that he was the one who burned the banner. We knew that some of the Proud Boys were there because we recognized some of the gear and we recognized some of the faces, however we didn't have a clear picture of him. That's when Mufty, who was assigned to this special task force investigating that banner and, you know, other incidents that had happened here, they found the same, basically, social media photos that we saw. And he -- he came to me and asked me, you know, can you identify Enrique out of this?

AGENT MOLNAR: And Mufty's normally where -- assigned to -- do you know?

MR. LAMOND: He's one of the detective units, but I don't know which one.

AGENT MOLNAR: Okay. So he came to you and said, hey, do you recognize --

MR. LAMOND: Right. Do you -- you know, can you, can you positively identify Enrique Tarrio, you know, from these, these photos.

AGENT MOLNAR: And I assume he showed you the one where he's, like, kneeling down on the right corner of the banner?

MR. LAMOND: Yes, yeah, yeah.

AGENT MOLNAR: Okay. And you did?

MR. LAMOND: No. At first, I couldn't confirm that it was him because I do recall seeing him, like, earlier that day, or early that weekend, and I don't remember him having, like, you know, as full a beard as the person that got pictured in that. However, we did find some additional photos like social media and media photos, and then looking at the placement of the patches on his, you know, his gear, I was able to positively identify him later on.

AGENT MOLNAR: Okay. And then did you reach out to him about --

MR. LAMOND: To who?

AGENT MOLNAR: To Tarrio on behalf of Mufty?

MR. LAMOND: I reached out to him, yeah, to see if he would tell me whether or not he was there.

AGENT MOLNAR: Yeah.

MR. LAMOND: And he was not -- he wouldn't confirm

that. So I did -- yes. I (indiscernible).

AGENT MOLNAR: Isn't that freaking hilarious? Because the guy gets on the radio and does an interview and he's like, yeah, I did it, and they can come get me. And then you talked to him and it was --

MR. LAMOND: Well, it was actually before that when he went there. Because he was very noncommittal when I first talked to him about (indiscernible).

AGENT MOLNAR: Oh, so you talked to him before the interview?

MR. LAMOND: Yes, and he said, you know, hypothetically, you know, if I was there, but he would never commit. And then Mufty reached out to me, and then we had another conversation afterwards. But we didn't talk about the banner or whether or not he did it.

AGENT MOLNAR: So when they got the warrant, the warrant was under seal, and then -- I think it was -- they got the warrant on the 30th and he was arrested on the 4th, something like that, you know? Might be a day or two either way on the warrant. Was there discussion amongst how it was gonna be executed?

MR. LAMOND: Yes, between MPD (indiscernible). Yeah.

AGENT MOLNAR: And what did -- what was, kind of, the game plan?

MR. LAMOND: So, you know, being the intel commander, I've got good contacts with different law enforcement agencies. I actually reached out to TSA because I knew that he was planning on coming into town. And that this wasn't a conversation between him and I. But just getting his social media post. He was talking about coming into town for, for the next -- the January rally. So I reached out to TSA (indiscernible). So they were actually able to confirm that he was, you know -- he had booked a flight into Reagan National on the 4th. So I had conversations with our criminal apprehension unit who was holding the warrant, and they basically set up at Reagan National, you know, waited for (indiscernible) followed him into DC, and that's when they, they executed the arrest warrant.

AGENT MOLNAR: And was the decision made with MPD to do it, kind of, without him knowing or to try to get him to turn himself in?

MR. LAMOND: I believe it was -- yeah, without him knowing.

AGENT MOLNAR: Okay.

MR. LAMOND: And that's handled from the criminal investigations division, so at least I --

AGENT MOLNAR: So they made their determination?

MR. LAMOND: Yes, but I know that I didn't, you

know, inform him that he had an arrest warrant.

AGENT MOLNAR: No.

MR. LAMOND: And I don't know -- I mean, I don't think they contacted him to see if he'd, like, turn himself in.

AGENT MOLNAR: So I'll be honest, one of the concerns is that he was aware of the warrant.

MR. LAMOND: Mm-hmm.

AGENT MOLNAR: And we're trying to -- that's one of the things we're trying to figure out, where. So, you know, we're thinking someone, somewhere is trying to buy (indiscernible). Like, hey, you know, what's about to happen on the 6th, what are you guys planning? I'll give you this, you give me that. You have no idea who may have been able to --

MR. LAMOND: No. I mean, I know there's speculation because, I guess, he was on the phone with a, with a reporter or something when he was pulled over.

AGENT MOLNAR: Yeah, and he's like they're here for me.

MR. LAMOND: Yeah. And I don't know if that's, you know, it is kind of a weird coincidence, but at the same time, yeah, yeah.

AGENT MOLNAR: So I can show you the, the morning before he came out there --

MR. LAMOND: Oh, interesting.

AGENT MOLNAR: -- that was part of a text thread with a bunch of other Proud Boys.

MR. LAMOND: I see.

AGENT MOLNAR: And so we were kind of -- and it's one of those things where it's like, does he really know or is he trying to -- because, I mean, if I had a warrant, and I knew, I would not fly to the place that I had the warrant knowing that I'm high profile, so --

MR. LAMOND: Right.

AGENT MOLNAR: -- you know, I don't know if he, you know -- actually I'll show you the whole thread.

MR. LAMOND: Yeah. (Indiscernible). So it's a text, because --

AGENT MOLNAR: Well, it's not a text.

MR. LAMOND: -- (indiscernible), and I didn't see anything like that, but (indiscernible).

AGENT MOLNAR: It really is a (indiscernible). Guy's got a hell of a (indiscernible).

MR. LAMOND: Yeah. You're not him in the video. Gotcha.

AGENT MOLNAR: So, and you know, and that's one of the things that, you know, obviously, we're trying to figure out, you know, where it could have been, and there were so many hands in the pot, so many different people that --

MR. LAMOND: Exactly.

AGENT MOLNAR: Can you think of anyone at MPD that, you know, may have been trying to, maybe, garner intel --

MR. LAMOND: The only one I could have thought of, like, would have knowledge of the warrant being signed, because I know within MPD it was kept quiet too, would be, you know, Mufty or his team.

AGENT MOLNAR: Okay.

MR. LAMOND: I mean, it would be surprising though, once again, that, you know, they would give them a heads up on it. So -- but no. I can’t think anybody else because I kept it closely guarded that, you know, that he was one of my sources and that he would give me information.

AGENT MOLNAR: So I assume your chain of command knew?

MR. LAMOND: Oh, yeah.

AGENT MOLNAR: And then, did -- were you talking to any of the other organizers at that point, like Kessler or any of those guys?

MR. LAMOND: No because -- no, I didn’t have a dialogue with them. I didn’t even know if Kessler was there or not.

AGENT MOLNAR: Yeah.

MR. LAMOND: I knew just because, you know --

AGENT MOLNAR: After the fact.

MR. LAMOND: -- (indiscernible) well, especially after November and December. It became a regular thing for them to plan on coming in. So --

AGENT MOLNAR: What a mess.

MR. LAMOND: And given the escalating violence, it's funny, because we never talked about, like, January the 6th. But given the November rally, which was, you know, we had a couple of skirmishes, then December, and it was more, more violent then. So -- in fact, he told me that, I think he started giving me some misinformation.

AGENT MOLNAR: Kessler or Tarrio?

MR. LAMOND: Tarrio, yeah. I haven't talked to Kessler since the UTR2.

AGENT MOLNAR: So that actually was going to bring me to my next, kind of, point. How do your interactions with him work? Like, do you see him as someone who would potentially be able to socially engineer? Like, is he slick? Is he smooth? Is he one of those people who's smarter or thinks he's smarter than he is?

MR. LAMOND: He is, you know, it's interesting. I would have said that -- and I do, like I said, I took a lot of the information that he gave to me with a grain of salt, and (indiscernible) I don't know if, you know, he just kind of lost control of the group because, you know, he just --

it mushroomed from the 1st to the 2nd, from November to December. And you know, he even told me, he says I couldn't control them and from being on the ground, I could see that too. Because some of the different factions of Proud Boys, you know, they were, like fuck the rally, you know, let's go look for Antifa. He told me that he was trying to, you know, corral them and trying to keep them together, but --

AGENT MOLNAR: Do you believe him?

MR. LAMOND: I do, because I saw him, you know, a few times. Now, I don't know how much of that was staged, you know, for my benefit. I do think he was trying to keep his group together. You know, he was just losing control because, you know, he may call himself the President, but, you know, they're not like a military or law enforcement organization where if they're not gonna listen to him, they're not gonna listen to him. I do remember, you know, after he was arrested, we had maybe one or two conversations, like after -- it was either on or the day after January 6th. And he did tell me that, you know, he thought that if he was there, he could have prevented it from happening. I don't think he could have --

AGENT MOLNAR: I don't think he could've.

MR. LAMOND: -- because others on the ground, like, on the West front of the Capitol -- yeah, I mean, Alex Jones was there on the bullhorn trying to get people away

from the Capitol and, you know, if he is the voice of reason, that shit's totally gone south.

AGENT MOLNAR: We were right there too, right on the west lawn right before the breach, and we left to get a cup of coffee. And as we were walking back in, you know, the Capitol Police sits outside our office suite downstairs, we heard over their -- the radio, like, you know, breach, breach, they've breached, and I'm like what the shit happened we were there 20 minutes ago. And I don't noticed the same thing as we did, but, like, for the first maybe half an hour we were there, it was almost like a festival atmosphere.

MR. LAMOND: Yeah.

AGENT MOLNAR: Like, no one was really -- and then all of a sudden, just something happened and it went --

MR. LAMOND: Yeah, yeah. Because they had the two rappers who commandeered the cherry picker that was on the west lawn, that green sunbelt.

AGENT MOLNAR: Yup.

MR. LAMOND: Yeah, because we were watching. In fact, I think I've got photos of him, you know, going up and down on the cherry picker, but yeah, Alex Jones, there was a Capitol police vehicle, unmarked, that was on the North side of the stairway, on the West front.

AGENT MOLNAR: Okay, yeah.

MR. LAMOND: And then there was pallets of folding chairs, you know, for inauguration, and Alex Jones crawled on the top of it with his bullhorn and he was telling them (indiscernible) you know, let's march around the Capitol, you know, trying to pull them away, you know, don't engage the police. And everybody was like, yeah, whatever.

AGENT MOLNAR: We started realizing it was getting bad when they started lobbing the flashbangs.

MR. LAMOND: Oh, yeah. Mm-hmm.

AGENT MOLNAR: So we were like oh, this is, this is not good.

MR. LAMOND: Exactly.

AGENT MOLNAR: But it just -- it's so surprising how quickly that turned. Because like I said, you know, when we first got there, there were -- people were dancing, people were friendly, and --

MR. LAMOND: Yeah, definitely. I mean, it was that mob mentality. And you know, the extremist started it and then people just started feeding into it, yeah.

AGENT MOLNAR: Yeah, I mean -- and I get it. It's easy to jump on. Because when they started rushing, he's like let's go in. I'm like no, we can't do that. You know he wanted to get a picture, and you know how it is.

MR. LAMOND: Yeah.

AGENT MOLNAR: But, okay. So when -- oh go ahead.

MR. LAMOND: No, no, I was gonna say yeah, we can get back to --

AGENT MOLNAR: Yes. So when he would reach out and ask questions -- when he would be engaging, would he be -- would it be common for him to fish?

MR. LAMOND: No, not really. He never really asked me questions about, like, you know what we were doing or anything. It was more, you know, one-sided with just him telling me, you know, what their plans were. Like, he would never tell me where the group was staying. So he wouldn't tell me where, you know, the other Proud Boys -- we knew in the beginning it was always --

AGENT MOLNAR: (Indiscernible).

MR. LAMOND: But he would normally tell me, like, where he was planning on staying at. And it was kind of a back door conversation so I could let our, like, SOD know. So, you know, they could kind of keep a detail in that area. We would never, of course -- we're not gonna provide him with, you know, personal security, but we like to have members there in case anybody did see him and, you know, especially counterdemonstrators.

AGENT MOLNAR: So what, like, what was his benefit, then, to talking to you? Was it like, you know, trying to just have a dialogue to make sure that you guys were on the same page?

MR. LAMOND: I think that's part of it, and kind of to ensure -- I don't want to say safety for his, you know, his group only, but I think, you know, for -- because there was a good potential for counterdemonstrators, and it's much worse if we don't know where, you know, at least one group -- and we've always offered, you know, dialogue for the counters too, Antifa, Black Lives Matter. We've tried talking to them, they're just like, you know, fuck the police.

AGENT MOLNAR: Yeah.

MR. LAMOND: Whereas, you know, Proud Boys, Enrique, they would talk to us because they like to interact with the police, you know, to ensure that their events can go off without any issues.

AGENT MOLNAR: And do you think they've generally wanted that? You know, a --

MR. LAMOND: Oh, yeah. Mm-hmm. Yeah. Because Demand Free Speech, I mean it worked very well. You know, we knew where they were gonna be, we knew what their different events were gonna be, so we were able to keep, like, some -- a few assets, you know, nearby in case, you know, the counters did find out about it. And they did find out about -- what was it? They were supposed to initially be doing a, kind of a dinner reception event at the Spy Museum, and the counters found out about it and they were

advertising on social media, you know, we're gonna show up there and, and cause problems. And the Spy Museum actually, you know, nixed it, they cut that out. So -- but Demand Free Speech, they had -- you know, they all met at the Trump Hotel and they were going to a different location. And a couple of counters actually showed up there, but we had, we had assets in place for it. So I think that was the big benefit to him contacting me and letting me know that they were coming in town was for that so we can have units nearby just so if the two counter groups do, you know, collide, we're able to create a buffer for them.

AGENT MOLNAR: Okay. Would he ever ask anyone, to your knowledge, in any organization about cases against his people?

MR. LAMOND: No.

AGENT MOLNAR: Like, he never discussed, like, Cory Nielsen's (ph.) arrest or anything like that?

MR. LAMOND: No, no.

AGENT MOLNAR: Did he ever ask for information about people that attacked his people?

MR. LAMOND: He asked about case status, because -- I'm trying to remember when it was, I think November of 2020, maybe -- yes. They were in DC and a couple of them got stabbed.

AGENT MOLNAR: Stabbed.

MR. LAMOND: Yeah. So he would ask me if, you know, they knew if any arrests were made, but nothing beyond that. Like, no specifics about the case.

AGENT MOLNAR: Did he ever ask anyone, you know, for any sort of -- you said you guys never gave him a detail, but, you know, he obviously asked (indiscernible) for the, you know, more security for that event. Did he ever ask for, you know, any sort of specific, like, hey, you know, this might get a little out of control can we make sure there's more people here?

MR. LAMOND: No, no. So he never even asked for, yeah, any type of detail or a additional.

AGENT MOLNAR: Okay.

MR. LAMOND: It was just, hey, these are the threats that I got over social media, and it was -- I remember specifically because we had to go through a, you know, First Amendment audit, but he received a text from an unknown, you know, Antifa user saying, you know, oh, like, we're prepared with muriatic acid, you know, we'll see you on the 6th, or something to that effect. But yeah, they were never asking for additional security, it was just hey, you know, we received these threats just for your awareness.

AGENT MOLNAR: Okay. All right. So then to your, you know, knowledge, he's never gone over any sort of line or been inappropriate in terms of what he's asked for, or

asked for any sort of information?

MR. LAMOND: No.

AGENT MOLNAR: You don't know of anyone that gave him anything or talked to him outside of potentially you and maybe Mufti --

MR. LAMOND: No.

AGENT MOLNAR: -- from MPD?

MR. LAMOND: Yeah. He's never, like, told me -- I don't know if he's, you know, talked to other law enforcement members, but he's never come out and said hey, you know, I also talked to, you know, so and so.

AGENT MOLNAR: So how would you talk to him?

MR. LAMOND: Either by phone or -- I'm trying to think. Never by email. I can't remember. I think sometimes it was by text too. I don't remember.

AGENT MOLNAR: Did you ever use any, like, apps, like Telegram or Signal or anything like that?

MR. LAMOND: Yes. I think Telegram maybe. Yeah.

AGENT MOLNAR: Was that because he used Telegram?

MR. LAMOND: Yes. Exactly. Yeah.

AGENT MOLNAR: So on those Telegram -- since, again, he likes to use Telegram and things like that -- was it just between you two or were there other people on it?

MR. LAMOND: Yeah, it was just between us. Yeah.

AGENT MOLNAR: All right. And then how often

would you say you talked to him?

MR. LAMOND: Generally, it's like I said, before, you know, an upcoming event. So it'd just be maybe a few days to, you know, a week or two prior. Or if we heard about an event that they may be here, you know, I would reach to him and see if, you know, is this -- you know, are you guys planning on coming into town?

AGENT MOLNAR: Did you talk to him before -- when was the banner burning, the 12th? December 12th, 13th?

MR. LAMOND: I guess the 12th. I think, yeah.

AGENT MOLNAR: Something like that?

MR. LAMOND: Yeah.

AGENT MOLNAR: Did you talk to him before that?

MR. LAMOND: Yes. Mm-hmm.

AGENT MOLNAR: Did you have any idea it was gonna get to be -- I know we had already said that, you know, he kind of lost control a little bit.

MR. LAMOND: Yeah.

AGENT MOLNAR: But did he seem to think it was gonna go that route?

MR. LAMOND: I don't think so. I think they were -- he definitely didn't, you know, didn't tell me -- that's probably the best way of answering it. He didn't tell me that, you know, they were expecting any problems or anything like that. He did tell me, you know, to confirm that they

were planning on coming to town for it, but yeah. He didn't give me any specifics or, you know, make any allegations that they were gonna engage in violence.

AGENT MOLNAR: And did you guys meet before that?

MR. LAMOND: Not before that. I think we did meet the day of.

AGENT MOLNAR: The day of?

MR. LAMOND: Yeah, I couldn't say for sure. But yeah, I believe -- once again, all three of those events --

AGENT MOLNAR: It all blends.

MR. LAMOND: (Indiscernible) because he was already locked up before the 3rd, but I think we did, yeah, the day of, but not before.

AGENT MOLNAR: And where'd you guys meet?

MR. LAMOND: I can't remember if it was the November or December event, but it was right outside of JW Marriott, when they were actually assembled right there on the driveway. And he was there, and I actually went up to him and talked to him.

AGENT MOLNAR: Okay. So it was in in front of the guys?

MR. LAMOND: Yeah, yeah. Mm-hmm.

AGENT MOLNAR: And they were cool with it?

MR. LAMOND: Yeah, because they were really (indiscernible) and I'm in plain clothes.

AGENT MOLNAR: So they had no idea?

MR. LAMOND: Yeah. There's nothing identifying -- obviously he knows that I'm law enforcement.

AGENT MOLNAR: Yeah.

MR. LAMOND: But the rest of the -- you know, his members didn't know, you know, who I was.

AGENT MOLNAR: Okay. So what about November? Did you meet him before?

MR. LAMOND: I think met him, like, during the event itself.

AGENT MOLNAR: During the event?

MR. LAMOND: Yeah, not before.

AGENT MOLNAR: And then, obviously, he didn't make it to January 4th.

MR. LAMOND: Right. Or 6th.

AGENT MOLNAR: Or 6th, yeah, because 4th he was picked up.

MR. LAMOND: Right.

AGENT MOLNAR: And then you said you spoke to him briefly after the 4th, before the article came out, or after the 6th?

MR. LAMOND: Yeah. Right after the 6th.

AGENT MOLNAR: After his arrest.

MR. LAMOND: Yeah. It was either the day of or the day after. It was probably the day after, because we

were busier than hell on the 6th and 7th.

AGENT MOLNAR: Yeah.

MR. LAMOND: And yeah, he told me, he said, you know, I really think that -- because I remember asking him because they kept mentioning the orange hats.

AGENT MOLNAR: Mm-hmm.

MR. LAMOND: Some of the, you know, the crowd who was involved in the January 6thb riots were wearing orange knit caps. And there were some allegations that they were, you know, Proud Boys. And I kept asking him, or I was trying to get it out of him whether or not, you know, they were identified with the orange hats and he kept saying no they weren't. He didn't know, you know, who those people were.

AGENT MOLNAR: And that, and that's when he said I think I could have stopped it?

MR. LAMOND: Yeah, he said I think if I was there on the 6th I could have stopped it. And I was --

AGENT MOLNAR: Bold claim.

MR. LAMOND: Right. That's what I thought too. And you know, me personally -- I didn't say it to him, but me personally, I don't think he could have. And then shortly after that, that's when the article came out. I mean, silence.

AGENT MOLNAR: Yeah. Okay. So did you ever have

dinner with him, or lunch?

MR. LAMOND: Yes, I did.

AGENT MOLNAR: And when was that?

MR. LAMOND: Once. I don't recall when it was. I would assume -- I remember it being at -- not Irish Times, the Dubliner, somewhere between November and January. I couldn't give you the exact -- yeah.

AGENT MOLNAR: And then, I assume, being kind of away from everyone, it was probably just the two of you?

MR. LAMOND: Yeah, it was just the two of us. Yeah.

AGENT MOLNAR: Was he a little more open in that kind of environment?

MR. LAMOND: Yes, I think so. And that's, in fact -- so it would have had to have been, yeah, before January, because that's when he told me that, you know, they were planning on not wearing their colors, not wearing their gear, just kind of going nondescript.

AGENT MOLNAR: Why were they doing that?

MR. LAMOND: Because according to him, they didn't want, you know, negative attention with the counters that they had from November, December. And even posted that, you know -- before or after -- I think it was after, but I could be mistaken. Even posted, you know, on social media, you know, we're gonna dress in all black, which was interesting.

AGENT MOLNAR: Yeah.

MR. LAMOND: Because when he told me, he said, you know, they're not gonna wear their colors. He didn't tell me, you know, we're gonna dress -- no he did say they were gonna be in black, but the way he described it to me, it wasn't as a -- he wasn't saying that they were trying to, you know, emulate the counter.

AGENT MOLNAR: That's how I would have looked at it.

MR. LAMOND: (Indiscernible). Now, when he posted on social media, then it sounded like, yeah, hey, no, we're gonna pose as, as the counter groups. He made it sound to me more like they're just, you know, going in nondescript, so they're not, you know, standing out like they did before. Like, when they were wearing their Fred Perry's (ph.) and stuff.

AGENT MOLNAR: Mm-hmm. Okay. Did -- at that meeting, did he talk about anything else on the -- that was gonna be coming on the 12th of December or anything like that?

MR. LAMOND: Nope. Didn't tell me about that. He just said that they were in a process kind of reorganizing and he said he wanted to have much fewer people for January because he didn't want, you know to get (indiscernible) December.

AGENT MOLNAR: That's interesting. So he wanted to control the amount of people coming in as opposed to just -- because isn't that kind of counterproductive to how they've been doing it before it's bring everyone and now they're --

MR. LAMOND: It was, but according to him, from November to December, he said that he wasn't expecting anywhere near that many people because they got close to probably 1,000. Anywhere between --

AGENT MOLNAR: In December?

MR. LAMOND: Yeah, yeah. Because November, if I remember correctly, I think it was, like, 300 to 500 for the November rally. December had, well, like, it was anywhere between, like, 700 to 1,000. And he even said, you know, there were just too many. It was like herding cats is what he said. So he said he wanted to have just, kind of, his core group for January, so much, much smaller.

AGENT MOLNAR: Okay. Thanks. I don't know, I mean, probably a good thing.

MR. LAMOND: Yeah.

AGENT MOLNAR: Just, can you imagine if --

MR. LAMOND: Yeah. They didn't want -- well, you know, what he's telling me, they didn't want the problems that they had from the previous two.

AGENT MOLNAR: Yeah. Well, there were problems,

but glad weren't more to add to it. So did you guys discuss the incident with his guys being stabbed?

MR. LAMOND: No. Not at that time, no. Because when that happened, I think that was, that was either October or early November. It was before the, it was before the November rally, when it happened.

AGENT MOLNAR: Mm-hmm.

MR. LAMOND: Like I said, he had asked, you know, if, if there are any suspects identified and just asking, you know, if there were any arrests made on it. And I told him, you know, it's not my investigation. I actually referred him to the case detective.

AGENT MOLNAR: Who was -- do you remember who that was?

MR. LAMOND: No, I don't. I'd have to look back.

AGENT MOLNAR: I look it up. It's fine.

MR. LAMOND: But -- and that was, you know, after that when he realized that, you know, I'm not on that case, then I'm assuming he went directly with the detective because we didn't talk about the stabbing anymore after that.

AGENT MOLNAR: So at any point, did you tell him about the people who did the stabbing, where they gonna be released.

MR. LAMOND: The people who did --

AGENT MOLNAR: The people -- the counters that stabbed his people?

MR. LAMOND: Oh, no. We're talking about two different stabbings.

AGENT MOLNAR: Yeah.

MR. LAMOND: No. In fact -- no. Because I, I don't think I kept track of, you know, when they were gonna be released.

MR. RICARDI: So does this conversation look familiar to you?

MR. LAMOND: Okay. I don't recall it, but yeah. I mean, this looks right.

MR. RICARDI: So why would you have told him that --

MR. LAMOND: This wasn't the, this wasn't the one who stabbed his guy, I was talking about (indiscernible).

AGENT MOLNAR: But his guy? Yeah, yeah, yeah. I'm not talking about the counters, I'm talking about his people.

MR. LAMOND: Yeah. I was letting him know that -- I can't remember if it was just to, you know -- so they could be there, or when he was coming out.

AGENT MOLNAR: So it was just -- so in order so they could maybe pick him up, or -- I mean, what's the --

MR. LAMOND: Yeah, and get him out. I mean, it

wasn't -- yeah. It certainly wasn't anything, like, nefarious, but --

AGENT MOLNAR: No. And I'm not saying it was.

MR. LAMOND: Yeah, it was just to --

AGENT MOLNAR: But, you know, it just seems, you know, it seems like he's getting out of you that, I don't know, is he trying to solicit you or are you just trying to build a rapport?

MR. LAMOND: No, not at all. That, that wasn't even that. That was probably just so, you know, they can pick up their guy and leave.

AGENT MOLNAR: Okay. Because -- I imagine that makes sense, you don't want him back out there if there's other counters running around, things like that.

MR. LAMOND: (Indiscernible).

AGENT MOLNAR: You don't want him looking for -- okay. That makes sense. So he obviously, you know, like I said, has been pumping all sorts of people for information. Coming up with stuff, but is there anything else you can think of that you may have said either inadvertently or that we haven't touched on that would potentially (indiscernible) of interest to Tarrio?

MR. LAMOND: Not that I can think of, no.

AGENT MOLNAR: And then, do you still have these conversations?

MR. LAMOND: I have to check. Probably not, but I'd have to check.

AGENT MOLNAR: Where would you have the -- would you use your work phone for these?

MR. LAMOND: Possibly, yeah. I think so.

AGENT MOLNAR: Could you take a quick look?

MR. LAMOND: Mm-hmm.

AGENT MOLNAR: When you guys had dinner, did you but dinner for him? Did he buy dinner?

MR. LAMOND: It was lunch, and no. He didn't eat anything?

AGENT MOLNAR: He didn't eat thing? Man, if he knows anything about cops is we usually buy food. He missed out.

MR. LAMOND: No, I think, if I remember correctly, he ordered a coke.

MR. RICARDI: Is that place up by (indiscernible)?

MR. LAMOND: Yes. Mm-hmm. That doesn't look like it. Let me see. Hold on. Yeah. So I do have it.

AGENT MOLNAR: Can I take a quick look?

MR. LAMOND: Well, before I do that -- it feels like this has kind of shifted, but so where is this going?

AGENT MOLNAR: So I'm going to take this via this. It's -- I haven't lied to you. It's exactly what I said it is, we're just trying to figure out what was said to who by

who, when, you know, where, and all that good stuff.

MR. LAMOND: Mm-hmm.

AGENT MOLNAR: You know, I'm not, I'm not, you know, playing games. We've both been doing this a long time. We're just trying to figure out, you know, what was said to who and where he picked up with some of the stuff that he did. So there is, you know, a list of stuff in there that the US Attorney, who's, you know, kind of running into this (indiscernible) you provide so you can, you know, you can read through that and get back to me at your, at your convenience and we can get the rest of it, if you have anything else, you know, like I said, no one's accusing you of doing anything. We've had this same conversation with numerous other people with the same kind of results. We're just trying to get to the bottom of how Tarrio got some of the information that he, that he did.

MR. LAMOND: Okay. This is not a search warrant, though?

AGENT MOLNAR: Correct.

MR. LAMOND: All right. Well, so I'm not giving you permission to take my work phone.

AGENT MOLNAR: So --

MR. LAMOND: (Indiscernible) confirm with our (indiscernible).

AGENT MOLNAR: One second.

(AGENT MOLNAR on phone call).

AGENT MOLNAR: Hey, so I'm sitting here with Lieutenant Lamond, and I just served him that subpoena and he is not giving permission to take that phone.

AGENT CIAPA: All right. I'll -- I'm at (indiscernible). Can you put him on speakerphone?

AGENT MOLNAR: Yeah. Hold on. All right. You're on speaker.

AGENT CIAPA: Hey, Lieutenant Lamond, it's Agent Ciapa. The Chief (indiscernible) is aware of the subpoena. You got to turn over the phone.

MR. LAMOND: It has to be turned over?

AGENT CIAPA: Yes, sir.

MR. LAMOND: All right. Has this already been run through general counsel?

AGENT CIAPA: It's been run through the command staff. I know that Chief Contee has been briefed. So they're aware of the subpoena.

MR. LAMOND: All right. But that's still doesn't -- it needs to be run through general counsel.

AGENT CIAPA: They -- you got to turn over the phone, sir. Don't, don't, don't -- I don't want to have to get command staff involved. They have a grand jury subpoena for the phone. We have to abide by the subpoena, so please turn it over, sir.

MR. LAMOND: A grand jury subpoena for the phone?

AGENT CIAPA: Yeah, whatever he has in front of you. He has a subpoena for the device.

MR. LAMOND: I don't see anywhere in this that says my phone.

AGENT MOLNAR: Shoot, yeah. Hold on.

MR. LAMOND: Request for documents, okay. All right, all right.

AGENT MOLNAR: All right. All good.

AGENT CIAPA: Yup, yup. Thank you.

AGENT MOLNAR: Thank you. All right. So what we'll do is we'll get this back to you as soon as humanly possible. I understand you need this to do your job. Like I said, you're not the only person that's been going through and we're not gonna try to hinder you or cause any sort of issue to, you know, prevent you from being able to do your job, so we'll knock it out as soon as possible and I'll get it back to you.

MR. LAMOND: All right. Do you know when that's gonna be because that, that's, that's everything on my phone.

AGENT MOLNAR: I will do it -- as soon as we walk out of here, I will get in touch with the AUSA and then she'll be -- as soon as we get the, you know, the process signed and moved forward we'll be able to get it done as

soon as possible. But I promise you, I understand. I know how much this has to suck. I've been in your shoes once in this kind of situation. I get it. You know, I will not, you know, sit -- we will not sit on this. We will get it back to you as soon as we can. I know how much, you know, you need your phone to do your job. So --

MR. LAMOND: Okay.

AGENT MOLNAR: And I will be in touch and we'll get this done as soon as possible and get this whole matter closed out.

MR. LAMOND: All right.

AGENT MOLNAR: All right. Sorry. Thanks for coming in. I appreciate it.

(End of recording.)

***C E R T I F I C A T E***

I, DESTINI ARNOLD, certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages, of the INTERVIEW provided to me by the U.S. Attorney's Office, Washington, D.C.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this recording was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

January 16, 2024
Date

Destini N. Arnold
DESTINI ARNOLD
Transcriber

Within this transcript of proceedings, some of the names and/or technical terms are spelled phonetically, inasmuch as exhibits, files and supporting documentation were not made available to us for reference.

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 8, 2026, I caused to be filed electronically the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ *Reno G. Varghese*
Reno G. Varghese