# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

––––––––––––––––––––––––

No. 25-3066

––––––––––––––––––––––––

UNITED STATES OF AMERICA,                                    Appellee,

     v.

SHANE LAMOND,                                               Appellant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLEE'S BRIEF

Pursuant to D.C. Cir. R. 28(e), appellee, the United States of America, respectfully moves this Court for a 17-day extension of time, up to and including June 25, 2026, within which to file its brief in this appeal. Appellee's brief is currently due on June 8, 2026. Appellee conferred with counsel for appellant, Reno Varghese, Esq., who indicated that appellant does not oppose the requested extension.

In support of this motion, appellee states that the undersigned Assistant United States Attorney will be unable to complete the government's brief by the current due date because of the press of other appellate business, as well as the complexity of issues presented in this

case. This is the government's first request for an extension of time in this matter.

## CONCLUSION

WHEREFORE, the government respectfully requests that the instant motion be granted.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

_____/s/_____
MARY C. FLEMING
D.C. Bar # 1048019
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Mary.Fleming@usdoj.gov
(202) 252-6829

## CERTIFICATE OF COMPLIANCE WITH RULE 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 138 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
MARY C. FLEMING
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Andrew E. Goldsmith, Esq., and Reno G. Varghese, Esq., on this 27th day of May, 2026.

/s/
MARY C. FLEMING
Assistant United States Attorney
