No. 25-3066

UNITED STATES OF AMERICA,                                           Appellee,

v.

SHANE LAMOND,                                                        Appellant.

## APPELLEE'S UNOPPOSED MOTION TO FILE SUPPLEMENTAL APPENDIX

Pursuant to Federal Rule of Appellate Procedure 27(a) and District of Columbia Circuit Rule 30, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court grant leave to file the Supplemental Appendix for Appellee, to accompany the Brief for Appellee. Appellee contacted counsel for appellant, Reno Varghese, Esq., who indicated he does not oppose this request.

Appellee's Supplemental Appendix contains various exhibits that were admitted at trial and are cited in Brief for Appellee. These exhibits include video and audio files, which are being submitted through the

Court's secure Box.com file repository.

Circuit Rule 30(e) provides: "If anything material to the appeal . . . is omitted from the appendix, the clerk, on the duly served and filed written request of any party, may allow the appendix to be supplemented." Because these exhibits are material to the appeal, and omitted from the Appendix for Defendant-Appellant, appellee requests that the Appendix be supplemented to include them.

## CONCLUSION

WHEREFORE, the government respectfully requests that the instant motion be granted.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

_____/s/_____
MARY C. FLEMING
D.C. Bar # 1048019
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Mary.Fleming@usdoj.gov
(202) 252-6829

## CERTIFICATE OF COMPLIANCE WITH RULE 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 181 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
_____
MARY C. FLEMING
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Reno Varghese, Esq., rvarghese@kellogghansen.com, and Andrew Goldsmith, Esq., agoldsmith@kellogghansen.com, on this 17th day of July, 2026.

/s/
_____
MARY C. FLEMING
Assistant United States Attorney
