ORAL ARGUMENT NOT YET SCHEDULED

SUPPLEMENTAL APPENDIX FOR APPELLEE
_____

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-3066
_____

UNITED STATES OF AMERICA,                  Appellee,

     v.

SHANE LAMOND,                         Appellant.

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____

JEANINE FERRIS PIRRO
United States Attorney

CHRISELLEN R. KOLB
DANIEL J. LENERZ
 *  MARY C. FLEMING
REBECCA ROSS
D.C. Bar #1048019
Assistant United States Attorneys
 *  Counsel for Oral Argument
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Mary.Fleming@usdoj.gov
(202) 252-6829

Cr. No. 23-177 (ABJ)

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

————————————————

No. 25-3066

————————————————

UNITED STATES OF AMERICA, Appellee,

v.

SHANE LAMOND, Appellant.

————————————————

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

————————————————

SUPPLEMENTAL APPENDIX FOR APPELLEE

————————————————

In accordance with D.C. Circuit Rule 30, appellee hereby submits

the following materials in its supplemental appendix.

# I N D E X

Page

Gov't Exhibit 1002 Tarrio Secret Chat Forensic Report ..........................SA1

Gov't Exhibit 4027 Summary Chart of Messages Oct. 2019- Jan. 2021...SA5

Exhibit 1016A.......................................................... electronically submitted

Exhibit 1016D........................................................... electronically submitted

Exhibit 1016E........................................................... electronically submitted

Exhibit 4034 ........................................................... electronically submitted

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorneys


_____/s/_____
MARY C. FLEMING
D.C. Bar #1048019
Assistant United States Attorneys
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Mary.Fleming@usdoj.gov
(202) 252-6829

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing Supplemental Appendix for Appellee to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Andrew E. Goldsmith, Esq., and Reno G. Varghese, Esq., on this 17th day of July, 2026.

|  /s/  |
|---|

MARY C. FLEMING
Assistant United States Attorneys



# 72-WF-3557164

EXAMINER: SDFE Jennifer Kathryn Cain

EVIDENCE ITEMS:

266Z-MM-3372461 Item 1B1: iPhone 11 Pro Max (iPhone12,5 D431AP) running iOS 14.2 with S/N: F2MZKPPGN70G; IMEI: 353891104722470; MSISDN: 17869616789; and UUID: 00008030-0015346C0130802E. Device utilized by Enrique Tarrio (enrique@tarrio2020.com).

72-WF-3557164 Item 1B7: iPhone XR [iPhone11,8 N841AP] running iOS 14.6 with S/N: DX3CJ7BMKXKN, IMEI: 356450107630375, MSISDN: 12024370434, and UUID: 00008020-000948AC3C0B002E. Device utilized by Shane Lamond (shane.lamond@dc.gov)



[CAUTION] This media may contain executable code, viruses, contraband, obscene material and/or copyright protected data.

[WARNING] It is the responsibility of your agency to make any final determinations as to the content of any specific file.

**SA1**

USAO-DC-00424026

**Telegram Secret Chat**

266Z-MM-3372461 Item 1B1: iPhone 11 Pro Max (iPhone12,5 D431AP) running iOS 14.2 with S/N: F2MZKPPGN70G; IMEI: 353891104722470; MSISDN: 17869616789; and UUID: 00008030-0015346C0130802E. Device utilized by Enrique Tarrio (enrique@tarrio2020.com). All times in EST/EDT

| NOBLE LEAD <581632416> | Shane FBI Police <869476955> |
|---|---|
| | 12/18/20 07:34:57   \<MessageID 1> Hey brother, did you call in an anonymous tip to MPD claiming responsibility for the banner burning? |
| 12/18/20 09:30:02   \<MessageID 1> I did more than that. It's on my social media | |
| | 12/18/20 09:50:20   \<MessageID 2> I gotcha. Someone called in an anonymous tip saying that you claimed responsibility for it. |
| 12/18/20 10:05:33   \<MessageID 2> This wasn't a hate crime. And I want to see it play out. | |
| | 12/18/20 10:06:46   \<MessageID 3> I'm curious to see what happens too. I will check with our CID people to see if they have you on video. |
| | 12/18/20 10:08:16   \<MessageID 4> Also - you've got the FBI and USSS all spun up over what was said on InfoWars the other night about PB dressing up as Biden supporters on Inauguration Day. Got an email first thing this morning 😂 |
| 12/18/20 10:11:50   \<MessageID 3> \<audio/ogg> | \<MessageID 5> |
| 12/18/20 10:12:58   \<MessageID 4> \<audio/ogg> | \<MessageID 6> |
| 12/18/20 10:21:29   \<MessageID 5> \<audio/ogg> | \<MessageID 7> |
| 12/18/20 10:22:57   \<MessageID 6> Lol...just searched. I never said this haha \<photo> | \<MessageID 8> |
| 12/18/20 10:30:25   \<MessageID 7> \<audio/ogg> | |
| | 12/18/20 10:42:25   \<MessageID 9> Lol yep that's exactly what o got from FBI and USSS |
| 12/18/20 10:42:51   \<MessageID 8> The video is out there | |
| | 12/18/20 10:52:18   \<MessageID 10> I think it was included. I'm just going to let them get all freaked out. They're idiots |
| 12/18/20 10:52:33   \<MessageID 9> Lol | |
| 12/18/20 10:52:58   \<MessageID 10> \<audio/ogg> | \<MessageID 11> |
| 12/18/20 16:09:51   \<MessageID 11> So what do you think? | |
| | 12/18/20 16:13:58   \<MessageID 12> About which part? You clearing the air about the Biden gear or the BLM banner? |
| 12/18/20 16:52:17   \<MessageID 12> BLM banner | |
| 12/18/20 16:52:30   \<MessageID 13> You think they'll make a stink of it? | |
| 12/18/20 16:53:12   \<MessageID 14> \<Reply to: About which part? You clearing the air about the Biden gear or the BLM banner?> The Biden gear is a non issue. | |
| 12/18/20 16:53:23   \<MessageID 15> That's just media retards | |
| | 12/18/20 16:55:20   \<MessageID 13> No, a bit of the opposite. I've been talking to CID about it. They wanted to know what I know about your group and if I think you all are racist. I told them you are made up of a lot of Latinos and blacks so not a racist thing. If anything I said it's political but then I drew attention to the Trump and American flags that were taken by Antifa and set on fire. I said all those would have to be classified as hate crimes too. It's not being investigated by FBI though. Just us (MPD) |
| 12/18/20 16:55:52   \<MessageID 16> Ahhhh ok! | |
| 12/18/20 16:56:01   \<MessageID 17> Awesome. | |
| | 12/18/20 16:58:27   \<MessageID 14> I don't think they have any pictures of you though |
| 12/18/20 16:59:16   \<MessageID 18> Strange | |
| 12/19/20 00:53:47   \<MessageID 19> \<photo> | |
| | 12/19/20 03:11:30   \<MessageID 15> Got it. We will see if we can ID the person |
| | 12/19/20 08:06:18   \<MessageID 16> \<photo> |
| | 12/19/20 08:06:18   \<MessageID 17> Have you heard anything about this? Is this legit? |
| 12/19/20 10:26:44   \<MessageID 20> \<audio/ogg> | \<MessageID 18> |
| | 12/19/20 10:49:00   \<MessageID 19> No, we really can't catch a break. I just found the article written by Cassandra. I just asked her if she thinks this is going to grow legs. Would you let me know if your group decides to participate? |
| 12/19/20 10:59:38   \<MessageID 21> If we do it'll be extremely small and not in colors...no night March | |
| | 12/19/20 11:00:52   \<MessageID 20> Copy that. I appreciate it. |
| 12/19/20 11:02:03   \<MessageID 22> \<application/pdf> The 2020 Election Disruption Guide by Antifa.pdf | |
| | 12/19/20 11:05:11   \<MessageID 21> Thanks, brother. We've had that for a few months now. They posted that on a website a while ago. |
| 12/19/20 11:10:50   \<MessageID 23> I don't know if it's legit | |

**SA2**

USAO-DC-00424027

| NOBLE LEAD <581632416> | Shane FBI Police <869476955> |
|---|---|
| | 12/19/20 11:12:09   <MessageID 22> We think it was more of a poison pen document. The person who posted it wanted to stir shit up but we didn't see any of this actually materialize |
| | 12/19/20 11:31:05   <MessageID 23> <photo> secret-file-5112063087234515229-1  |
| 12/19/20 11:31:42   <MessageID 24> <Reply to: MessageID 23> 😄 | |
| | 12/19/20 11:41:00   <MessageID 24> It's growing legs alright... https://fox5dc.com/news/trump-promises-wild-protest-in-dc-on-jan-6-the-day-congress-to-count-electoral-votes |
| | 12/19/20 19:48:02   <MessageID 25> Police want to talk to you about the banner. You have a certain phone number you want me to give them? |
| 12/20/20 16:40:32   <MessageID 25> <Reply to: Police want to talk to you about the banner. You have a certain phone number you want me to give them?> Miami Dade PD reached out. I'm going to use my 5th. I'll be in DC on the 6th if MDC wants to talk to me they can see me there. Are they pushing the hate crime thing? | |
| | 12/20/20 16:51:29   <MessageID 26> Give me a call when you can |
| 12/20/20 16:51:35   <MessageID 26> Through here? | |
| 12/22/20 08:08:38   <MessageID 27> <photo> ph-127D6A1D-09D8-4ABD-910B-9D51D32C55FB_L0_001--7713624048125853473 | |

SA3

USAO-DC-00424028

| NOBLE LEAD <581632416> | | Shane FBI Police <869476955> | |
|---|---|---|---|
| | <MessageID 28> <Potential Self-Destruct Timer: 5 seconds> | 12/22/20 08:10:26 | <MessageID 27> |
| | <MessageID 29> <Potential Self-Destruct Timer: 5 seconds> | | *Shane FBI Police set the self-destruct timer to 5 seconds* |
| 12/22/20 08:11:01 | <MessageID 30> | | <MessageID 28> <Self-Destruct Timer: 5-30 seconds> |
| | ***NOBLE LEAD** set the self-destruct timer to 30 seconds* | | <MessageID 29> <Self-Destruct Timer: 5-30 seconds> |
| | <MessageID 31> <Self-Destruct Timer: 30 seconds> | | <MessageID 30> <Self-Destruct Timer: 5-30 seconds> |
| | <MessageID 32> <Self-Destruct Timer: 30 seconds> | | <MessageID 31> <Self-Destruct Timer: 5-30 seconds> |
| | <MessageID 33> <Self-Destruct Timer: 30 seconds> | | <MessageID 32> <Self-Destruct Timer: 5-30 seconds> |
| | <MessageID 34> <Self-Destruct Timer: 30 seconds> | | <MessageID 33> <Self-Destruct Timer: 5-30 seconds> |
| | <MessageID 35> <Self-Destruct Timer: 30 seconds> | | <MessageID 34> <Self-Destruct Timer: 5-30 seconds> |
| | <MessageID 36> <Self-Destruct Timer: 30 seconds> | | <MessageID 35> <Self-Destruct Timer: 5-30 seconds> |
| | <MessageID 37> <Self-Destruct Timer: 30 seconds> | | <MessageID 36> <Self-Destruct Timer: 5-30 seconds> |
| | <MessageID 38> <Self-Destruct Timer: 30 seconds> | 12/25/20 12:14:47 | <MessageID 37> <Self-Destruct Timer: 30 seconds>   Just a heads up, CID had me ID you from a photo you posted on Parler kneeling down next to the BLM banner so they may be submitting an arrest warrant to US Attorney's Office |
| | <MessageID 39> <Self-Destruct Timer: 30 seconds> | | <MessageID 38> <Self-Destruct Timer: 30 seconds-1 hour> |
| | <MessageID 40> <Self-Destruct Timer: 30 seconds> | | <MessageID 39> <Self-Destruct Timer: 30 seconds-1 hour> |
| | <MessageID 41> <Self-Destruct Timer: 30 seconds> | | <MessageID 40> <Self-Destruct Timer: 30 seconds-1 hour> |
| | <MessageID 42> <Self-Destruct Timer: 30 seconds> | | <MessageID 41> <Self-Destruct Timer: 30 seconds-1 hour> |
| | <MessageID 43> <Self-Destruct Timer: 30 seconds> | | <MessageID 42> <Self-Destruct Timer: 30 seconds-1 hour> |
| | <MessageID 44> <Self-Destruct Timer: 30 seconds> | | <MessageID 43> <Self-Destruct Timer: 30 seconds-1 hour> |
| | <MessageID 45> <Self-Destruct Timer: 30 seconds> | | <MessageID 44> <Self-Destruct Timer: 30 seconds-1 hour> |
| | <MessageID 46> <Self-Destruct Timer: 30 seconds> | | <MessageID 45> <Self-Destruct Timer: 30 seconds-1 hour> |
| | <MessageID 47> <Self-Destruct Timer: 30 seconds> | | <MessageID 46> <Self-Destruct Timer: 30 seconds-1 hour> |
| | <MessageID 48> <Self-Destruct Timer: 30 seconds> | | <MessageID 47> <Self-Destruct Timer: 30 seconds-1 hour> |
| | <MessageID 49> <Self-Destruct Timer: 30 seconds> | | <MessageID 48> <Self-Destruct Timer: 30 seconds-1 hour> |
| 01/01/21 13:48:53 | <MessageID 50> | | <MessageID 49> <Self-Destruct Timer: 30 seconds-1 hour> |
| | ***NOBLE LEAD** set the self-destruct timer to 1 hour* | | <MessageID 50> <Self-Destruct Timer: 30 seconds-1 hour> |
| | <MessageID 51> <Self-Destruct Timer: 1 hour> | | <MessageID 51> <Self-Destruct Timer: 30 seconds-1 hour> |
| 01/01/21 13:49:26 | <MessageID 52> | | <MessageID 52> <Self-Destruct Timer: 30 seconds-1 hour> |
| | ***NOBLE LEAD** set the self-destruct timer to 30 seconds* | | <MessageID 53> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 54> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 55> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 56> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 57> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 58> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 59> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 60> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 61> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 62> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 63> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 64> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 65> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 66> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 67> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 68> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 69> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 70> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 71> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 72> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 73> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 74> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 75> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 76> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 77> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 78> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 79> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 80> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 81> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 82> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 83> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 84> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 85> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 86> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 87> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 88> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 89> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 90> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 91> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | | <MessageID 92> <Self-Destruct Timer: 30 seconds-1 hour> |
| | | 01/04/21 13:02:46 | <MessageID 93> |
| | | | *Shane FBI Police set the self-destruct timer to 10 seconds* |

**SA4**

USAO-DC-00424029



**Messages between Shane Lamond & Enrique Tarrio**
**October 2019 - January 2021**

Legend: SMS/MMS & Google Voice Messages, iMessages, Telegram Private Chats, Telegram Secret Chats

\* Does not include Unrecoverable Telegram Secret Chats

GOVERNMENT EXHIBIT 4027

SA5

USAO-DC-424396